Exhibit 28

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD CARL MUELLER, *et al.*,  ) | |
| ) | |
| Plaintiffs,  ) | CA NO.: 18-cv-01229 (CJN) |
| ) | |
| v.  ) | |
| ) | |
| SYRIAN ARAB REPUBLIC  ) | |
| ) | |
| Defendant  ) | |
| ) | |

## AFFIDAVIT OF MARSHA JEAN MUELLER

I, Marsha Jean Mueller, upon personal knowledge, hereby submit this affidavit pursuant to 28 U.S.C. § 1746, and declare as follows:

1.      The attached documents are true and accurate copies of emails I exchanged with my daughter's captors between May 23, 2014 and September 19, 2014.

2.      They are partially redacted to remove certain names and email addresses.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Marsha Jean Mueller (Sep 19, 2019)
_____
Marsha Jean Mueller

## FROM ISIS TO MUELLERS                                    MAY 23, 2014

May 23 at 5:23 PM

This message is to inform you that we have the American citizen, Kayla Jean Mueller PRISONER.

We don't want to harm her. She's like a guest with us at the moment.

If you want to confirm we are really the ones holding Kayla , then we will except three questions, of a personal nature that only Kayla could possibly be able to answer correctly.

The CONDITIONS OF KAYLA'S RETURNING HOME SAFELY ARE, NO MEDIA INVOLVEMENT WHATSOEVER, AND A CASH PAYMENT!

Reply FAST, with a clearly written email message, to this email address and NO ATTACHMENTS!

Act PROMPTLY, so as not to endanger the safety of Kayla.

Reply, Reply All or Forward | More

## FROM MUELLERS TO ISIS                                     MAY 25, 2014

It is my understanding that you are holding my daughter Kayla. I received some letters written by Kayla about being detained but, were not given any way to contact you.

I am very concerned about my daughter Kayla's wellbeing and safe return home. I appreciate that Kayla has not been harmed while she has been in your care.

In your email you requested three questions that only Kayla could answer.

How did you get stitches in your eyebrow as a child?

What did you teach your niece to say: Music is _____?

What is your friend ▆▆▆'s real name?

Please let Kayla know that her Mother and I love her very much and we are doing everything we can to get her safely home.

Know that Kayla is just a young girl interested in humanitarian work and has devoted her life to helping others. She is a kind, compassionate person that should be home with her family.

Carl Mueller

**FROM ISIS TO MUELLERS**                                                **MAY 29, 2014**

Subject:   Re: Kayla Jean Mueller

From:   █████████████████████████████████████

To:   ████████████████

Date:   Thursday, May 29, 2014 2:42 PM

In regards to your questions for proof of life:

1.How did you get stitches
in your eyebrow as a child?

2.What did you teach your
niece to say: Music is _____?

3.What is your friend
█████'s real name?

The answers are:

1.Her older brother Eric was pulling her in a wagon and it tipped over and she fell on her head onto a small rock. She was around 5 years old when this happened.

2.Music is EVERYWHERE

3.Her name is █████████ and she is a kinder garden friend who now lives in ████████ ██████ and Kayla used to slide down the stairs in ███████ s home on top of a mattress when they were around 7 years old.

Our demand is simple and achievable!
The release of our sister, DR Afia Siddiqi who is currently a prisoner of the United States of America will secure the instant release of Kayla and her safe return home!

However if you and your family do not have the clout and lobbying pressure to force your government to comply, a simple CASH payment of 5 Million EUROS will suffice!!

Both these demands are very achievable as long as you do not bring the matter to the public's attention. Therefor our most important condition for this demand is NO MEDIA EXPOSURE WHAT SO EVER!!!

Attached you will find a voice message from Kayla, surely it will be a relief for you to hear her voice after such a long time.

You will respond to us ASAP and confirm that you have read and understood the details of this message and followed the instructions therein.

We remind you of our demands and conditions,

Dr Afia Siddiqi or 5 Million EUROS CASH for Kayla Jean Mueller!

NO MEDIA ATTENTION AT ALL!

This is NON-NEGOTIABLE as it is more beloved to us to put a bullet in her head than release her for ANYTHING LESS!!

**FROM MUELLERS TO ISIS**                                                **JUNE 2, 2014**

-------- Original Message --------

From: ████████████████████████

To: ████████████████████████████████████████

Subject: Kayla

Date: Mon, 2 Jun 2014 16:52:12 -0700 (PDT)

>

> I received your email. You've provided lots of information that will take time to research. I am relieved to hear Kayla's voice after almost a year of not speaking with her. Thank you for treating her respectfully, for being responsible for her wellbeing and treating her as your guest. Kayla went to Syria because she is a young woman whose life is devoted to helping others.

>

> I will do everything in my power to get Kayla home safely. If you've gotten to know Kayla while she's been with you, you know I operated our family automobile repair shop for more than thirty years. Kayla may not know that I retired this January, at the age of sixty two, so I could dedicate myself to getting Kayla home safely.

>

>

> You've asked for an astronomical amount of money from a family with limited resources. It will not be easy for me because I do not have any clout to force the government to release your sister, Dr. Afia Saddiqi, or to pay any ransom. I assure you it is not from a lack of effort on my part. I can relate to your desire to want someone important to you returned home.

>

> Organizations are afraid to give any money in these situations for fear that more of their people will be taken in the future. The government has a policy that they will not pay a ransom. No one will help us! We don't have what you are asking but, know that I will work to do everything I can to bring our daughter home. We both want to resolve this as soon as possible. We are concerned about reaching out to others for fear that information about this situation may get out to the Media. I recognize that it is important that we resolve this matter as soon as possible. Common ground is what we both want to resolve this.

>

> Please tell Kayla that her Mom, Dad and Brother love and miss her very much! I respectfully request that you allow us to speak with Kayla so that we know for ourselves that she is doing well. What would be the best way to go about doing this? Should we use Skype or talk on the telephone or is there another option that you know

of that we could use to accomplish this?
>
> I am providing another question only Kayla can answer:
>
> When the six year old Syrian boy, named Abdullah, went missing, how did you provide assistance to Abdullah's family and what was the result?
>
> Carl Mueller

**Subject:**  Re: Kayla

**From:**

**To:**

**Date:**  Tuesday, June 3, 2014 1:49 PM

A few points to clear up,

1. Retiring will NOT help you get your daughter back, so go back to work and earn some money!

2. Organizations that work in "danger zones" have special insurance and whole departments for dealing with situations like this!

3. Governments DO pay ransoms! (when it's done under the table)

4. The ONLY way to speak to Kayla directly is to come to Syria and see her for yourself! (DON'T BOTHER ASKING FOR ANY OTHER METHODS OF COMMUNICATION)

5. You acknowledge that Kayla is alive and with us so there is no point in asking any more questions.

From this point on you will speak only about the objectives, SO NO MORE SENTIMENTAL SOB STORIES!

The objectives are clear:

The release of Dr Afia Siddiqi in exchange for Kayla Mueller is our MAIN demand. As you may know by now, The U.S Government has recently released FIVE HIGH PROFILE GUANTANAMO PRISONERS for ONE AMERICAN SOLDIER captured in Afghanistan.

Kayla is ONE WOMAN and so is our sister Dr Afia Siddiqi, ONE FOR ONE!

Or is the life of your daughter worth LESS to your government than that of a soldier?

If however, you have fully given up ALL hope of an exchange, We will accept NOTHING LESS THAN 5 MILLION EUROS CASH for the release of Kayla!

From: ███████████████
Subject: Re: Kayla Mueller
Date: April 9, 2014 at 16:49
To: ███████████

Stop wasting your time sending us messages about the emails we gave you!

We only gave you them so you can see how easily this process can work if you GET THE CASH!

As for Kayla's wellbeing, you will only be allowed to ask another proof of life question once we see that you have reached a SIGNIFICANT BENCHMARK with regards to the amount of CASH you have raised from the demanded sum.

**FROM ISIS TO MUELLERS**                                                **JULY 12, 2014**

**Subject:**   Re: Kayla Mueller

**From:**      ████████████████████████████████████

**To:**        ████████████████████

**Date:**      Saturday, July 12, 2014 5:05 PM

Beginning from this date 13/07/2014, you have 30 days to have the FULL 5 MILLION EUROS CASH DEMAND (All in 500 EURO notes that are not ripped, misprinted or damaged in any way) READY IN TURKEY!

If you fail to meet this deadline, we will send you a picture of Kayla's dead body!

This is NOT an empty threat! THIS IS A PROMISE THAT WE WILL FOLLOW THROUGH!

You can ask the released cell mates of Kayla what happens when we make such promises!

Let it be known that this will be our FIRST act of revenge taken for the MISERABLY FAILED and unsuccessful attempt by your arrogant government to free their prisoners.

This pathetic attempt and it's inevitable consequences are going to directly affect you whether you had prior knowledge of it or not! So don't bother responding to us claiming your innocence of what transpired.

You have 30 days!

**FROM MUELLERS TO ISIS**                                                    **AUG. 21, 2014**

Subject:  Kayla Mueller

From:  █████████████████████

To:  █████████████████████

Date:  Thursday, August 21, 2014 2:06 PM

I was worried yet hopeful that we would have more time to work together to get Kayla released. Then we were told about the video your group posted on You Tube and my hope turned to dread and fear for Kayla.

Then the news of the failed rescue attempt compounded my worry. I know you said not to comment on it but I want you to know that I learned of the rescue attempt two hours before the US government put it in the media yesterday. To me it seems they want to appear as though they are doing something. I'm not fooled by their claims and you shouldn't be either.

You know from the statement made by the parents of James Foley that the US government isn't helping any of us in any way. Our beloved children are caught in the middle. If they were helping us James would be alive and Kayla would be home already.

I already mentioned that I've worked on raising money on my own. I ask that you confirm that you will still work with me.

Kayla is my only daughter. She was only in the region providing assistance to people in need. She is not your enemy.

I prepared my video message that I sent to you so you would know that everything I have told you is the truth. When you read that the government is in contact with us know that there is a huge difference between contact and help. You are welcome to release my video to the media to show that we aren't getting any help from the government.

Please let me know that you have read this and that Kayla's safe release is still a possibility.

Carl Mueller

**FROM ISIS TO MUELLERS**                                                                 **SEPT. 19, 2014**

Subject:    Re: VIDEO LINK

From:       ██████████████████████████████████████████████

To:         ████████████████████

Date:       Friday, September 19, 2014 4:05 PM


Kayla's safe release is still a possibility considering our demands are met!

As we made clear before, we demand the safe release of our sister Dr Afia Siddiqi.

If this is unachievable by you due to your lack of clout within your government, the sum of no less than 5 million euros will secure Kayla's safe release.

These demands are very straight forward and could have been easily achieved a long time ago had it not been for the stubbornness of your government!

Now however, due to recent developments within the region ie. Your governments criminal aerial bombardments of the Islamic State, an extra condition must be met.

That is the immediate halt of ALL military activities by your government within and around the lands of the Islamic State.

Kayla will not be released until these conditions are met.

# Marsha Jean Mueller Email Affidavit 9.19.19

**Final Audit Report**                                                                 2019-09-19

| | |
|---|---|
| Created: | 2019-09-19 |
| By: | Joshua PERLES (jperles@perleslaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzoekRHeFAZi0-PkIyEPMerTZ2iJC4Sop |

## "Marsha Jean Mueller Email Affidavit 9.19.19" History

Document created by Joshua PERLES (jperles@perleslaw.com)
2019-09-19 - 3:15:29 PM GMT- IP address: 38.105.91.134

Document emailed to Marsha Jean Mueller (████████████████████████com) for signature
2019-09-19 - 3:16:21 PM GMT

Email viewed by Marsha Jean Mueller (████████████████████com)
2019-09-19 - 3:53:24 PM GMT- IP address: 67.61.133.175

Document e-signed by Marsha Jean Mueller (███████████████████████.com)
Signature Date: 2019-09-19 - 4:20:15 PM GMT - Time Source: server- IP address: 67.61.133.175

Signed document emailed to Joshua PERLES (jperles@perleslaw.com) and Marsha Jean Mueller
(████████████████████com)
2019-09-19 - 4:20:15 PM GMT

Adobe Sign