# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD CARL MUELLER, *et al.*,          ) | |
|                               ) | |
|             Plaintiffs,    ) | CA NO.: 18-cv-01229 (CJN) |
|                               ) | |
| v.                                 ) | |
|                               ) | |
| SYRIAN ARAB REPUBLIC      ) | |
|                               ) | |
|             Defendant    ) | |

## <u>AFFIDAVIT OF JOSHUA K PERLES</u>

COMES NOW, Joshua K. Perles, who testifies and avers as follows:

1. I am *sui juris*, an adult, and competent to attest to the matters contained in this Affidavit; and I have personal knowledge of the facts contained in this Affidavit.

2. I am employed by the Perles Law Firm P.C. as an attorney. This declaration is based upon my personal memory, notes that were made contemporaneously with the time of the occurrence of the matters described, e-mail correspondence, and the documents referred to specifically below.

3. In anticipation of damages proceedings in this matter, counsel for Plaintiffs deposed Plaintiffs Richard Carl Mueller II, Marsha Jean Mueller, and Eric Robert Mueller, and obtained an expert psychological autopsy of Kayla Mueller (a forensic analysis of the subjective experience of Kayla Mueller during her captivity).

4. During damages proceedings Plaintiffs anticipate that they will move that the original deposition transcripts and expert report be filed under seal (because, among other

reasons, they contain the names of minors), with redacted versions filed on the public docket.

5. Because the apprehension of bodily harm and severe emotional distress suffered by Plaintiffs may be material to this Court's analysis of Defendant's liability, and so as to not waste judicial resources by submitting over 200 pages of materials relevant primarily to damages, Plaintiffs present abridged copies of the deposition transcripts and the psychological autopsy as exhibits to this affidavit.

6. Plaintiff Marsha Mueller was deposed on March 22, 2021 under oath and before a certified court reporter.

7. Ex. A is a true and correct copy of the cover, pages 1-4, 36-37, 48, 54-55, and 58 of Marsha Mueller's deposition transcript with the exception that the name of a minor and non-party family member have been redacted.

8. Plaintiff Richard Carl Mueller II was deposed on March 22, 2021 under oath and before a certified court reporter.

9. Ex. B is a true and correct copy of the cover, pages 7-8, and 11 of Richard Carl Mueller's deposition transcript with the exception that personal medical information and the name of a minor have been redacted.

10. Plaintiff Eric Robert Mueller was deposed on March 31, 2021 under oath and before a certified court reporter.

11. Ex. C is a true and correct copy of the cover, pages 1, 8-9, and 11 of Eric Mueller's deposition transcript.

12. Ex. D is a true and correct copy of pages 1-5, 16 of a psychological autopsy conducted by Dr. Chitra Raghavan PhD.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED AND SWORN this 21st day of February 2023

_____

Joshua K. Perles

Exhibit A



Deposition of:

**Marsha Jean Mueller**

*March 22, 2021*

In the Matter of:

**Mueller Vs. Syrian Arab Republic, Et Al**

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

1  us.  Until we learned that ISIS actually had came in from

2  Iraq more so and that they really weren't -- they weren't

3  there to really help the people of Syria.  They had came

4  in for a totally different reason just because of the

5  upheaval, and, yeah.

6      Q    When did you first learn about the conditions

7  and the torture Kayla was experiencing?

8      A    Well, it was when the hostages started coming

9  out.  They -- you know, the Spanish came out I think in

10  January of 2014.  Rod had given us some information, but

11  he didn't make it seem like Kayla was being tortured or

12  hurt at all.  That she was by herself, but she didn't

13  make it seem like she was in a prison.  I never

14  understood whether he was just trying to protect us, I

15  don't know.

16       But once the hostages started coming out and

17  especially the female women when they came out, they

18  contacted us.  They weren't supposed to.  MSF did not

19  want them to, but they did.  And both of them ended up

20  leaving Doctors Without Borders because they had no idea

21  the information they gave to Doctors Without Borders was

22  not given to us, so they both left.  They were very upset

23  with them, because they felt they had let Kayla down.

24  They had became pretty close.

25       So they told us, you know, I could ask them

1    questions about what Kayla had told them and she didn't

2    tell them a whole lot either really.  She talked about

3    being in very dark, cold places, but she also would say,

4    and she seemed to have been moved around a lot, but she

5    would say that there would be at least one person

6    wherever she was that was kind to her or somewhat kind to

7    her, and it seemed like it was the Syrian people that

8    were kind.  She didn't like Jahadi John at all, according

9    to Freda one of the women.  She said that Kayla was

10   always writing.  They let her write, and she was writing

11   what was happening to her and I was writing what was

12   happening over here.  So I was hoping that if Kayla did

13   come home, she could one day have what I had and I could

14   see what she had.  And, you know, it would be hers.  But

15   it was really that's who -- it was really the MSF girls.

16            And then when the French came out, one of the

17   French men reached out to us and we Skyped with him and

18   he told us about that he knew Kayla was with them that

19   fall, that she was by herself.  And then we started

20   hearing from the Yazidi girls that, you know, they had

21   been with Kayla, so they, again, added more horrific

22   stuff to what had happened to Kayla.

23            One of the things that I'll never be able to

24   get over is I trusted the FBI and our Government so much.

25   I gave them -- I was constantly on the phone with them

1      A    I don't know what to say to that.  I wake up

2   every night thinking about that.  Did she have a child?

3   Was she pregnant?  Yeah, I don't know what to say other

4   than, you know, it's on my mind a lot daily.

5      Q    Do you have trouble sleeping?

6      A    Oh, both of us do off and on.  You know, I wake

7   up, I go to bed thinking of Kayla, I wake up thinking of

8   Kayla.  There was a time when, you know, people were

9   telling us from over there they didn't believe that she

10  had been killed.  The only thing we got from ISIS was the

11  three videos where you only see part of her face.  So

12  Reverend Day, she truly did not believe Kayla had been

13  killed.  So we are going down this road.  And to be

14  really truthful, until we find Kayla and bring her home,

15  I won't know for sure.  In my heart I believe she is in

16  Heaven with God, and I hope so with all my heart, but I

17  still have that doubt.  I also, you know, did she have a

18  child in her when she was killed?  Was she killed?  How

19  was she killed.  Where is she?  Why can't we bring her

20  home?  You know, those are all the things that constantly

21  are in our minds.  Carl's too I know.  He just doesn't --

22  he doesn't say it to me, but his too.

23     Q    Do you have nightmares?

24     A    I only remember one actual where I was in a

25  panic.  I went to a different room to sleep because I

Page 54

1   called them the boys, you know, they'll love these
2   brownies, so we made brownies.  And then she got one of
3   her friend's a purse.  So we went and found things.
4   These special gifts for people.
5           I think that is -- it was so much fun to spend
6   that time with her.  We had people come over to the house
7   when she was home and she would -- she'd just -- she just
8   showed how people should be.  Just be kind to each other
9   and help each other and -- yeah, yeah.
10          So I don't know.  How do you answer that
11  question?  Even when, you know, we're with Eric and ▮
12  and ▮ we just all went together for spring break for a
13  few days, and you could just sense Kayla was on all of
14  our minds because she wasn't with us.  So and I wonder,
15  you know, she was -- I know eventually she would have
16  settled down and married and had children and would have
17  been a wonderful mom.  I would have loved -- I don't
18  know.  It's a hard question to answer.
19      Q   Do you think about her during the holidays?
20      A   Oh, my, yes.  Well, we think about her all the
21  time.  I mean, it's pretty daily.  My sister just sent me
22  a message saying that her youngest daughter is 24.  Well,
23  that immediately made me think of Kayla because that's
24  when Kayla went over there, she was 24.  So, yeah,
25  holidays are -- yeah.  But it's not -- it's -- it's --

Page 55

1    it's not just holidays.  I mean, it's just like a piece

2    of your heart is missing.

3         Q    How do you think it has affected your husband?

4         A    Well, it's -- I would say the same way.  I

5    think we try to hide it somewhat from each other.  But I

6    see it.  You know, we've been married 40-some years, so I

7    see how hard it is on him.  I see it in Eric.  Yeah.  I

8    mean, it's a piece of us is missing.  You know, we're a

9    close family, we really are, and always were.

10        Q    Do you think it's affected his health?

11        A    Probably both of our health.  We try to eat

12   right and we exercise and he's very active, always has

13   been.  But, yeah, you'll have to ask him that.

14        Q    All right.  Can we go off the record.

15             THE VIDEOGRAPHER:  We're going off the record.

16   The time is approximately 10:41 a.m.

17             (Break taken at 10:41 a.m.)

18             (Back on the record at 10:42 a.m.)

19             THE VIDEOGRAPHER:  We're going back on the

20   record.  The time is approximately 10:42 a.m.

21        Q    BY MS. AMICK:  Is Kayla's father Carl Mueller?

22        A    Yes, his name is Richard Carl Mueller, II, but

23   he goes by Carl.

24        Q    Is he a United States citizen?

25        A    Yes, he is.

Page 58

1    STATE OF ARIZONA          )
                               ) ss
2    COUNTY OF MARICOPA        )

3

4        BE IT KNOWN that the foregoing deposition was taken

5    before me, SHANNON STEVENSON, a Certified Reporter in and

6    for the County of Maricopa, State of Arizona; that the

7    witness before testifying was duly sworn to testify to

8    the whole truth; that the questions propounded to the

9    witness and the answers of the witness thereto were taken

10   down by me in shorthand and thereafter reduced to

11   computer-aided transcription under my direction; that the

12   foregoing 57 pages are a true and correct transcript of

13   all proceedings had upon the taking of said deposition,

14   all done to the best of my skill and ability.

15       I FURTHER CERTIFY that I am in no way related to any

16   of the parties hereto, nor am I in any way interested in

17   the outcome hereof.

18   (   )  Signature was requested.

19   (XXX)  Signature was not requested.

20       DATED at Phoenix, Arizona, this 25th day of March,

21   2021.

22

23       _____

     SHANNON STEVENSON, CR, RPR

24   Certified Reporter

     Certificate No. 50461

25



Deposition of:

# Richard Carl Mueller , II

*March 22, 2021*

In the Matter of:

# Mueller Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4    Richard Carl Mueller II,        )
      Individually and as Successor in)
 5    Interest and Co-Personal        )
      Representative of the Estate of )
 6    Kayla Jean Mueller,             )
                                      )
 7                                    )
      and                            )
 8                                    ) Case No.
      Marsha Jean Mueller            ) 1:18-cv-01229-CJN
 9    Individually and as Successor in)
      Interest and Co-Personal        )
10    Representative of the Estate of )
      Kayla Jean Mueller             )
11                                    )
                                      )
12    and                            )
                                      )
13    Eric Robert Mueller            )
                                      )
14              Plaintiffs,          )
                                      )
15    v                              )
                                      )
16    SYRIAN ARAB REPUBLIC           )
                                      )
17    Damascus, SYRIA,               )
      _____)
18
19        ZOOM VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
20                RICHARD CARL MUELLER, II
21                   March 22, 2021
                     11:02 a.m.
22
23
24                          Reported by:
                            SHANNON STEVENSON, RPR, CCR
25                          Certificate No. 50461
```

Page 22

1 what the U.S. Government was doing?
2    A    She was just devastated because the whole idea
3 of the trip was to get the Qatars to help us.  And he
4 comes in and says, "I just got told by your government we
5 can't pay ransom."  That trip, we were notified two days
6 before that trip.  We live 120 miles from the nearest
7 airport.  We got our reservations, we got to Phoenix, we
8 got to Cutter in two days.  And then to have them come in
9 and basically say, we really can't help you because our
10 government told us to take a step back.  And that's what
11 it meant to us when we told us that.
12    Q    Just taking a step back, why did you decide to
13 sell your business during this time?
14    A    Well, with the amount of stress that this
15 situation with Kayla was putting on both of us, I truly
16 felt that I might just lose the business, I might just
17 have to walk away, and I might need the money to pay the
18 ransom if we were able to figure out how to do that.  The
19 opportunity, it was just fortuitous that it happened when
20 it did.
21        Somebody came to me and said, "Would you like
22 to sell your body shop?"  Well, that negotiation took six
23 months to complete.  So now I'm dealing with selling the
24 business and trying to save our daughter at the same
25 time.

Page 23

1        You know, the thought of selling our home came
2 up, but it's not just having the money, it's how do you
3 do the transfer, how do you get the money over there.  We
4 tried to send $5,000 to Syria after Kayla was killed to
5 help the NGO, couldn't do it.  We couldn't send $5,000 to
6 Istanbul, so how are we going to send a million or how
7 are we even going to come up with $5 million?  Questions
8 that couldn't be answered that are just devastating.
9    Q    Do you remember when Senator Feinstein released
10 her torture report?
11    A    Absolutely I remember that day.  I was driving
12 into town on one of my trips and to express the stress
13 that I was under, there was many times that I would leave
14 the house and I would get down to the main road and I
15 would literally pull off to the side of the road to think
16 why I left the house.
17        So I was on my way probably to work one day and
18 I hear on the radio that Senator Feinstein has released
19 her report on the torture at Guantanamo Bay.  I pulled
20 over to the side of the road and that's when I had
21 Senator McCain's cell phone in my phone.  I called the
22 Senator and he usually almost always picked it up.  He
23 picked it up, and I said, "Senator, what is Senator
24 Feinstein doing?  Does she not know that my daughter is
25 being held by the comrades of the people she's telling

Page 24

1 the World that the United States has tortured?"  She
2 didn't really have an answer.  I found out later through
3 my own investigations that President Obama had to sign
4 off on that report being released.  He knew where Kayla
5 was.  He knew her situation, yet he signed off on that
6 report being released.  Can you even imagine what the
7 hostages, especially American hostages, that's Kayla,
8 went through after that report was released.  These
9 people are very smart.  They're on the internet, they
10 watch everything that goes on, trust me, I know.  Yet
11 President Obama signed off to have that report released.
12 What was he thinking?  Just another incompetent mistake
13 the Government made while we were trying to save our
14 daughter.
15    Q    At the time do you remember thinking that
16 because of the release of that report Kayla was going to
17 be tortured?
18    A    Absolutely.  That's the first thought in my
19 mind.  We were told she was yelled at and screamed at
20 because she was an American.  She was blamed for
21 everything the Americans were doing.  We were told that.
22 We knew that.  And now we tell those people that are
23 holding Kayla their comrade's being tortured by
24 Americans.  Pretty obvious.  Pretty obvious.
25    Q    Do you remember first learning from the Yazidi

Page 25

1 women about the level of torture and rape Kayla was
2 experiencing?
3    A    Yeah.  We heard from, you know, secondhand
4 reports from those girls through different sources and we
5 had and still have so many sources out there, but we had
6 heard -- pardon me, we heard through those sources about
7 what Kayla had been through.
8        So we asked the FBI, we would like to talk to
9 these girls that have gotten out and talk to them in
10 person to find out about what happened to Kayla.  We
11 asked them many times to set up that meeting.  And I
12 think it was three months, maybe longer they couldn't do
13 it.  They couldn't do it.
14        So in speaking to one of our contacts here
15 locally or up in Flagstaff that had been with us
16 throughout this whole ordeal, she said, "Well, let me see
17 what I can do."  She's not in the Government, she's a
18 minister.  She found a book that a lady wrote about these
19 women, contacted the author, the author, said, "I know
20 where they are.  I know who they're staying with."  Three
21 weeks later we were in Germany speaking with the Yazidi
22 girls.  One had been held with Kayla.  We got the
23 firsthand report, not secondhand, we know what went on,
24 we know what she told us, we know what they went through,
25 and we know what Kayla went through.  Again, our

7 (Pages 22 - 25)

Page 26

1 Government failed us.
2    Q   How did Marsha react when she learned that
3 Kayla had been kept as a sex slave for al-Baghdadi?
4    A   She couldn't speak. I think that was -- I
5 think we learned that from the FBI on one of our trips
6 back to D.C. And that's another story Marsha probably
7 told you. She can tell it best, but so many of these
8 things when you ask how we reacted, devastated of course.
9 But I tell people, look, if you had a daughter and you
10 learned what we learned, how would you feel? And I think
11 that's just the best way to explain it. You can't really
12 feel the feeling, but if your daughter had been taken
13 captive, held for 18 months, and then tortured,
14 intimidated, starved. We learned from the women that she
15 was held with that she had been held in solitary
16 confinement in a room where she couldn't even stretch out
17 her arms for long periods of time, and then eventually
18 taken by al-Baghdadi as his personal sex slave, how would
19 you feel? It's hard to imagine, but I can't -- I
20 can't -- all I can say is I don't know how we survived
21 it. And a lot of people -- other people don't.
22    Q   Do you think it impacted Marsha's health?
23    A   Oh, yeah. It probably took 10 years off of
24 both our lives. It continues to. It affects our sleep.
25 There isn't hardly a day goes by that I don't think about

Page 27

1 Kayla. A song comes on the radio, parents with their
2 daughter at Kayla's Hands Playground. There's just not a
3 day that goes by that we don't -- we don't think about
4 Kayla.
5    Q   Do you think that it has affected Eric?
6    A   Eric has probably had the roughest time. I'm
7 not sure why, but we're really concerned about Eric even
8 now. Just recently he seems to be -- he seems to be
9 getting better. For a long, long time he couldn't even
10 talk about Kayla.
11       His last experience with Kayla -- Eric lives in
12 the yellow zone too, by the way. His last experience
13 with Kayla was an argument, told her not to go, told her
14 she was going to be killed. So they parted ways on that
15 last visit not on good terms. So that I think is a lot
16 of why he's had such a hard time about what happened to
17 Kayla. But she insisted on going and insisted it would
18 be safe. So he's had a real hard time. I'm concerned
19 that he may have to do one of these depositions. I don't
20 know if he can get through it.
21    Q   Can you expand a little more on what you mean
22 when you say "he's had a hard time"?
23    A   Well, Eric is a big man. He's over 250, 6'2"
24 and intimidating presence, but he's just a teddy bear
25 inside, and he's very emotional, especially about his

Page 28

1 sister. ███████████████████████████████████████
2 ████████████████████████████████████████████████
3 ███████████████████████████████████████ And he's
5 got a young daughter to raise, he's got his own career to
6 worry about, and this -- this much stress and this level
7 is not good for his situation. I was doing that during
8 it and it's not good. I know how bad it is and how much
9 it affects -- how much it affects you every day.
10       Like I said, we were riding together one time
11 on a fishing trip and a song comes on the radio, I
12 reached over and changed it because I knew I wouldn't be
13 able to compose myself, and he looked at me and he knew
14 why. He knew why I changed it.
15    Q   Has it affected your relationship with Eric?
16    A   Yes, it has. He's trying to protect his
17 nine-year-old daughter, he's concerned about how her
18 friends will perceive in the media and having to
19 explain to her nine-year-old friends and possibly their
20 parents what's going on. Every time -- well, we spoke
21 for President Trump and it was very upsetting to Eric
22 because he was afraid that he would -- ████ would see it.
23 He wouldn't watch TV. He would only watch YouTube and
24 Netflix during that time because he was so afraid that we
25 would pop up on the news or the RNC speech that we gave

Page 29

1 would come on, and ████ would see it and he would have to
2 explain what happened to Aunt Kayla. Yeah, to a nine
3 year old, what happened to Aunt Kayla. So that's been a
4 very tough point for him to get through.
5       And we have to be very careful not to talk
6 about Kayla when ████ is here, when Eric is here. We
7 have to refrain from getting into that conversation
8 because he's concerned that he can't explain what
9 happened to his sister to his nine-year-old daughter.
10    Q   Do you remember how you found out that she had
11 been killed?
12    A   We got an email from ISIS that said she had
13 been killed in a bombing raid. The raid was from one of
14 our allies there, the Lebanese. They told us where, they
15 even sent pictures of a smoking building and that's how
16 we learned about it.
17       And we immediately, of course, contacted the
18 FBI and they were clueless, they had no idea. So we sent
19 them the information and then we requested pictures of
20 proof. You know, we wanted proof, not just the word of a
21 terrorist group that Kayla had been killed. So they sent
22 us pictures, three. To me they looked staged. Of course
23 in accordance to their Muslim belief all you could see
24 was Kayla's face. The first one she had a black coat or
25 something on and there had been pebbles sprinkled on the

8 (Pages 26 - 29)

Page 38

1        (Whereupon the deposition of RICHARD CARL
2  MUELLER, II, was concluded at 12:11 p.m.)
3
4                    * * *
5
6        (No signature was requested.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 39

1  STATE OF ARIZONA      )
                          ) ss
2  COUNTY OF MARICOPA    )
3
4     BE IT KNOWN that the foregoing deposition was taken
5  before me, SHANNON STEVENSON, a Certified Reporter in and
6  for the County of Maricopa, State of Arizona; that the
7  witness before testifying was duly sworn to testify to
8  the whole truth; that the questions propounded to the
9  witness and the answers of the witness thereto were taken
10 down by me in shorthand and thereafter reduced to
11 computer-aided transcription under my direction; that the
12 foregoing 38 pages are a true and correct transcript of
13 all proceedings had upon the taking of said deposition,
14 all done to the best of my skill and ability.
15    I FURTHER CERTIFY that I am in no way related to any
16 of the parties hereto, nor am I in any way interested in
17 the outcome hereof.
18 (  )  Signature was requested.
19 (XXX)  Signature was not requested.
20    DATED at Phoenix, Arizona, this 25th day of March,
21 2021.
22
23   _____
     SHANNON STEVENSON, CR, RPR
24   Certified Reporter
     Certificate No. 50461
25

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

**Exhibit C**



Deposition of:

# Eric Mueller

*March 31, 2021*

In the Matter of:

# Mueller Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1                    UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF COLUMBIA
 3
         Richard Carl Mueller II,        )
 4       Individually and as Successor in)
         Interest and Co-Personal        )
 5       Representative of the Estate of )
         Kayla Jean Mueller,             )
 6                                        )
         and                             )
 7                                        )
         Marsha Jean Mueller             )
 8       Individually and as Successor in)
         Interest and Co-Personal        )
 9       Representative of the Estate of )
         Kayla Jean Mueller              )
10                                        )
         and                             )
11                                        )
         Eric Robert Mueller             )
12                                        )
                     Plaintiffs,         )
13                                        )
                v                        )
14                                        )
         SYRIAN ARAB REPUBLIC            )
15                                        )
         Damascus, SYRIA,                )
16       _____)
17
18           VIDEOTAPED REMOTE DEPOSITION OF ERIC MUELLER
19                        March 31, 2021
                           4:52 p.m.
20
21       Prepared by:
         Vicki L. O'Ceallaigh Champion, CR
22       Certificate No. 50534
23
24       Prepared for:
25       (Certified copy)
```

Page 26

1 needed, I guess.  And I went and saw her and had
2 several sessions with her over the course of maybe
3 nine months, something like that.
4        And it was -- it was weird for me, I guess,
5 is the best way to put it, you know, and again, it
6 was because it was engrained into my mind, "Do not
7 talk about this."  So even after she had been
8 killed, and it was in the media and everybody knew
9 about it, it was still engrained into my brain that
10 you couldn't talk about it.
11        When I spent 18 months, plus or minus, going
12 to work every day talking to friends every day and
13 never saying anything about it.  They would ask me,
14 "How's your sister doing?"  What the hell do you
15 say?  You know, you can't -- you can't talk about
16 it, and people are asking how she's doing, and all
17 you can say is, "I haven't heard from her in awhile,
18 but I think she's doing fine," or "Yeah, we talked
19 to her a little while ago, and everything seems
20 okay."  You got to lie to your closest friends about
21 your sister being taken.  It's awful.  It's awful.
22    Q.  You mentioned that you had trouble sleeping,
23 and that you had nightmares.  Do you still have
24 nightmares?
25    A.  Not as often.  They are very sporadic.

Page 27

1 There are nightmares that I have still, but I think
2 I'm past that point now finally, mentally, through
3 the counseling and through finally being able to
4 talk to people about it and knowing that I can open
5 up and have the discussions with people has helped
6 with those.
7        But for a long time, I would work off of
8 three, four, five hours a night maximum, and there
9 were some nights where I might get one or two hours
10 of sleep, because I could feel -- it was just
11 something in me that I knew that there was going to
12 be a nightmare.  It was almost like they were timed.
13 I could just sense that if I had a really bad day or
14 she was really on my mind or another news article
15 had come out or something came on the TV about her
16 and what she went through that it would trigger
17 those -- those nightmares again.
18        There were nights that I would physically
19 try not to sleep to avoid it, because they were so
20 vivid.  I mean, it was like I was there when
21 everything was going on with her.  It was -- to try
22 to not go to sleep to avoid having a nightmare, I
23 have never had that problem.  In fact, I don't
24 really dream at all, so to even have a dream like
25 that and still consistently for so long.  You know,

Page 28

1 it was like I'd read a news article, I'd read a news
2 story, and my dream would be exactly what that news
3 article said in vivid detail like I was watching it,
4 watching her get everything done.  It was awful.
5    Q.  I know this is difficult to discuss, but do
6 your best to describe what these nightmares were
7 about.
8    A.  They varied.  Again, it would kind of --
9 kind of depend on when something would happen, and
10 we would find out new details about her captivity,
11 or when we would find a new news article that
12 somebody had written or a new piece on TV, you know,
13 on whatever news channel.
14        They varied, but I can remember, at one
15 point, somebody had said that they had ripped all of
16 her fingernails out from the nailbeds, which come to
17 find out was not true, but it was in a news article,
18 and I had had dreams about that, just hearing her --
19 hearing her scream while they ripped her fingernails
20 out.
21        When the article came out about how Baghdadi
22 using her as his sex slave, I had vivid dreams about
23 that man doing those things to her.  I would wake up
24 and not be able to go back to sleep, and it would
25 set my whole day off on -- on that note, which then

Page 29

1 made my whole day bad on top of already being
2 stressed, and I mean, his wife beating her, the
3 photos, the proof of life video, the cell that they
4 would hold her in.
5        I mean, it's all -- I don't know anything
6 about it.  I don't know if any of it actually
7 happened or not, because we don't have -- it's not
8 like somebody has come forward and told us what
9 happened in detail, but my mind would take it and
10 just run with it to the point where I would see it.
11 I mean, like I was there, the blood, the -- just
12 everything, everything.
13    Q.  You mentioned -- you mentioned earlier that
14 ISIS had released your parents' personal
15 information.
16    A.  Yeah.
17    Q.  Were you ever concerned -- are you still
18 concerned that ISIS or people sympathetic to ISIS
19 might retaliate against your family, your wife, your
20 daughter?
21    A.  I was at one point when all the information
22 was being released and the United States is bombing
23 them, and you know, we are going in there trying to
24 eradicate them, which is exactly what we should have
25 been doing, but then I knew that they had all my

8 (Pages 26 - 29)

Page 30

1  information, too, because they had my sister's
2  laptop.  So they had my e-mail.  They had pictures
3  of me and my family.  They had my phone number and
4  my address.  They had all of my information, as
5  well, because it was all within my sister's computer
6  along with my parents' stuff.
7       So there was definitely that fear that they
8  would show up, which is an irrational fear, but
9  anxiety gets the best of you, and there is no way
10  that they are going to fly all the way over here to
11  take my daughter, but that irrational fear was too
12  much to overcome some days, and it absolutely
13  would -- would freak me out.
14       I put security cameras up at my house.  I
15  bought an alarm system.  I mean, there is every --
16  every entrance to my house has a camera on it now,
17  and that was partly due to that insecure feeling
18  of -- of not knowing if something would happen.
19       At that point, they had -- they had whatever
20  they would call them -- they are not soldiers -- the
21  cowards -- they had them here in the United States,
22  and we knew they had little caliphates through the
23  United States.  So I knew that they were here, and I
24  guess maybe that drove it.
25       I mean, they found them as close as Phoenix,

Page 31

1  if I'm not mistaken, at one point, somebody that was
2  an ISIS sympathizer, so that added to my anxiety,
3  you know, my panic attacks.
4       I didn't want to leave the house.  Part of
5  my job is traveling.  I traveled all over the
6  country to do different things for work, and there
7  would be mornings I would get up to go to the
8  airport, and I couldn't help but start crying,
9  because I was so afraid that if I wasn't here to
10  protect my family, like I couldn't be there to
11  protect my sister, that I wouldn't be able to live
12  with myself.
13       That's a really crappy feeling, you know.
14  Thank God nothing happened, but it was definitely to
15  the point where I would ask some of my friends
16  within the police department if they wouldn't mind
17  watching the house, and they all agreed that they
18  would.  I never had them do it, but it got to the
19  point where I actually made that inquiry to them.
20  Q.   Based on our previous conversations and what
21  you said now, I know you are aware of the extent of
22  torture that Kayla experienced.
23       Do you ever wonder about whether Kayla, if
24  she had been released, would have been able to
25  recover from her treatment by ISIS, her torture, her

Page 32

1  sexual slavery?
2  A.   Yeah.  As much as I wanted to see her again
3  and as much as I wanted her to be here as my
4  daughter's aunt, when we finally got the
5  confirmation that she was passed, that she had
6  passed away, I don't want to say there was a sigh of
7  relief, because that makes it sound cold, but there
8  was a sigh of relief that she doesn't have to suffer
9  anymore at the hands of these people.
10       And as far as if she would have ever been
11  released and come home, would she have been able to
12  have recovered mentally and physically from the
13  abuse, I can't answer that question, because it's --
14  each person is going to handle that differently.
15  Everybody is strong mentally, everybody is strong
16  physically in different ways.  Some people can
17  survive beatings and be fine with it; some people
18  can't, you know, and so that's a tough question.
19       Was I relieved to find out that was she
20  gone?  No.  Was I relieved that she didn't have to
21  suffer at the hands of these savages anymore?  Yes.
22  I knew she wasn't suffering.  I knew she was in a
23  better place, and I knew that I didn't have to worry
24  about being the older brother that could do nothing
25  to do -- that could do nothing to protect his

Page 33

1  sister.
2  Q.   I can't even imagine what this is like, and
3  I doubt the Court can either.  You do your best to
4  put into words what being that older brother is
5  like, what knowing that your younger sister was
6  subjected to feels like, if you can put it into
7  words.
8  A.   I don't know.  It's one of the most awful
9  feelings I have ever had in my life.  It's one of
10  the most awful feelings I could ever imagine
11  feeling.  Your job as an older brother to your
12  little sister is to be the protector starting from a
13  young age.  You know, you just kind of have that
14  mentality, or I did anyways, of wanting to protect.
15       You know, I could be there when Mom and Dad
16  weren't, and she would come to me with issues that
17  she didn't want to come to Mom and Dad with, you
18  want, and you want to protect her from boyfriends
19  and -- well, that protection gets put on a whole
20  other level when she is on the other side of the
21  world with a bunch of people that are known to
22  literally cut the heads off of people with dull
23  swords on camera, so that they can terrorize people,
24  and there is not a single thing you can do about it,
25  not a single damned thing.

9 (Pages 30 - 33)

Page 38

1  STATE OF ARIZONA          )
                             ) ss
2  COUNTY OF MARICOPA         )

3        BE IT KNOWN that the foregoing deposition

4  was taken by me, VICKI L. O'CEALLAIGH CHAMPION, CR

5  No. 50534, a Certified Reporter for the State of

6  Arizona; that prior to being examined, the witness

7  named was duly sworn to testify to the whole truth;

8  that the questions propounded and the answers of the

9  witness thereto were taken down by me and thereafter

10 reduced to computerized transcription under my

11 direction and supervision; that the foregoing is a

12 true and correct transcript of all proceedings had

13 upon the taking of said deposition, all done to the

14 best of my skill and ability.

15       I further certify that I am in no way

16 related to any party to said action nor in any way

17 interested in the outcome thereof.

18       I CERTIFY that I have complied with the ethical

19 obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206

20 J(1)(g)(1) and (2).

21       DATED at Phoenix, Arizona, this 14th day of

22 April, 2021.

23

          /s/ Vicki L. O'Ceallaigh Champion
24     _____

       VICKI L. O'CEALLAIGH CHAMPION
25          CR No. 50534

11 (Page 38)

**Exhibit D**

## PSYCHOLOGICAL AUTOPSY

Client Name:  Kayla Mueller

Ethnicity:  White

DOB: 08/14/88

## A.  OVERVIEW

I was requested to provide a psychological autopsy of the deceased plaintiff Kayla Jean Mueller by Joshua Perles, Perles Law Firm, PC on behalf of the Estate of Kayla Jean Mueller via her co-Personal Representatives and Successors in Interest of the Estate of Kayla Jean Mueller, Richard Mueller and Marsha Mueller (her parents).

The term psychological autopsy was coined by Dr. Shneidman[1] and broadly refers to clarifying the psychological aspects of death. In this report, the focus of the psychological autopsy is to clarify and illustrate the psychological experiences—particularly related to her abuse and imprisonment--of Kayla preceding her death. Because the plaintiff is deceased, I did not evaluate her and therefore, my conclusions are probable rather than definitive and based on prevailing research and clinical science, as well as relevant witness and other material reports.

Specifically, this report will focus on:

1. The psychological suffering that Kayla Jean Mueller experienced or likely experienced as a result of being abducted, sexually assaulted and raped, tortured, and executed by ISIS.[2]

2. This report is based on my training, teaching and clinical experience with hundreds of survivors of gender-based violence (domestic violence, sexual assault, sex trafficking, hate crimes, cultic abuse) as well as scientific knowledge of the outcomes of abduction, sexual assault, rape, and torture. Additionally, I reviewed documents corroborating Kayla's experiences with ISIS.

3. My report is further informed by a review of the following documents:
   1) Plaintiffs Renewed Motion for Entry for Default Judgement
   2) Dr. Gartenstein-Ross's Expert Witness Report
   3) Numerous news and scholarly articles as indexed

---

[1] Shneidman, E. S. (1981). The psychological autopsy. *Suicide Life Threat Behav*, *11*(4), 325-340.
[2] For the purposes of this report, ISIS refers to the militant Islamic terrorist group in Syria which abducted and killed Kayla Jean Mueller.

4.   I also interviewed the following collateral witnesses; I spoke to Kayla's parents, Marsha and Karl Mueller over zoom for about 45 minutes (10-3-2022) and Reverend Kathleen Day over zoom for an hour and 15 minutes (10-7-2022).

5.   Finally, I also requested to speak with a wide range of witnesses who witnessed or enabled atrocities against Kayla Jean Mueller but because of time constraints and or inability to locate the witnesses, I was unable to.

6.   I reserve the right to amend my opinions, or any other part of this report should new data emerge.

7.   In the following sections, I first present a summary of Kayla's suffering. I then explain my basis for these hypothetical opinions based on witness testimonies, research narratives of survivors as well as my extensive clinical work with traumatized populations. In doing so, I first detail how she might have experienced her torture and abuse using a <u>coercive control framework</u>, and the potential psychological outcomes of such abuse using a <u>posttraumatic stress disorder framework</u>. These frameworks are well established in psychological science and may help the reader understand Kayla's experiences more accurately.

## B.   SUMMARY

Kayla Jean Mueller was abducted by militant Islamic terrorists in Syria (ISIS) in 2013, when she was 24-years old.  She was imprisoned for 18 months and likely assassinated by her captors in 2014.  Direct evidence for her ill-treatment, provided by co-captors indicate that from September 2014 to February 2014, indicates that Kayla experienced extensive sexual assault, repeated degrading and humiliating experiences, particularly during the last months of her life when she was forcibly converted and married to her rapist, Abu Bakr Al-Baghdadi, the then leader of ISIS. Prior to being moved to live in Abu Sayyaf's household (the oil minister for ISIS who was holding her under guard for Al-Baghdadi), she was frequently held in solitary confinement, harshly interrogated, and perhaps physically abused and sexually assaulted although there is no direct evidence of physical abuse and assaults prior to September 2014.

It would be difficult to find a circumstance more dangerous, poisonous, or harmful than the one in which Kayla was held captive. As a young White American woman travelling alone, her very presence as independent and high spirited would have offended and threatened the archaic and fragile masculinities that dominated ISIS ideology towards women.

Degradation—both as an individual series of coercive acts but also as a context of Kayla's captivity--likely dominated her daily experience. Men high in hostility—as formalized in ISIS theology—take particular pleasure in viewing the suffering of women as they are being degraded and dehumanized. For such abusers, the process of degradation is as satisfying as the outcome of degradation—destruction of the victim's dignity and spirit until they lose their own sense of self.

Kayla's degradation was physical, sexual and spiritual. She was confined alone for long periods of time, subsequently repeatedly raped and then forced to marry her rapist. She was forced to convert to Islam and ordered to study daily following sexual assaults by Al-Baghdadi. This abuse was a direct attack on Kayla's dignity. Her conversion and marriage would have required her to "accept" Islam and claim that she was freely consenting.  Forced to participate in one's own denigration, is the final step before the victim surrenders in total psychological defeat[3]. Kayla's spirit would have been devastated. In an unrelated account, Lovelace who experienced sexual assault, public humiliation and a forced marriage to her abuser says what perhaps Kayla might have felt the last few weeks before her execution, "*First I was certain that God would help me escape, but in time my faith was shaken. I became more and more frightened, scared of everything. The very thought of trying to escape was terrifying. I had been degraded every possible way, stripped of all dignity, reduced to an animal and then to a vegetable. Whatever strength I had began to disappear. Simple survival took everything: making it all the way to tomorrow was a victory*.[4]"

Towards the end, on a daily basis, Kayla would have experienced, terror, sadness, emptiness, deep feelings of being alone. Her young body would have been exhausted by the repeated, possibly rough sexual assaults. Perhaps she also felt abandoned by the U.S., a country that she deeply loved, and which ideals she celebrated.

Kayla was spiritual—her inner strength likely gave her dignity but even the strongest emotional strength cannot protect one from the brutality of painful physical rapes, the sneers of fanatical captors, and the undisguised pleasure her sadistic captors would have likely enjoyed from witnessing her degradation.

It is my professional opinion with a reasonable degree of psychological certainty that these horrific experiences from which Kayla had no escape would have slowly destroyed her sense of self, eroded her young spirit, and dimmed her optimism. Her last few moments would have been a tortured see saw of emotions—last minute despairing hope that the U.S. would somehow intervene and free her, images and memories of the sweetest moments of her earlier life and freedom, interspersed with the horrific reality that her captors' contemptuous treatment of her signaled her own impending violent death.

## C.  QUALIFICATIONS

1. I am a licensed clinical psychologist with more than 15 years of experience in the field of clinical psychology.  I am also a full Professor of Psychology, Director of the Forensic

---

[3] Herman, J. L. (2015). *Trauma and recovery: The aftermath of violence--from domestic abuse to political terror*. Hachette UK.
[4] Lovelace and McGrady, Ordeal, p. 70 (first cited in Herman, p. 84)

Mental Health Counseling Program, and Coordinator of Victimology Studies in Forensic Psychology at John Jay College of Criminal Justice.[5]

2. I obtained my doctorate in Clinical and Community Psychology at the University of Illinois at Urbana-Champaign and furthered my post-doctoral training at Yale University.

3. I routinely conduct psychological evaluations and provide expert witness testimony in criminal cases for domestic violence, sexual assault and sex trafficking, and their related traumatic outcomes.

4. I testified on behalf of the prosecution in a *Frye* hearing, resulting in a published decision that established new law in New York State, holding that theories of trauma bonding and coercive control are well established in both the psychological and legal communities: https://law.justia.com/cases/new-york/other-courts/2018/2018-ny-slip-op-28161.html.[6]

5. I conducted a training on "Science of Trauma and PTSD" for the New York State Parole Board in Incarcerated Gender Violence Survivors Initiative, Meeting of Parole Board Committee on April 18, 2018.

6. I have testified as a witness for the prosecution in other cases regarding the effects of traumatic abuse and coercive control,  and have been retained as an expert by both defense and prosecution at the state and federal level.

7. I conduct trainings on domestic violence, sex trafficking, and trauma for law enforcement officers, legal professionals, and mental health personnel in New York State, and have taught classes on trauma and victimization locally and internationally.

8. I conduct research on threat assessment and all forms of interpersonal exploitation and violence victimization.

9. I teach specialized classes in this area at John Jay College and developed several trauma-focused programs that I direct.

---

[5] A further list of my credentials can be found here:  https://www.jjay.cuny.edu/faculty/chitra-raghavan.

[6] *People v. Abdur-Razzaq*, 60 Misc. 3d 631, 77 N.Y.S.3d 842, 2018 NY Slip Op. 28161 (Bronx Cnty. May 29, 2018) (Barrett, J.).  Judge Barrett stated: "All three of the People's experts testified credibly; however, the Court found that the testimony of Dr. Raghavan was the most essential and relevant exposition of the scientific analysis that underlies the psychological theory here presented.  Dr. Raghavan not only demonstrated scholarship and in-depth knowledge and experience in the field of trauma bonding and the use of coercive control as applied in the area of sex trafficking, but her testimony was free of bias and she was extremely articulate, answering often complex and sometimes convoluted questions with aplomb and in a clear and understandable way."

10. I have made over 150 conference presentations and have published over forty articles in various publications, including *Violence against Women, American Journal of Community Psychology*, *Journal of Traumatic Stress*, and *Journal of Interpersonal Violence.* I have also edited two books: (i) *Self-Determination and Women's Rights in the Muslim World* (Raghavan, C. & Levine, J., eds.), HBI Series on Gender, Culture Religion, and Law (Boston: Brandeis University Press 2012); and (ii) *Domestic Violence: Methodologies in Dialogue* (Raghavan C. & Cohen, S.J., eds.), Northeastern Series on Gender, Crime, and Law (Northeastern University Press 2013).

11. In addition to my book listed above, I have specialized and narrow knowledge of the intersections of Islam and gender-based violence including progressive views and views damaging to women's integrity based on research, travel, teaching, and clinical work.

12. I have limited in-country experience travelling in Syria in 2000 for about a period of 6 months.

## D.  RELEVANT PERSONAL INFORMATION AND CHILDHOOD BACKGROUND

1. Kayla was raised in a loving household by her parents in Prescott, Arizona. She was the youngest of two children. Her parents described her as an "easy child." They noted that very early on, Kayla was social, interested in the feelings of others, and took pleasure in forging harmonious relationships. During and after college (which she completed speedily in 2.5 years), Kayla began a serious engagement in humanitarian work. She worked in an orphanage in India, volunteered in Guatemala, worked in AIDS awareness in Arizona, volunteered with veterans, the elderly, incarcerated populations, and children in need. Following college, Kayla wished to dedicate her life to helping societies engage in peacemaking over conflict.

2. Kayla's parents supported her dedication. As Kayla herself writes in a letter to her parents, *"I also realized during walking meditation @ Upper Hamlet that I'm doing exactly what I want to be doing + my parents are proud of me. I think those two things are some of the best two things one can have simultaneously + I'm eternally grateful to them for that."*[7]

3. Kayla's parents noted that she was an eternal optimist, full of life and energy and believed that fundamentally, people everywhere were kind. She was spiritual and while her earliest education was Christian, at the time of her abduction, she was leaning to holistic religious beliefs that emphasized freedom, dignity, and self-determination that was not necessarily uniquely tied to the bible. She spent considerable time in Plum Village studying the teachings of the Vietnamese Buddhist scholar Thich Nhat Han which according to Reverend Day and Marsha Mueller, deeply influenced her desire to live mindfully and

---

[7] Taken from excerpts of letters that Kayla wrote to her parents during her journeys; provided by Mrs. Mueller, her mother.

16. Towards the end, Kayla's co-captives noted that she cried for long periods after the sexual assaults[34]. In contrast, her earlier co-captives noted that she was full of optimism[35]. Pessimism and sadness—the kind that envelopes you and won't retreat—likely started to dominate her daily emotions as she began to lose hope.

**Criterion E: Arousal and Reactivity**

17. Living in constant fear and threats of harm--as Kayla must have during her 18-months of imprisonment—damage the body's nervous systems. Kayla likely started to have sleep disturbances and or constant feelings of being on guard or afraid of being hurt, and never feeling safe or rested.

## CONCLUSION

Kayla Jean Mueller was degraded, tortured, raped, and eventually executed. Kayla was a woman of faith and this strength would have given her precious moments of peace. But years of research examining torture and sexual assault all point to the same outcome—Kayla would have lived in fear and despair, and an ever-consuming pain as her body and spirit were violated. While we do not know the details, few days prior to her execution her captors would probably have escalated their dehumanization—as documented frequently in other genocides (i.e., what the Nazis did to the captive Jewish prisoners before killing them)—which would allow them to vent their rage and kill her with the maximum amount of pleasure in the deed. The kind of atrocities perpetrated on this young woman have little equivalent in words. To say that Kayla suffered horribly is ultimately an understatement.

I conclude this report in Kayla's own words. Sometime in 2013, during a Skype conversation, her father Karl had asked her to return from Turkey worried that this was not her war. Kayla responded, "*You are right, this is not my war. I would never stake claim to something as barbaric as war. But, any struggle for greater freedom and justice is my struggle and any time innocent lives are being slaughtered, they are my people.*"

Chitra Raghavan, PhD

New York State Psychology License Number: 016466

November 1, 2022

---

[34] Ibid, BBC, p. 9.
[35] Ibid, p.7.

16