# EXHIBIT 1

# PSYCHOLOGICAL AUTOPSY

Client Name:  Kayla Mueller

Ethnicity:  White

DOB: 08/14/88

## A.  OVERVIEW

I was requested to provide a psychological autopsy of the deceased plaintiff Kayla Jean Mueller by Joshua Perles, Perles Law Firm, PC on behalf of the Estate of Kayla Jean Mueller via her co-Personal Representatives and Successors in Interest of the Estate of Kayla Jean Mueller, Richard Mueller and Marsha Mueller (her parents).

The term psychological autopsy was coined by Dr. Shneidman[1] and broadly refers to clarifying the psychological aspects of death. In this report, the focus of the psychological autopsy is to clarify and illustrate the psychological experiences—particularly related to her abuse and imprisonment--of Kayla preceding her death. Because the plaintiff is deceased, I did not evaluate her and therefore, my conclusions are probable rather than definitive and based on prevailing research and clinical science, as well as relevant witness and other material reports.

Specifically, this report will focus on:

1. The psychological suffering that Kayla Jean Mueller experienced or likely experienced as a result of being abducted, sexually assaulted and raped, tortured, and executed by ISIS.[2]

2. This report is based on my training, teaching and clinical experience with hundreds of survivors of gender-based violence (domestic violence, sexual assault, sex trafficking, hate crimes, cultic abuse) as well as scientific knowledge of the outcomes of abduction, sexual assault, rape, and torture. Additionally, I reviewed documents corroborating Kayla's experiences with ISIS.

3. My report is further informed by a review of the following documents:
    1) Plaintiffs Renewed Motion for Entry for Default Judgement
    2) Dr. Gartenstein-Ross's Expert Witness Report
    3) Numerous news and scholarly articles as indexed

---

[1] Shneidman, E. S. (1981). The psychological autopsy. *Suicide Life Threat Behav*, *11*(4), 325-340.
[2] For the purposes of this report, ISIS refers to the militant Islamic terrorist group in Syria which abducted and killed Kayla Jean Mueller.

4. I also interviewed the following collateral witnesses; I spoke to Kayla's parents, Marsha and Karl Mueller over zoom for about 45 minutes (10-3-2022) and Reverend Kathleen Day over zoom for an hour and 15 minutes (10-7-2022).

5. Finally, I also requested to speak with a wide range of witnesses who witnessed or enabled atrocities against Kayla Jean Mueller but because of time constraints and or inability to locate the witnesses, I was unable to.

6. I reserve the right to amend my opinions, or any other part of this report should new data emerge.

7. In the following sections, I first present a summary of Kayla's suffering. I then explain my basis for these hypothetical opinions based on witness testimonies, research narratives of survivors as well as my extensive clinical work with traumatized populations. In doing so, I first detail how she might have experienced her torture and abuse using a <u>coercive control framework</u>, and the potential psychological outcomes of such abuse using a <u>posttraumatic stress disorder framework</u>. These frameworks are well established in psychological science and may help the reader understand Kayla's experiences more accurately.

## B. SUMMARY

Kayla Jean Mueller was abducted by militant Islamic terrorists in Syria (ISIS) in 2013, when she was 24-years old. She was imprisoned for 18 months and likely assassinated by her captors in 2014. Direct evidence for her ill-treatment, provided by co-captors indicate that from September 2014 to February 2014, indicates that Kayla experienced extensive sexual assault, repeated degrading and humiliating experiences, particularly during the last months of her life when she was forcibly converted and married to her rapist, Abu Bakr Al-Baghdadi, the then leader of ISIS. Prior to being moved to live in Abu Sayyaf's household (the oil minister for ISIS who was holding her under guard for Al-Baghdadi), she was frequently held in solitary confinement, harshly interrogated, and perhaps physically abused and sexually assaulted although there is no direct evidence of physical abuse and assaults prior to September 2014.

It would be difficult to find a circumstance more dangerous, poisonous, or harmful than the one in which Kayla was held captive. As a young White American woman travelling alone, her very presence as independent and high spirited would have offended and threatened the archaic and fragile masculinities that dominated ISIS ideology towards women.

Degradation—both as an individual series of coercive acts but also as a context of Kayla's captivity--likely dominated her daily experience. Men high in hostility—as formalized in ISIS theology—take particular pleasure in viewing the suffering of women as they are being degraded and dehumanized. For such abusers, the process of degradation is as satisfying as the outcome of degradation—destruction of the victim's dignity and spirit until they lose their own sense of self.

Kayla's degradation was physical, sexual and spiritual. She was confined alone for long periods of time, subsequently repeatedly raped and then forced to marry her rapist. She was forced to convert to Islam and ordered to study daily following sexual assaults by Al-Baghdadi. This abuse was a direct attack on Kayla's dignity. Her conversion and marriage would have required her to "accept" Islam and claim that she was freely consenting. Forced to participate in one's own denigration, is the final step before the victim surrenders in total psychological defeat[3]. Kayla's spirit would have been devastated. In an unrelated account, Lovelace who experienced sexual assault, public humiliation and a forced marriage to her abuser says what perhaps Kayla might have felt the last few weeks before her execution, "*First I was certain that God would help me escape, but in time my faith was shaken. I became more and more frightened, scared of everything. The very thought of trying to escape was terrifying. I had been degraded every possible way, stripped of all dignity, reduced to an animal and then to a vegetable. Whatever strength I had began to disappear. Simple survival took everything: making it all the way to tomorrow was a victory.*[4]"

Towards the end, on a daily basis, Kayla would have experienced, terror, sadness, emptiness, deep feelings of being alone. Her young body would have been exhausted by the repeated, possibly rough sexual assaults. Perhaps she also felt abandoned by the U.S., a country that she deeply loved, and which ideals she celebrated.

Kayla was spiritual—her inner strength likely gave her dignity but even the strongest emotional strength cannot protect one from the brutality of painful physical rapes, the sneers of fanatical captors, and the undisguised pleasure her sadistic captors would have likely enjoyed from witnessing her degradation.

It is my professional opinion with a reasonable degree of psychological certainty that these horrific experiences from which Kayla had no escape would have slowly destroyed her sense of self, eroded her young spirit, and dimmed her optimism. Her last few moments would have been a tortured see saw of emotions—last minute despairing hope that the U.S. would somehow intervene and free her, images and memories of the sweetest moments of her earlier life and freedom, interspersed with the horrific reality that her captors' contemptuous treatment of her signaled her own impending violent death.

### C.  QUALIFICATIONS

1. I am a licensed clinical psychologist with more than 15 years of experience in the field of clinical psychology. I am also a full Professor of Psychology, Director of the Forensic

---

[3] Herman, J. L. (2015). *Trauma and recovery: The aftermath of violence--from domestic abuse to political terror*. Hachette UK.
[4] Lovelace and McGrady, Ordeal, p. 70 (first cited in Herman, p. 84)

3

    Mental Health Counseling Program, and Coordinator of Victimology Studies in Forensic Psychology at John Jay College of Criminal Justice.[5]

2. I obtained my doctorate in Clinical and Community Psychology at the University of Illinois at Urbana-Champaign and furthered my post-doctoral training at Yale University.

3. I routinely conduct psychological evaluations and provide expert witness testimony in criminal cases for domestic violence, sexual assault and sex trafficking, and their related traumatic outcomes.

4. I testified on behalf of the prosecution in a *Frye* hearing, resulting in a published decision that established new law in New York State, holding that theories of trauma bonding and coercive control are well established in both the psychological and legal communities: https://law.justia.com/cases/new-york/other-courts/2018/2018-ny-slip-op-28161.html.[6]

5. I conducted a training on "Science of Trauma and PTSD" for the New York State Parole Board in Incarcerated Gender Violence Survivors Initiative, Meeting of Parole Board Committee on April 18, 2018.

6. I have testified as a witness for the prosecution in other cases regarding the effects of traumatic abuse and coercive control, and have been retained as an expert by both defense and prosecution at the state and federal level.

7. I conduct trainings on domestic violence, sex trafficking, and trauma for law enforcement officers, legal professionals, and mental health personnel in New York State, and have taught classes on trauma and victimization locally and internationally.

8. I conduct research on threat assessment and all forms of interpersonal exploitation and violence victimization.

9. I teach specialized classes in this area at John Jay College and developed several trauma-focused programs that I direct.

---

[5] A further list of my credentials can be found here: https://www.jjay.cuny.edu/faculty/chitra-raghavan.

[6] *People v. Abdur-Razzaq*, 60 Misc. 3d 631, 77 N.Y.S.3d 842, 2018 NY Slip Op. 28161 (Bronx Cnty. May 29, 2018) (Barrett, J.). Judge Barrett stated: "All three of the People's experts testified credibly; however, the Court found that the testimony of Dr. Raghavan was the most essential and relevant exposition of the scientific analysis that underlies the psychological theory here presented. Dr. Raghavan not only demonstrated scholarship and in-depth knowledge and experience in the field of trauma bonding and the use of coercive control as applied in the area of sex trafficking, but her testimony was free of bias and she was extremely articulate, answering often complex and sometimes convoluted questions with aplomb and in a clear and understandable way."

10. I have made over 150 conference presentations and have published over forty articles in various publications, including *Violence against Women, American Journal of Community Psychology*, *Journal of Traumatic Stress*, and *Journal of Interpersonal Violence*. I have also edited two books: (i) *Self-Determination and Women's Rights in the Muslim World* (Raghavan, C. & Levine, J., eds.), HBI Series on Gender, Culture Religion, and Law (Boston: Brandeis University Press 2012); and (ii) *Domestic Violence: Methodologies in Dialogue* (Raghavan C. & Cohen, S.J., eds.), Northeastern Series on Gender, Crime, and Law (Northeastern University Press 2013).

11. In addition to my book listed above, I have specialized and narrow knowledge of the intersections of Islam and gender-based violence including progressive views and views damaging to women's integrity based on research, travel, teaching, and clinical work.

12. I have limited in-country experience travelling in Syria in 2000 for about a period of 6 months.

## D. RELEVANT PERSONAL INFORMATION AND CHILDHOOD BACKGROUND

1. Kayla was raised in a loving household by her parents in Prescott, Arizona. She was the youngest of two children. Her parents described her as an "easy child." They noted that very early on, Kayla was social, interested in the feelings of others, and took pleasure in forging harmonious relationships. During and after college (which she completed speedily in 2.5 years), Kayla began a serious engagement in humanitarian work. She worked in an orphanage in India, volunteered in Guatemala, worked in AIDS awareness in Arizona, volunteered with veterans, the elderly, incarcerated populations, and children in need. Following college, Kayla wished to dedicate her life to helping societies engage in peacemaking over conflict.

2. Kayla's parents supported her dedication. As Kayla herself writes in a letter to her parents, *"I also realized during walking meditation @ Upper Hamlet that I'm doing exactly what I want to be doing + my parents are proud of me. I think those two things are some of the best two things one can have simultaneously + I'm eternally grateful to them for that."*[7]

3. Kayla's parents noted that she was an eternal optimist, full of life and energy and believed that fundamentally, people everywhere were kind. She was spiritual and while her earliest education was Christian, at the time of her abduction, she was leaning to holistic religious beliefs that emphasized freedom, dignity, and self-determination that was not necessarily uniquely tied to the bible. She spent considerable time in Plum Village studying the teachings of the Vietnamese Buddhist scholar Thich Nhat Han which according to Reverend Day and Marsha Mueller, deeply influenced her desire to live mindfully and

---

[7] Taken from excerpts of letters that Kayla wrote to her parents during her journeys; provided by Mrs. Mueller, her mother.

5

engage in promoting peace and justice. Reverend Day further noted that Kayla believed in the fundamental importance of religion and was committed to religious freedom and empowerment through spirituality.

4. Kayla was invited to Turkey by her boyfriend, a Syrian Omar Alkani (pseudonym) whom she had met in Cairo in 2010. At that time, Alkani was himself engaged in relief work with refugees as a result of the civil war in Syria. Kayla's primary goal in Turkey was to help organize relief for Syrian refugees as well as create increased awareness for women and children.

5. Her parents expressed that they were anxious but had always supported their daughter's desire to contribute to positive change. She communicated regularly with them in ways which they described as frank, transparent, and often, joyous. Reverend Day noted that she also communicated multiple times a week with Kayla and that they discussed many subjects including the civil war in Syria and her engagement with refugees in Turkey.

6. Kayla was abducted on August 3, 2013, in Aleppo, Syria. After approximately 18 months of imprisonment, she was likely murdered by ISIS sometime around February 6, 2015.

### E.  OVERVIEW OF ABDUCTION AND TREATMENT OF MS. KAYLA MUELLER

1. I relied on Dr. Gartenstein-Ross's report for factual details including timelines, logistics, and types of abuse and torture throughout her experiences upon abduction until her death. I outline Kayla's time in captivity as provided by Gartenstein-Ross. He divides Kayla's imprisonment into five segments: a) abduction from Aleppo and initial imprisonment near Raqqa, Syria from August 3 until about December 2013; b) imprisonment in different locations throughout Raqqa December 2013 to Spring 2014; captivity with other foreign hostages from Spring 2014 to August/September 2014; c) held in various ISIS prisons from August to September 2014; and e) sexual enslavement by and forced marriage to Abu Bakr al-Baghdadi while imprisoned being held as a prisoner by Umm Sayyaf (born Nisreen Assad Ibrahim Bahar) and her husband Abu Sayyaf (ISIS minister for oil and gas) from September 2014 until her assassination around or about February 6 2015.

### F: ABUSE ENDURED BY KAYLA MUELLER: ROLE OF DEGRADATION AND COERCIVE CONTROL

1. Dr. Gartenstein-Ross and other witness reports document that upon abduction, Kayla experienced a multitude of abusive and traumatic behaviors ranging from solitary confinement, violent sexual assault, coerced sexual slavery, physical and emotional abuse, forced marriage, and forced conversion to Christianity over a period of 18-months.

6

2. Kayla's abuse experiences can be understood by a psychological framework used to explain abuse—that of coercive control. Coercive control is an abuse dynamic that seeks to strip the victim of autonomy and agency by using a series of interlinked tactics such as degradation, intimidation, microregulation, isolation, and manipulation, including intermittent rewards (or absence of abuse) and punishment.  This framework argues that physical abuse—while frightening—is not central or necessary for abuse to be injurious or effective and tactics such as isolation, degradation, and sexual assault are more powerful ways to systematically destroy the victim's well-being. Coercive control is designed to induce deep suffering in the victim and keep the victim in constant fear and anxiety. Using these interlocking tactics the victims not only lose their agency and are forced into compliance, but also develop or experience a worsening of traumatic symptoms.

3. Degradation—both as an individual series of coercive acts but also as a context of Kayla's captivity--likely dominated her daily experience. Specifically, most gender-based violence from the perpetrators' perspective begins with a personalized sense of grievance and failure which is displaced onto vulnerable and convenient victims via physical, sexual, and emotional abuse. Frida Saide, a co-hostage said in an interview to ABC "*They would scream at her, and they would, you know, blame her for everything that America has done in the world,*"[8]. Another hostage during the same interview, Patricia Chavez, said, "*They picked her apart*."  This sense of grievance typically fuels retaliatory rage and deepens existing hostile attitudes towards women as a group. When these toxic emotions intersect, gender-based violence takes on a particularly degrading and dehumanizing flavor.

4. It would be difficult to find a circumstance more dangerous, poisonous or harmful than the one in which Kayla was held captive. Qualities such being sexually active, speaking her mind, and being an observant spiritual woman with a Christian background would have provoked unbridled rage and contempt as a defense against personal threats to masculinity. The failed attempt from her boyfriend Alkani to dupe ISIS into releasing her because they were married likely contributed to increased rage[9] but also would have revealed that she was in a sexual relationship with a Muslim man outside of marriage.

5. Given these factors, the desire to break Kayla's spirit via abuse, rape, and solitary confinement would have likely felt pleasurable and inspiring to some of the more sadistic and hostile members of ISIS and indeed, collaborating women.  Men high in hostility—as

---

[8]  Meek, J. M. G. C. (2016, August 27). Kayla Mueller in Captivity: Courage, Selflessness as She Defended Christian Faith to ISIS Executioner "Jihadi John." *ABC News*. Retrieved October 10, 2022, from https://abcnews.go.com/International/kayla-mueller-captivity+courage-selflessness-defended-christian-faith/story?id=41626763
[9]  Meek at al.

7

formalized in ISIS theology—take particular pleasure in viewing the suffering of women as they are being degraded and dehumanized. Kayla would have had to witness the pleasure of her abusers at her own suffering, in things big and small. Indeed, according to a Yazidi girl who was held with Kayla, after Kayla's assassination, senior ISIS leader laughed at her death and blamed Obama (as the United States President) for not stopping the air strikes against ISIS, suggesting that this personalized hostility continued even after her death[10].

6. In addition to constant degradation, Kayla experienced (or likely experienced):

   a. **Forced Marriage and Conversion**: Kayla was forced to marry her rapist Al Baghdadi and forced to convert to Islam. Being forced to marry one's rapist robs the victim of any semblance of control and dignity. Kayla—as recounted by Yazidi witnesses—was in tears but too afraid to resist[11]. In between the sexual assaults, Kayla was forced to study the Quran. Being forced to convert to Islam and ordered to study was a direct attack on Kayla's powerlessness and her dignity. Her conversion would have required her to "accept" Islam and claim that she was freely consenting. Forced to participate in one's own denigration, is the final step before the victim surrenders in total psychological defeat[12]. Kayla's spirit would have been devastated.

   b. **Retaliation and Punishment:** After Kayla's Yazidi companions fled, Kayla would have likely been subject to horrible beatings/rapes/assaults and increased surveillance as retaliation for enabling the escape. The same Yazidi girl who testified to Kayla's assaults had run away once but was recaptured. She described how she was beaten so badly she experienced bone fractures as punishment[13]. Although I currently do not have corroborating information, research strongly supports that the successful escape of the Yazidi women the second time around October 2014 would have put Kayla in a very vulnerable position and exposed her to vicious retaliation.

   c. **Life-threatening Violence**: Kayla experienced direct threats to her life and was also amply exposed to it. Kayla told a fellow Yazidi hostage that she was too afraid to flee because James Foley had been beheaded and she feared a similar fate[14]. When other Western/American hostages were beheaded, such events would have given her a clear

---

[10] Sanders, R. U. L. T. (2015, February 18). Mueller boyfriend: How I fled ISIL, tried to save Kayla. *USA Today*. Retrieved October 10, 2022, from https://eu.usatoday.com/story/news/nation/2015/02/18/alkhani-interview-mueller/23601191/

[11] Shubert, A., Naik, B., & Jones, W. B. (2015, September 11). *Convert or die: ISIS chief's former slave says he beat her, raped U.S. hostage*. CNN. Retrieved October 10, 2022, from https://edition.cnn.com/2015/09/09/middleeast/al-baghdadi-isis-slave

[12] Herman, J. L. (2015).

[13] Shubert et al.

[14] Ibid.

8

message that she too could face death. A co-hostage Frida Saide discusses how they began to believe that the death threats were credible and that the killers "*would enjoy*" killing them[15]. Even if she didn't witness the murders, the news of fellow Americans being killed would have been demoralizing. In addition to witnessing or hearing about death, Umm Sayyaf herself testified that she threatened to kill Kayla and the women under her care if they were disobedient[16].

d. **Sexual Assault**: Multiple Yazidi witnesses who were with Kayla as well as Umm Sayyaf [17]document that she was considered property and repeatedly raped over and over, including in front of other women by Baghdadi[18]. As noted above, being forced to marry her rapist would have been devastating to a fiercely independent woman like Kayla. After the assaults, Yazidi witness documented that she often returned to the cell in which they were being held following the rapes and wept. Extensive research accounts of violent sexual assaults document that such encounters are often physically painful (the rapist uses force or is rough and violent during penetration) and degrading (says degrading things to the victim or forces her to engage in degrading acts such as getting on her knees and performing oral sex to demonstrate her subservience with witnesses mocking her). Even if Al-Baghdadi was not explicitly violent, sexually assaulting Kayla multiple times in a row—as described by a Yazidi witness—would have left her in physical pain.

e. **Physical Abuse:** A Yazidi slave girl who ran away twice describes Baghdadi as extremely cruel and violent and injuring them during beatings. While there are no direct reports of Kayla being beaten regularly or injured as a result of beatings, she was unlikely to have been spared, particularly towards the end. At the very minimum, she witnessed young women whom she tried to protect being harmed. This in itself would have reminded her of her helplessness and have demoralized and terrified her.

f. **Isolation:** Kayla was isolated for inhuman periods of time. Solitary confinement is unambiguously associated with severe psychological deterioration.[19] One of her jailors Kotey initially alluded to her being kept alone during early captivity and referring to her as being very "*scared*" during the early days of her imprisonment[20] although he would

---

[15] Ibid, p.7.
[16] Criminal Complaint. (2016). In *https://www.justice.gov/opa/file/822211/download*.
https://www.justice.gov/opa/file/822211/download
[17] Criminal Complaint.
[18] Kayla Mueller murdered by IS, says Yazidi former sex slave. (2015, September 9). *BBC News*. Retrieved October 10, 2022, from https://www.bbc.com/news/av/world-34201374
[19] Luigi, M., Dellazizzo, L., Giguère, C. É., Goulet, M. H., & Dumais, A. (2020). Shedding light on "the hole": A systematic review and meta-analysis on adverse psychological effects and mortality following solitary confinement in correctional settings. *Frontiers in psychiatry*, *11*, 840.
[20] Dilanian, K., Schecter, A., Engel, R., Ramgopal, K., Langan, S., & Williams, P. (2020, July 23) *Two of the*

later claim not to know her. During this period where she was likely confined alone, in a proof-of-life video, Kayla notes that her experience was "*very terrifying*.[21]" Long periods of isolation in tandem with other forms of torture are intended to break human spirit and engender compliance. It seems to have succeeded—one Yazidi account of why Kayla refused to escape was from fear of being caught and beheaded, like her American counterpart, James Foley.

g. **Microregulation:** Every little aspect of Kayla's life was controlled from what she was allowed to do, what she was allowed to wear, eat, and where she could live. Such physical restrictions to normal actions of autonomy are intended to slowly destroy internal agency and erodes one's sense of self. After her coerced marriage to Al-Baghdadi, she was forced to wear the nikab or full body covering—demonstrating the extent of her loss of identity and control of her body even in basic things such as dress.

h. **Deprivation:** Deprivation occurs when the victim is denied basic human rights. These rights would have become irrelevant luxuries for Kayla in a time so fraught with danger and pain, but indeed, she was deprived of decent living conditions and was imprisoned in a tiny cell with no light, medical treatment likely required after her repeated sexual assaults, sufficient food or basic human contact as accounted by both the Western and Yazidi hostages.

7. **Trauma Loop**: This interlocking and pervasive pattern of abuse would have slowly destroyed Kayla's sense of self and her emotional health. In the next section, I first provide a broad overview of psychological trauma before discussing probably specific experiences of trauma she might have had.

## G: PSYCHOLOGICAL TRAUMA AND ITS EMOTIONAL OUTCOMES: BRIEF SCIENTIFIC OVERVIEW

1. Traumatic events refer to incidents that are harmful because they are frightening and or degrading to such an extent that they pose a threat to one's physical and emotional integrity. Harmful incidents include interpersonal physical and emotional violence, sexual assault, long periods of forced solitude, witnessing ill-treatment of others, witnessing or hearing about the death of others, and severe material deprivations such as food, clothing, shelter, sleep, and dignity.

---

*ISIS terrorists dubbed the Beatles admit involvement in captivity of Kayla Mueller, James Foley*. NBC News. Retrieved October 10, 2022, from
https://www.nbcnews.com/news/world/two-isis-terrorists-dubbed_beatlesadmit-involvement-captivity-kayla-mueller-n1234584
[21] ABC News. (2016, August 1). *Kayla Mueller: The Girl Left Behind*. Retrieved October 10, 2022, from https://abcnews.go.com/International/fullpage/brian-ross-investigates-kayla-mueller-girl-left-41600838

2. Responses to trauma include experiencing emotions such as fear, horror, disbelief, anxiety, shame and guilt, and sadness. The belief system that the world is a good place and people can be trusted is often shattered, leading to mistrust and hopelessness in one's future. When the trauma is continuous, victims experience these aversive emotions and thoughts in particularly jarring ways—akin to acid slowly burning deeper and deeper into the body until the body becomes a hollow shell and the dominant emotion alternates between numbness and emotional pain.

3. Traumatic injury can also result in a diagnosable mental illness including post-traumatic stress disorder or "PTSD". PTSD is a mental disorder resulting from experiencing or exposure to a terrifying or injurious event(s), which results in a breakdown of emotional, cognitive, and behavioral adaptation systems. As a result, the victim may experience intense negative emotions such as terror[22] and be powerless to control it.

4. Of different traumas, **sexual violence** has consistently been linked to the greatest triggers of psychological harm. Sexual assault is experienced as more intrusive than other physical attacks[23] and PTSD symptoms have been found in 94 percent of rape survivors 12 days after the assault has taken place, and in 46 percent of rape survivors 3 months later[24]. It is important to note that these studies were conducted on women who experienced single incidents of rape. Kayla was likely sexually assaulted repeatedly up till her death and therefore likely experienced emotional suffering throughout this period.

5. In addition, Kayla was sexually enslaved—that is, she was considered property of ISIS owners[25], treated as a sex object, and commodified between ISIS terrorists.

6. Recent research on Yazidi survivors may help bring the reader closer to Kayla's experiences—Kayla was imprisoned, enslaved, and tortured with two younger Yazidi women and therefore likely experienced similar conditions, albeit as a foreign Christian woman.

7. Multiple studies using different Yazidi populations document extremely high rates of mental health distress and in some cases up to four years after the conflict ended[26]. For example, in a sample of 108 resettled Yazidi female survivors, 80% of survivors had either

---

[22] Am. Psychiatric Ass'n, *Diagnostic & Statistical Manual of Mental Disorders (DSM-5®)*, Am. Psychiatric Pub., 271–74 (2013).
[23] Krupnick, J. L., Green, B. L., Stockton, P., Goodman, L., Corcoran, C., & Petty, R. (2004). Mental health effects of adolescent trauma exposure in a female college sample: Exploring differential outcomes based on experiences of unique trauma types and dimensions. *Psychiatry*, *67*(3), 264-279.
[24] Rothbaum, B. O., Foa, E. B., Riggs, D. S., Murdock, T., & Walsh, W. (1992). A prospective examination of post-traumatic stress disorder in rape victims. *Journal of Traumatic stress*, *5*(3), 455-475.
[25] Shubert et al.
[26] Al Shawi AF, Hassen SM. Traumatic events, post-traumatic stress disorders, and gender among Yazidi population after ISIS invasion: A post conflict study in Kurdistan – Iraq. International Journal of Social Psychiatry. 2022;68(3):656-661. doi:10.1177/0020764021994145

11

probable PTSD or a related complex traumatic condition referred to as Complex PTSD.[27]. In a separate study of female Yazidi refugees resettled in Germany, only .05 of the sample (less than half of one percent) had been spared PTSD or clinical depression. Another study found that Yazidi women who had been sexually enslaved compared to those who had not reported higher levels of general mental distress, depression, anxiety, and suicidal ideation[28].

8. This body of research on Yazidi survivors indicates that the dual experiences of sexual slavery and torture are particularly pernicious[29] and there is no reason to suppose that Kayla was not similarly severely affected.

9. In some of these studies, the mean length of captivity was 8 months—Kayla was imprisoned and tortured for 18 months. While a single incident can feel catastrophic to the victim, prolonged situations from which there is no escape have been repeatedly documented to be the most severe and to affect the victims in devastating ways[30]. In Kayla's case, the length of time likely contributed to even more severe trauma.

10. Below I provide a hypothetical glimpse, informed by clinical science of how someone like Kayla likely would have experienced her reality.

## H: KAYLA'S EMOTIONAL EXPERIENCES

### OVERVIEW

1. On a daily basis, life for Kayla in these 18-months were likely frequently experienced as unbearable interspersed with hope that she would be rescued. That is, her waking hours were likely filled with terror of being killed, raped, and or degraded, or fearing or witnessing someone she had cared for being killed or injured. Over time, particularly after Western hostages were ransomed but she was not, she would have experienced persistent negative emotions such as horror, fear, and sadness and little by little, start to lose hope of ever seeing her family or her friends again.

2. Living in constant fear and threats of harm--as Kayla must have during her 18-months of imprisonment--create physiological change to the body's nervous systems which do not

---

[27]Hoffman, Y., Grossman, E. S., Shrira, A., Kedar, M., Ben-Ezra, M., Dinnayi, M., Koren, L., Bayan, R., Palgi, Y., & Zivotofsky, A. Z. (2018). Complex PTSD and its correlates amongst female Yazidi victims of sexual slavery living in post-ISIS camps. *World psychiatry : official journal of the World Psychiatric Association (WPA)*, *17*(1), 112–113. https://doi.org/10.1002/wps.20475

[28] Taha, P. H., & Slewa-Younan, S. (2020). Measures of depression, generalized anxiety, and posttraumatic stress disorders amongst Yazidi female survivors of ISIS slavery and violence. *International journal of mental health systems*, *14*(1), 1-10.

[29] Kizilhan, J. I., Friedl, N., Neumann, J., & Traub, L. (2020). Potential trauma events and the psychological consequences for Yazidi women after ISIS captivity. *BMC psychiatry*, *20*(1), 1-8.

[30] Herman, J. L. (1992). Complex PTSD: A syndrome in survivors of prolonged and repeated trauma. *Journal of traumatic stress*, *5*(3), 377-391.

12

recover easily. That is, once a certain level of trauma is experienced, recovery is slow and painful because the body remains under attack. Kayla may have experienced this as being constantly jumpy and physically restless, or the opposite, feeling sluggish and heavy, and would have to muster considerable effort to counter it.

3. Long-term traumatic suffering often forces victims to dissociate. Dissociation is marked by significant splits from an integrated consciousness to fragmented awareness of time, space, self, and body perceptions. Experientially, the dissociated victim describes living in a fog, unsure of whether they are alive or in a nightmare from which they cannot awaken. Prolonged dissociation renders one's daily life as close to robotic as possible.

4. Kayla would have progressively developed a numbness to cope against the threat of and the actual assaults and beating. Feeling numb is not a bearable state. When you are numb, it is as if one does not exist. Emotions float through your body but you cannot grasp them. Thoughts become scattered and unconnected. The victim suffers enormous anguish because she/he/they cannot control their body. It is the beginning of realizing that you have lost the battle and that you are no longer able to take care of yourself. Kayla likely had many terrifying moments of numbness and the agonizing realization—that her very existence, her sentience, her humanity was dissolving drop by drop.

### DETAILS

5. Kayla's **emotional** suffering likely occurred in broad inter-related ways paralleling but not limited to the emotional harm intrinsic to developing PTSD. As described in the DSM-5, PTSD is a mental illness comprising five different criteria described below. To meet diagnosis, one must endorse Criterion A, report 2 symptoms of Criterion B (intrusive trauma symptoms), one symptom of Criterion C (avoidance of trauma-related activities or thoughts), two symptoms of Criterion D (negative alterations in cognitions and mood associated with the traumatic event), and two symptoms of criterion E (alterations in arousal and reactivity associated with the traumatic event).

**Criterion A: Traumatic event or events**

6. Criterion A in PTSD requires the evaluator to identify a traumatic event that would qualify in severity and threat as potentially being able to trigger posttraumatic stress disorder or PTSD. Some questions for the target include if she were involved and if others were involved, if she witnessed violence, if anyone else's life was in danger, if she were sexually assaulted, and how many times it occurred.

7. The severity of Kayla's experiences can be thus quantified. If Kayla were alive and to be examined, she would have been able to identify all of these items; only one is needed to proceed with a PTSD evaluation.

**Criterion B: Intrusion Symptoms (Unwanted Recall)**

8. Because of the intensity and chronicity of the abuse, Kayla almost definitely experienced repeated intrusive symptoms of her own abuse including traumatic flashbacks. In an unrelated study, 75% of the Yazidi women re-experienced their rapes even though the assaults had occurred two years before the study[31] and those who had been raped repeatedly and witnessed torture, reported the worst symptoms. Repeated sexual assaults harm the mind and body in unimaginably destructive ways and the memories are recalled in granular detail and vividly. Even when Kayla wasn't being actively raped, degraded or beaten, she likely couldn't stop vivid images, sounds, and sensorial feelings of being raped or beaten from entering her mind. Similar to other repeated rape victims she may have repeatedly felt the same disgust when she was forced to participate in sexual acts she disliked, perhaps smelt body odor which nauseated her or signaled that rape was imminent, and reexperienced the revulsion when her body was crudely handled by her assailants.[32] She likely continued to think about her fellow hostages who were killed. She also likely had memories of her abusers screaming, mocking, hitting, and or degrading her and her inability to escape them.

9. Kayla may have also suffered flashbacks. That is she relived these experiences with such an intensity that at times, she may have not been able to tell whether the assault was occurring in the present or whether she was reliving a memory. With every flashback, she would have been forcibly trapped in the past, reliving abuse or witnessing the abuse of the young girls she wanted to protect as if it were happening in front of her eyes.

10. The horrors of reliving her abuse likely did not end in sleep. Like many other sexual assault survivors and captives, she would have likely had nightmares of her trauma. She might have experienced being abducted and raped in her dreams. Or she might have experienced escaping from her captors, only to awaken and realize that her reality remained as horrific as the previous night.

11. After prolonged suffering the body collapses. Kayla likely began to experience uncontrollable bouts of anxiety that manifested as trembling, shaking, difficulty breathing, and crying. In an unrelated study, a Syrian war survivor exposed to mass killings and rape describes her emotional state after the war:" *I had to open the window because I felt suffocated at night. I shook when I was about to go to sleep. I felt like I was suffocating and I had a sense of nails all over my body. I felt it in my heart and chest."*[33]

**Criterion C: Avoidance**

12. One way to cope with such horror is to avoid the triggers of such memories. Kayla would have desperately wanted to avoid thinking about the trauma and avoiding any triggers of

---

[31] Kizilhan, J.I. (2018).
[32] Herman, J. (1992).
[33] Rizkalla, N., Arafa, R., Mallat, N. K., Soudi, L., Adi, S., & Segal, S. P. (2020). Women in refuge: Syrian women voicing health sequelae due to war traumatic experiences and displacement challenges. *Journal of psychosomatic research*, *129*, 109909, p.5.

14

the trauma but she likely would not have succeeded, especially when enslaved. Her rapist visited often; Umm Sayyaf was tasked with disciplining and threatening them with death or injury if they disobeyed and she was trapped in an environment where her young Yazidi co-captives were being regularly abused. All of these would have continuously triggered intrusive memories and not allowed her precious moments of peace.

**Criterion D: Cognitions and Mood Symptoms (Thought and Feelings)**

*Thoughts*

13. Kayla would have begun to experience increasing confusion and scattering of her thoughts because of the relentless abuse. The repeated large and small injurious acts likely overwhelmed her mind, purposefulness, and ability to make small or important judgements.

14. Her sense of who she was—perhaps remained because of her spiritual strength. But her captors would have been motivated to destroy her spirit and it is likely that she frequently would feel as if she was losing herself. Losing one's sense of self is among the last steps before hopelessness and confusion set in with little reprieve.

*Feelings*

11. Kayla's daily emotional life was likely dominated by experiencing aversive emotions such as fear, terror, disgust, humiliation, sadness repeatedly until there was a slow disintegration of her emotional regulation systems. Fear and terror are paralyzing emotions and many witnesses, including Kayla herself speak of being scared or terrified. Being constantly afraid would have exhausted her and slowly attack her ability to perceive the outside world with anything other than fear. One of the Yazidi women held with her, Lia Mulla said during an interview, "*One day they took her and when they brought her back she was really afraid*." Past witnesses, particularly Western hostages speak of how cheerful and courageous she was, in contrast to this description later in captivity.

15. Shame is a particularly sticky emotion and destroys our joy in connection with the world and with people. ISIS specialized in humiliating women and breaking them down. ISIS might have achieved this by not only private acts of sexual degradation—making her pose sexually, making her engage in sexual acts which felt degrading, mocking her body—but also mocking her religion and national identity as an American.

16. Towards the end, Kayla's co-captives noted that she cried for long periods after the sexual assaults[34]. In contrast, her earlier co-captives noted that she was full of optimism[35]. Pessimism and sadness—the kind that envelopes you and won't retreat—likely started to dominate her daily emotions as she began to lose hope.

### *Criterion E: Arousal and Reactivity*

17. Living in constant fear and threats of harm--as Kayla must have during her 18-months of imprisonment—damage the body's nervous systems. Kayla likely started to have sleep disturbances and or constant feelings of being on guard or afraid of being hurt, and never feeling safe or rested.

## CONCLUSION

Kayla Jean Mueller was degraded, tortured, raped, and eventually executed. Kayla was a woman of faith and this strength would have given her precious moments of peace. But years of research examining torture and sexual assault all point to the same outcome—Kayla would have lived in fear and despair, and an ever-consuming pain as her body and spirit were violated. While we do not know the details, few days prior to her execution her captors would probably have escalated their dehumanization—as documented frequently in other genocides (i.e., what the Nazis did to the captive Jewish prisoners before killing them)—which would allow them to vent their rage and kill her with the maximum amount of pleasure in the deed. The kind of atrocities perpetrated on this young woman have little equivalent in words. To say that Kayla suffered horribly is ultimately an understatement.

I conclude this report in Kayla's own words. Sometime in 2013, during a Skype conversation, her father Karl had asked her to return from Turkey worried that this was not her war. Kayla responded, *"You are right, this is not my war. I would never stake claim to something as barbaric as war. But, any struggle for greater freedom and justice is my struggle and any time innocent lives are being slaughtered, they are my people."*

_____
Chitra Raghavan, PhD
New York State Psychology License Number: 016466
November 1, 2022

---

[34] Ibid, BBC, p. 9.
[35] Ibid, p.7.