# EXHIBIT 2



Deposition of:
# Marsha Jean Mueller

*March 22, 2021*

In the Matter of:

# Mueller Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLUMBIA
 3
 4   Richard Carl Mueller II,        )
     Individually and as Successor in)
 5   Interest and Co-Personal        )
     Representative of the Estate of )
 6   Kayla Jean Mueller,             )
                                     )
 7                                   )
     and                            )
 8                                   )
     Marsha Jean Mueller             ) Case No.
 9   Individually and as Successor in) 1:18-cv-01229-CJN
     Interest and Co-Personal        )
10   Representative of the Estate of )
     Kayla Jean Mueller              )
11                                   )
                                     )
12   and                            )
                                     )
13   Eric Robert Mueller             )
                                     )
14              Plaintiffs,          )
                                     )
15   v                               )
                                     )
16   SYRIAN ARAB REPUBLIC            )
                                     )
17   Damascus, SYRIA,                )
     _____)
18
19      ZOOM VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
20                 MARSHA JEAN MUELLER
21                  March 22, 2021
                     9:07 a.m.
22
23
24                     Reported by:
                       SHANNON STEVENSON, RPR, CCR
25                     Certificate No. 50461
```

```
 1                         I N D E X
 2   (WITNESS)                            PAGE    LINE
 3   MARSHA JEAN MUELLER
 4        Examination by Ms. Amick...........    5       8
 5
 6                          *  *  *
 7
 8
 9
10
11                     E X H I B I T S
12   NO.                  DESCRIPTION       PAGE    LINE
13             (No exhibits were introduced.)
14
15
16
17
18
19
20
21
22
23
24
25
```

1       ZOOM VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

2              MARTHA JEAN MUELLER

3  commenced at 9:07 a.m. on March 22, 2021, before

4  SHANNON STEVENSON, Certified Court Reporter, Certificate

5  No. 50461, for the State of Arizona.

6

7

8                       * * *

9

10

11  APPEARANCES:

12     For Plaintiffs:

13         PERLES LAW FIRM, PC

            By:  Emily J. Amick, Esq.

14             Joshua K. Perles, Esq.

         1050 Connecticut Avenue, NW

15         Suite 500

         Washington, DC 20036

16         (202) 955-9055

         eamick@perleslaw.com

17         jperles@perleslaw.com

18

19     Also Present:

20         Tom Tracy, Videographer

21

22

23

24

25

1                                    March 22, 2021

                                     9:07 a.m.

2

3

4

5           THE VIDEOGRAPHER:  Good morning.  We are now on

6    the record.  The time is 9:07 a.m., on March 22nd, 2021.

7           This is the videotaped deposition of

8    Marsha Mueller taken by the defendant in the matter of

9    Mueller versus Syrian Arab Republic, et al.  It is being

10   filed in the District of Columbia.

11          This deposition is being held remotely.  The

12   witness is located in Prescott, Arizona.  My name is

13   Tom Tracy with the firm of Veritext Mid Atlantic, and I'm

14   the videographer.  The court reporter is

15   Shannon Stevenson also with Veritext Mid Atlantic.

16          Counsel, will you please identify yourself and

17   whom you represent for the record at this time, starting

18   with the plaintiff's counsel.

19          MS. AMICK:  My name is Emily Amick, counsel for

20   the plaintiffs.

21          MR. PERLES:  Josh Perles also counsel for the

22   plaintiffs.

23          THE VIDEOGRAPHER:  Thank you, counsel.  The

24   court reporter may swear in the witness and we can

25   proceed.

1                      MARSHA JEAN MUELLER,

2    called as a witness herein, having been first duly sworn,

3    was examined and testified as follows:

4

5                           *  *  *

6

7                         EXAMINATION

8    BY MS. AMICK:

9        Q    Hi, Marsha.  Good morning.

10       A    Good morning.

11       Q    Can you please state your full name for the

12   record.

13       A    Marsha Jean Mueller.

14       Q    Are you the mother of Kayla Jean Mueller?

15       A    Yes.

16       Q    Is it okay if I call her "Kayla"?

17       A    Yes.

18       Q    Who is Kayla's father?

19       A    Richard Carl Mueller, II.

20       Q    Thank you.

21            Does Kayla have any siblings?  Can you please

22   list their names and their ages as compared to Kayla.

23       A    Yes.  She has an older brother Eric Robert

24   Mueller, and he's 36.

25       Q    Thank you.

1          Did Kayla and Eric live together when Kayla was

2     growing up?

3          A    Yes.

4          Q    And where was Kayla born and what is her date

5     of birth?

6          A    She was born in Prescott, Arizona, and her date

7     of birth is August 14th, 1988.

8          Q    Was Kayla a United States citizen?

9          A    Yes.

10         Q    Are you a United States citizen?

11         A    Yes.

12         Q    Can you tell me what Kayla was like as a little

13    kid.

14         A    She -- this is going to be hard.  She was fun.

15    She was loving.  She was kind.  She loved to do

16    everything normal little kids did.  She played, she had

17    many friends from a small -- a young age because I

18    worked.  She was just very kind and loving and fun to be

19    with even as a young child.

20         Q    Did she enjoy spending time outside?

21         A    She especially liked to be outside.  She loved

22    to go camping, hiking from a young age.  She loved it

23    when she learned to ride a bike.  I remember when she --

24    Eric is three and a half years older.  When he was

25    learning to read, I just remember her saying "I want to

1    read," because she pretended to read, but Eric was

2    actually reading and that irritated her.  She wanted to

3    learn to read.

4        Q    Was she the type of kid who friends would seek

5    out for help?

6        A    Yes, she really was.  She had -- when she

7    got -- even in grade school, the older years, fifth and

8    sixth grade, she did.  In high school she had friends

9    that would come to Kayla and ask her for help and her

10   advice, and Kayla was a good listener.  She would listen,

11   she never judged people.  She just had a way about trying

12   to help people from where they were at that point.

13       Q    And when she was in high school -- when she was

14   in high school, did she participate in any activities?

15       A    Well, she was -- she was involved in Youth

16   Count starting in junior high, and high school she was

17   Youth Count and then she went to AmeriCorps.  She was on

18   a rowing team.  She was -- they played cricket because

19   her -- one of her favorite professors who was the high

20   school teacher in science, he was from Australia, so he

21   brought a lot of things from there into the school.  He

22   also -- she was very involved with Envirothon because he

23   was very much involved in that and this was one of her

24   favorite teachers, so she did a lot with Envirothon as

25   well.  In grade school she played soccer.  The regular

Page 8

1    kid school activities.  She loved to draw, she loved to

2    write, and she loved to read.  She loved to play guitar,

3    she taught herself guitar, so she was very active.  She

4    also was a Big Sister in high school.  She helped with

5    planting trees around Prescott.  She was just very much

6    into being with people.

7        Q    Can you tell us what Youth Count is?

8        A    Youth Count was an organization.  I'm not

9    really sure the exact what it did, or what was it, but it

10   helped with projects and getting kids together and

11   learning about different aspects of being a good citizen.

12            She -- I remember driving her to all these

13   little organizations and the teacher -- or, it was a

14   former teacher that ran it, and she would call on Kayla

15   to help her with different projects because she knew

16   Kayla was dependable.  And then she got Kayla in high

17   school involved in AmeriCorps for the same reason.  She

18   got Kayla -- I mean, taught Kayla how to write grants.

19   She did generational groups, she went to D.C., and spoke

20   there.  She was very much into helping where she could.

21   She enjoyed that.  And from a young age, that's what she

22   did.  She just was always involved in seeking out ways

23   she could help people.  Youth Count was just one of them.

24            She also was the -- she was given the title of

25   the Youth Philanthropist of the Year for Eagar County,

Page 9

1    which is our county, because of her commitment to helping

2    others.  She received the Silver and then the Gold

3    Presidential Awards for her excellence in volunteering.

4         She worked for -- in high school she

5    volunteered and worked for a group that helped children

6    who they couldn't live at home, so they had their own

7    home, and they were seeing their attorneys and they were

8    troubled youth.  She worked with them in high school.  So

9    from a young age, she was always doing some form of

10   humanitarian work.

11        Q    Why do you think she developed this interest in

12   philanthropy and community service?

13        A    Well, her dad is involved in Kiwanis, she -- he

14   wasn't when she was in grade school, though, so I don't

15   know.  It's just Kayla.  She just had this gift.  It was

16   truly a gift.  She can see -- she can see when someone

17   was suffering or hurting and she felt that someone needed

18   to help, and she just assumed that's what everybody would

19   think and do.  From a young age that's how she was.

20        Q    Was faith an important part of your family life

21   when she was growing up?

22        A    Yes, it was.  When she was in grade school, one

23   of the things I really remember is her older brother was

24   in a play, and we were sitting, you know, in the church

25   in the front row, and it was a play on going into the

Page 10

1    world.  "Jesus said that we must go, go into all the

2    world."  So I look back on that and think, you know,

3    Kayla was so into that song.  She'd sing that song and

4    hum that song.  So, yeah, she was.  God was a part of her

5    life.

6            When she got to high school, really college,

7    started questioning a lot of things, so we were always

8    back and forth, her and I.  She'd tell me something, I'd

9    say, "Well, Kayla," and I'd tell her something.  But it

10   was so much fun because she -- she -- she brought me out

11   of my narrow-mindedness to be more open.  And she also

12   never forgot what mattered.

13       Q    And what was that?

14       A    Well, really in one of her letters home she

15   wrote that she remembered me telling her all and all in

16   the end, the only one you truly have is God, and she put

17   that in one of her letters home to us when she was being

18   held.  So I knew God was with her and Kayla was with God.

19           She also when she was in India working in an

20   orphanage she wrote, "I find God in" -- I find -- what is

21   it?  Oh, gosh.  Now I can't even think of the quote she

22   sent us.  "I find God in the suffering eyes reflected in

23   mine.  If this is how you are revealed to me, this is how

24   I will forever seek you."  So she talked about how some

25   people find God in nature, some people find God in

1  church.  She said, "I find God in suffering."

2      Q    Did Kayla have relationships with a diverse

3  group of people, of ages, things like that?

4      A    Oh, my, yes.  After she was taken, you know, as

5  a hostage, her campus minister from NAU, who Kayla was

6  always in touch with, reached out to us, because she

7  said, you know, she was contacting Kayla and normally

8  Kayla will come back within a day or two, and she hadn't.

9  And it had only been a few days, but Kathleen said she

10  knew that's not like Kayla.  So Kathleen came to our

11  house.  She was up in Flag.  And then we had this older

12  couple who were in their 80s who came with Kathleen

13  because they knew Kayla.  We didn't know them, but they

14  knew Kayla and wanted to see what they could do to help

15  quietly because we had to keep so quiet about everything.

16          She had a great -- she had a -- like I said,

17  she also did this intergenerational group, so I'm still

18  in contact with the person that ran youth camp.  She --

19  in fact, that's interesting too.  About a week or maybe

20  it was three weeks after Kayla had been taken, she

21  contacted me, and she didn't even really remember my

22  name.  Kayla had used my phone when Kayla had been home

23  about two months earlier, and she said -- she just left

24  me a voicemail and said, "I am so worried about Kayla.

25  Is she okay?"  And, you know, initially I didn't know

1   what to do because we weren't supposed to really share

2   any information.  So I had to call her back and just

3   basically say, "You know, we are concerned too.  We

4   haven't heard from Kayla.  Keep praying for Kayla."

5       Q    Did Kayla attend college and where did she go

6   and what degree did she receive?

7       A    She went to school at Northern Arizona

8   University in Flagstaff here in Arizona.  And she

9   originally went in in environmental studies and then

10  within that first year she was -- she worked while she

11  was in school and worked with the international students,

12  so she changed her major to international studies.

13          And then after a year and a half of being in

14  school she told us that she felt that she can do more and

15  she wanted to graduate early and get out of school.  So

16  she worked -- so she graduated in two and a half years,

17  and that was December 2009, and in February of 2010 she

18  was in India working at an orphanage, and she had met

19  someone from India who had helped her find this orphanage

20  through NAU.

21      Q    What type of activities did Kayla participate

22  in when she was in college?

23      A    Well, gosh.  She was involved with Peace for

24  Justice, a campus ministry; she was -- gosh, she was head

25  of -- I don't know if it was Peace and Justice, but one

Page 13

1    of those organizations.  She was the Ambassador to the

2    Congo.  She was trying to raise money by -- for the Lost

3    Boys of Sudan.  That was her -- even then she was wanting

4    to go to Africa as a humanitarian worker, so that's kind

5    of where she was all the way in college.

6            She, you know, did all of her studies.  She

7    taught anger management at the Coconino County Jail.  She

8    was a grand friend to a little old lady, a little woman,

9    she took her to church.  I don't know how long she did

10   each one of these, but these were all things that she

11   did.

12           And she was -- she still had fun.  She still

13   had fun.  She went to school through summer so she could,

14   you know, do -- get more credits all the time.  Yeah, I

15   don't know.  Her major, I think I didn't tell you that.

16   She ended up majoring in political science because in

17   order to get out in two and a half years.  But then she

18   minored in international affairs, and she wanted to go on

19   to school after she had some experience and get her

20   Master's in either peace studies or conflict resolution.

21   Those were the things she talked about.

22       Q    And when you said, you know, she wanted to

23   graduate in two and a half years because she thought she

24   could do more, what do you -- what type of things was she

25   thinking of?

1      A    Well, she had her mind set on humanitarian

2  work.  She even was going to join the Peace Corps.  They

3  wanted her -- this was after she had finished college and

4  she had gone to India and when she came back after she

5  had also been in Israel and Palestine, when she came

6  back, she did talk to someone about joining the Peace

7  Corps.  They were concerned because she had been in

8  Palestine and she told them what she had seen there.  She

9  was trying to walk children to school and they wanted her

10  to be evaluated because they were wanting to place her in

11  a French-speaking area in Africa, so they wanted her to

12  have more French.  And so she had to go through this

13  physical, and then she did see a counselor who said she

14  was okay.

15      And then because they wanted her to have more

16  French, Kayla decided that she wanted to become immersed

17  in French, so she became an Au Pair for a woman in France

18  who had a little daughter and lived over there for a year

19  so that she could become fluent.

20      Q    Can you explain what she did when she was in

21  India?

22      A    She taught -- well, she volunteered and also

23  worked at an orphanage.  The orphanage not only had

24  children that lived there, they also served one meal a

25  day to all the families that lived around the orphanage.

Page 15

1    So these children would come into the orphanage too.

2    Luckily -- well, not luckily.  They had a Typhoid

3    outbreak.  Kayla had all of her shots and her pills, but

4    ended up developing Typhoid anyway, but she happened to

5    be working with the doctor.  The female physician that

6    was taking care of the children picked up on it right

7    away and started treating Kayla, so she got through that

8    okay.  But that's what she did there.  She just worked in

9    an orphanage with children and the people around the

10   orphanage.  She got to be friends with some of the moms

11   of the other children.

12        Q    And what did she do when she was in Israel and

13   Palestine?

14        A    When she was in Israel, she actually was

15   helping African refugees, and she didn't do that for

16   long.  She really went to Israel and was going to go to

17   Palestine and fly home out of Egypt.  That was her plan.

18           She didn't understand -- I remember her, she

19   wrote in a journal -- well, anyway, when she went to

20   Israel, she felt Israel and Palestine were so close and

21   yet she felt like some of the people she talked to in

22   Israel didn't even really -- I guess it had just been

23   going on so long, it didn't seem -- it was just the way

24   it was there, and she just didn't understand that.  She

25   said she signed up with a group that -- and I don't

1    remember the name of it, but they still send us stuff,

2    who helped the children in Palestine walk to school.

3           And, anyway, before she went into Palestine,

4    though, she wrote, and she was always writing, and we

5    have a lot of those journals here.  But the one from that

6    point she had written in, she wrote that she was sitting

7    at the Sea of Galilee and she said she saw this big flock

8    of dove fly over and then she just wrote, and I don't

9    remember the exact words, but she said to live -- to live

10   on both sides of the wall or gate before you act, God --

11   God manifested or something.  I don't know.  It was

12   just -- she was just -- just thinking how if people could

13   trade sides and see from the other point of view.

14           So and that's what led her into Palestine.  And

15   that was -- that was -- she didn't realize -- I don't

16   know.  I think that was harder for her.  Then she flew

17   home out of Egypt out of Cairo.  She ended up going to

18   the Pyramids and riding the camel.  She was still

19   interested in seeing what the world was like.

20        Q    Why do you think Palestine was hard for her?

21        A    Well, I think because she just felt the people

22   were oppressed and it was hard for the children.  She

23   didn't go into much detail on it.  I just could sense it

24   in her.  I think she might have talked more to Carl about

25   that.  You can ask him.  She just didn't understand how

Page 17

1    they could be so close together.

2          One thing she did tell me it was so hard

3    sometimes with the Palestinian people that worked in

4    Israel to get through those gates, and she said it was

5    almost like herding cattle through these gates, which she

6    didn't like that at all.

7      Q    And after she flew home from Cairo, did she

8    stay at home for a while?

9      A    She did.  She stayed home for that year.  She

10   ended up -- well, she actually in India developed a

11   parasite, so when she got home, she really was not

12   feeling well, so we went into the doctor.  She had been

13   treated by someone in Israel too, but she still had it.

14   So we took her in and they treated that, that was in

15   December.  I can't even remember when.  I guess 2011 or

16   '10, 2010.

17          And once she got better from that, she --

18   that's when she started working on do I want to go into

19   the Peace Corps, what exactly do I want.  She was working

20   on where she wanted to go next.  Meanwhile, she worked at

21   the HIV AIDS clinic.  She initially went in to volunteer

22   because someone told her they needed help, so she went in

23   and volunteered and they hired her to work there.  And

24   then it happened that the head of the fundraiser for the

25   AIDS clinic ended up being in a bad car accident and

Page 18

1   died, so they were all very distraught.  And so Kayla

2   took over the fundraising for them and was able to --

3   they could still do a fundraiser for that fall and

4   dedication to him.  And that's when she ended up -- that

5   would have been, you know, right before she ended up --

6   that would have been November of 2011, I guess, so then

7   she went overseas to France to work for a year.

8       Q    What do you think Kayla's long-term career

9   goals were going to be?

10      A    Exactly what she was doing.  She would have

11  been involved with humanitarian work.  I have no doubt.

12  You know, she -- like I said, she wanted to go -- she

13  wanted to find some kind of way to help people see each

14  other.  Yeah, she had --

15      Q    You were talking a little bit about her

16  experience at the HIV AIDS clinic, and it seems there she

17  was building also a development expertise than a

18  management expertise; is that right?

19      A    Well, she -- pretty much anything Kayla did,

20  she ended up in that position because she was dependable

21  and she followed through on everything, you know.  If she

22  offered to do something, she did it.  If she saw a need

23  and felt that she could help in that way, she would jump

24  right in.  That was just her personality.  She never

25  tried to take anything over, she just wanted to help

Page 19

1   where she could.

2          Even in high school, that's why with Youth

3   Count and AmeriCorps, her name was Cindy Craig, why she

4   said she just latched on to Kayla because she saw that

5   Kayla had this drive to learn all she could.  You know,

6   she wanted to learn how to write grants, so Cindy said

7   she got her involved in that.  So she wanted to learn how

8   to help people and whatever was put in her path or

9   whatever she saw, she felt she could help, she went that

10  way.

11         Q    What first interested Kayla about the plight in

12  Syria?

13         A    Well, back when she was coming home out of

14  Egypt when she went to Cairo, she met a man named Roddie,

15  a man who was Syrian, but he was working abroad.  He

16  wasn't living in Syria anymore.  And she met him, and he

17  said -- he told her -- he didn't understand why she

18  would -- because Kayla was very frugal, she didn't spend

19  a lot of money, she tried to see what she could do on a

20  minimum budget, and he didn't understand why with all the

21  opportunities she had in the United States she would be

22  helping other people in all these really poor countries.

23  So but they became friends and after she came back, they

24  stayed in contact through Skype, and, you know, that was

25  in 2010.

Page 20

1        And then the next year, 2011, was when the

2   Syrian Revolution or Civil War started.  And Rod kept

3   telling Kayla about -- he went back to help his people,

4   and he said it was because of Kayla that he went back.

5   And he kept her informed of that entire year of what was

6   going on in 2011.  So really from 2010 on she had met him

7   and knew him.

8        I remember her being home and Skyping with him,

9   and we were with her Skyping too right there.  I was in

10  the background, and he was telling us -- it was hard to

11  understand how, you know, the poor people of Syria were

12  living and trying to get through what they were getting

13  through.

14       So, anyway, then she went away, like I said,

15  and became an Au Pair, but Rod kept in contact with her

16  through Skype in France and kept telling her what was

17  happening.  Now it was a full-blown horrific war, people

18  were being slaughtered.  And he was a video, what, photo

19  journalist.  So he would share his photos and stuff.  And

20  so, anyway, when she had finished her year as the

21  Au Pair, the woman wanted her to stay another year, and

22  Kayla said, no, she had gotten what she needed.  She

23  wanted to just be fluent in French so that she could go

24  on and eventually go on to Africa was really her plan.

25       But because of what Rod had told her and

Page 21

1    because she is frugal, she said she decided that since

2    she was closer going from France to Turkey than coming

3    back all the way to the United States and finding work

4    she was going to go to Turkey and Istanbul and see if she

5    could help.  That would have been the end of November,

6    first of December 2012.  And she ended up being hired in

7    December.

8              I don't think she started until January but by

9    Support to Life, which was based in Istanbul.  It was a

10   Turkish NGO helping the Syrian people and they were going

11   to put her down on the border near Hatay or she's been in

12   the Hatay area.  Her friend Rod came over the border, met

13   her in Istanbul, and he ended up working for Syrians

14   abroad in a different town down on the border as well.

15        Q    Can you talk a little bit about what more what

16   Kayla did for STL and the Turkish border of Syria.

17        A    She was going to -- they were trying to make

18   these community centers down along the border in these

19   little towns for the Syrian families, especially the moms

20   with children whose husbands were -- they didn't know if

21   they were alive or dead.  They were working with the

22   Syrian free Army, so they were against Assad, and they

23   were either at war -- so these moms living on the Turkish

24   side of the border really they wanted to be able to get

25   together and make things and do things to make some money

Page 22

1    for themselves.  So these community centers were set up

2    to try to help these families kind of meet up and be

3    together.

4            A lot of the Turkish -- she had to meet with

5    these Turkish leaders of these communities and they

6    weren't really happy to set up these community centers,

7    so it was difficult, and I only think they might have got

8    one.  But they weren't getting them set up.  Meanwhile,

9    what Kayla also did -- well, because she was so good in

10   grants and writing, they used her a lot for that.  The

11   person that was over her down in Hatay would call Kayla

12   to help her write a proposal to try to do a grant for

13   some money.  So they used her a lot in that aspect, which

14   she liked to do.  She really did.

15           But she also met other people there.  She met a

16   mom and daughter, the mom was an activist, she was older,

17   closer to my age, and her daughter had been born in

18   America.  And Kayla became friends with them as well, and

19   they formed -- the three of them formed a little

20   organization called Karamah, which means dignity in

21   Syria, and they helped other families outside of Support

22   to Life along the border as well.

23           We were told after it was announced that Kayla

24   had been killed, we were told that some of those girls

25   still had those positions in different -- you know,

Page 23

1   whether it was a bank or a, you know, they were an

2   assistant to someone, they still had those positions.  So

3   that was really special to hear.

4        Q    When did you first learn that something had

5   gone wrong in Syria?

6             (Internet connection lost.)

7             THE VIDEOGRAPHER:  You want to go off the

8   record?

9             MS. AMICK:  Can we go off the record.

10            THE VIDEOGRAPHER:  We are going off the record.

11   The time is approximately 9:39 a.m.

12            (Break taken at 9:39 a.m.)

13            (Back on the record at 9:41 a.m.)

14            THE VIDEOGRAPHER:  We are going back on the

15   record.  The time is approximately 9:41 a.m.

16        Q    BY MS. AMICK:  When did you first learn that

17   something had gone wrong in Syria?

18        A    It would have been Monday morning, August 5th,

19   2013, really early we got a call from Support to Life

20   letting us know that Kayla had been detained and that she

21   was across the border.  Now at the time she wasn't

22   working for Support to Life really because she came home

23   in the end of May, the first of June for two weeks.  They

24   were having trouble getting her Visa, and she would be --

25   she only -- her contract with STL was only until the

Page 24

1    middle of July.  So but they sent her home.  They were

2    sure they'd get the visa, and they said that they didn't

3    want to lose her, so they put her in what was called the

4    NGO Forum, so she was the secretary to the President of

5    all the NGOs Forum Group.  That's what she was doing at

6    the time.  But that was ran by what was called the Danish

7    Refugee Council.  And DRC worked with STL because STL was

8    a Turkish NGO and DRC didn't have their credentials, so

9    they had to piggyback onto STL.  Both of them -- when

10   Kayla would write to us about what was going on she'd

11   always say STL slash DRC or DRC slash STL because she

12   worked for both of them.  So it was STL who stayed -- DRC

13   didn't talk to us at all.  It was STL who let us know

14   what was going on.

15            They were told that a driver had came back to

16   the Doctors Without Borders hospital to let them know

17   that they had been taken, and he was released in a couple

18   hours, I guess, because they were picked up right outside

19   of the hospital.  And, again, they just said not to

20   worry, you know, she was detained, they didn't want to

21   say anything, so we didn't for that day.

22        Q    Did you know that Kayla was going to be

23   crossing the border and going into Syria?

24        A    No.  No.  What we understand was it was kind of

25   a last minute thing over that weekend.  Her friend Rod

1    who was working with Syrians Abroad had been over there

2    during the week working on the -- I don't know if it was

3    the communication -- some kind of satellite system,

4    communications system for MSF, the Spanish MSF hospital

5    in LFO, and they called.  Kayla was with him that

6    weekend, and they called and said that there was an issue

7    with the system.  It wouldn't -- he needed to do

8    something.

9            We didn't understand why Kayla would go because

10   she actually -- that Monday she would have been, you

11   know, working at the Forum.  So we didn't understand

12   that.  But one of the girls that was with Kayla who was

13   negotiated out told us that what she understood was that

14   they needed a -- they needed someone to read the

15   directions, and they needed a computer, so we think

16   that's why Kayla went in.  They used her computer and she

17   helped read the directions on how to fix the equipment.

18           They were supposed to go directly in and

19   directly out, but they needed a part and had to go in

20   into Aleppo or whatever it was in Aleppo to get the part,

21   and so by the time they had it fixed, they felt it was

22   too late to leave, and they wanted to leave during

23   daylight time, so they stayed all night in the hospital

24   and was going to leave first thing that next morning.  So

25   she went in on the 3rd and then on the 4th is when they

1    were leaving and when they were picked up.

2         Q    And this was a Doctors Without Borders

3    hospital?

4         A    Yes.  It was the Spanish Doctors Without

5    Borders hospital in Aleppo.

6         Q    Okay.  And so you were first -- you first heard

7    from STL that something was wrong.  Did anyone from the

8    U.S. Government reach out to you?

9         A    No.  We ended up reaching out to them.  The

10   next day -- STL, someone had given me a phone number.

11   She said, "Call any time."  I never made an overseas

12   call, so I didn't know about putting the 01 in front of

13   it or whatever, so we couldn't get through and that got

14   me panicking and got Carl upset.  He reached out to

15   Senator McCain while I was reaching out to the State

16   Department.  That would have been the next day on the 6th

17   that morning.

18        Q    And at that time did you know who had taken

19   Kayla?

20        A    STL, I don't know if they specifically said it

21   was ISIS.  I -- the way I really remember the name ISIS

22   and who they were was Rod.  He got out after three weeks

23   and we were Skyping with him with the FBI looking over

24   our -- looking -- he didn't know they were here.  And I

25   said to him, "Who took you?"  And he said, "they were --

Page 27

1    it was ISIS."  And I said, "What is ISIS?"  And he says,

2    "The Islamic State of Iraq Sham."  I said, "What is

3    Sham?"  He says it means Syria.  So that was when we were

4    specifically told by him.

5         Q    When did you first hear from the FBI?

6         A    You know, I don't really remember.  They came

7    to the house.  It took them -- I don't think they came

8    for a few weeks.  It was either two or three weeks before

9    they even came to the house to talk to us.  And then that

10   person that came we were in constant -- I was in constant

11   contact with him from that point on because I was working

12   with STL, you know, on what was going on over there.  So

13   the FBI -- I guess what I didn't realize until all this

14   was the FBI is really a gatherer of information.  They

15   just -- they just kept taking the information I gave

16   them, but I don't think they were doing much with it at

17   the time.

18        Q    Were you contacted by anyone with connections

19   to people in Syria about Kayla's whereabouts?

20        A    There was a Syrian -- well, we weren't directly

21   contacted.  Kathleen because she was on all the same

22   sites Kayla was, she had contact -- Reverend Day had

23   contact with other people, and a man had reached out

24   saying that Kayla had been taken.  So she knew that

25   through him.

Page 28

1          This man what we ended up finding out was his
2     name was Fikret and he was the uncle of a little boy
3     that -- Kayla had been asking -- when she was home she
4     would ask President Obama, "Please do a no-fly zone over
5     there," because they were bombing -- Assad was bombing
6     those areas.  And this one area was bombed and this man's
7     sister and children of the sister had been killed.  The
8     children were hurt, a little boy he was really small and
9     a little girl, but they couldn't find them because when
10    they came in the ambulances took them to different
11    hospitals.

12          So Fikret reached out to Kayla to see if she
13    would go see if she could find the little boy.  Kayla had
14    never met the little boy, had no idea other than, I
15    guess, he sent her a photo.  And I remember her telling
16    us that, you know, she had other people helping her.
17    They went to different hospitals.  She found the little
18    boy, he had some kind of abdominal surgery, and he was
19    just writhing in pain.  She was able to get back to
20    Fikret, so now they had the little boy found, and Fikret
21    never forgot that.

22          He tried to help find Kayla too.  And he still
23    reaches out to us sometimes.  And he actually also was
24    helping with children over there now and he says it's
25    because of Kayla.

Page 29

1    Q    Were you contacted by ISIS about Kayla?

2    A    We weren't directly.  Initially.  Initially

3  Kayla had -- was actually going to be going to work for

4  another organization.  It was called Big Heart, and she

5  had sent me a message saying, you know, they had offered

6  her the position, she didn't tell me if she had taken it

7  or not, but they had offered it to her, and she was

8  supposed to start soon after that trip over into Syria,

9  so it was just kind of really crazy.

10        But that man was sent a video -- a 2-second

11  video of Kayla, and I don't know if you have that video

12  or not, but it was 2 seconds long, all you really saw was

13  her face.  She looked tired and she just read a

14  statement.  So we got -- you know, the FBI asked us --

15  asked me about this man, and I said, "Oh, I know that

16  name, that's who Kayla was going to go work for."  And so

17  then they brought us the video to show us this 2-second

18  video.  So that would have been the end of August, first

19  part of September.

20        And then we didn't hear anything -- well, you

21  know, Rod got out, so he contacted us.  And then we

22  really didn't hear anything until Rod went back in to try

23  to get Kayla out.  That was in the fall -- late fall, and

24  so he was able to see Kayla.  She was brought before a

25  court and he was trying to say she was his wife, and

Page 30

 1    Kayla said, "No, no, I'm not his wife."  You know, she

 2    wasn't going to lie.  And so he said that at least -- he

 3    couldn't see her face.  She was completely covered, but

 4    he knew it was Kayla by her voice, and that she was

 5    crying and they tried to convince her to say she was his

 6    wife, someone in the group, and she said, "No.  I'm not

 7    going to lie."  She had already been there, what, four

 8    weeks -- or, no.  Three, four months, why would she start

 9    lying now, which made no sense.

10            The one woman that I told you about was also

11    Kayla sent her a voicemail which Kayla said, you know,

12    "Please help me.  I'm dying."  And so she did go to the

13    Embassy and tried to get help, but she didn't get

14    anywhere.  Support to Life said that someone came from

15    our Government and said, "We've got this, we'll get Kayla

16    back."  So that kind of -- they felt like they could

17    relax some, because the Government was now taking over.

18            So it was really -- we didn't get anything.

19    But I think the more we learned about that, Kayla did not

20    want us involved.  She wanted to handle this on her own.

21    She didn't want to bring us in.  That would be Kayla.

22    She just didn't want Carl and I to have to deal with

23    this.

24            So then finally, you know, gosh when would it

25    have been, 2014, people started coming out, and we

1    started learning more from people coming out.  One thing

2    we were told was Kayla was most of the time in isolation,

3    in solitary confinement.  The FBI when they finally told

4    us what they'd known for a long, long time and hadn't

5    told us, they told us her fingernails had been pulled out

6    and horrific stuff, but we don't believe from hearing

7    from other people now that that truly did happen.  We

8    believe she was treated horrific, because she was an

9    American more so than the others that weren't American,

10    and they told us that -- the females.

11          We were told that the French knew where Kayla

12    was that fall, she was in the same building with her

13    because they heard a female speaking French.  Then when

14    they finally met Kayla when they were all being

15    negotiated out and they finally brought Kayla down to

16    meet them, they said that they realized it was the same

17    voice, because she was speaking French to them then, and

18    they realized it had been Kayla that fall that they had

19    heard.

20          So then finally, you know, we kept wondering

21    why we weren't hearing anything, why we weren't getting

22    any request from ISIS.  And then when the MSF -- MSF

23    women were released, they smuggled out a letter for us

24    from Kayla.  They also had another letter the MSF held

25    back until May.  They didn't share it with us because

Page 32

1    they had two men they were still trying to get out.  They

2    didn't tell us they had a second letter.  And they also

3    had, which is heart breaking, they actually had an email

4    address to negotiate for Kayla and they withheld that

5    from us as well.

6            So it just seemed like everything -- I don't

7    know.  It was just -- so we finally in May, two men got

8    out, and I reached out to them.  We had been in D.C., we

9    had our first meeting with Lisa Monaco finally, and I

10   reached out knowing that they're -- now they had all five

11   of their people out, the three women and the two men.

12   And they said they had more information to share with us,

13   and that information was that they had withheld an email

14   address saying that the email address was given to one of

15   the girls to memorize for them to negotiate for Kayla.

16   And then they had the other letter that ISIS had Kayla

17   write to us.  And it said, at that time, the letter

18   basically said that Kayla was given like an 89 years in

19   prison or something in retaliation for Aafia Siddiqui.

20           They said we could get her back if we got Aafia

21   released from the U.S.  I can't remember if it was an

22   "or."  I think it was Aafia or 5 million euro.  And that

23   would have been our first letter that we -- well, that's

24   interesting too.

25           So when we reached out to MSF and they said

1    that they had this email address that they hadn't shared

2    with us, Carl just flipped out and said we need that

3    email address.  And so they said that they were going to

4    FedEx it, and Carl said, "No, we need it right now."

5    They emailed it to us, we got it that night, and next day

6    we also got our first actual email from ISIS.  So it was

7    just -- I don't know.  It was just crazy.  So here we had

8    two email addresses and we felt we needed to respond to

9    both of them.

10          We also had been told by one of the other

11   hostages that again was negotiated out, they said that

12   one thing Kayla said was why am I not getting proof of

13   life questions.  Well, I thought we don't have any way to

14   get them.  How would we do it.  So she knew that MSF had

15   the email address, but we didn't.  So, anyway, that made

16   more sense after that.

17          And then from that point on, ISIS immediately

18   came back not to the email address that MSF had given us.

19   They didn't respond to that one at all, but they started

20   responding to the other one right away.  To be really

21   truthful, ISIS wanted to get rid of Kayla.  They didn't

22   want to keep her.  They wanted to get us to negotiate for

23   her release.  We kept back and forth sending emails back

24   and forth.  And Carl got really upset with that because

25   he said if I was ISIS and I was sending these emails,

Page 34

1    it's like a game.  I'd finally just get mad and quit

2    because we were saying the same thing over and over.

3    That went on for a while.

4              And then in July, I think it was July 12, 2014,

5    I received an email.  It always came to my email account

6    saying that due to what the Government had just attempted

7    to do, Kayla had 30 days to live.  So I reached out to

8    the FBI.  It was night, we are three hours difference.  I

9    reached out and said, "What did you do?"  And they had no

10   idea according to the man I talked to.  They said they

11   didn't do anything.

12             And then it came out that they had done that

13   raid, and that's what they were threatening Kayla 30 days

14   with because of the -- when they tried to go in on the

15   4th of July and rescue the hostages, but they had all

16   been moved.

17             So then, you know, we were in almost daily

18   constant back and forth.  They didn't always respond, but

19   please, please, you know, Kayla we just kept sending them

20   stuff.  I think I sent all that to Josh, all these

21   emails.  Finally we figured the deadline for her to be

22   killed was around August 13th, right before her birthday.

23   It would have been her 26th birthday, I guess.  And,

24   yeah, anyway.  Yeah.  So they -- we just kept doing it

25   and they just told us, I don't know.  I don't even know

1   where to go with that.  It was just a nightmare.

2           But then we didn't hear that she'd been killed,

3   and it was, you know, three days later from the deadline

4   we expected her to be killed.  They published James being

5   beheaded.  And yeah.  So we still kept sending emails to

6   see what was going on with Kayla.  Yeah.  And then that

7   whole fall was just a nightmare too with one person being

8   killed after the other, so yeah.

9       Q    Taking a step back.  Those first few months

10  when you had no contact from Kayla and no information,

11  how did that make you feel?

12      A    Well, you know, we didn't have contact from

13  ISIS, but we actually -- the other families were actually

14  grateful to us because we were the ones that were getting

15  the information from people over there.  Support to Life

16  was giving us information, Rod because he was Syrian and

17  had been held and was released and then went back in, he

18  saw Kayla.  So we actually -- I don't remember feeling --

19  I was very positive, because we were getting information

20  whereas the other families were getting -- they weren't.

21  I don't know if that makes sense.

22          But, again, you know, we had no idea who these

23  people were.  Kayla was a humanitarian aid worker.  She

24  was helping the people that they supposedly wanted to

25  help too, so I don't know.  It was just really bizarre to

Page 36

1    us.  Until we learned that ISIS actually had came in from

2    Iraq more so and that they really weren't -- they weren't

3    there to really help the people of Syria.  They had came

4    in for a totally different reason just because of the

5    upheaval, and, yeah.

6         Q    When did you first learn about the conditions

7    and the torture Kayla was experiencing?

8         A    Well, it was when the hostages started coming

9    out.  They -- you know, the Spanish came out I think in

10   January of 2014.  Rod had given us some information, but

11   he didn't make it seem like Kayla was being tortured or

12   hurt at all.  That she was by herself, but she didn't

13   make it seem like she was in a prison.  I never

14   understood whether he was just trying to protect us, I

15   don't know.

16        But once the hostages started coming out and

17   especially the female women when they came out, they

18   contacted us.  They weren't supposed to.  MSF did not

19   want them to, but they did.  And both of them ended up

20   leaving Doctors Without Borders because they had no idea

21   the information they gave to Doctors Without Borders was

22   not given to us, so they both left.  They were very upset

23   with them, because they felt they had let Kayla down.

24   They had became pretty close.

25        So they told us, you know, I could ask them

Page 37

1   questions about what Kayla had told them and she didn't

2   tell them a whole lot either really.  She talked about

3   being in very dark, cold places, but she also would say,

4   and she seemed to have been moved around a lot, but she

5   would say that there would be at least one person

6   wherever she was that was kind to her or somewhat kind to

7   her, and it seemed like it was the Syrian people that

8   were kind.  She didn't like Jahadi John at all, according

9   to Freda one of the women.  She said that Kayla was

10  always writing.  They let her write, and she was writing

11  what was happening to her and I was writing what was

12  happening over here.  So I was hoping that if Kayla did

13  come home, she could one day have what I had and I could

14  see what she had.  And, you know, it would be hers.  But

15  it was really that's who -- it was really the MSF girls.

16          And then when the French came out, one of the

17  French men reached out to us and we Skyped with him and

18  he told us about that he knew Kayla was with them that

19  fall, that she was by herself.  And then we started

20  hearing from the Yazidi girls that, you know, they had

21  been with Kayla, so they, again, added more horrific

22  stuff to what had happened to Kayla.

23          One of the things that I'll never be able to

24  get over is I trusted the FBI and our Government so much.

25  I gave them -- I was constantly on the phone with them

Page 38

1    trying to find a way to get Kayla home, and I believed in
2    them.  But after Kayla had been killed, one of the first
3    things that happened -- well, it would have been about
4    six weeks after it was announced that she had been
5    killed, the FBI and someone from the State Department
6    reached out to us.  It was two people, one on each team,
7    and they said, "Well" -- you know, all along we'd been
8    asking them can we use ransom for lure, can you do
9    something, can we try to raise money, can we do
10   something, please, and we just kept being, no, they got
11   this.  They had it.  They would get Kayla home.
12           But so six weeks about after we got this call,
13   and I'll never forget it, they said, "Well, now that
14   Kayla is gone, we would like to offer" -- what did they
15   call it?  It wasn't ransom for lure.  It was -- anyway,
16   they wanted to give up to $5 million to someone who could
17   give us information on what had happened to Kayla and who
18   killed her.  So that was crazy.  So, anyway, yeah, I
19   don't know how we reacted to that.  Carl was very upset.
20           And then the next thing that was, you know, I
21   think that happened they kept saying they were going to
22   do better with hostages and all this.  They brought us
23   all back there and talked to us.  And this was in June, I
24   believe, of 2015, and in May they had raided the Sayyaf
25   household and had Um, captured Um, and so they had gotten

Page 39

1    information from Um.  So now they were ready to tell us

2    what they knew.  Come to find out, they had also known

3    this from the Yazidi girls that had escaped back in

4    October of 2014, but they kept that from us, that

5    information that Kayla had been taken out of the prison

6    by Baghdadi and was his property and was being raped by

7    him.  They didn't tell us any of the -- any of that, that

8    they knew -- the horrific stuff that they knew until June

9    of 2015.

10           So, oh, my, that was probably the hardest thing

11   that I ever dealt with because I had so much trust.

12   Yeah, so then we started really learning because there

13   was people overseas now that were getting all this

14   information, and I think the Government knew we were

15   going to get them eventually, they better tell us.  So

16   then we ended up going to Germany and meeting with a

17   couple of the girls.  Yeah, so they let us know.

18           I remember one little girl we showed her a

19   picture of Kayla and she said -- she just started to cry.

20   I don't know.  It was just horrific.  We'll never get

21   over it, I can tell you that.

22           A lot of -- a lot of just the opposite of

23   what -- how Kayla would handle things to me.  You know,

24   Kayla would have jumped in, what can we do, how do we

25   make this better?  And it just seemed like every time we

Page 40

1    dealt with someone, whether it was MSF or our own

2    government, it was the opposite of what we would have

3    expected, which just made me see Kayla in such clearer

4    light.  Try to be more like Kayla.

5         Q    Do you think that the government did everything

6    they could to get Kayla back?

7         A    No.  I don't think they even had that

8    intention.  No, I don't think so.  I think if it happened

9    to fall into the right way, like if the raid would have

10   gone off on the 4th of July, and, you know, it would have

11   made everybody look great.  But, no, I don't think -- no,

12   not now.  No.  Not from what we've heard from other

13   people, huh-uh.

14        Q    Do you think they had knowledge about where she

15   was while she was being held?

16        A    I do.  I think that actually someone else that

17   left that was involved with this back in the FBI, I

18   stayed in contact and was reminded about being called and

19   asking if we had any video of Kayla walking.  Which, you

20   know, I said, "Well, you know, I'd have to look."  I

21   didn't really understand even why the walking until

22   afterwards that it makes us think that they did have

23   eyes.  Kayla would have been completely covered.  They

24   wouldn't have -- she really would have.  From what we

25   understand from the Yazidi girls, if when they were

Page 41

1    moved, they would even have gloves on, so they were

2    completely covered.  So it would have been next to

3    impossible to just say that this was Kayla.  But I really

4    believe that they wanted Baghdadi and they realized that

5    Kayla was the way to get to Baghdadi.  I really do.  I

6    didn't initially, but the more it went on, I think I

7    would have to say that that's what I would say now.

8         Q    How did you feel when Senator Feinstein

9    released the torture report while Kayla was being held

10   hostage?

11        A    Well, you should -- that -- yeah, my husband,

12   that really -- he immediately called Senator McCain.

13             You know, the other thing that was interesting

14   about Senator McCain, he was calling us for information.

15   He couldn't even get information out of the White House

16   about what was happening.  So he would call us and say

17   what is going on.  That was such a shocker to us.  You

18   know, he was our Senator.

19             But that, yeah, why that would come out at that

20   time knowing that Kayla and the others were there, I

21   mean, I don't know how anybody could make sense of that

22   at all.  So it was as if -- I don't know.  I don't know.

23   Either she didn't know, maybe she didn't.  But the

24   Administration did and they could have kept that down and

25   they chose not to.  They let it go.  Yeah, you'll have to

Page 42

1    ask Carl about that.  That was really upsetting to him.

2        Q    How did you feel when the European hostages

3    started to be released?

4        A    Well, initially I felt good.  You know, they

5    were finding a way to negotiate them out.  I was -- that

6    seemed like a real positive thing to me.  But I don't

7    think -- I don't think our Government wanted to negotiate

8    them out in any way.  In fact, we know that they

9    basically -- I don't remember how it was put to us, but

10    they don't talk to terrorists, they don't -- they just

11    ignore them.  They don't pay any attention to them.  They

12    are not worth even dealing with.  But our daughter was

13    there.  You got to deal with people.  You have to talk to

14    people that you don't agree with.  So I never understood

15    it.  I still don't understand that.

16        Q    Who is David Bradley and did he try to help?

17        A    Yeah.  David -- David Bradley is -- he's in

18    Washington, D.C.  He did own and still partly owns the

19    Atlantic Media.  Really because of Barak Barfi, and I

20    don't know if -- you might know because of the Sotloff

21    Law family, he was friends with Steven.  It was Barak who

22    reached out to Carl and I first.  He reached out to Carl

23    and scared Carl to death.  Carl was trying to work, he

24    gets this call from a Barak Barfi, you know, he goes,

25    Kayla is being held.  He can go into what happened to him

Page 43

1    with that.  Barak was trying to figure out a way to get

2    all the hostages home, and he knew of David Bradley and

3    wanted us all to talk to David.  So he went to him first.

4    And then we ended up all meeting -- going back and

5    meeting with David.  We first had conversations with him

6    as individual families.  But because we seemed to have a

7    lot of contact -- we didn't meet him until May of 2014,

8    and that's -- he's the reason we got into the White House

9    to see at least Lisa Monaco.  The President wouldn't see

10   us, but we did get to meet Lisa Monaco.  Senator McCain

11   saw all the families with us.  We also met with at that

12   time Theo Curtis' -- Padnos' Congressperson or Senator.

13          So that was the beginning of hopefully all the

14   families thought that if we got together, and David

15   especially, we could get this many people over there, we

16   have to do something, he was really working hard to --

17   with the Government to try to get all the kids out.  And

18   that -- all that summer because Carl and I were the ones

19   that had the most information and the most contact, we

20   were on calls with the other families.

21          One thing that did happen during those calls is

22   I don't -- you know, we were trying to figure out, you

23   know, I remember David saying how much money do you think

24   you could come up with, and we were trying to figure all

25   this out.  He only did that with us on the phone, so I

Page 44

1   assume he did it with all families, but at least with us.

2   And then we were on -- I remember the one call in the

3   summer, and he wasn't on the call but his lawyer was, and

4   she said they needed to let us know that if the word

5   ransom or (internet freezing).  So I think he was getting

6   concerned that he could -- you know, I guess it would be

7   against the law to negotiate with terrorists.  That

8   became very troubling.  Somebody got to him.  He was

9   scared too.  We couldn't use any words that made anybody

10  think that he was trying help us find money.

11        Q    Did you go overseas to request his assistance

12  to try to find Kayla?

13        A    We first -- when Carl and I went to Turkey, you

14  know, on our own, to Support to Life and, you know, to

15  try to -- we wanted to talk to the Danish Refugee

16  Council, they wouldn't talk to us.  Support to Life was

17  trying to help.  It's a very small organization, so there

18  was an MSF doctor, Doctors Without Borders person there

19  who also wanted to help.  In fact, he felt that we -- he

20  told Carl you are not negotiating, you are communicating.

21  He was very upset with the emails we were sending back

22  and forth.  So they were trying to figure out how they

23  could help us as a family -- sell our house, do whatever.

24  But, you know, everything was moving so fast.  That would

25  have been in October of 2013 when we went there.

Page 45

1           And then we also after that, we came back, we

2      went to Qatar.  That was through David Bradley, and we

3      met Ali Soufan over there, and we met -- he would be like

4      the head of the CIA, Director Abdulaziz was his name.  We

5      met with the Foreign Minister.  Abdulaziz, he was very

6      positive.  He said he would try to do everything he could

7      to try to help us.  They already helped get Theo home, so

8      we knew that.  We were having a meeting with the Foreign

9      Minister and waiting on him to come in, and he came in

10      and the first thing he said is I just got off the phone

11      to Secretary Kerry, and we do not negotiate with

12      terrorists.  That's what he told us.  But then he looked

13      out the window and he says, I do not understand you

14      Americans -- these weren't his exact words, but something

15      like I do not understand you Americans.  We believe if

16      you can save one soul, it's worth trying, or something

17      like that.  I was supposed to be the one to reach out to

18      him and talk with him and try to get his help.  I was

19      just shaking after he talked to Kerry and he said they

20      didn't negotiate.  And I thought, oh, my, you know, it

21      was like the government knew exactly what we were doing.

22      We couldn't do anything without them knowing it.

23           Q    So while Kayla was being held hostage, you felt

24      like the United States Government was trying to prevent

25      you from getting her back?

Page 46

1          A    It seemed like it.  And now I do believe that.

2     At the time it didn't make sense why they would do some

3     of the things they did.  I didn't understand it.  But,

4     you know, who else would we go to?  You know, you go to

5     your Government for help as a citizen.  And they were not

6     only saying they were going to get Kayla back to us, they

7     also were telling people overseas that, because STL told

8     us that.  See we assumed, you know, they had some plan.

9               Now we know they didn't at all.  They were

10    really just relying on me to give them all the

11    information I had and they were just gathering

12    information until the raid.  They did try the raid, but

13    we were even told by people that reached out to us one

14    person I think was on that raid that they already knew

15    that wasn't going to -- it was going to be a dry hole

16    because they waited way too long.  So I don't know.  It

17    was just strange.

18         Q    How does it make you feel knowing that they

19    went to try to save her and it was days too late?

20         A    Well, it was heart breaking initially, but then

21    when we talked to more people it made perfect sense that

22    they weren't going to be there.

23              One thing that we do know and, you know, I

24    think I can say this now because we were told that it's

25    not classified was we were shown a picture of a wall of

Page 47

```
 1   the prison and Kayla had written her name in caps
 2   K-A-Y-L-A across the wall with either a stone or
 3   something.  She'd scratched it into the wall, and I want
 4   that photo or I want that wall.  I feel like we should
 5   have -- be able to have a piece of that.
 6           So going back to the Qatar thing, too, we were
 7   really hopeful.  They were great to us.  I have a really
 8   special place in my heart for those people.  They wanted
 9   to help us so much.  And in December of 2013 the Director
10   reached out to David Bradley and told him that, you know,
11   he had been looking around, and he said that he -- he
12   said that they had no connection with ISIS, but they had
13   people that could find out information.
14           So, anyway, he told us that -- David actually
15   told us that he'd said that they had found out that Kayla
16   was with a family and she didn't want to come home.  So
17   David said that he said to the Director, "You don't
18   believe that, do you?"  And he says, "No, I don't believe
19   that."  But, again, that would have been after the Yazidi
20   girls had escaped.  We knew that two girls had gotten out
21   and we had proof of life they had seen Kayla, but we
22   didn't know the details other than that.  The government
23   did.
24      Q    How did it make you feel when you finally
25   learned the truth about Kayla being raped by al-Baghdadi?
```

1      A    I don't know what to say to that.  I wake up

2  every night thinking about that.  Did she have a child?

3  Was she pregnant?  Yeah, I don't know what to say other

4  than, you know, it's on my mind a lot daily.

5      Q    Do you have trouble sleeping?

6      A    Oh, both of us do off and on.  You know, I wake

7  up, I go to bed thinking of Kayla, I wake up thinking of

8  Kayla.  There was a time when, you know, people were

9  telling us from over there they didn't believe that she

10  had been killed.  The only thing we got from ISIS was the

11  three videos where you only see part of her face.  So

12  Reverend Day, she truly did not believe Kayla had been

13  killed.  So we are going down this road.  And to be

14  really truthful, until we find Kayla and bring her home,

15  I won't know for sure.  In my heart I believe she is in

16  Heaven with God, and I hope so with all my heart, but I

17  still have that doubt.  I also, you know, did she have a

18  child in her when she was killed?  Was she killed?  How

19  was she killed.  Where is she?  Why can't we bring her

20  home?  You know, those are all the things that constantly

21  are in our minds.  Carl's too I know.  He just doesn't --

22  he doesn't say it to me, but his too.

23      Q    Do you have nightmares?

24      A    I only remember one actual where I was in a

25  panic.  I went to a different room to sleep because I

Page 49

1   couldn't sleep and I just remember waking up, I don't

2   know what it was, and jumping out of bed and my heart was

3   racing and I was sweating.  That's like a night terror,

4   I've never had one -- that's the only one I had.

5           I do wake up at night and my heart will be

6   beating fast.  And I know I've dreamt something about

7   Kayla, but I don't remember them.  I rarely remember

8   anything about dreaming.

9           Carl he's called out in the middle of the night

10  and, you know, I know I can tell when he's having a dream

11  about Kayla because it will wake me up, but, yeah, it's

12  hard to sleep.  Because, you know, if we could get her

13  home, I think it would help me a lot.  It will never be

14  over for me, ever, because I felt betrayed by -- I felt

15  like Kayla was betrayed by a lot the people that could

16  have helped more, yeah.

17          I worry about Eric and his wife Alex.  Kayla

18  and Alex were real close too.  And Lexi, you know, Lexi

19  at least she doesn't really remember Kayla well because

20  she was so little.  But she does see pictures of her and

21  Kayla and we talk about Kayla.  She is so open.  Eric and

22  Alex there for a while wouldn't mention Kayla's name,

23  they just couldn't.  But Lexi, she would.  She would talk

24  to me about Kayla.  But, yeah, it's been -- yeah.

25      Q    Why are you worried about Eric?

Page 50

1      A    Well, he and Kayla were close.  They were

2  totally opposite personalities, but they were also very

3  close, and Eric didn't want Kayla when she came home for

4  that two weeks, he didn't want her to go back.  He wanted

5  her to just stay home.  Kayla was obligated to go back,

6  and it was hard for him when Kayla was killed.

7            In fact, he now is -- I see a softer Eric right

8  now.  He was -- he became very closed there for a while,

9  and I was worried about him.  I really was.  He just

10  wouldn't talk about Kayla at all.  They chose -- they had

11  Lexi but then decided they weren't going to have anymore

12  children, and I just wander if that had to do with Kayla

13  too.  He said Lexi was, you know, healthy and smart and

14  full of life, and he just felt that they just better stay

15  where they are with Lexi and not try anymore.  It was --

16  yeah.

17      Q    Do you remember when President Obama announced

18  Kayla's death?

19      A    Yes.  Yeah.  Well, the way it really happened

20  on February 6, ISIS put it on some site and Barak called

21  us to let us know, Barak Barfi.  And then that was a

22  strange Friday too because that week the FBI had told us

23  we were going to change gears, we were going to try

24  something different, and they were coming out that very

25  day.  They were going to be at our house the day it was

Page 51

1    announced that Kayla had been killed.  So Kathleen,

2    Reverend Day, who was always with us if she could be, she

3    came down from Flag.  So on the way down someone had

4    contacted her too because she came, she gets out of her

5    car, and I -- she was just crying.  I was in shock.  I

6    was trying to make Kathleen feel better, you know, saying

7    we don't know for sure, we don't know.  And then the FBI

8    showed up.  The two people from Phoenix came up right

9    after that, and then Bill Haney and another lady was on

10    the plane, they were on their way up.  So that afternoon

11    they were all here.

12            So we sent a letter to ISIS, we wrote them and

13    that, you know, we had heard and we would like proof, we

14    want to know if it's true.  And that was that evening,

15    that Friday evening.  That next morning we had an email

16    from them saying that Kayla indeed had died.  They blamed

17    it on a Jordanian air strike and said that -- oh, I don't

18    remember exactly the email.  But, you know, they had

19    given her -- she had converted to Islam and they had

20    given her the cleansing and burial rights and sent us

21    three photos.

22        Q    And it was after that that President Obama

23    announced?

24        A    Yeah.  That would have been on Saturday the

25    7th.  On the 8th they sent the photos -- we found out on

Page 52

1    Sunday the 8th that they felt the photos were legitimate,

2    and then I think President Obama announced it on the 10th

3    is the way I remember it.

4         What really bothered me about that though was

5    the press, you know, was there and he announced that

6    Kayla had been killed and then it was Admiral Kirby from

7    the Pentagon that spoke and answered questions.  And

8    the -- some reporter or several I think asked are you

9    going to do anything?  Are you trying to find out what

10   happened?  And Kirby said we don't investigate the murder

11   of an American citizen overseas if it doesn't come from a

12   legitimate source.  So I immediately got on the phone and

13   called Lisa Monaco and said, "I don't understand this."

14   And then I'm told, "No, no, no, that's not true.  That's

15   not what he said."  I don't know what they told me,

16   because I know what he said.  I printed it out for him.

17   So I don't know if the Government -- what have they done?

18   I don't know.  We actually -- Ali Soufan a couple years

19   ago when he saw that we kept trying so hard to get

20   information, finally Kathleen had said we need to put all

21   this in writing.  So we put it in writing and sent it to

22   the fusion cell, and it took them eight months to finally

23   say they could answer our questions.  It might have been

24   longer.  We sent it in June, the following January we

25   went back to D.C. and met with the fusion cell.

Page 53

1          They wouldn't let anybody in with us.  It just

2     had to be Carl and I.  They said we could have a service

3     dog.  And they proceeded to try to answer the questions,

4     but instead of just talking to us like they normally had

5     done, they had little slips of paper and they read their

6     statement off of the slip of paper.  We really didn't get

7     any of our questions answered.

8          Q    How do you think that Kayla's death has

9     affected your life?

10         A    I don't know.  How do you answer that question?

11    I mean, Kayla and I were so close.  I can see us -- she

12    would still be doing the work she was doing, but yet I

13    would still be Skyping with her all the time.  You know,

14    she would still be telling me what she was up to and

15    asking me advice, and I'd be telling her about what was

16    going on here and when are you coming home, you know.

17    It's --

18         When Kayla came back from Turkey, Kayla was a

19    real giver.  She had one of those big backpacks and

20    that's all she took over with her.  She had very little

21    clothes, and she wasn't into makeup or anything like

22    that.  She brought back gifts.  So she brought us gifts

23    from turkey.  That's what she did for us, for her

24    friends, for different people.  And then she -- when she

25    went back, we made brownies for her to take back.  She

Page 54

1   called them the boys, you know, they'll love these

2   brownies, so we made brownies.  And then she got one of

3   her friend's a purse.  So we went and found things.

4   These special gifts for people.

5           I think that is -- it was so much fun to spend

6   that time with her.  We had people come over to the house

7   when she was home and she would -- she'd just -- she just

8   showed how people should be.  Just be kind to each other

9   and help each other and -- yeah, yeah.

10          So I don't know.  How do you answer that

11  question?  Even when, you know, we're with Eric and Alex

12  and Lexi we just all went together for spring break for a

13  few days, and you could just sense Kayla was on all of

14  our minds because she wasn't with us.  So and I wonder,

15  you know, she was -- I know eventually she would have

16  settled down and married and had children and would have

17  been a wonderful mom.  I would have loved -- I don't

18  know.  It's a hard question to answer.

19      Q    Do you think about her during the holidays?

20      A    Oh, my, yes.  Well, we think about her all the

21  time.  I mean, it's pretty daily.  My sister just sent me

22  a message saying that her youngest daughter is 24.  Well,

23  that immediately made me think of Kayla because that's

24  when Kayla went over there, she was 24.  So, yeah,

25  holidays are -- yeah.  But it's not -- it's -- it's --

Page 55

1  it's not just holidays.  I mean, it's just like a piece

2  of your heart is missing.

3      Q    How do you think it has affected your husband?

4      A    Well, it's -- I would say the same way.  I

5  think we try to hide it somewhat from each other.  But I

6  see it.  You know, we've been married 40-some years, so I

7  see how hard it is on him.  I see it in Eric.  Yeah.  I

8  mean, it's a piece of us is missing.  You know, we're a

9  close family, we really are, and always were.

10     Q    Do you think it's affected his health?

11     A    Probably both of our health.  We try to eat

12 right and we exercise and he's very active, always has

13 been.  But, yeah, you'll have to ask him that.

14     Q    All right.  Can we go off the record.

15         THE VIDEOGRAPHER:  We're going off the record.

16 The time is approximately 10:41 a.m.

17         (Break taken at 10:41 a.m.)

18         (Back on the record at 10:42 a.m.)

19         THE VIDEOGRAPHER:  We're going back on the

20 record.  The time is approximately 10:42 a.m.

21     Q    BY MS. AMICK:  Is Kayla's father Carl Mueller?

22     A    Yes, his name is Richard Carl Mueller, II, but

23 he goes by Carl.

24     Q    Is he a United States citizen?

25     A    Yes, he is.

1    Q    Is Kayla's brother Eric Mueller?

2    A    Yes, he is.

3    Q    Is Eric Mueller a United States citizen?

4    A    Yes, he is.

5    Q    Okay.  Thank you.

6         Marsha, are you proud of Kayla?

7    A    Of course.  Yeah, very much so.  Yeah.  She was

8    a remarkable young girl from a young age.  You know, she

9    even has friends from grade school friend's moms are her

10   friends.  So, you know, they love Kayla too.  Yeah, so

11   she just had a heart for -- Kayla's personality and what

12   was inside of her was she just made you feel comfortable

13   to talk at all.  You know, you could just -- she just

14   made people feel comfortable.  She never judged anyone,

15   she knew that we all walked this path and we all got our

16   reasons for why we do certain things that we do or say

17   certain things.  She was just -- she just wanted to help

18   people.  Where they were.  She didn't try to drag them to

19   her side or viewpoint.  And she also wanted to learn

20   their view point so that she could become a better

21   person.  That's what I think I admire most about her.

22   She just wanted to be the best she could be.

23   Q    Is there anything else that you think that we

24   haven't talked about that you want to add?

25   A    I can't think of anything.  I can't really

Page 57

1    think of anything else.

2        Q    Okay.  Thank you.  Can we please go off the

3    record.

4            THE VIDEOGRAPHER:  This concludes the

5    videotaped deposition.  The time is approximately

6    10:44 a.m.

7            (Whereupon the deposition of MARSHA JEAN

8    MUELLER was concluded at 10:44 a.m.)

9

10                           *   *   *

11

12                (No signature was requested.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 58

1    STATE OF ARIZONA        )
                             ) ss
2    COUNTY OF MARICOPA      )

3

4        BE IT KNOWN that the foregoing deposition was taken

5    before me, SHANNON STEVENSON, a Certified Reporter in and

6    for the County of Maricopa, State of Arizona; that the

7    witness before testifying was duly sworn to testify to

8    the whole truth; that the questions propounded to the

9    witness and the answers of the witness thereto were taken

10   down by me in shorthand and thereafter reduced to

11   computer-aided transcription under my direction; that the

12   foregoing 57 pages are a true and correct transcript of

13   all proceedings had upon the taking of said deposition,

14   all done to the best of my skill and ability.

15       I FURTHER CERTIFY that I am in no way related to any

16   of the parties hereto, nor am I in any way interested in

17   the outcome hereof.

18   (   )  Signature was requested.

19   (XXX)  Signature was not requested.

20       DATED at Phoenix, Arizona, this 25th day of March,

21   2021.

22

23   _____

     SHANNON STEVENSON, CR, RPR

24   Certified Reporter

     Certificate No. 50461

25

**[01 - approximately]**

| 0 |
|---|
| **01**  26:12 |
| **01229**  1:9 |

| 1 |
|---|
| **10**  17:16 |
| **1050**  3:14 |
| **10:41**  55:16,17 |
| **10:42**  55:18,20 |
| **10:44**  57:6,8 |
| **10th**  52:2 |
| **12**  34:4 |
| **13th**  34:22 |
| **14th**  6:7 |
| **1988**  6:7 |
| **1:18**  1:9 |

| 2 |
|---|
| **2**  29:10,12,17 |
| **20036**  3:15 |
| **2009**  12:17 |
| **2010**  12:17 17:16 |
| 19:25 20:6 |
| **2011**  17:15 18:6 |
| 20:1,6 |
| **2012**  21:6 |
| **2013**  23:19 44:25 |
| 47:9 |
| **2014**  30:25 34:4 |
| 36:10 39:4 43:7 |
| **2015**  38:24 39:9 |
| **202**  3:16 |
| **2021**  1:21 3:3 4:1 |
| 4:6 58:21 |
| **22**  1:21 3:3 4:1 |
| **22nd**  4:6 |
| **24**  54:22,24 |
| **25th**  58:20 |
| **26th**  34:23 |

| 3 |
|---|
| **30**  34:7,13 |
| **36**  5:24 |
| **3rd**  25:25 |

| 4 |
|---|
| **40**  55:6 |
| **4th**  25:25 34:15 |
| 40:10 |

| 5 |
|---|
| **5**  2:4 32:22 38:16 |
| **500**  3:15 |
| **50461**  1:25 3:5 |
| 58:24 |
| **57**  58:12 |
| **5th**  23:18 |

| 6 |
|---|
| **6**  50:20 |
| **6th**  26:16 |

| 7 |
|---|
| **7th**  51:25 |

| 8 |
|---|
| **8**  2:4 |
| **80s**  11:12 |
| **8176**  58:22 |
| **89**  32:18 |
| **8th**  51:25 52:1 |

| 9 |
|---|
| **955-9055**  3:16 |
| **9:07**  1:21 3:3 4:1,6 |
| **9:39**  23:11,12 |
| **9:41**  23:13,15 |

| a |
|---|
| **a.m.**  1:21 3:3 4:1,6 |
| 23:11,12,13,15 |
| 55:16,17,18,20 |
| 57:6,8 |
| **aafia**  32:19,20,22 |

**abdominal**  28:18
**abdulaziz**  45:4,5
**ability**  58:14
**able**  18:2 21:24
  28:19 29:24 37:23
  47:5
**abroad**  19:15
  21:14 25:1
**accident**  17:25
**account**  34:5
**act**  16:10
**active**  8:3 55:12
**activist**  22:16
**activities**  7:14 8:1
  12:21
**actual**  33:6 48:24
**add**  56:24
**added**  37:21
**address**  32:4,14,14
  33:1,3,15,18
**addresses**  33:8
**administration**
  41:24
**admiral**  52:6
**admire**  56:21
**advice**  7:10 53:15
**affairs**  13:18
**africa**  13:4 14:11
  20:24
**african**  15:15
**afternoon**  51:10
**age**  6:17,22 8:21
  9:9,19 22:17 56:8
**ages**  5:22 11:3
**ago**  52:19
**agree**  42:14
**aid**  35:23
**aided**  58:11
**aids**  17:21,25
  18:16

**air**  51:17
**al**  4:9 47:25
**aleppo**  25:20,20
  26:5
**alex**  49:17,18,22
  54:11
**ali**  45:3 52:18
**alive**  21:21
**ambassador**  13:1
**ambulances**  28:10
**america**  22:18
**american**  31:9,9
  52:11
**americans**  45:14
  45:15
**americorps**  7:17
  8:17 19:3
**amick**  2:4 3:13
  4:19,19 5:8 23:9
  23:16 55:21
**anger**  13:7
**announced**  22:23
  38:4 50:17 51:1
  51:23 52:2,5
**answer**  52:23 53:3
  53:10 54:10,18
**answered**  52:7
  53:7
**answers**  58:9
**anybody**  41:21
  44:9 53:1
**anymore**  19:16
  50:11,15
**anyway**  15:4,19
  16:3 20:14,20
  33:15 34:24 38:15
  38:18 47:14
**appearances**  3:11
**approximately**
  23:11,15 55:16,20
  57:5

**arab**  1:16 4:9
**area**  14:11 21:12
    28:6
**areas**  28:6
**arizona**  3:5 4:12
    6:6 12:7,8 58:1,6
    58:20
**army**  21:22
**asked**  29:14,15
    52:8
**asking**  28:3 38:8
    40:19 53:15
**aspect**  22:13
**aspects**  8:11
**assad**  21:22 28:5
**assistance**  44:11
**assistant**  23:2
**assume**  44:1
**assumed**  9:18 46:8
**atlantic**  4:13,15
    42:19
**attempted**  34:6
**attend**  12:5
**attention**  42:11
**attorneys**  9:7
**au**  14:17 20:15,21
**august**  6:7 23:18
    29:18 34:22
**australia**  7:20
**avenue**  3:14
**awards**  9:3

**b**

**b**  2:11
**back**  10:2,8 11:8
    12:2 14:4,6 19:13
    19:23 20:3,4 21:3
    23:13,14 24:15
    28:19 29:22 30:16
    31:25 32:20 33:18
    33:23,23 34:18
    35:9,17 38:23

39:3 40:6,17 43:4
    44:21 45:1,25
    46:6 47:6 50:4,5
    52:25 53:18,22,25
    53:25 55:18,19
**background**  20:10
**backpacks**  53:19
**bad**  17:25
**baghdadi**  39:6
    41:4,5 47:25
**bank**  23:1
**barak**  42:19,21,24
    43:1 50:20,21
**barfi**  42:19,24
    50:21
**based**  21:9
**basically**  12:3
    32:18 42:9
**beating**  49:6
**bed**  48:7 49:2
**beginning**  43:13
**beheaded**  35:5
**believe**  31:6,8
    38:24 41:4 45:15
    46:1 47:18,18
    48:9,12,15
**believed**  38:1
**best**  56:22 58:14
**betrayed**  49:14,15
**better**  17:17 38:22
    39:15,25 50:14
    51:6 56:20
**big**  8:4 16:7 29:4
    53:19
**bike**  6:23
**bill**  51:9
**birth**  6:5,7
**birthday**  34:22,23
**bit**  18:15 21:15
**bizarre**  35:25

**blamed**  51:16
**blown**  20:17
**bombed**  28:6
**bombing**  28:5,5
**border**  21:11,12
    21:14,16,18,24
    22:22 23:21 24:23
**borders**  24:16
    26:2,5 36:20,21
    44:18
**born**  6:4,6 22:17
**bothered**  52:4
**boy**  28:2,8,13,14
    28:18,20
**boys**  13:3 54:1
**bradley**  42:16,17
    43:2 45:2 47:10
**break**  23:12 54:12
    55:17
**breaking**  32:3
    46:20
**bring**  30:21 48:14
    48:19
**brother**  5:23 9:23
    56:1
**brought**  7:21
    10:10 29:17,24
    31:15 38:22 53:22
    53:22
**brownies**  53:25
    54:2,2
**budget**  19:20
**building**  18:17
    31:12
**burial**  51:20

**c**

**cairo**  16:17 17:7
    19:14
**call**  5:16 8:14 12:2
    22:11 23:19 26:11
    26:12 38:12,15

41:16 42:24 44:2
    44:3
**called**  5:2 22:20
    24:3,6 25:5,6 29:4
    40:18 41:12 49:9
    50:20 52:13 54:1
**calling**  41:14
**calls**  43:20,21
**camel**  16:18
**camp**  11:18
**camping**  6:22
**campus**  11:5
    12:24
**caps**  47:1
**captured**  38:25
**car**  17:25 51:5
**care**  15:6
**career**  18:8
**carl**  1:4 5:19 16:24
    26:14 30:22 33:2
    33:4,24 38:19
    42:1,22,22,23,23
    43:18 44:13,20
    49:9 53:2 55:21
    55:22,23
**carl's**  48:21
**case**  1:8
**cattle**  17:5
**ccr**  1:24
**cell**  52:22,25
**centers**  21:18 22:1
    22:6
**certain**  56:16,17
**certificate**  1:25
    3:4 58:24
**certified**  3:4 58:5
    58:24
**certify**  58:15
**change**  50:23
**changed**  12:12

**child** 6:19 48:2,18
**children** 9:5 14:9
  14:24 15:1,6,9,11
  16:2,22 21:20
  28:7,8,24 50:12
  54:16
**chose** 41:25 50:10
**church** 9:24 11:1
  13:9
**cia** 45:4
**cindy** 19:3,6
**citizen** 6:8,10 8:11
  46:5 52:11 55:24
  56:3
**civil** 20:2
**cjn** 1:9
**classified** 46:25
**cleansing** 51:20
**clearer** 40:3
**clinic** 17:21,25
  18:16
**close** 15:20 17:1
  36:24 49:18 50:1
  50:3 53:11 55:9
**closed** 50:8
**closer** 21:2 22:17
**clothes** 53:21
**coconino** 13:7
**cold** 37:3
**college** 10:6 12:5
  12:22 13:5 14:3
**columbia** 1:2 4:10
**come** 7:9 11:8 15:1
  37:13 39:2 41:19
  43:24 45:9 47:16
  52:11 54:6
**comfortable** 56:12
  56:14
**coming** 19:13 21:2
  30:25 31:1 36:8
  36:16 50:24 53:16

**commenced** 3:3
**commitment** 9:1
**communicating**
  44:20
**communication**
  25:3
**communications**
  25:4
**communities** 22:5
**community** 9:12
  21:18 22:1,6
**compared** 5:22
**completely** 30:3
  40:23 41:2
**computer** 25:15
  25:16 58:11
**concerned** 12:3
  14:7 44:6
**concluded** 57:8
**concludes** 57:4
**conditions** 36:6
**confinement** 31:3
**conflict** 13:20
**congo** 13:2
**congressperson**
  43:12
**connecticut** 3:14
**connection** 23:6
  47:12
**connections** 27:18
**constant** 27:10,10
  34:18
**constantly** 37:25
  48:20
**contact** 11:18
  19:24 20:15 27:11
  27:22,23 35:10,12
  40:18 43:7,19
**contacted** 11:21
  27:18,21 29:1,21
  36:18 51:4

**contacting** 11:7
**contract** 23:25
**conversations**
  43:5
**converted** 51:19
**convince** 30:5
**corps** 14:2,7 17:19
**correct** 58:12
**council** 24:7 44:16
**counsel** 4:16,18,19
  4:21,23
**counselor** 14:13
**count** 7:16,17 8:7
  8:8,23 19:3
**countries** 19:22
**county** 8:25 9:1
  13:7 58:2,6
**couple** 11:12
  24:17 39:17 52:18
**course** 56:7
**court** 1:1 3:4 4:14
  4:24 29:25
**covered** 30:3
  40:23 41:2
**cr** 58:23
**craig** 19:3
**crazy** 29:9 33:7
  38:18
**credentials** 24:8
**credits** 13:14
**cricket** 7:18
**crossing** 24:23
**cry** 39:19
**crying** 30:5 51:5
**curtis** 43:12
**cv** 1:9

|  |  |
|---|---|
| **d** | |

**d** 2:1
**d.c.** 8:19 32:8
  42:18 52:25

**dad** 9:13
**daily** 34:17 48:4
  54:21
**damascus** 1:17
**danish** 24:6 44:15
**dark** 37:3
**date** 6:4,6
**dated** 58:20
**daughter** 14:18
  22:16,17 42:12
  54:22
**david** 42:16,17,17
  43:2,3,5,14,23
  45:2 47:10,14,17
**day** 11:8 14:25
  24:21 26:10,16
  27:22 33:5 37:13
  48:12 50:25,25
  51:2 58:20
**daylight** 25:23
**days** 11:9 34:7,13
  35:3 46:19 54:13
**dc** 3:15
**dead** 21:21
**deadline** 34:21
  35:3
**deal** 30:22 42:13
**dealing** 42:12
**dealt** 39:11 40:1
**death** 42:23 50:18
  53:8
**december** 12:17
  17:15 21:6,7 47:9
**decided** 14:16
  21:1 50:11
**dedication** 18:4
**defendant** 4:8
**degree** 12:6
**department** 26:16
  38:5

**dependable** 8:16
  18:20
**deposition** 1:19
  3:1 4:7,11 57:5,7
  58:4,13
**description** 2:12
**detail** 16:23
**details** 47:22
**detained** 23:20
  24:20
**developed** 9:11
  17:10
**developing** 15:4
**development**
  18:17
**died** 18:1 51:16
**difference** 34:8
**different** 8:11,15
  21:14 22:25 28:10
  28:17 36:4 48:25
  50:24 53:24
**difficult** 22:7
**dignity** 22:20
**direction** 58:11
**directions** 25:15
  25:17
**directly** 25:18,19
  27:20 29:2
**director** 45:4 47:9
  47:17
**distraught** 18:1
**district** 1:1,2 4:10
**diverse** 11:2
**doctor** 15:5 17:12
  44:18
**doctors** 24:16 26:2
  26:4 36:20,21
  44:18
**dog** 53:3
**doing** 9:9 18:10
  24:5 27:16 34:24

45:21 53:12,12
**doubt** 18:11 48:17
**dove** 16:8
**drag** 56:18
**draw** 8:1
**drc** 24:7,8,11,11
  24:12
**dream** 49:10
**dreaming** 49:8
**dreamt** 49:6
**drive** 19:5
**driver** 24:15
**driving** 8:12
**dry** 46:15
**due** 34:6
**duly** 5:2 58:7
**dying** 30:12

**e**

**e** 2:1,11
**eagar** 8:25
**eamick** 3:16
**earlier** 11:23
**early** 12:15 23:19
**eat** 55:11
**egypt** 15:17 16:17
  19:14
**eight** 52:22
**either** 13:20 21:23
  27:8 37:2 41:23
  47:2
**email** 32:3,13,14
  33:1,3,6,8,15,18
  34:5,5 51:15,18
**emailed** 33:5
**emails** 33:23,25
  34:21 35:5 44:21
**embassy** 30:13
**emily** 3:13 4:19
**ended** 13:16 15:4
  16:17 17:10,25
  18:4,5,20 21:6,13

26:9 28:1 36:19
  39:16 43:4
**enjoy** 6:20
**enjoyed** 8:21
**entire** 20:5
**environmental**
  12:9
**envirothon** 7:22
  7:24
**equipment** 25:17
**eric** 1:13 5:23 6:1
  6:24 7:1 49:17,21
  49:25 50:3,7
  54:11 55:7 56:1,3
**escaped** 39:3
  47:20
**especially** 6:21
  21:19 36:17 43:15
**esq** 3:13,14
**estate** 1:5,10
**et** 4:9
**euro** 32:22
**european** 42:2
**evaluated** 14:10
**evening** 51:14,15
**eventually** 20:24
  39:15 54:15
**everybody** 9:18
  40:11
**exact** 8:9 16:9
  45:14
**exactly** 17:19
  18:10 45:21 51:18
**examination** 2:4
  5:7
**examined** 5:3
**excellence** 9:3
**exercise** 55:12
**exhibits** 2:13
**expected** 35:4 40:3

**experience** 13:19
  18:16
**experiencing** 36:7
**expertise** 18:17,18
**explain** 14:20
**eyes** 10:22 40:23

**f**

**face** 29:13 30:3
  48:11
**fact** 11:19 42:8
  44:19 50:7
**faith** 9:20
**fall** 18:3 29:23,23
  31:12,18 35:7
  37:19 40:9
**families** 14:25
  21:19 22:2,21
  35:13,20 43:6,11
  43:14,20 44:1
**family** 9:20 42:21
  44:23 47:16 55:9
**fast** 44:24 49:6
**father** 5:18 55:21
**favorite** 7:19,24
**fbi** 26:23 27:5,13
  27:14 29:14 31:3
  34:8 37:24 38:5
  40:17 50:22 51:7
**february** 12:17
  50:20
**fedex** 33:4
**feel** 35:11 41:8
  42:2 46:18 47:4
  47:24 51:6 56:12
  56:14
**feeling** 17:12
  35:18
**feinstein** 41:8
**felt** 9:17 12:14
  15:20,21 16:21
  18:23 19:9 25:21

30:16 33:8 36:23
42:4 44:19 45:23
49:14,14 50:14
52:1
**female** 15:5 31:13
36:17
**females** 31:10
**fifth** 7:7
**figure** 43:1,22,24
44:22
**figured** 34:21
**fikret** 28:2,12,20
28:20
**filed** 4:10
**finally** 30:24 31:3
31:14,15,20 32:7,9
34:1,21 47:24
52:20,22
**find** 10:20,20,22
10:25,25 11:1
12:19 18:13 28:9
28:13,22 38:1
39:2 44:10,12
47:13 48:14 52:9
**finding** 21:3 28:1
42:5
**fingernails** 31:5
**finished** 14:3
20:20
**firm** 3:13 4:13
**first** 5:2 12:10
19:11 21:6 23:4
23:16,23 25:24
26:6,6 27:5 29:18
32:9,23 33:6 35:9
36:6 38:2 42:22
43:3,5 44:13
45:10
**five** 32:10
**fix** 25:17

**fixed** 25:21
**flag** 11:11 51:3
**flagstaff** 12:8
**flew** 16:16 17:7
**flipped** 33:2
**flock** 16:7
**fluent** 14:19 20:23
**fly** 15:17 16:8 28:4
**followed** 18:21
**following** 52:24
**follows** 5:3
**foregoing** 58:4,12
**foreign** 45:5,8
**forever** 10:24
**forget** 38:13
**forgot** 10:12 28:21
**form** 9:9
**formed** 22:19,19
**former** 8:14
**forth** 10:8 33:23
33:24 34:18 44:22
**forum** 24:4,5
25:11
**found** 28:17,20
47:15 51:25 54:3
**four** 30:7,8
**france** 14:17 18:7
20:16 21:2
**freda** 37:9
**free** 21:22
**freezing** 44:5
**french** 14:11,12,16
14:17 20:23 31:11
31:13,17 37:16,17
**friday** 50:22 51:15
**friend** 13:8 21:12
24:25
**friend's** 54:3 56:9
**friends** 6:17 7:4,8
15:10 19:23 22:18
42:21 53:24 56:9

56:10
**front** 9:25 26:12
**frugal** 19:18 21:1
**full** 5:11 20:17
50:14
**fun** 6:14,18 10:10
13:12,13 54:5
**fundraiser** 17:24
18:3
**fundraising** 18:2
**further** 58:15
**fusion** 52:22,25

**g**

**galilee** 16:7
**game** 34:1
**gate** 16:10
**gates** 17:4,5
**gatherer** 27:14
**gathering** 46:11
**gears** 50:23
**generational** 8:19
**germany** 39:16
**getting** 8:10 20:12
22:8 23:24 31:21
33:12 35:14,19,20
39:13 44:5 45:25
**gift** 9:15,16
**gifts** 53:22,22 54:4
**girl** 28:9 39:18
56:8
**girls** 22:24 25:12
32:15 37:15,20
39:3,17 40:25
47:20,20
**give** 38:16,17
46:10
**given** 8:24 26:10
32:14,18 33:18
36:10,22 51:19,20
**giver** 53:19

**giving** 35:16
**gloves** 41:1
**go** 6:22 10:1,1
12:5 13:4,18
14:12 15:16 16:23
17:18,20 18:12
20:23,24 21:4
23:7,9 25:9,18,19
28:13 29:16 30:12
34:14 35:1 41:25
42:25 44:11 46:4
46:4 48:7 50:4,5
55:14 57:2
**goals** 18:9
**god** 10:4,16,18,18
10:20,22,25,25
11:1 16:10,11
48:16
**goes** 42:24 55:23
**going** 6:14 9:25
14:2 15:16,23
16:17 18:9 20:6
21:2,4,10,17 23:10
23:14 24:10,14,22
24:23 25:24 27:12
29:3,3,16 30:2,7
33:3 35:6 38:21
39:15,16 41:17
43:4 46:6,15,15,22
47:6 48:13 50:11
50:23,23,25 52:9
53:16 55:15,19
**gold** 9:2
**good** 4:5 5:9,10
7:10 8:11 22:9
42:4
**gosh** 10:21 12:23
12:24 30:24
**gotten** 20:22 38:25
47:20

government   26:8
  30:15,17 34:6
  37:24 39:14 40:2
  40:5 42:7 43:17
  45:21,24 46:5
  47:22 52:17
grade   7:7,8,25
  9:14,22 56:9
graduate   12:15
  13:23
graduated   12:16
grand   13:8
grant   22:12
grants   8:18 19:6
  22:10
grateful   35:14
great   11:16 40:11
  47:7
group   9:5 11:3,17
  15:25 24:5 30:6
groups   8:19
growing   6:2 9:21
guess   15:22 17:15
  18:6 24:18 27:13
  28:15 34:23 44:6
guitar   8:2,3

**h**

h   2:11
half   6:24 12:13,16
  13:17,23
handle   30:20
  39:23
haney   51:9
happen   31:7 43:21
happened   15:4
  17:24 37:22 38:3
  38:17,21 40:8
  42:25 50:19 52:10
happening   20:17
  37:11,12 41:16

happy   22:6
hard   6:14 16:20
  16:22 17:2 20:10
  43:16 49:12 50:6
  52:19 54:18 55:7
harder   16:16
hardest   39:10
hatay   21:11,12
  22:11
head   12:24 17:24
  45:4
health   55:10,11
healthy   50:13
hear   23:3 27:5
  29:20,22 35:2
heard   12:4 26:6
  31:13,19 40:12
  51:13
hearing   31:6,21
  37:20
heart   29:4 32:3
  46:20 47:8 48:15
  48:16 49:2,5 55:2
  56:11
heaven   48:16
held   4:11 10:18
  31:24 35:17 40:15
  41:9 42:25 45:23
help   7:5,9,12 8:15
  8:23 9:18 11:14
  17:22 18:13,23,25
  19:8,9 20:3 21:5
  22:2,12 28:22
  30:12,13 35:25
  36:3 42:16 44:10
  44:17,19,23 45:7
  45:18 46:5 47:9
  49:13 54:9 56:17
helped   8:4,10 9:5
  12:19 16:2 22:21
  25:17 45:7 49:16

helping   8:20 9:1
  15:15 19:22 21:10
  28:16,24 35:24
herding   17:5
hereof   58:17
hereto   58:16
hi   5:9
hide   55:5
high   7:8,13,14,16
  7:16,19 8:4,16 9:4
  9:8 10:6 19:2
hiking   6:22
hired   17:23 21:6
hiv   17:21 18:16
hole   46:15
holidays   54:19,25
  55:1
home   9:6,7 10:14
  10:17 11:22 15:17
  16:17 17:7,8,9,11
  19:13 20:8 23:22
  24:1 28:3 37:13
  38:1,11 43:2 45:7
  47:16 48:14,20
  49:13 50:3,5
  53:16 54:7
hope   48:16
hopeful   47:7
hopefully   43:13
hoping   37:12
horrific   20:17
  31:6,8 37:21 39:8
  39:20
hospital   24:16,19
  25:4,23 26:3,5
hospitals   28:11,17
hostage   11:5 41:10
  45:23
hostages   33:11
  34:15 36:8,16
  38:22 42:2 43:2

hours   24:18 34:8
house   11:11 27:7,9
  41:15 43:8 44:23
  50:25 54:6
household   38:25
huh   40:13
hum   10:4
humanitarian
  9:10 13:4 14:1
  18:11 35:23
hurt   28:8 36:12
hurting   9:17
husband   41:11
  55:3
husbands   21:20

**i**

idea   28:14 34:10
  35:22 36:20
identify   4:16
ignore   42:11
ii   1:4 5:19 55:22
immediately   33:17
  41:12 52:12 54:23
immersed   14:16
important   9:20
impossible   41:3
india   10:19 12:18
  12:19 14:4,21
  17:10
individual   43:6
individually   1:4,9
information   12:2
  27:14,15 32:12,13
  35:10,15,16,19
  36:10,21 38:17
  39:1,5,14 41:14,15
  43:19 46:11,12
  47:13 52:20
informed   20:5
initially   11:25
  17:21 29:2,2 41:6

42:4 46:20
**inside** 56:12
**intention** 40:8
**interest** 1:5,9 9:11
**interested** 16:19
19:11 58:16
**interesting** 11:19
32:24 41:13
**intergenerational**
11:17
**international**
12:11,12 13:18
**internet** 23:6 44:5
**introduced** 2:13
**investigate** 52:10
**involved** 7:15,22
7:23 8:17,22 9:13
12:23 18:11 19:7
30:20 40:17
**iraq** 27:2 36:2
**irritated** 7:2
**isis** 26:21,21 27:1
27:1 29:1 31:22
32:16 33:6,17,21
33:25 35:13 36:1
47:12 48:10 50:20
51:12
**islam** 51:19
**islamic** 27:2
**isolation** 31:2
**israel** 14:5 15:12
15:14,16,20,20,22
17:4,13
**issue** 25:6
**istanbul** 21:4,9,13

**j**

**j** 3:13
**jahadi** 37:8
**jail** 13:7
**james** 35:4

**january** 21:8
36:10 52:24
**jean** 1:6,8,10,20
2:3 3:2 5:1,13,14
57:7
**jesus** 10:1
**john** 37:8
**join** 14:2
**joining** 14:6
**jordanian** 51:17
**josh** 4:21 34:20
**joshua** 3:14
**journal** 15:19
**journalist** 20:19
**journals** 16:5
**jperles** 3:17
**judged** 7:11 56:14
**july** 24:1 34:4,4,15
40:10
**jump** 18:23
**jumped** 39:24
**jumping** 49:2
**june** 23:23 38:23
39:8 52:24
**junior** 7:16
**justice** 12:24,25

**k**

**k** 3:14 47:2
**karamah** 22:20
**kathleen** 11:9,10
11:12 27:21 51:1
51:6 52:20
**kayla** 1:6,10 5:14
5:16,21,22 6:1,1,4
6:8,12 7:9,10 8:14
8:16,16,18,18 9:15
10:3,9,18 11:2,5,7
11:8,10,13,14,20
11:22,22,24 12:4,4
12:5,21 14:16
15:3,7 18:1,19

19:4,5,11,18 20:3
20:4,22 21:16
22:9,11,18,23
23:20 24:10,22
25:5,9,12,16 26:19
27:22,24 28:3,12
28:13,22,25 29:1,3
29:11,16,23,24
30:1,4,11,11,15,19
30:21 31:2,11,14
31:15,18,24 32:4
32:15,16,18 33:12
33:21 34:7,13,19
35:6,10,18,23 36:7
36:11,23 37:1,9,12
37:18,21,22 38:1,2
38:11,14,17 39:5
39:19,23,24 40:3,4
40:6,19,23 41:3,5
41:9,20 42:25
44:12 45:23 46:6
47:1,15,21,25 48:7
48:8,12,14 49:7,11
49:15,17,19,21,21
49:24 50:1,3,5,6
50:10,12 51:1,16
52:6 53:11,18,18
54:13,23,24 56:6
56:10
**kayla's** 5:18 18:8
27:19 49:22 50:18
53:8 55:21 56:1
56:11
**keep** 11:15 12:4
33:22
**kept** 20:2,5,15,16
27:15 31:20 33:23
34:19,24 35:5
38:10,21 39:4
41:24 52:19

**kerry** 45:11,19
**kid** 6:13 7:4 8:1
**kids** 6:16 8:10
43:17
**killed** 22:24 28:7
34:22 35:2,4,8
38:2,5,18 48:10,13
48:18,18,19 50:6
51:1 52:6
**kind** 6:15,18 13:4
18:13 22:2 24:24
25:3 28:18 29:9
30:16 37:6,6,8
54:8
**kirby** 52:6,10
**kiwanis** 9:13
**knew** 8:15 10:18
11:10,13,14 20:7
27:24 30:4 31:11
33:14 37:18 39:2
39:8,8,14 43:2
45:8,21 46:14
47:20 56:15
**know** 9:15,24 10:2
11:4,7,13,25,25
12:3,25 13:6,9,14
13:15,22 16:11,16
18:5,12,21 19:5,24
20:11 21:20 22:25
23:1,20 24:13,16
24:20,22 25:2,11
26:12,18,20,24
27:6,12 28:16
29:5,11,14,15,21
30:1,11,24 31:20
32:7 33:7 34:17
34:19,25,25 35:3
35:12,21,22,25
36:9,15,25 37:14
37:20 38:7,19,20
39:17,20,23 40:10

40:20,20 41:13,18
41:21,22,22,23
42:4,8,20,20,24
43:22,23 44:4,6,14
44:14,24 45:20
46:4,4,8,9,16,23
46:23 47:10,22
48:1,3,4,6,8,15,17
48:20,21 49:2,6,10
49:10,12,18 50:13
50:21 51:6,7,7,13
51:14,18 52:5,15
52:16,17,18 53:10
53:13,16 54:1,10
54:11,15,15,18
55:6,8 56:8,10,13
**knowing**  32:10
41:20 45:22 46:18
**knowledge**  40:14
**known**  31:4 39:2
58:4

### l

**l**  47:2
**lady**  13:8 51:9
**latched**  19:4
**late**  25:22 29:23
46:19
**law**  3:13 42:21
44:7
**lawyer**  44:3
**leaders**  22:5
**learn**  7:3 19:5,6,7
23:4,16 36:6
56:19
**learned**  6:23 30:19
36:1 47:25
**learning**  6:25 8:11
31:1 39:12
**leave**  25:22,22,24
**leaving**  26:1 36:20

**led**  16:14
**left**  11:23 36:22
40:17
**legitimate**  52:1,12
**letter**  31:23,24
32:2,16,17,23
51:12
**letters**  10:14,17
**letting**  23:20
**lexi**  49:18,18,23
50:11,13,15 54:12
**lfo**  25:5
**lie**  30:2,7
**life**  9:20 10:5 21:9
22:22 23:19,22
30:14 33:13 35:15
44:14,16 47:21
50:14 53:9
**light**  40:4
**liked**  6:21 22:14
**line**  2:2,12
**lisa**  32:9 43:9,10
52:13
**list**  5:22
**listen**  7:10
**listener**  7:10
**little**  6:12,16 8:13
13:8,8 14:18
18:15 21:15,19
22:19 28:2,8,9,13
28:14,17,20 39:18
49:20 53:5,20
**live**  6:1 9:6 16:9,9
34:7
**lived**  14:18,24,25
**living**  19:16 20:12
21:23
**located**  4:12
**long**  13:9 15:16,23
18:8 29:12 31:4,4
46:16

**longer**  52:24
**look**  10:2 40:11,20
**looked**  29:13
45:12
**looking**  26:23,24
47:11
**lose**  24:3
**lost**  13:2 23:6
**lot**  7:21,24 10:7
16:5 19:19 22:4
22:10,13 37:2,4
39:22,22 43:7
48:4 49:13,15
**love**  54:1 56:10
**loved**  6:15,21,22
8:1,1,2,2 54:17
**loving**  6:15,18
**luckily**  15:2,2
**lure**  38:8,15
**lying**  30:9

### m

**mad**  34:1
**major**  12:12 13:15
**majoring**  13:16
**makeup**  53:21
**man**  19:14,15
27:23 28:1 29:10
29:15 34:10
**man's**  28:6
**management**  13:7
18:18
**manifested**  16:11
**march**  1:21 3:3
4:1,6 58:20
**maricopa**  58:2,6
**married**  54:16
55:6
**marsha**  1:8,20 2:3
4:8 5:1,9,13 56:6
57:7

**martha**  3:2
**master's**  13:20
**matter**  4:8
**mattered**  10:12
**mccain**  26:15
41:12,14 43:10
**meal**  14:24
**mean**  8:18 41:21
53:11 54:21 55:1
55:8
**means**  22:20 27:3
**media**  42:19
**meet**  22:2,4 31:16
43:7,10
**meeting**  32:9
39:16 43:4,5 45:8
**memorize**  32:15
**men**  32:1,7,11
37:17
**mention**  49:22
**message**  29:5
54:22
**met**  12:18 19:14
19:16 20:6 21:12
22:15,15 28:14
31:14 43:11 45:3
45:3,5 52:25
**mid**  4:13,15
**middle**  24:1 49:9
**million**  32:22
38:16
**mind**  14:1 48:4
**mindedness**  10:11
**minds**  48:21 54:14
**mine**  10:23
**minimum**  19:20
**minister**  11:5 45:5
45:9
**ministry**  12:24
**minored**  13:18

**minute** 24:25
**missing** 55:2,8
**mom** 22:16,16
  54:17
**moms** 15:10 21:19
  21:23 56:9
**monaco** 32:9 43:9
  43:10 52:13
**monday** 23:18
  25:10
**money** 13:2 19:19
  21:25 22:13 38:9
  43:23 44:10
**months** 11:23 30:8
  35:9 52:22
**morning** 4:5 5:9
  5:10 23:18 25:24
  26:17 51:15
**mother** 5:14
**moved** 34:16 37:4
  41:1
**moving** 44:24
**msf** 25:4,4 31:22
  31:22,24 32:25
  33:14,18 36:18
  37:15 40:1 44:18
**mueller** 1:4,6,8,10
  1:13,20 2:3 3:2
  4:8,9 5:1,13,14,19
  5:24 55:21,22
  56:1,3 57:8
**murder** 52:10

**n**

**n** 2:1
**name** 4:12,19 5:11
  11:22 16:1 19:3
  26:21 28:2 29:16
  45:4 47:1 49:22
  55:22
**named** 19:14

**names** 5:22
**narrow** 10:11
**nature** 10:25
**nau** 11:5 12:20
**near** 21:11
**need** 18:22 33:2,4
  52:20
**needed** 9:17 17:22
  20:22 25:7,14,14
  25:15,19 33:8
  44:4
**negotiate** 32:4,15
  33:22 42:5,7 44:7
  45:11,20
**negotiated** 25:13
  31:15 33:11
**negotiating** 44:20
**never** 7:11 10:12
  18:24 26:11 28:14
  28:21 36:13 37:23
  38:13 39:20 42:14
  49:4,13 56:14
**ngo** 21:10 24:4,8
**ngos** 24:5
**night** 25:23 33:5
  34:8 48:2 49:3,5,9
**nightmare** 35:1,7
**nightmares** 48:23
**normal** 6:16
**normally** 11:7
  53:4
**northern** 12:7
**november** 18:6
  21:5
**number** 26:10
**nw** 3:14

**o**

**obama** 28:4 50:17
  51:22 52:2
**obligated** 50:5

**october** 39:4 44:25
**offer** 38:14
**offered** 18:22 29:5
  29:7
**oh** 10:21 11:4
  29:15 39:10 45:20
  48:6 51:17 54:20
**okay** 5:16 11:25
  14:14 15:8 26:6
  56:5 57:2
**old** 13:8
**older** 5:23 6:24 7:7
  9:23 11:11 22:16
**once** 17:17 36:16
**ones** 35:14 43:18
**open** 10:11 49:21
**opportunities**
  19:21
**opposite** 39:22
  40:2 50:2
**oppressed** 16:22
**order** 13:17
**organization** 8:8
  22:20 29:4 44:17
**organizations** 8:13
  13:1
**originally** 12:9
**orphanage** 10:20
  12:18,19 14:23,23
  14:25 15:1,9,10
**outbreak** 15:3
**outcome** 58:17
**outside** 6:20,21
  22:21 24:18
**overseas** 18:7
  26:11 39:13 44:11
  46:7 52:11
**owns** 42:18

**p**

**padnos** 43:12
**page** 2:2,12
**pages** 58:12
**pain** 28:19
**pair** 14:17 20:15
  20:21
**palestine** 14:5,8
  15:13,17,20 16:2,3
  16:14,20
**palestinian** 17:3
**panic** 48:25
**panicking** 26:14
**paper** 53:5,6
**parasite** 17:11
**part** 9:20 10:4
  25:19,20 29:19
  48:11
**participate** 7:14
  12:21
**parties** 58:16
**partly** 42:18
**path** 19:8 56:15
**pay** 42:11
**pc** 3:13
**peace** 12:23,25
  13:20 14:2,6
  17:19
**pentagon** 52:7
**people** 7:11,12 8:6
  8:23 10:25,25
  11:3 15:9,21
  16:12,21 17:3
  18:13 19:8,22
  20:3,11,17 21:10
  22:15 27:19,23
  28:16 30:25 31:1
  31:7 32:11 35:15
  35:23,24 36:3
  37:7 38:6 39:13
  40:13 42:13,14

43:15 46:7,13,21
47:8,13 48:8
49:15 51:8 53:24
54:4,6,8 56:14,18
**perfect** 46:21
**perles** 3:13,14
4:21,21
**perleslaw.com**
3:16,17
**person** 11:18
22:11 27:10 35:7
37:5 44:18 46:14
56:21
**personal** 1:5,9
**personalities** 50:2
**personality** 18:24
56:11
**philanthropist**
8:25
**philanthropy** 9:12
**phoenix** 51:8
58:20
**phone** 11:22 26:10
37:25 43:25 45:10
52:12
**photo** 20:18 28:15
47:4
**photos** 20:19
51:21,25 52:1
**physical** 14:13
**physician** 15:5
**picked** 15:6 24:18
26:1
**picture** 39:19
46:25
**pictures** 49:20
**piece** 47:5 55:1,8
**piggyback** 24:9
**pills** 15:3
**place** 14:10 47:8

**places** 37:3
**plaintiff's** 4:18
**plaintiffs** 1:14
3:12 4:20,22
**plan** 15:17 20:24
46:8
**plane** 51:10
**planting** 8:5
**play** 8:2 9:24,25
**played** 6:16 7:18
7:25
**please** 4:16 5:11
5:21 28:4 30:12
34:19,19 38:10
57:2
**plight** 19:11
**point** 7:12 16:6,13
27:11 33:17 56:20
**political** 13:16
**poor** 19:22 20:11
**position** 18:20
29:6
**positions** 22:25
23:2
**positive** 35:19
42:6 45:6
**praying** 12:4
**pregnant** 48:3
**prescott** 4:12 6:6
8:5
**present** 3:19
**president** 24:4
28:4 43:9 50:17
51:22 52:2
**presidential** 9:3
**press** 52:5
**pretended** 7:1
**pretty** 18:19 36:24
54:21
**prevent** 45:24

**printed** 52:16
**prison** 32:19 36:13
39:5 47:1
**probably** 39:10
55:11
**proceed** 4:25
**proceeded** 53:3
**proceedings** 58:13
**professors** 7:19
**projects** 8:10,15
**proof** 33:12 47:21
51:13
**property** 39:6
**proposal** 22:12
**propounded** 58:8
**protect** 36:14
**proud** 56:6
**published** 35:4
**pulled** 31:5
**purse** 54:3
**put** 10:16 19:8
21:11 24:3 42:9
50:20 52:20,21
**putting** 26:12
**pyramids** 16:18

**q**

**qatar** 45:2 47:6
**question** 53:10
54:11,18
**questioning** 10:7
**questions** 33:13
37:1 52:7,23 53:3
53:7 58:8
**quiet** 11:15
**quietly** 11:15
**quit** 34:1
**quote** 10:21

**r**

**racing** 49:3

**raid** 34:13 40:9
46:12,12,14
**raided** 38:24
**raise** 13:2 38:9
**ran** 8:14 11:18
24:6
**ransom** 38:8,15
44:5
**raped** 39:6 47:25
**rarely** 49:7
**reach** 26:8 45:17
**reached** 11:6
26:14 27:23 28:12
32:8,10,25 34:7,9
37:17 38:6 42:22
42:22 46:13 47:10
**reaches** 28:23
**reaching** 26:9,15
**reacted** 38:19
**read** 6:25 7:1,1,3
8:2 25:14,17
29:13 53:5
**reading** 7:2
**ready** 39:1
**real** 42:6 49:18
53:19
**realize** 16:15
27:13
**realized** 31:16,18
41:4
**really** 7:6 8:9 9:23
10:6,14 11:21
12:1 15:16,22
17:11 19:22 20:6
20:24 21:24 22:6
22:14 23:3,19,22
26:21 27:6,14
28:8 29:9,12,22
30:18 33:20,24
35:25 36:2,3 37:2
37:15,15 39:12

40:21,24 41:3,5,12
42:1,19 43:16
46:10 47:7,7
48:14 49:19 50:9
50:19 52:4 53:6
55:9 56:25
**reason**  8:17 36:4
43:8
**reasons**  56:16
**receive**  12:6
**received**  9:2 34:5
**record**  4:6,17 5:12
23:8,9,10,13,15
55:14,15,18,20
57:3
**reduced**  58:10
**reflected**  10:22
**refugee**  24:7 44:15
**refugees**  15:15
**regular**  7:25
**related**  58:15
**relationships**  11:2
**relax**  30:17
**release**  33:23
**released**  24:17
31:23 32:21 35:17
41:9 42:3
**relying**  46:10
**remarkable**  56:8
**remember**  6:23,25
8:12 9:23 11:21
15:18 16:1,9
17:15 20:8 26:21
27:6 28:15 32:21
35:18 39:18 42:9
43:23 44:2 48:24
49:1,7,7,19 50:17
51:18 52:3
**remembered**
10:15

**reminded**  40:18
**remotely**  4:11
**report**  41:9
**reported**  1:24
**reporter**  3:4 4:14
4:24 52:8 58:5,24
**represent**  4:17
**representative**  1:5
1:10
**republic**  1:16 4:9
**request**  31:22
44:11
**requested**  57:12
58:18,19
**rescue**  34:15
**resolution**  13:20
**respond**  33:8,19
34:18
**responding**  33:20
**retaliation**  32:19
**revealed**  10:23
**reverend**  27:22
48:12 51:2
**revolution**  20:2
**richard**  1:4 5:19
55:22
**rid**  33:21
**ride**  6:23
**riding**  16:18
**right**  15:6 18:5,18
18:24 20:9 24:18
33:4,20 34:22
40:9 50:7 51:8
55:12,14
**rights**  51:20
**road**  48:13
**robert**  1:13 5:23
**rod**  20:2,15,25
21:12 24:25 26:22
29:21,22 35:16
36:10

**roddie**  19:14
**room**  48:25
**row**  9:25
**rowing**  7:18
**rpr**  1:24 58:23

**s**

**s**  2:11
**satellite**  25:3
**saturday**  51:24
**save**  45:16 46:19
**saw**  16:7 18:22
19:4,9 29:12
35:18 43:11 52:19
**saying**  6:25 27:24
29:5 32:14 34:2,6
38:21 43:23 46:6
51:6,16 54:22
**says**  27:1,3 28:24
45:13 47:18
**sayyaf**  38:24
**scared**  42:23 44:9
**school**  7:7,8,13,14
7:16,20,21,25 8:1
8:4,17 9:4,8,14,22
10:6 12:7,11,14,15
13:13,19 14:9
16:2 19:2 56:9
**science**  7:20 13:16
**scratched**  47:3
**sea**  16:7
**second**  29:10,17
32:2
**seconds**  29:12
**secretary**  24:4
45:11
**see**  9:16,16 11:14
14:13 16:13 18:13
19:19 21:4 28:12
28:13 29:24 30:3
35:6 37:14 40:3
43:9,9 46:8 48:11

49:20 50:7 53:11
55:6,7,7
**seeing**  9:7 16:19
**seek**  7:4 10:24
**seeking**  8:22
**seen**  14:8 47:21
**sell**  44:23
**senator**  26:15 41:8
41:12,14,18 43:10
43:12
**send**  16:1
**sending**  33:23,25
34:19 35:5 44:21
**sense**  16:23 30:9
33:16 35:21 41:21
46:2,21 54:13
**sent**  10:22 24:1
28:15 29:5,10
30:11 34:20 51:12
51:20,25 52:21,24
54:21
**september**  29:19
**served**  14:24
**service**  9:12 53:2
**set**  14:1 22:1,6,8
**settled**  54:16
**shaking**  45:19
**sham**  27:2,3
**shannon**  1:24 3:4
4:15 58:5,23
**share**  12:1 20:19
31:25 32:12
**shared**  33:1
**she'd**  10:3,8 24:10
35:2 47:3 54:7
**shock**  51:5
**shocker**  41:17
**shorthand**  58:10
**shots**  15:3
**show**  29:17

**showed** 39:18 51:8 54:8
**shown** 46:25
**siblings** 5:21
**siddiqui** 32:19
**side** 21:24 56:19
**sides** 16:10,13
**signature** 57:12 58:18,19,22
**signed** 15:25
**silver** 9:2
**sing** 10:3
**sister** 8:4 28:7,7 54:21
**site** 50:20
**sites** 27:22
**sitting** 9:24 16:6
**six** 38:4,12
**sixth** 7:8
**skill** 58:14
**skype** 19:24 20:16
**skyped** 37:17
**skyping** 20:8,9 26:23 53:13
**slash** 24:11,11
**slaughtered** 20:18
**sleep** 48:25 49:1 49:12
**sleeping** 48:5
**slip** 53:6
**slips** 53:5
**small** 6:17 28:8 44:17
**smart** 50:13
**smuggled** 31:23
**soccer** 7:25
**softer** 50:7
**solitary** 31:3
**somebody** 44:8
**somewhat** 37:6 55:5

**song** 10:3,3,4
**soon** 29:8
**sotloff** 42:20
**soufan** 45:3 52:18
**soul** 45:16
**source** 52:12
**spanish** 25:4 26:4 36:9
**speaking** 14:11 31:13,17
**special** 23:3 47:8 54:4
**specifically** 26:20 27:4
**spend** 19:18 54:5
**spending** 6:20
**spoke** 8:19 52:7
**spring** 54:12
**ss** 58:1
**start** 29:8 30:8
**started** 10:7 15:7 17:18 20:2 21:8 30:25 31:1 33:19 36:8,16 37:19 39:12,19 42:3
**starting** 4:17 7:16
**state** 3:5 5:11 26:15 27:2 38:5 58:1,6
**statement** 29:14 53:6
**states** 1:1 6:8,10 19:21 21:3 45:24 55:24 56:3
**stay** 17:8 20:21 50:5,14
**stayed** 17:9 19:24 24:12 25:23 40:18
**step** 35:9
**steven** 42:21

**stevenson** 1:24 3:4 4:15 58:5,23
**stl** 21:16 23:25 24:7,7,9,11,11,12 24:13 26:7,10,20 27:12 46:7
**stone** 47:2
**strange** 46:17 50:22
**strike** 51:17
**students** 12:11
**studies** 12:9,12 13:6,20
**stuff** 16:1 20:19 31:6 34:20 37:22 39:8
**successor** 1:4,9
**sudan** 13:3
**suffering** 9:17 10:22 11:1
**suite** 3:15
**summer** 13:13 43:18 44:3
**sunday** 52:1
**support** 21:9 22:21 23:19,22 30:14 35:15 44:14 44:16
**supposed** 12:1 25:18 29:8 36:18 45:17
**supposedly** 35:24
**sure** 8:9 24:2 48:15 51:7
**surgery** 28:18
**swear** 4:24
**sweating** 49:3
**sworn** 5:2 58:7
**syria** 1:17 19:12 19:16 20:11 21:16 22:21 23:5,17

24:23 27:3,19 29:8 36:3
**syrian** 1:16 4:9 19:15 20:2 21:10 21:19,22 27:20 35:16 37:7
**syrians** 21:13 25:1
**system** 25:3,4,7

**t**

**t** 2:11
**take** 18:25 53:25
**taken** 4:8 11:4,20 23:12 24:17 26:18 27:24 29:6 39:5 55:17 58:4,9
**talk** 14:6 21:15 24:13 27:9 42:10 42:13 43:3 44:15 44:16 45:18 49:21 49:23 50:10 56:13
**talked** 10:24 13:21 15:21 16:24 34:10 37:2 38:23 45:19 46:21 56:24
**talking** 18:15 53:4
**taught** 8:3,18 13:7 14:22
**teacher** 7:20 8:13 8:14
**teachers** 7:24
**team** 7:18 38:6
**tell** 6:12 8:7 10:8,9 13:15 17:2 29:6 32:2 37:2 39:1,7 39:15,21 49:10
**telling** 10:15 20:3 20:10,16 28:15 46:7 48:9 53:14 53:15
**term** 18:8

terror  49:3
terrorists  42:10
  44:7 45:12
testified  5:3
testify  58:7
testifying  58:7
thank  4:23 5:20,25
  56:5 57:2
theo  43:12 45:7
thereto  58:9
thing  17:2 24:25
  25:24 31:1 33:12
  34:2 38:20 39:10
  41:13 42:6 43:21
  45:10 46:23 47:6
  48:10
things  7:21 9:23
  10:7 11:3 13:10
  13:21,24 21:25,25
  37:23 38:3 39:23
  46:3 48:20 54:3
  56:16,17
think  9:11,19 10:2
  10:21 13:15 16:16
  16:20,21,24 18:8
  21:8 22:7 25:15
  27:7,16 30:19
  32:22 34:4,20
  36:9 38:21 39:14
  40:5,7,8,8,11,14
  40:16,22 41:6
  42:7,7 43:23 44:5
  44:10 46:14,24
  49:13 52:2,8 53:8
  54:5,19,20,23 55:3
  55:5,10 56:21,23
  56:25 57:1
thinking  13:25
  16:12 48:2,7,7
thought  13:23
  33:13 43:14 45:20

threatening  34:13
three  6:24 11:20
  22:19 26:22 27:8
  30:8 32:11 34:8
  35:3 48:11 51:21
time  4:6,17 6:20
  13:14 23:11,15,21
  24:6 25:21,23
  26:11,18 27:17
  31:2,4 32:17
  39:25 41:20 43:12
  46:2 48:8 53:13
  54:6,21 55:16,20
  57:5
tired  29:13
title  8:24
told  12:14 14:8
  17:22 19:17 20:25
  22:23,24 24:15
  25:13 27:4 30:10
  31:2,3,5,5,10,11
  33:10 34:25 36:25
  37:1,18 44:20
  45:12 46:7,13,24
  47:10,14,15 50:22
  52:14,15
tom  3:20 4:13
torture  36:7 41:9
tortured  36:11
totally  36:4 50:2
touch  11:6
town  21:14
towns  21:19
tracy  3:20 4:13
trade  16:13
transcript  58:12
transcription
  58:11
treated  17:13,14
  31:8

treating  15:7
trees  8:5
tried  18:25 19:19
  28:22 30:5,13
  34:14
trip  29:8
trouble  23:24 48:5
troubled  9:8
troubling  44:8
true  51:14 52:14
  58:12
truly  9:16 10:16
  31:7 48:12
trust  39:11
trusted  37:24
truth  47:25 58:8
truthful  33:21
  48:14
try  22:2,12 29:22
  38:9 40:4 42:16
  43:17 44:12,15
  45:6,7,18 46:12,19
  50:15,23 53:3
  55:5,11 56:18
trying  7:11 13:2
  14:9 20:12 21:17
  29:25 32:1 36:14
  38:1 42:23 43:1
  43:22,24 44:10,17
  44:22 45:16,24
  51:6 52:9,19
turkey  21:2,4
  44:13 53:18,23
turkish  21:10,16
  21:23 22:4,5 24:8
two  11:8,23 12:16
  13:17,23 23:23
  27:8 32:1,7,11
  33:8 38:6 47:20
  50:4 51:8

type  7:4 12:21
  13:24
typhoid  15:2,4

u

u.s.  26:8 32:21
uh  40:13
um  38:25,25 39:1
uncle  28:2
understand  15:18
  15:24 16:25 19:17
  19:20 20:11 24:24
  25:9,11 40:21,25
  42:15 45:13,15
  46:3 52:13
understood  25:13
  36:14 42:14
united  1:1 6:8,10
  19:21 21:3 45:24
  55:24 56:3
university  12:8
upheaval  36:5
upset  26:14 33:24
  36:22 38:19 44:21
upsetting  42:1
use  38:8 44:9

v

v  1:15
veritext  4:13,15
versus  4:9
video  20:18 29:10
  29:11,11,17,18
  40:19
videoconference
  1:19 3:1
videographer  3:20
  4:5,14,23 23:7,10
  23:14 55:15,19
  57:4
videos  48:11

**videotaped** 1:19
3:1 4:7 57:5
**view** 16:13 56:20
**viewpoint** 56:19
**visa** 23:24 24:2
**voice** 30:4 31:17
**voicemail** 11:24
30:11
**volunteer** 17:21
**volunteered** 9:5
14:22 17:23
**volunteering** 9:3

**w**

**waited** 46:16
**waiting** 45:9
**wake** 48:1,6,7 49:5
49:11
**waking** 49:1
**walk** 14:9 16:2
**walked** 56:15
**walking** 40:19,21
**wall** 16:10 46:25
47:2,3,4
**wander** 50:12
**want** 6:25 17:18
17:19 23:7 24:3
24:20 30:20,21,22
33:22 36:19 47:3
47:4,16 50:3,4
51:14 56:24
**wanted** 7:2 11:14
12:15 13:18,22
14:3,9,11,15,16
17:20 18:12,13,25
19:6,7 20:21,23
21:24 25:22 30:20
33:21,22 35:24
38:16 41:4 42:7
43:3 44:15,19
47:8 50:4 56:17
56:19,22

**wanting** 13:3
14:10
**war** 20:2,17 21:23
**washington** 3:15
42:18
**way** 7:11 13:5
15:23 18:13,23
19:10 21:3 26:21
33:13 38:1 40:9
41:5 42:5,8 43:1
46:16 50:19 51:3
51:10 52:3 55:4
58:15,16
**ways** 8:22
**we've** 30:15 40:12
55:6
**week** 11:19 25:2
50:22
**weekend** 24:25
25:6
**weeks** 11:20 23:23
26:22 27:8,8 30:8
38:4,12 50:4
**went** 7:17 8:19
12:7,9 13:13
15:16,19 16:3
17:12,21,22 18:7
19:9,14 20:3,4,14
25:16,25 28:17
29:22 34:3 35:17
41:6 43:3 44:13
44:25 45:2 46:19
48:25 52:25 53:25
54:3,12,24
**whereabouts**
27:19
**white** 41:15 43:8
**wife** 29:25 30:1,6
49:17
**window** 45:13

**withheld** 32:4,13
**witness** 2:2 4:12
4:24 5:2 58:7,9,9
**woman** 13:8 14:17
20:21 30:10
**women** 31:23
32:11 36:17 37:9
**wonder** 54:14
**wonderful** 54:17
**wondering** 31:20
**word** 44:4
**words** 16:9 44:9
45:14
**work** 9:10 14:2
17:23 18:7,11
21:3 29:3,16
42:23 53:12
**worked** 6:18 9:4,5
9:8 12:10,11,16
14:23 15:8 17:3
17:20 24:7,12
**worker** 13:4 35:23
**working** 10:19
12:18 15:5 17:18
17:19 19:15 21:13
21:21 23:22 25:1
25:2,11 27:11
43:16
**world** 10:1,2
16:19
**worried** 11:24
49:25 50:9
**worry** 24:20 49:17
**worth** 42:12 45:16
**write** 8:2,18 19:6
22:12 24:10 32:17
37:10
**writhing** 28:19
**writing** 16:4 22:10
37:10,10,11 52:21
52:21

**written** 16:6 47:1
**wrong** 23:5,17
26:7
**wrote** 10:15,20
15:19 16:4,6,8
51:12

**x**

**x** 2:1,11
**xxx** 58:19

**y**

**y** 47:2
**yazidi** 37:20 39:3
40:25 47:19
**yeah** 10:4 13:14
18:14 34:24,24
35:5,6,8 36:5
38:18 39:12,17
41:11,19,25 42:17
48:3 49:11,16,24
49:24 50:16,19
51:24 54:9,9,24,25
55:7,13 56:7,7,10
**year** 8:25 12:10,13
14:18 17:9 18:7
20:1,5,20,21
**years** 6:24 7:7
12:16 13:17,23
32:18 52:18 55:6
**young** 6:17,19,22
8:21 9:9,19 56:8,8
**youngest** 54:22
**youth** 7:15,17 8:7
8:8,23,25 9:8
11:18 19:2

**z**

**zone** 28:4
**zoom** 1:19 3:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.