# EXHIBIT 3



Deposition of:
# Richard Carl Mueller , II

*March 22, 2021*

In the Matter of:

# Mueller Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com  |

Page 1

```
 1                  UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLUMBIA
 3
 4    Richard Carl Mueller II,       )
      Individually and as Successor in)
 5    Interest and Co-Personal        )
      Representative of the Estate of )
 6    Kayla Jean Mueller,             )
                                      )
 7                                    )
      and                            )
 8                                    ) Case No.
      Marsha Jean Mueller            ) 1:18-cv-01229-CJN
 9    Individually and as Successor in)
      Interest and Co-Personal        )
10    Representative of the Estate of )
      Kayla Jean Mueller             )
11                                    )
                                      )
12    and                            )
                                      )
13    Eric Robert Mueller            )
                                      )
14                  Plaintiffs,      )
                                      )
15    v                              )
                                      )
16    SYRIAN ARAB REPUBLIC           )
                                      )
17    Damascus, SYRIA,               )
      _____)
18
19        ZOOM VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
20                  RICHARD CARL MUELLER, II
21                      March 22, 2021
                          11:02 a.m.
22
23
24                         Reported by:
                           SHANNON STEVENSON, RPR, CCR
25                         Certificate No. 50461
```

Page 2

1                          I N D E X

2    (WITNESS)                              PAGE    LINE

3    RICHARD CARL MUELLER, II

4         Examination by Ms. Amick...........   5      10

5

6                          * * *

7

8

9

10

11                      E X H I B I T S

12   NO.                    DESCRIPTION        PAGE    LINE

13              (No exhibits were introduced.)

14

15

16

17

18

19

20

21

22

23

24

25

1          ZOOM VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF

2                   RICHARD CARL MUELLER, II

3     commenced at 11:02 a.m. on March 22, 2021, before

4     SHANNON STEVENSON, Certified Court Reporter, Certificate

5     No. 50461, for the State of Arizona.

6

7

8                              * * *

9

10

11    APPEARANCES:

12         For Plaintiffs:

13              PERLES LAW FIRM, PC

                By:  Emily J. Amick, Esq.

14                   Joshua K. Perles, Esq.

                1050 Connecticut Avenue, NW

15              Suite 500

                Washington, DC 20036

16              (202) 955-9055

                eamick@perleslaw.com

17              jperles@perleslaw.com

18

19         Also Present:

20              Tom Tracy, Videographer

21

22

23

24

25

```
                                              Page 4

  1                                  March 22, 2021

                                     11:02 a.m.

  2

  3

  4

  5          THE VIDEOGRAPHER:  Good morning.  We are going

  6   on the record.  The time is approximately 11:02 a.m. on

  7   March 22nd, 2021.

  8          This is the videotaped deposition of Richard

  9   Mueller taken by the plaintiff in the matter of Mueller

 10   versus Syrian Arab Republic, et al.  This is being filed

 11   in the District of Columbia.

 12          This deposition is being held remotely.  The

 13   witness is located in Prescott, Arizona.  My name is

 14   Tom Tracy.  I'm with the firm of Veritext Mid Atlantic.

 15   I'm your videographer.  The court reporter is

 16   Shannon Stevenson also with Veritext Mid Atlantic.

 17          Counsel, would you please identify yourself and

 18   whom you represent for the record at this time starting

 19   with the plaintiff's counsel.

 20          MS. AMICK:  Emily Amick, counsel for the

 21   plaintiffs.

 22          MR. PERLES:  Joshua Perles, counsel for

 23   plaintiffs.

 24          THE VIDEOGRAPHER:  Thank you, counsel.  The

 25   court reporter may swear in the witness and we can
```

```
                                                    Page 5

 1   proceed.

 2

 3                 RICHARD CARL MUELLER, II,

 4   called as a witness herein, having been first duly sworn,

 5   was examined and testified as follows:

 6

 7                          * * *

 8

 9                       EXAMINATION

10   BY MS. AMICK:

11        Q    Good morning or good -- good morning, Carl.

12        A    Good morning.

13        Q    Can you please state your full name for the

14   record.

15        A    It's Richard Carl Mueller, II.

16        Q    Do you go by "Carl"?

17        A    I do.

18        Q    Are you the father of Kayla Jean Mueller?

19        A    Yes.

20        Q    Is it okay if I call her Kayla?

21        A    Sure.

22        Q    Are you a United States citizen?

23        A    I am.

24        Q    Is Kayla a United States citizen?

25        A    Yes.
```

1     Q    Who is Kayla's mother?

2     A    Marsha, my spouse.  Marsha Jean Mueller.

3     Q    Is Marsha a United States citizen?

4     A    Yes.

5     Q    Does Kayla have any siblings?

6     A    Yes, her brother Eric Robert Mueller.

7     Q    Is Eric a United States citizen?

8     A    Yes.

9     Q    Did Kayla and Eric live together when Kayla was

10  growing up?

11     A    Yes.

12     Q    Okay.  Thank you so much.

13        Can you tell me a little bit about what Kayla

14  was like as a child.

15     A   Well, I mean, she was like any other child from

16  birth until, I don't know, when she started with her

17  passion for other people, but it was maybe in grade

18  school she got pretty involved with helping other people.

19  She always had a heart to help people.  If she saw

20  suffering, she just couldn't walk away from her friends

21  or people she didn't even know.  And probably there in

22  late grade school or early junior high she became very,

23  very involved in public service and humanitarian work.

24     Q    Did you and Kayla spend a lot of time outdoors

25  together when she was growing up?

Page 7

```
 1        A    Yes, we did.  We would go camping and I would
 2   take her fishing and we did spend a lot of time outdoors.
 3        Q    Were you guys a close family when she was
 4   growing up?
 5        A    Absolutely.
 6        Q    Was faith a component of your lives growing
 7   up -- when she was growing up?
 8        A    Yes.  It always was, yeah.  She was raised as a
 9   Christian.  I was raised as a Baptist.  My grandfather
10   was actually a minister, not in a Baptist church, but he
11   was a minister in the Lutheran church, Saint Peters
12   United Church of Christ.
13        Q    And you mentioned that Kayla had a heart for
14   service.  Do you remember in -- when she was in high
15   school any special projects that she did?
16        A    Oh, yeah.  Well, she got involved in Grand
17   Friends her senior year.  Grand Friends is a group that
18   works with elderly people, you know, taking them places
19   where they need to go or whatever.  She got the
20   Presidential Award for public service, the Silver and the
21   Gold.  Those are based on hours of public service that
22   you put in.  What else?  The Youth Count, which is an
23   organization that she was very involved in.  That's where
24   she got the Presidential medals through Youth Count.
25             In high school it was -- I think it was mainly
```

1    Youth Count.  She did go to Phoenix and Washington, D.C.

2    to speak.  I think it was for the Grand Friends

3    organization and Youth Count.

4        Q    Why do you think she developed such an interest

5    in philanthropy and community service?

6        A    Well, after watching her grow up and watching

7    her get involved in it, Marsha and I just always called

8    it a blessing.  I don't think many people have that.  It

9    was just part of her.  It was just a part of her.  Like I

10   said, she just couldn't turn her back on suffering.  And

11   I've been in Kiwanis 21 years, and her kind of passion

12   and empathy for people you just don't see very often.

13   Once in a while we give out scholarships to people -- to

14   young people, and a few of them pop up very rare that are

15   that involved.  It's just -- it was just a part of her,

16   you know.  Just part of her.

17       Q    Do you remember when you first started hearing

18   about her interest in the plight in Syria?

19       A    Yes.  I'll probably get the dates wrong, but

20   she was interested in joining the Peace Corps and going

21   to Africa and working with AIDS patients.  And because

22   she had been to Israel and then into Palestine, they

23   wanted her to wait a year, and she knew that she needed

24   to be proficient in French in order to pursue that goal.

25   So she took a job as an Au Pair in Frances.  She worked

Page 9

 1   for that lady, took care of her young girl for a year,

 2   and became proficient in French because she was in

 3   France, and at that point in time, she decided that she

 4   was going to come home and search other avenues for her

 5   to serve.

 6          And she decided that she was so close, she was

 7   in Europe, she wanted to go to Egypt, she had never been

 8   there.  So she flew to Egypt and she found this young man

 9   in Egypt that the kids they have -- I don't know what

10   they call it.  It's on the internet.  And you find places

11   that people let you stay with them.  And this wrong man

12   said she could stay with him.  Turns out he was a nice

13   person, he was a good man, and she would even tell me

14   that he's never come on to her, he's never been

15   inappropriate with her.  Anyway, he was a Syrian, and he

16   start talking to Kayla about the plight in his country

17   and plight of his fellow countrymen.  He had actually

18   taken a job outside of Syria, but Kayla got interested in

19   the -- at that time it wasn't a war, it was only a

20   protest, and she got this young man so interested in

21   himself, he decided to go back to help his countrymen,

22   and about that time I think it turned into a war.  But

23   that's how she actually got interested in going to Syria

24   to help the Syrian people.

25          Q    You mentioned that she had been interested in

1  working in Africa to help people with HIV and AIDS.  When

2  she was in Arizona, did she ever work with people in that

3  population?

4      A    She did.  On one of her trips home, again I

5  don't have the dates, but she volunteered at a local AIDS

6  clinic here in Prescott.  It was Northland Cares is what

7  it was called.  She was volunteering and it was in

8  December and their annual fundraiser was always in

9  December.  Well, unfortunately they lost one of their

10  employees to a fatal car accident, and he was the one

11  that actually coordinated the fundraiser every year, so

12  Kayla said I'll do it.  So she coordinated their

13  fundraiser for that year and did quite well, actually got

14  me involved in it.  And I helped her a little bit with

15  certain things, a friend of mine at that time owned a

16  local bar, and he volunteered the space and they had a

17  band and they had -- they did quite well, but she worked

18  with Northland Care here in Prescott with the AIDS

19  clinic.

20      Q    How was it like volunteering with Kayla to work

21  on that project.

22      A    Well, it was interesting.  I have to be honest

23  and say I haven't really cared to be around -- well, try

24  to be politically correct here.  I don't know what

25  politically correct is.  Around gay people.  And so when

1    I volunteered to help her with this project, actually met

2    quite a few gay people and now I have quite a few gay

3    friends that I can honestly say, and she changed my view

4    about that.  And the thing that always comes to mind is

5    she told me she said, "Dad, they don't hate you because

6    you're straight."  And I've passed that on to many people

7    that don't understand the gay community, you know.

8        Q    Do you feel like you guys had a really open

9    communication relationship?

10       A    I think so as much as a father and a daughter

11   can have.  I know Marsha and Kayla had a much closer

12   relationship than her and I.  I was always working.

13   Marsha and I had a business, a body shop, and I was

14   always working, and usually put in more than eight hours

15   a day.  So Marsha and Kayla were much closer.  But Kayla

16   and I always had great conversations and I was able to

17   tell her personal things when she was here one of her

18   visits home we call them.  I'm glad I got to tell her.

19       Q    Do you remember her last visit home?

20       A    Sure.  She'd come home from actually Turkey.

21   She was working there with an NGO, and she came home and,

22   you know, we had fun together.  We went into town and did

23   several things.  She got to see all of her friends before

24   she left.  And I remember one thing she told me, she

25   said, "Dad, my friends, they really aggravate me because

Page 12

1   they complain about their cell phone or they complain

2   that their parents won't buy them these hundred dollar

3   jeans or the color of their SUV."  And things that Kayla

4   had seen in Syria made her realize how trivial Americans

5   are.  The suffering, the constant war.

6           One of her statements was "you won't believe

7   when you're allowed in to the places in Syria you are not

8   allowed into, you won't believe the devastation."  She

9   was just overwhelmed by what the Syrian people were going

10  through.

11          On the way to Phoenix to the airport, I told

12  her, I said, "Kayla, you've proven yourself.  You know --

13  or, we know that you are doing the right thing and you

14  know you are doing the right thing, and you're

15  responsible, so you have our blessing to go and do what

16  you are doing in Turkey working with the refugees."  That

17  was one of the last times -- well, it was the last time

18  we saw Kayla.

19      Q    Do you remember when you first learned that

20  something had gone wrong in Syria?

21      A    Oh, yeah.  I remember the night or the morning

22  we got the call from I think it was the Director of the

23  NGO there in -- in -- well, it was in Turkey.  What's the

24  big city?  Slips my mind right now.  Anyway, it was about

25  5:00 in the morning, they called and said that Kayla had

Page 13

1  not returned to work on that Monday and she had gone into

2  Syria, but not to worry.  They were going to take care of

3  it.

4      Q    How did you feel when you learned that she was

5  in Syria and not able to get out?

6      A    Devastated.  I've always been one of those

7  people that I don't trust many people.  I had told her

8  about making plans, having a plan in place if things

9  really got bad even in Istanbul to have an exit plan in

10  place ready to go to get out, so it really devastated me

11  when I heard the news.  I'd have to explain how I lived

12  my life.

13          If you take a stop light, you've got the red,

14  the yellow, and the green, the people in the green --

15  that live in the green, they skip through life and they

16  hum and they sing and everything's just wonderful and

17  nothing is ever going to happen to them; and the people

18  that live in the yellow, are skeptical, they keep an eye

19  on their surroundings every place they go, they know

20  there is bad people out there, they know they can be

21  injured at any time by these people; the people that live

22  in the red are fanatics, they carry a weapon every place

23  they go, and they're dangerous themselves.  I live in the

24  yellow, I always have.

25          So when I heard that news, of course the first

1    thought was she's been captured by somebody, what has

2    happened, why can't she get back to Turkey.

3        Q    Do you remember when you first learned who had

4    taken her?

5        A    Yes.  I believe we were talking to that

6    gentleman I mentioned that Kayla met in Egypt, and he

7    told us she had been taken by ISIS.  At that time, the

8    first thing we said was "who is ISIS" because no one had

9    heard of ISIS.  He explained who they were and a little

10   bit about what they were, and they're just another

11   terrorist organization like Al Qaeda or one of the

12   others.  And so at first we just didn't know about ISIS.

13   At that time no one did.  They were very new on the scene

14   and they had just started taking hostages that weekend

15   that Kayla was there.

16       Q    And did you reach out to the U.S. government to

17   ask for help to find Kayla?

18       A    We did.  Against the advice of the NGO, we did

19   reach out.  I think a day, maybe two days after we were

20   notified we, of course, didn't know where to turn.  We

21   called the State Department and I think we probably got

22   an intern there that just really didn't seem too

23   interested.  She took our information and nothing really

24   happened.  But then on my way home from work the next day

25   on the local radio station there's a PM show that they

1    invite people in and interview them on that station, and

2    the person that was being interviewed that day was a

3    local resident, a customer of mine.  He was at the time

4    the State Attorney General for Arizona, Ken Bennett.

5    When I heard Ken on the radio, it hit me this is where I

6    can go.  This is the person I can talk to.  I drove to

7    the radio station, waited for him in the lobby until he

8    came out, I invited him outside, I said, "Ken, I need to

9    speak with you."  I said, "I have a situation."  And I

10   told him what was going on and he just turned white.  He

11   didn't know what to say at first, of course he believed

12   me because I knew him.  And he said, "I have

13   Representative Gosar's phone number here in my phone.  So

14   he opens his phone and he calls Senator Representative

15   Gosar and he got the message.  He had to leave a message,

16   and he told him what was going on.  And before I got

17   home, I got a phone call from Representative Gosar.  He

18   told me that Senator McCain would call me within the

19   hour, which he did.  And then once I got a hold of

20   Senator McCain, things started moving along and people

21   started listening to what we had to say and we felt

22   better after that a little bit knowing that especially

23   the Senator was going to help us.

24        Q    Do you remember the first time you spoke to

25   people from the FBI?

Page 16

1       A    I can't say I remember the first time we spoke

2    with the FBI.

3       Q    Did you work with the FBI over the course of

4    Kayla's captivity?

5       A    Constantly we worked closely with them.  They

6    were at the house, they sent some Special Agents down

7    from Flagstaff because there aren't any here in Prescott.

8    Once we finally got an email from ISIS requesting money

9    for Kayla's release, we were working with them all the

10   time.  We would take those emails and we would send them

11   to Quantico or the FBI in Washington, D.C.  They would

12   review them.  They would write an answer, send it back to

13   us so that we could use our IPA address to send them to

14   ISIS.  So they were writing all of our responses to ISIS,

15   every one of them.  And we might change a couple of words

16   here or there and thought we were really doing something,

17   but they were basically writing all our responses.

18      Q    Until you received the first ransom note from

19   ISIS, how did you feel knowing that Kayla was being held

20   hostage?

21      A    Well, I knew every day that went by was

22   critical and not hearing anything from anyone was

23   devastating.  I don't know.  I have a tendency to forget

24   a lot of things and sometimes that's a blessing, but I

25   know what I went through at that time.  I know I was

1    trying to run a business and deal with this every day and

2    certain things would happen.  I don't have a timeline to

3    give you about when I got a call at work from a

4    gentleman, I don't need to mention his name, but she

5    heard of us through the Foleys, he calls me up and he

6    tells me his name, and it sounded like an Arabic or

7    Middle Eastern name.  And I immediately went out to my

8    truck and sat in my truck to talk to this man.  He told

9    me about another man that was willing to help us with

10   this situation, and my thoughts were how does this man

11   know about Kayla being held over there.  How does he get

12   a hold of me.  And I literally went out in the back of my

13   shop in meltdown because I couldn't go back inside, and I

14   prayed.  That's the kind of thing that would happen.

15   That's the kind of stress we were under throughout the

16   duration of the whole situation.

17        Q    How did Marsha handle the experience?

18        A    Well, I think it might have been harder on

19   Marsha because she was here all day, every day fielding

20   these calls and getting the emails.  She was the one that

21   pushed the button to send them to ISIS.  And she had to

22   prop me up and help me.  She was worried about the

23   business and me having to deal with the business along

24   with what we were going through almost daily with the

25   situation with Kayla.  So probably even harder for her.

Page 18

1    At times at work I could get away from it because I'm
2    engrossed in what I'm doing trying to keep the business
3    going.  But for her, she had no escape.
4        Q    Do you remember when you first learned about
5    the European hostages being released?
6        A    I can't put a date to it, but, yeah, we learned
7    about the hostages being released a few at a time.  I
8    don't think we'd even gotten proof of life questions from
9    ISIS about Kayla at that point in time.  We knew the
10   French were getting out, we knew the Danish were getting
11   out, the Spanish, we were aware of people on the ground.
12   At some point we were getting more information from
13   private individuals than we were from our government.
14   And, yeah, we knew they were getting out, we knew there
15   was negotiations being done, ransoms paid by other
16   governments who got their people home alive, and they are
17   with their families today.
18            Our government, I can take a little step back
19   here and tell you that at one point on the emails I told
20   the FBI, I said, "You know, if I was receiving these
21   emails, I would be extremely upset."  And the email in
22   question was -- what was the words?  Oh, this was after I
23   had sold the business and they had us send back an email
24   I've retired and we don't have the money and this that
25   and the other.  And sure enough, the next response from

Page 19

1    ISIS was quit whining.  Get the money.  You know, send us

2    an offer.

3            And when we were in Istanbul, we traveled to

4    Istanbul to talk to the NGO and people there.  We met

5    with a man whose job it is to negotiate for these people,

6    to get people out, which he did.  I handed him the

7    notebook with all of the ISIS emails in them, we

8    responded I think 11 times, he started reading these

9    emails, and at one point he just covered his face and

10   said, "You haven't been negotiating, you've been

11   communicating."  The FBI never advised us to negotiate.

12   All they did was communicate and stall for time while the

13   Obama administration did everything we can, which was

14   obviously not enough.

15       Q    Do you think the government was trying to

16   negotiate for Kayla's release?

17       A    No, absolutely not.  It was never even

18   considered by the Obama administration.  No.

19       Q    Do you think they knew where Kayla was and

20   didn't recover her?

21       A    Yes.  At certain times, I'm sure they knew

22   where she was.  The infamous raid on July 3rd that wasn't

23   signed off on in time, they were there.  And Kayla was

24   there, her name was carved in a block wall.  We have

25   since learned of -- from people close to that situation

Page 20

1    that they were waiting, they were ready, President Obama

2    never signed off on it, and they were two days late.

3        Q    Did you -- did the Government ever tell you

4    that you weren't allowed to pay the ransom?

5        A    Along with all the other families, absolutely.

6    The first time we met with them in FBI headquarters,

7    there was a panel of military people, DOJ, DOD, FBI, and

8    they told us point blank that you can be prosecuted for

9    paying ransoms and they always -- we were told that more

10   than once, but they always prefaced it with but no one

11   ever has been.

12       Q    And at the time were you aware of the

13   conditions that Kayla was experiencing?

14       A    We weren't acutely aware of the conditions

15   until some of the other hostages had been released.  We

16   were able to get private individuals to interview those

17   people, the Government on the other hand couldn't do it.

18   It would take months to go through all the protocol and

19   red tape to be able to talk to these people.

20            The man that I mentioned earlier that called me

21   at work was in Istanbul when one of the prisoners came

22   out, sat at a table with him and had a conversation with

23   him.  The FBI couldn't do it, the CIA couldn't do it, the

24   DOJ couldn't do it, the DOD couldn't do it.  The day he

25   came out, we had a guy talking to him who told us the

Page 21

1    situation partially.  And then when the women got out

2    that were being held with Kayla, we got a lot of the

3    story at that point.  That was the Doctors Without

4    Borders women.  We also got information from Cutter when

5    we went to Cutter and tried to get Cutter's help about

6    how she had been treated and what her current situation

7    was, which at that point in time wasn't true.

8              Just the point on the visit to Cutter, it was

9    not sanctioned by the U.S. Government, we did it on our

10   own with private individuals helping us.  We spoke with

11   high-ranking officials in Qatar -- in Doha rather, and --

12   I can't remember his name, but he came in -- that was our

13   last meeting, he was our third person to meet with there.

14   He came into the meeting and introduced himself, he says,

15   "I have to tell you, I just got off the phone with

16   Secretary Kerry, and we don't pay ransom."  Not

17   sanctioned by the Government, all through private

18   individuals, yet Secretary Kerry contacted them, told

19   them they couldn't pay ransom.  At that point in that

20   meeting Marsha could not function.  She could not speak.

21   I had to do all the talking from that point forward.

22   They blocked us.  Once again, they threw up doorways and

23   roadblocks every step of the way and would not allow us

24   to negotiate for our daughter's release.

25        Q    Is that because Marsha was upset or angry by

Page 22

1    what the U.S. Government was doing?

2         A    She was just devastated because the whole idea

3    of the trip was to get the Qatars to help us.  And he

4    comes in and says, "I just got told by your government we

5    can't pay ransom."  That trip, we were notified two days

6    before that trip.  We live 120 miles from the nearest

7    airport.  We got our reservations, we got to Phoenix, we

8    got to Cutter in two days.  And then to have them come in

9    and basically say, we really can't help you because our

10   government told us to take a step back.  And that's what

11   it meant to us when we told us that.

12        Q    Just taking a step back, why did you decide to

13   sell your business during this time?

14        A    Well, with the amount of stress that this

15   situation with Kayla was putting on both of us, I truly

16   felt that I might just lose the business, I might just

17   have to walk away, and I might need the money to pay the

18   ransom if we were able to figure out how to do that.  The

19   opportunity, it was just fortuitous that it happened when

20   it did.

21             Somebody came to me and said, "Would you like

22   to sell your body shop?"  Well, that negotiation took six

23   months to complete.  So now I'm dealing with selling the

24   business and trying to save our daughter at the same

25   time.

Page 23

1          You know, the thought of selling our home came

2     up, but it's not just having the money, it's how do you

3     do the transfer, how do you get the money over there.  We

4     tried to send $5,000 to Syria after Kayla was killed to

5     help the NGO, couldn't do it.  We couldn't send $5,000 to

6     Istanbul, so how are we going to send a million or how

7     are we even going to come up with $5 million?  Questions

8     that couldn't be answered that are just devastating.

9          Q    Do you remember when Senator Feinstein released

10    her torture report?

11         A    Absolutely I remember that day.  I was driving

12    into town on one of my trips and to express the stress

13    that I was under, there was many times that I would leave

14    the house and I would get down to the main road and I

15    would literally pull off to the side of the road to think

16    why I left the house.

17              So I was on my way probably to work one day and

18    I hear on the radio that Senator Feinstein has released

19    her report on the torture at Guantanamo Bay.  I pulled

20    over to the side of the road and that's when I had

21    Senator McCain's cell phone in my phone.  I called the

22    Senator and he usually almost always picked it up.  He

23    picked it up, and I said, "Senator, what is Senator

24    Feinstein doing?  Does she not know that my daughter is

25    being held by the comrades of the people she's telling

Page 24

1    the World that the United States has tortured?"  He

2    didn't really have an answer.  I found out later through

3    my own investigations that President Obama had to sign

4    off on that report being released.  He knew where Kayla

5    was.  He knew her situation, yet he signed off on that

6    report being released.  Can you even imagine what the

7    hostages, especially American hostages, that's Kayla,

8    went through after that report was released.  These

9    people are very smart.  They're on the internet, they

10   watch everything that goes on, trust me, I know.  Yet

11   President Obama signed off to have that report released.

12   What was he thinking?  Just another incompetent mistake

13   the Government made while we were trying to save our

14   daughter.

15        Q    At the time do you remember thinking that

16   because of the release of that report Kayla was going to

17   be tortured?

18        A    Absolutely.  That's the first thought in my

19   mind.  We were told she was yelled at and screamed at

20   because she was an American.  She was blamed for

21   everything the Americans were doing.  We were told that.

22   We knew that.  And now we tell those people that are

23   holding Kayla their comrade's being tortured by

24   Americans.  Pretty obvious.  Pretty obvious.

25        Q    Do you remember first learning from the Yazidi

Page 25

 1   women about the level of torture and rape Kayla was

 2   experiencing?

 3        A    Yeah.  We heard from, you know, secondhand

 4   reports from those girls through different sources and we

 5   had and still have so many sources out there, but we had

 6   heard -- pardon me, we heard through those sources about

 7   what Kayla had been through.

 8             So we asked the FBI, we would like to talk to

 9   these girls that have gotten out and talk to them in

10   person to find out about what happened to Kayla.  We

11   asked them many times to set up that meeting.  And I

12   think it was three months, maybe longer they couldn't do

13   it.  They couldn't do it.

14             So in speaking to one of our contacts here

15   locally or up in Flagstaff that had been with us

16   throughout this whole ordeal, she said, "Well, let me see

17   what I can do."  She's not in the Government, she's a

18   minister.  She found a book that a lady wrote about these

19   women, contacted the author, the author, said, "I know

20   where they are.  I know who they're staying with."  Three

21   weeks later we were in Germany speaking with the Yazidi

22   girls.  One had been held with Kayla.  We got the

23   firsthand report, not secondhand, we know what went on,

24   we know what she told us, we know what they went through,

25   and we know what Kayla went through.  Again, our

Page 26

1    Government failed us.

2        Q    How did Marsha react when she learned that

3    Kayla had been kept as a sex slave for al-Baghdadi?

4        A    She couldn't speak.  I think that was -- I

5    think we learned that from the FBI on one of our trips

6    back to D.C.  And that's another story Marsha probably

7    told you.  She can tell it best, but so many of these

8    things when you ask how we reacted, devastated of course.

9    But I tell people, look, if you had a daughter and you

10   learned what we learned, how would you feel?  And I think

11   that's just the best way to explain it.  You can't really

12   feel the feeling, but if your daughter had been taken

13   captive, held for 18 months, and then tortured,

14   intimidated, starved.  We learned from the women that she

15   was held with that she had been held in solitary

16   confinement in a room where she couldn't even stretch out

17   her arms for long periods of time, and then eventually

18   taken by al-Baghdadi as his personal sex slave, how would

19   you feel?  It's hard to imagine, but I can't -- I

20   can't -- all I can say is I don't know how we survived

21   it.  And a lot of people -- other people don't.

22       Q    Do you think it impacted Marsha's health?

23       A    Oh, yeah.  It probably took 10 years off of

24   both our lives.  It continues to.  It affects our sleep.

25   There isn't hardly a day goes by that I don't think about

Page 27

1    Kayla.  A song comes on the radio, parents with their
2    daughter at Kayla's Hands Playground.  There's just not a
3    day that goes by that we don't -- we don't think about
4    Kayla.
5         Q    Do you think that it has affected Eric?
6         A    Eric has probably had the roughest time.  I'm
7    not sure why, but we're really concerned about Eric even
8    now.  Just recently he seems to be -- he seems to be
9    getting better.  For a long, long time he couldn't even
10    talk about Kayla.
11            His last experience with Kayla -- Eric lives in
12    the yellow zone too, by the way.  His last experience
13    with Kayla was an argument, told her not to go, told her
14    she was going to be killed.  So they parted ways on that
15    last visit not on good terms.  So that I think is a lot
16    of why he's had such a hard time about what happened to
17    Kayla.  But she insisted on going and insisted it would
18    be safe.  So he's had a real hard time.  I'm concerned
19    that he may have to do one of these depositions.  I don't
20    know if he can get through it.
21         Q    Can you expand a little more on what you mean
22    when you say "he's had a hard time"?
23         A    Well, Eric is a big man.  He's over 250, 6'2"
24    and intimidating presence, but he's just a teddy bear
25    inside, and he's very emotional, especially about his

Page 28

1    sister.  We've had episodes here where he gets very

2    upset, extremely upset.  He's been to doctors,

3    psychologists, he's been on medication, he may still be

4    on medication for his anxiety and his stress.  And he's

5    got a young daughter to raise, he's got his own career to

6    worry about, and this -- this much stress and this level

7    is not good for his situation.  I was doing that during

8    it and it's not good.  I know how bad it is and how much

9    it affects -- how much it affects you every day.

10           Like I said, we were riding together one time

11   on a fishing trip and a song comes on the radio, I

12   reached over and changed it because I knew I wouldn't be

13   able to compose myself, and he looked at me and he knew

14   why.  He knew why I changed it.

15       Q   Has it affected your relationship with Eric?

16       A   Yes, it has.  He's trying to protect his

17   nine-year-old daughter, he's concerned about how her

18   friends will perceive us being in the media and having to

19   explain to her nine-year-old friends and possibly their

20   parents what's going on.  Every time -- well, we spoke

21   for President Trump and it was very upsetting to Eric

22   because he was afraid that he would -- Lexi would see it.

23   He wouldn't watch TV.  He would only watch YouTube and

24   Netflix during that time because he was so afraid that we

25   would pop up on the news or the RNC speech that we gave

Page 29

1    would come on, and Lexi would see it and he would have to

2    explain what happened to Aunt Kayla.  Yeah, to a nine

3    year old, what happened to Aunt Kayla.  So that's been a

4    very tough point for him to get through.

5            And we have to be very careful not to talk

6    about Kayla when Lexi is here, when Eric is here.  We

7    have to refrain from getting into that conversation

8    because he's concerned that he can't explain what

9    happened to his sister to his nine-year-old daughter.

10   Q    Do you remember how you found out that she had

11   been killed?

12   A    We got an email from ISIS that said she had

13   been killed in a bombing raid.  The raid was from one of

14   our allies there, the Lebanese.  They told us where, they

15   even sent pictures of a smoking building and that's how

16   we learned about it.

17           And we immediately, of course, contacted the

18   FBI and they were clueless, they had no idea.  So we sent

19   them the information and then we requested pictures of

20   proof.  You know, we wanted proof, not just the word of a

21   terrorist group that Kayla had been killed.  So they sent

22   us pictures, three.  To me they looked staged.  Of course

23   in accordance to their Muslim belief all you could see

24   was Kayla's face.  The first one she had a black coat or

25   something on and there had been pebbles sprinkled on the

Page 30

1    coat.  The only visible physical damage was a very bad

2    gash on her left cheek, but there was no blood.

3    Obviously had been cauterized or she had died and they

4    had cleaned her up.  The second photo was another one

5    just her face, but she was in the burial gown or whatever

6    they call it.  Again, you could see the terrible slash on

7    her face.  The third one I don't remember.  I refuse to

8    look at them since we got them.

9         Q    Do you think the Government could have done

10   more to save her?

11        A    The Spanish did.  French did.  So many other

12   governments did.  Here we are the most powerful country

13   in the world, yet we left our hostages to be tortured,

14   starved, beaten, raped, murdered on the internet.  Yeah,

15   they could have saved them.  The Obama Administration

16   never considered saving the American hostages.  They

17   could have been brought home like the rest of them.

18        Q    How does it make you feel knowing that the

19   government didn't do anything to stop the terrorists from

20   doing this to the Americans and then publicizing it?

21        A    Well, it was just indicative of the Obama

22   Administration, wasn't it, procrastination for, what,

23   13 months.  The emails that the FBI wrote were nothing

24   but conversation.  They were procrastinating.  And where

25   do you think those emails came from?  It was all

Page 31

```
 1   orchestrated out of the White House.  Lisa Monaco,

 2   Joe Biden, President Obama, and John Kerry.  I don't

 3   think the FBI was writing those.  I think they were

 4   taking orders from the White House, because this was an

 5   international situation and yet all they did was stall.

 6   All those months stall.

 7           So as I said earlier, at some point I told the

 8   FBI I would be extremely upset if I was receiving these

 9   emails.  Well, when terrorists get extremely upset and

10   they're holding American hostages, we all saw it on the

11   internet, people's heads get removed.  That's how angry I

12   am with our Government.  They could have done it like the

13   rest of them did.  They refused to.  They were absolutely

14   incompetent and they know it.

15       Q   Has this affected your sleep?

16       A   Some nights I just get -- yeah, it still is,

17   absolutely it still is.

18           During the time it was going on I know it did.

19   But you're so engrossed in what's going on, some things

20   just slip through the memory cracks.  It wasn't but a few

21   weeks ago I had a vivid dream.  A lot of times you don't

22   remember your dreams, you wake up and you know you are

23   dreaming and I think it was about this, but this dream

24   stuck with me.  It was about Kayla.

25           I was with a friend of mine.  I ride
```

Page 32

1    motorcycles, okay.  We rode into this little town, I

2    don't know where it was, but we rode in, it was this

3    quaint little tourist town, and pull up and park and

4    Marsha is there.  And I said, "What are you doing here?"

5    You know.  She said, "Well, I met Kayla here."  So she

6    goes and she gets Kayla and I talk to Kayla, and I ask

7    her why she didn't let us know that she was still alive.

8    And I was mad at her for that because she could have

9    called.

10            But, yeah, that dream.  And as I said earlier,

11   something on TV, something on the radio, look around the

12   house and you see Kayla over there every day.  And then

13   you can't get to sleep.

14       Q    Do you sometimes think that Kayla is still

15   alive?

16       A    We did for a long time after ISIS told us she

17   was dead.  You know, dealing with the FBI and the DOD and

18   all these people, I learned something about intel,

19   information that you glean from different sources.  And

20   what I learned was that none of those agencies take

21   information gleaned from one source as actionable or as

22   real.  They have to have at least two sources to make it

23   actionable and probably three.  And one of the rules is

24   you don't take intel that you get from a terrorist

25   organization as actionable ever, never do you take intel

Page 33

1  gleaned from a terrorist organization as true.  So the

2  only -- the only intel we had about Kayla being dead is

3  ISIS told us so.

4        Now, given the fact that you never take intel

5  from a terrorist organization as true, I learned that

6  from the Government, yet President Obama went on national

7  TV, he told the world that Kayla was killed and she's

8  dead, and the only intel that we were ever told we had

9  was from ISIS.  Didn't make sense.  FBI had told us many

10  times you never take intel from a terrorist organization

11  as actionable.  You never take information as actionable

12  unless you have more than two sources and usually three.

13  We only had one and some pictures that I was told by

14  another person in the Government, not -- he works for the

15  Government, that he wasn't sure Kayla was dead.  Does

16  that make sense?

17        So for a long, long period of time, yeah, we

18  thought Kayla was still alive because we didn't believe

19  ISIS.  But we've looked into it further and not the

20  Government, the Government absolutely doing nothing for

21  us right now.  We've stepped away from the fusion cell,

22  we've stepped away from the FBI, we have private

23  individuals that are helping us and we're finding things

24  out.  We're actually finding things out.

25        At this point we have information that we

Page 34

1    need -- is this what we're doing here, how many people

2    are going to see this?

3          Q    It is public record.

4          A    Do I have to supply information.

5          Q    You cannot provide classified information, no.

6          A    I don't have classified information.  I can

7    tell you a story about that too.  The information I want

8    to tell you, I can't let it out of this circle.

9          Q    Then you should not say it here.

10         A    Okay.  So anyway, the private individuals

11   helping us, we are gaining ground, and we are pretty sure

12   that Kayla is dead, probably 99.9 percent sure that she

13   is dead, but we continue to work with these people.

14             And speaking of classified information, I'll

15   tell you a quick story about meeting with the FBI and the

16   fusion cell.  We had asked many questions to the fusion

17   cell, six months later they had no answers.  We kept

18   talking every month we ask them what about the answers,

19   what about the answers.  Finally we get an email that

20   says, "We got the answers to your questions.  You've got

21   to go to Phoenix so we can do this over a secured line to

22   Washington, D.C."  And we said, "No, we're not doing

23   that, we've done that before, you can't see the people,

24   you don't really get the full gist of what's going on."

25   So they brought us back to D.C., we went to the FBI, I

Page 35

1    believe the meeting was in the FBI headquarters, fusion

2    cell was there.  All the different people.  They went

3    around and read their answer.  Each one has to deal with

4    a different entity, DOJ, DOD, whatever.  They each read

5    their answer.  The reason they told us we had to even go

6    to Phoenix or come back to D.C. because they had

7    classified information to tell us.  Okay.

8              So we go through the meeting and they get down

9    to the end of the meeting and they say, "Okay, now we

10   want to tell you the classified information that we have

11   to tell you."  And there was a little bit of a silence

12   and the guy reads, "The classified bit of information we

13   have to tell you is that we have no classified

14   information to tell you."  Honest to God.  That's what

15   the guy said.  I looked at the Special Agent Bill Haney

16   that had worked with us constantly through this whole

17   thing, and he just -- he just had a weird stare on his

18   face.  I said, "Are you kidding?  You have got to be

19   kidding me.  You flew us back here to tell us that you

20   don't have any classified information to tell us."  True

21   story.

22        Q    So to this day, you are still working on a

23   regular basis to find Kayla; is that correct?

24        A    That is absolutely correct, through private

25   individuals.

1        Q    Has this affected your marriage?

2        A    Oh, I'm sure it has.  I'm very angry,

3   irritable, and zero patience.  That in any marriage would

4   be devastating.  Many people have told us that when you

5   lose a child, a lot of people get divorced because of

6   that situation.  And early on when I heard that, I told

7   Marsha, I told Eric, I tell other people, I said, "You

8   know, if Marsha and I got divorced because of this

9   situation, that just gives ISIS another victory."

10  Because they revel in making Americans miserable.  They

11  love doing it.  So I'm not going to give ISIS.

12             MS. AMICK:  Can we go off the record, please.

13             THE VIDEOGRAPHER:  We are going off the record.

14  The time is approximately 12:06 p.m.

15             (Break taken at 12:06 p.m.)

16             (Back on the record at 12:07 p.m.)

17             THE VIDEOGRAPHER:  Going back on the record.

18  The time is approximately 12:07 p.m.

19        Q    BY MS. AMICK:  Has this experience affected

20  your faith?

21        A    It's strengthened Marsha's, but I struggle a

22  lot now with mine.  How could a just and loving, caring

23  God let something happen to a family like this, a child

24  like this, a person that was just there to help?  I still

25  struggle with my faith now.

1          MS. AMICK:  Can we please go off the record.

2          THE VIDEOGRAPHER:  We're going off the record.

3    The time is approximately 12:08 p.m.

4          (Break taken at 12:08 p.m.)

5          (Back on the record at 12:09 p.m.)

6          THE VIDEOGRAPHER:  We are going back on the

7    record.  The time is approximately 12:09 a.m.

8     Q    BY MS. AMICK:  Are you proud of Kayla?

9     A    I couldn't be more prouder of Kayla.  She

10   represents what we need more of in this world.  People

11   that put their well-being behind those of others that

12   need their help.  Yeah, I'm very proud of Kayla.  Yeah, I

13   always will be.  I always was.  I always was proud of

14   Kayla.

15    Q    Is there anything else you'd like to add?

16    A    Well, I just -- I hope this -- these

17   proceedings, trial, or whatever it is discourages bad

18   actors from other countries and other -- as one of the

19   released hostages said, sick sadistic bastards from doing

20   this, then it will be worth what we've been through.

21         MS. AMICK:  Thank you, Carl.  We'd like to go

22   off the record.

23         THE VIDEOGRAPHER:  We're going off the record.

24   The time is approximately 12:11 p.m.

25

Page 38

1          (Whereupon the deposition of RICHARD CARL

2    MUELLER, II, was concluded at 12:11 p.m.)

3

4                          *   *   *

5

6              (No signature was requested.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 39

1   STATE OF ARIZONA        )
                            ) ss
2   COUNTY OF MARICOPA      )

3

4        BE IT KNOWN that the foregoing deposition was taken

5   before me, SHANNON STEVENSON, a Certified Reporter in and

6   for the County of Maricopa, State of Arizona; that the

7   witness before testifying was duly sworn to testify to

8   the whole truth; that the questions propounded to the

9   witness and the answers of the witness thereto were taken

10  down by me in shorthand and thereafter reduced to

11  computer-aided transcription under my direction; that the

12  foregoing 38 pages are a true and correct transcript of

13  all proceedings had upon the taking of said deposition,

14  all done to the best of my skill and ability.

15       I FURTHER CERTIFY that I am in no way related to any

16  of the parties hereto, nor am I in any way interested in

17  the outcome hereof.

18  (   )  Signature was requested.

19  (XXX)  Signature was not requested.

20       DATED at Phoenix, Arizona, this 25th day of March,

21  2021.

22

23       _____

         SHANNON STEVENSON, CR, RPR

24       Certified Reporter

         Certificate No. 50461

25

**[01229 - biden]** Page 1

| **0** | **6** | |
|---|---|---|
| **01229** 1:8 | **6'2** 27:23 | |

**al** 4:10 14:11 26:3 26:18

**alive** 18:16 32:7,15 33:18

**allies** 29:14

**allow** 21:23

**allowed** 12:7,8 20:4

**american** 24:7,20 30:16 31:10

**atlantic** 4:14,16

**attorney** 15:4

**au** 8:25

**aunt** 29:2,3

**author** 25:19,19

**avenue** 3:14

**avenues** 9:4

**award** 7:20

**aware** 18:11 20:12 20:14

---

**1**

**10** 2:4 26:23
**1050** 3:14
**11** 19:8
**11:02** 1:21 3:3 4:1 4:6
**120** 22:6
**12:06** 36:14,15
**12:07** 36:16,18
**12:08** 37:3,4
**12:09** 37:5,7
**12:11** 37:24 38:2
**13** 30:23
**18** 26:13
**1:18** 1:8

**8**

**8176** 39:22

**9**

**955-9055** 3:16
**99.9** 34:12

**a**

**a.m.** 1:21 3:3 4:1,6 37:7
**ability** 39:14
**able** 11:16 13:5 20:16,19 22:18 28:13
**absolutely** 7:5 19:17 20:5 23:11 24:18 31:13,17 33:20 35:24
**accident** 10:10
**actionable** 32:21 32:23,25 33:11,11
**actors** 37:18
**acutely** 20:14
**add** 37:15
**address** 16:13
**administration** 19:13,18 30:15,22
**advice** 14:18
**advised** 19:11
**afraid** 28:22,24
**africa** 8:21 10:1
**agencies** 32:20
**agent** 35:15
**agents** 16:6
**aggravate** 11:25
**ago** 31:21
**aided** 39:11
**aids** 8:21 10:1,5,18
**airport** 12:11 22:7

**americans** 12:4 24:21,24 30:20 36:10
**amick** 2:4 3:13 4:20,20 5:10 36:12,19 37:1,8,21
**amount** 22:14
**angry** 21:25 31:11 36:2
**annual** 10:8
**answer** 16:12 24:2 35:3,5
**answered** 23:8
**answers** 34:17,18 34:19,20 39:9
**anxiety** 28:4
**anyway** 9:15 12:24 34:10
**appearances** 3:11
**approximately** 4:6 36:14,18 37:3,7,24
**arab** 1:16 4:10
**arabic** 17:6
**argument** 27:13
**arizona** 3:5 4:13 10:2 15:4 39:1,6 39:20
**arms** 26:17
**asked** 25:8,11 34:16

**b**

**b** 2:11
**back** 8:10 9:21 14:2 16:12 17:12 17:13 18:18,23 22:10,12 26:6 34:25 35:6,19 36:16,17 37:5,6
**bad** 13:9,20 28:8 30:1 37:17
**baghdadi** 26:3,18
**band** 10:17
**baptist** 7:9,10
**bar** 10:16
**based** 7:21
**basically** 16:17 22:9
**basis** 35:23
**bastards** 37:19
**bay** 23:19
**bear** 27:24
**beaten** 30:14
**belief** 29:23
**believe** 12:6,8 14:5 33:18 35:1
**believed** 15:11
**bennett** 15:4
**best** 26:7,11 39:14
**better** 15:22 27:9
**biden** 31:2

---

**2**

**20036** 3:15
**202** 3:16
**2021** 1:21 3:3 4:1 4:7 39:21
**21** 8:11
**22** 1:21 3:3 4:1
**22nd** 4:7
**250** 27:23
**25th** 39:20

**3**

**38** 39:12
**3rd** 19:22

**5**

**5** 2:4 23:7
**5,000** 23:4,5
**500** 3:15
**50461** 1:25 3:5 39:24
**5:00** 12:25

**big**  12:24 27:23
**bill**  35:15
**birth**  6:16
**bit**  6:13 10:14
   14:10 15:22 35:11
   35:12
**black**  29:24
**blamed**  24:20
**blank**  20:8
**blessing**  8:8 12:15
   16:24
**block**  19:24
**blocked**  21:22
**blood**  30:2
**body**  11:13 22:22
**bombing**  29:13
**book**  25:18
**borders**  21:4
**break**  36:15 37:4
**brother**  6:6
**brought**  30:17
   34:25
**building**  29:15
**burial**  30:5
**business**  11:13
   17:1,23,23 18:2,23
   22:13,16,24
**button**  17:21
**buy**  12:2

**c**

**call**  5:20 9:10
   11:18 12:22 15:17
   15:18 17:3 30:6
**called**  5:4 8:7 10:7
   12:25 14:21 20:20
   23:21 32:9
**calls**  15:14 17:5,20
**camping**  7:1
**captive**  26:13
**captivity**  16:4

**captured**  14:1
**car**  10:10
**care**  9:1 10:18
   13:2
**cared**  10:23
**career**  28:5
**careful**  29:5
**cares**  10:6
**caring**  36:22
**carl**  1:4,20 2:3 3:2
   5:3,11,15,16 37:21
   38:1
**carry**  13:22
**carved**  19:24
**case**  1:8
**cauterized**  30:3
**ccr**  1:24
**cell**  12:1 23:21
   33:21 34:16,17
   35:2
**certain**  10:15 17:2
   19:21
**certificate**  1:25
   3:4 39:24
**certified**  3:4 39:5
   39:24
**certify**  39:15
**change**  16:15
**changed**  11:3
   28:12,14
**cheek**  30:2
**child**  6:14,15 36:5
   36:23
**christ**  7:12
**christian**  7:9
**church**  7:10,11,12
**cia**  20:23
**circle**  34:8
**citizen**  5:22,24 6:3
   6:7

**city**  12:24
**cjn**  1:8
**classified**  34:5,6
   34:14 35:7,10,12
   35:13,20
**cleaned**  30:4
**clinic**  10:6,19
**close**  7:3 9:6 19:25
**closely**  16:5
**closer**  11:11,15
**clueless**  29:18
**coat**  29:24 30:1
**color**  12:3
**columbia**  1:2 4:11
**come**  9:4,14 11:20
   22:8 23:7 29:1
   35:6
**comes**  11:4 22:4
   27:1 28:11
**commenced**  3:3
**communicate**
   19:12
**communicating**
   19:11
**communication**
   11:9
**community**  8:5
   11:7
**complain**  12:1,1
**complete**  22:23
**component**  7:6
**compose**  28:13
**computer**  39:11
**comrade's**  24:23
**comrades**  23:25
**concerned**  27:7,18
   28:17 29:8
**concluded**  38:2
**conditions**  20:13
   20:14

**confinement**  26:16
**connecticut**  3:14
**considered**  19:18
   30:16
**constant**  12:5
**constantly**  16:5
   35:16
**contacted**  21:18
   25:19 29:17
**contacts**  25:14
**continue**  34:13
**continues**  26:24
**conversation**
   20:22 29:7 30:24
**conversations**
   11:16
**coordinated**  10:11
   10:12
**corps**  8:20
**correct**  10:24,25
   35:23,24 39:12
**counsel**  4:17,19,20
   4:22,24
**count**  7:22,24 8:1
   8:3
**countries**  37:18
**country**  9:16
   30:12
**countrymen**  9:17
   9:21
**county**  39:2,6
**couple**  16:15
**course**  13:25
   14:20 15:11 16:3
   26:8 29:17,22
**court**  1:1 3:4 4:15
   4:25
**covered**  19:9
**cr**  39:23
**cracks**  31:20

**critical** 16:22
**current** 21:6
**customer** 15:3
**cutter** 21:4,5,8
22:8
**cutter's** 21:5
**cv** 1:8

**d**

**d** 2:1
**d.c.** 8:1 16:11 26:6
34:22,25 35:6
**dad** 11:5,25
**daily** 17:24
**damage** 30:1
**damascus** 1:17
**dangerous** 13:23
**danish** 18:10
**date** 18:6
**dated** 39:20
**dates** 8:19 10:5
**daughter** 11:10
22:24 23:24 24:14
26:9,12 27:2 28:5
28:17 29:9
**daughter's** 21:24
**day** 11:15 14:19
14:24 15:2 16:21
17:1,19,19 20:24
23:11,17 26:25
27:3 28:9 32:12
35:22 39:20
**days** 14:19 20:2
22:5,8
**dc** 3:15
**dead** 32:17 33:2,8
33:15 34:12,13
**deal** 17:1,23 35:3
**dealing** 22:23
32:17
**december** 10:8,9

**decide** 22:12
**decided** 9:3,6,21
**department** 14:21
**deposition** 1:19
3:1 4:8,12 38:1
39:4,13
**depositions** 27:19
**description** 2:12
**devastated** 13:6
13:10 22:2 26:8
**devastating** 16:23
23:8 36:4
**devastation** 12:8
**developed** 8:4
**died** 30:3
**different** 25:4
32:19 35:2,4
**direction** 39:11
**director** 12:22
**discourages** 37:17
**district** 1:1,2 4:11
**divorced** 36:5,8
**doctors** 21:3 28:2
**dod** 20:7,24 32:17
35:4
**doha** 21:11
**doing** 12:13,14,16
16:16 18:2 22:1
23:24 24:21 28:7
30:20 32:4 33:20
34:1,22 36:11
37:19
**doj** 20:7,24 35:4
**dollar** 12:2
**doorways** 21:22
**dream** 31:21,23
32:10
**dreaming** 31:23
**dreams** 31:22
**driving** 23:11

**drove** 15:6
**duly** 5:4 39:7
**duration** 17:16

**e**

**e** 2:1,11
**eamick** 3:16
**earlier** 20:20 31:7
32:10
**early** 6:22 36:6
**eastern** 17:7
**egypt** 9:7,8,9 14:6
**eight** 11:14
**elderly** 7:18
**email** 16:8 18:21
18:23 29:12 34:19
**emails** 16:10 17:20
18:19,21 19:7,9
30:23,25 31:9
**emily** 3:13 4:20
**emotional** 27:25
**empathy** 8:12
**employees** 10:10
**engrossed** 18:2
31:19
**entity** 35:4
**episodes** 28:1
**eric** 1:13 6:6,7,9
27:5,6,7,11,23
28:15,21 29:6
36:7
**escape** 18:3
**especially** 15:22
24:7 27:25
**esq** 3:13,14
**estate** 1:5,10
**et** 4:10
**europe** 9:7
**european** 18:5
**eventually** 26:17
**everything's** 13:16

**examination** 2:4
5:9
**examined** 5:5
**exhibits** 2:13
**exit** 13:9
**expand** 27:21
**experience** 17:17
27:11,12 36:19
**experiencing**
20:13 25:2
**explain** 13:11
26:11 28:19 29:2
29:8
**explained** 14:9
**express** 23:12
**extremely** 18:21
28:2 31:8,9
**eye** 13:18

**f**

**face** 19:9 29:24
30:5,7 35:18
**fact** 33:4
**failed** 26:1
**faith** 7:6 36:20,25
**families** 18:17
20:5
**family** 7:3 36:23
**fanatics** 13:22
**fatal** 10:10
**father** 5:18 11:10
**fbi** 15:25 16:2,3,11
18:20 19:11 20:6
20:7,23 25:8 26:5
29:18 30:23 31:3
31:8 32:17 33:9
33:22 34:15,25
35:1
**feel** 11:8 13:4
16:19 26:10,12,19
30:18

**feeling** 26:12
**feinstein** 23:9,18
  23:24
**fellow** 9:17
**felt** 15:21 22:16
**fielding** 17:19
**figure** 22:18
**filed** 4:10
**finally** 16:8 34:19
**find** 9:10 14:17
  25:10 35:23
**finding** 33:23,24
**firm** 3:13 4:14
**first** 5:4 8:17
  12:19 13:25 14:3
  14:8,12 15:11,24
  16:1,18 18:4 20:6
  24:18,25 29:24
**firsthand** 25:23
**fishing** 7:2 28:11
**flagstaff** 16:7
  25:15
**flew** 9:8 35:19
**foleys** 17:5
**follows** 5:5
**foregoing** 39:4,12
**forget** 16:23
**fortuitous** 22:19
**forward** 21:21
**found** 9:8 24:2
  25:18 29:10
**france** 9:3
**frances** 8:25
**french** 8:24 9:2
  18:10 30:11
**friend** 10:15 31:25
**friends** 6:20 7:17
  7:17 8:2 11:3,23
  11:25 28:18,19
**full** 5:13 34:24

**fun** 11:22
**function** 21:20
**fundraiser** 10:8,11
  10:13
**further** 33:19
  39:15
**fusion** 33:21 34:16
  34:16 35:1

**g**

**gaining** 34:11
**gash** 30:2
**gay** 10:25 11:2,2,7
**general** 15:4
**gentleman** 14:6
  17:4
**germany** 25:21
**getting** 17:20
  18:10,10,12,14
  27:9 29:7
**girl** 9:1
**girls** 25:4,9,22
**gist** 34:24
**give** 8:13 17:3
  36:11
**given** 33:4
**gives** 36:9
**glad** 11:18
**glean** 32:19
**gleaned** 32:21
  33:1
**go** 5:16 7:1,19 8:1
  9:7,21 12:15
  13:10,19,23 15:6
  17:13 20:18 27:13
  34:21 35:5,8
  36:12 37:1,21
**goal** 8:24
**god** 35:14 36:23
**goes** 24:10 26:25
  27:3 32:6

**going** 4:5 8:20 9:4
  9:23 12:9 13:2,17
  15:10,16,23 17:24
  18:3 23:6,7 24:16
  27:14,17 28:20
  31:18,19 34:2,24
  36:11,13,17 37:2,6
  37:23
**gold** 7:21
**good** 4:5 5:11,11
  5:11,12 9:13
  27:15 28:7,8
**gosar** 15:15,17
**gosar's** 15:13
**gotten** 18:8 25:9
**government** 14:16
  18:13,18 19:15
  20:3,17 21:9,17
  22:1,4,10 24:13
  25:17 26:1 30:9
  30:19 31:12 33:6
  33:14,15,20,20
**governments**
  18:16 30:12
**gown** 30:5
**grade** 6:17,22
**grand** 7:16,17 8:2
**grandfather** 7:9
**great** 11:16
**green** 13:14,14,15
**ground** 18:11
  34:11
**group** 7:17 29:21
**grow** 8:6
**growing** 6:10,25
  7:4,6,7
**guantanamo**
  23:19
**guy** 20:25 35:12
  35:15

**guys** 7:3 11:8

**h**

**h** 2:11
**hand** 20:17
**handed** 19:6
**handle** 17:17
**hands** 27:2
**haney** 35:15
**happen** 13:17 17:2
  17:14 36:23
**happened** 14:2,24
  22:19 25:10 27:16
  29:2,3,9
**hard** 26:19 27:16
  27:18,22
**harder** 17:18,25
**hate** 11:5
**headquarters** 20:6
  35:1
**heads** 31:11
**health** 26:22
**hear** 23:18
**heard** 13:11,25
  14:9 15:5 17:5
  25:3,6,6 36:6
**hearing** 8:17
  16:22
**heart** 6:19 7:13
**held** 4:12 16:19
  17:11 21:2 23:25
  25:22 26:13,15,15
**help** 6:19 9:21,24
  10:1 11:1 14:17
  15:23 17:9,22
  21:5 22:3,9 23:5
  36:24 37:12
**helped** 10:14
**helping** 6:18 21:10
  33:23 34:11
**hereof** 39:17

**hereto** 39:16
**high** 6:22 7:14,25
    21:11
**hit** 15:5
**hiv** 10:1
**hold** 15:19 17:12
**holding** 24:23
    31:10
**home** 9:4 10:4
    11:18,19,20,21
    14:24 15:17 18:16
    23:1 30:17
**honest** 10:22
    35:14
**honestly** 11:3
**hope** 37:16
**hostage** 16:20
**hostages** 14:14
    18:5,7 20:15 24:7
    24:7 30:13,16
    31:10 37:19
**hour** 15:19
**hours** 7:21 11:14
**house** 16:6 23:14
    23:16 31:1,4
    32:12
**hum** 13:16
**humanitarian**
    6:23
**hundred** 12:2

**i**

**idea** 22:2 29:18
**identify** 4:17
**ii** 1:4,20 2:3 3:2
    5:3,15 38:2
**imagine** 24:6
    26:19
**immediately** 17:7
    29:17
**impacted** 26:22

**inappropriate**
    9:15
**incompetent** 24:12
    31:14
**indicative** 30:21
**individually** 1:4,9
**individuals** 18:13
    20:16 21:10,18
    33:23 34:10 35:25
**infamous** 19:22
**information** 14:23
    18:12 21:4 29:19
    32:19,21 33:11,25
    34:4,5,6,7,14 35:7
    35:10,12,14,20
**injured** 13:21
**inside** 17:13 27:25
**insisted** 27:17,17
**intel** 32:18,24,25
    33:2,4,8,10
**interest** 1:5,9 8:4
    8:18
**interested** 8:20
    9:18,20,23,25
    14:23 39:16
**interesting** 10:22
**intern** 14:22
**international** 31:5
**internet** 9:10 24:9
    30:14 31:11
**interview** 15:1
    20:16
**interviewed** 15:2
**intimidated** 26:14
**intimidating** 27:24
**introduced** 2:13
    21:14
**investigations**
    24:3
**invite** 15:1

**invited** 15:8
**involved** 6:18,23
    7:16,23 8:7,15
    10:14
**ipa** 16:13
**irritable** 36:3
**isis** 14:7,8,9,12
    16:8,14,14,19
    17:21 18:9 19:1,7
    29:12 32:16 33:3
    33:9,19 36:9,11
**israel** 8:22
**istanbul** 13:9 19:3
    19:4 20:21 23:6

**j**

**j** 3:13
**jean** 1:6,8,10 5:18
    6:2
**jeans** 12:3
**job** 8:25 9:18 19:5
**joe** 31:2
**john** 31:2
**joining** 8:20
**joshua** 3:14 4:22
**jperles** 3:17
**july** 19:22
**junior** 6:22

**k**

**k** 3:14
**kayla** 1:6,10 5:18
    5:20,24 6:5,9,9,13
    6:24 7:13 9:16,18
    10:12,20 11:11,15
    11:15 12:3,12,18
    12:25 14:6,15,17
    16:19 17:11,25
    18:9 19:19,23
    20:13 21:2 22:15
    23:4 24:4,7,16,23
    25:1,7,10,22,25

26:3 27:1,4,10,11
    27:13,17 29:2,3,6
    29:21 31:24 32:5
    32:6,6,12,14 33:2
    33:7,15,18 34:12
    35:23 37:8,9,12,14
**kayla's** 6:1 16:4,9
    19:16 27:2 29:24
**keep** 13:18 18:2
**ken** 15:4,5,8
**kept** 26:3 34:17
**kerry** 21:16,18
    31:2
**kidding** 35:18,19
**kids** 9:9
**killed** 23:4 27:14
    29:11,13,21 33:7
**kind** 8:11 17:14,15
**kiwanis** 8:11
**knew** 8:23 15:12
    16:21 18:9,10,14
    18:14 19:19,21
    24:4,5,22 28:12,13
    28:14
**know** 6:16,21 7:18
    8:16 9:9 10:24
    11:7,11,22 12:12
    12:13,14 13:19,20
    14:12,20 15:11
    16:23,25,25 17:11
    18:20 19:1 23:1
    23:24 24:10 25:3
    25:19,20,23,24,24
    25:25 26:20 27:20
    28:8 29:20 31:14
    31:18,22 32:2,5,7
    32:17 36:8
**knowing** 15:22
    16:19 30:18
**known** 39:4

**l**

**lady**  9:1 25:18
**late**  6:22 20:2
**law**  3:13
**learned**  12:19 13:4
  14:3 18:4,6 19:25
  26:2,5,10,10,14
  29:16 32:18,20
  33:5
**learning**  24:25
**leave**  15:15 23:13
**lebanese**  29:14
**left**  11:24 23:16
  30:2,13
**level**  25:1 28:6
**lexi**  28:22 29:1,6
**life**  13:12,15 18:8
**light**  13:13
**line**  2:2,12 34:21
**lisa**  31:1
**listening**  15:21
**literally**  17:12
  23:15
**little**  6:13 10:14
  14:9 15:22 18:18
  27:21 32:1,3
  35:11
**live**  6:9 13:15,18
  13:21,23 22:6
**lived**  13:11
**lives**  7:6 26:24
  27:11
**lobby**  15:7
**local**  10:5,16 14:25
  15:3
**locally**  25:15
**located**  4:13
**long**  26:17 27:9,9
  32:16 33:17,17
**longer**  25:12

**look**  26:9 30:8
  32:11
**looked**  28:13
  29:22 33:19 35:15
**lose**  22:16 36:5
**lost**  10:9
**lot**  6:24 7:2 16:24
  21:2 26:21 27:15
  31:21 36:5,22
**love**  36:11
**loving**  36:22
**lutheran**  7:11

**m**

**mad**  32:8
**main**  23:14
**making**  13:8 36:10
**man**  9:8,11,13,20
  17:8,9,10 19:5
  20:20 27:23
**march**  1:21 3:3
  4:1,7 39:20
**maricopa**  39:2,6
**marriage**  36:1,3
**marsha**  18 6:2,2,3
  8:7 11:11,13,15
  17:17,19 21:20,25
  26:2,6 32:4 36:7,8
**marsha's**  26:22
  36:21
**matter**  4:9
**mccain**  15:18,20
**mccain's**  23:21
**mean**  6:15 27:21
**meant**  22:11
**medals**  7:24
**media**  28:18
**medication**  28:3,4
**meet**  21:13
**meeting**  21:13,14
  21:20 25:11 34:15
  35:1,8,9

**meltdown**  17:13
**memory**  31:20
**mention**  17:4
**mentioned**  7:13
  9:25 14:6 20:20
**message**  15:15,15
**met**  11:1 14:6 19:4
  20:6 32:5
**mid**  4:14,16
**middle**  17:7
**miles**  22:6
**military**  20:7
**million**  23:6,7
**mind**  11:4 12:24
  24:19
**mine**  10:15 15:3
  31:25 36:22
**minister**  7:10,11
  25:18
**miserable**  36:10
**mistake**  24:12
**monaco**  31:1
**monday**  13:1
**money**  16:8 18:24
  19:1 22:17 23:2,3
**month**  34:18
**months**  20:18
  22:23 25:12 26:13
  30:23 31:6 34:17
**morning**  4:5 5:11
  5:11,12 12:21,25
**mother**  6:1
**motorcycles**  32:1
**moving**  15:20
**mueller**  1:4,6,8,10
  1:13,20 2:3 3:2
  4:9,9 5:3,15,18
  6:2,6 38:2
**murdered**  30:14
**muslim**  29:23

**n**

**n**  2:1
**name**  4:13 5:13
  17:4,6,7 19:24
  21:12
**national**  33:6
**nearest**  22:6
**need**  7:19 15:8
  17:4 22:17 34:1
  37:10,12
**needed**  8:23
**negotiate**  19:5,11
  19:16 21:24
**negotiating**  19:10
**negotiation**  22:22
**negotiations**  18:15
**netflix**  28:24
**never**  9:7,14,14
  19:11,17 20:2
  30:16 32:25 33:4
  33:10,11
**new**  14:13
**news**  13:11,25
  28:25
**ngo**  11:21 12:23
  14:18 19:4 23:5
**nice**  9:12
**night**  12:21
**nights**  31:16
**nine**  28:17,19 29:2
  29:9
**northland**  10:6,18
**note**  16:18
**notebook**  19:7
**notified**  14:20
  22:5
**number**  15:13
**nw**  3:14

**o**

**obama**  19:13,18
  20:1 24:3,11
  30:15,21 31:2
  33:6
**obvious**  24:24,24
**obviously**  19:14
  30:3
**offer**  19:2
**officials**  21:11
**oh**  7:16 12:21
  18:22 26:23 36:2
**okay**  5:20 6:12
  32:1 34:10 35:7,9
**old**  28:17,19 29:3
  29:9
**once**  8:13 15:19
  16:8 20:10 21:22
**open**  11:8
**opens**  15:14
**opportunity**  22:19
**orchestrated**  31:1
**ordeal**  25:16
**order**  8:24
**orders**  31:4
**organization**  7:23
  8:3 14:11 32:25
  33:1,5,10
**outcome**  39:17
**outdoors**  6:24 7:2
**outside**  9:18 15:8
**overwhelmed**  12:9
**owned**  10:15

**p**

**p.m.**  36:14,15,16
  36:18 37:3,4,5,24
  38:2
**page**  2:2,12
**pages**  39:12

**paid**  18:15
**pair**  8:25
**palestine**  8:22
**panel**  20:7
**pardon**  25:6
**parents**  12:2 27:1
  28:20
**park**  32:3
**part**  8:9,9,15,16
**parted**  27:14
**partially**  21:1
**parties**  39:16
**passed**  11:6
**passion**  6:17 8:11
**patience**  36:3
**patients**  8:21
**pay**  20:4 21:16,19
  22:5,17
**paying**  20:9
**pc**  3:13
**peace**  8:20
**pebbles**  29:25
**people**  6:17,18,19
  6:21 7:18 8:8,12
  8:13,14 9:11,24
  10:1,2,25 11:2,6
  12:9 13:7,7,14,17
  13:20,21,21 15:1
  15:20,25 18:11,16
  19:4,5,6,25 20:7
  20:17,19 23:25
  24:9,22 26:9,21,21
  32:18 34:1,13,23
  35:2 36:4,5,7
  37:10
**people's**  31:11
**perceive**  28:18
**percent**  34:12
**period**  33:17
**periods**  26:17

**perles**  3:13,14
  4:22,22
**perleslaw.com**
  3:16,17
**person**  9:13 15:2,6
  21:13 25:10 33:14
  36:24
**personal**  1:5,9
  11:17 26:18
**peters**  7:11
**philanthropy**  8:5
**phoenix**  8:1 12:11
  22:7 34:21 35:6
  39:20
**phone**  12:1 15:13
  15:13,14,17 21:15
  23:21,21
**photo**  30:4
**physical**  30:1
**picked**  23:22,23
**pictures**  29:15,19
  29:22 33:13
**place**  13:8,10,19
  13:22
**places**  7:18 9:10
  12:7
**plaintiff**  4:9
**plaintiff's**  4:19
**plaintiffs**  1:14
  3:12 4:21,23
**plan**  13:8,9
**plans**  13:8
**playground**  27:2
**please**  4:17 5:13
  36:12 37:1
**plight**  8:18 9:16,17
**pm**  14:25
**point**  9:3 18:9,12
  18:19 19:9 20:8
  21:3,7,8,19,21
  29:4 31:7 33:25

**politically**  10:24
  10:25
**pop**  8:14 28:25
**population**  10:3
**possibly**  28:19
**powerful**  30:12
**prayed**  17:14
**prefaced**  20:10
**prescott**  4:13 10:6
  10:18 16:7
**presence**  27:24
**present**  3:19
**president**  20:1
  24:3,11 28:21
  31:2 33:6
**presidential**  7:20
  7:24
**pretty**  6:18 24:24
  24:24 34:11
**prisoners**  20:21
**private**  18:13
  20:16 21:10,17
  33:22 34:10 35:24
**probably**  6:21
  8:19 14:21 17:25
  23:17 26:6,23
  27:6 32:23 34:12
**proceed**  5:1
**proceedings**  37:17
  39:13
**procrastinating**
  30:24
**procrastination**
  30:22
**proficient**  8:24 9:2
**project**  10:21 11:1
**projects**  7:15
**proof**  18:8 29:20
  29:20
**prop**  17:22

**propounded** 39:8
**prosecuted** 20:8
**protect** 28:16
**protest** 9:20
**protocol** 20:18
**proud** 37:8,12,13
**prouder** 37:9
**proven** 12:12
**provide** 34:5
**psychologists** 28:3
**public** 6:23 7:20
  7:21 34:3
**publicizing** 30:20
**pull** 23:15 32:3
**pulled** 23:19
**pursue** 8:24
**pushed** 17:21
**put** 7:22 11:14
  18:6 37:11
**putting** 22:15

**q**

**qaeda** 14:11
**qatar** 21:11
**qatars** 22:3
**quaint** 32:3
**quantico** 16:11
**question** 18:22
**questions** 18:8
  23:7 34:16,20
  39:8
**quick** 34:15
**quit** 19:1
**quite** 10:13,17
  11:2,2

**r**

**radio** 14:25 15:5,7
  23:18 27:1 28:11
  32:11
**raid** 19:22 29:13
  29:13

**raise** 28:5
**raised** 7:8,9
**ranking** 21:11
**ransom** 16:18 20:4
  21:16,19 22:5,18
**ransoms** 18:15
  20:9
**rape** 25:1
**raped** 30:14
**rare** 8:14
**reach** 14:16,19
**reached** 28:12
**react** 26:2
**reacted** 26:8
**read** 35:3,4
**reading** 19:8
**reads** 35:12
**ready** 13:10 20:1
**real** 27:18 32:22
**realize** 12:4
**really** 10:23 11:8
  11:25 13:9,10
  14:22,23 16:16
  22:9 24:2 26:11
  27:7 34:24
**reason** 35:5
**received** 16:18
**receiving** 18:20
  31:8
**record** 4:6,18 5:14
  34:3 36:12,13,16
  36:17 37:1,2,5,7
  37:22,23
**recover** 19:20
**red** 13:13,22 20:19
**reduced** 39:10
**refrain** 29:7
**refugees** 12:16
**refuse** 30:7
**refused** 31:13

**regular** 35:23
**related** 39:15
**relationship** 11:9
  11:12 28:15
**release** 16:9 19:16
  21:24 24:16
**released** 18:5,7
  20:15 23:9,18
  24:4,6,8,11 37:19
**remember** 7:14
  8:17 11:19,24
  12:19,21 14:3
  15:24 16:1 18:4
  21:12 23:9,11
  24:15,25 29:10
  30:7 31:22
**remotely** 4:12
**removed** 31:11
**report** 23:10,19
  24:4,6,8,11,16
  25:23
**reported** 1:24
**reporter** 3:4 4:15
  4:25 39:5,24
**reports** 25:4
**represent** 4:18
**representative** 1:5
  1:10 15:13,14,17
**represents** 37:10
**republic** 1:16 4:10
**requested** 29:19
  38:6 39:18,19
**requesting** 16:8
**reservations** 22:7
**resident** 15:3
**responded** 19:8
**response** 18:25
**responses** 16:14
  16:17
**responsible** 12:15

**rest** 30:17 31:13
**retired** 18:24
**returned** 13:1
**revel** 36:10
**review** 16:12
**richard** 1:4,20 2:3
  3:2 4:8 5:3,15
  38:1
**ride** 31:25
**riding** 28:10
**right** 12:13,14,24
  33:21
**rnc** 28:25
**road** 23:14,15,20
**roadblocks** 21:23
**robert** 1:13 6:6
**rode** 32:1,2
**room** 26:16
**roughest** 27:6
**rpr** 1:24 39:23
**rules** 32:23
**run** 17:1

**s**

**s** 2:11
**sadistic** 37:19
**safe** 27:18
**saint** 7:11
**sanctioned** 21:9
  21:17
**sat** 17:8 20:22
**save** 22:24 24:13
  30:10
**saved** 30:15
**saving** 30:16
**saw** 6:19 12:18
  31:10
**says** 21:14 22:4
  34:20
**scene** 14:13
**scholarships** 8:13

**school** 6:18,22
  7:15,25
**screamed** 24:19
**search** 9:4
**second** 30:4
**secondhand** 25:3
  25:23
**secretary** 21:16,18
**secured** 34:21
**see** 8:12 11:23
  25:16 28:22 29:1
  29:23 30:6 32:12
  34:2,23
**seen** 12:4
**sell** 22:13,22
**selling** 22:23 23:1
**senator** 15:14,18
  15:20,23 23:9,18
  23:21,22,23,23
**send** 16:10,12,13
  17:21 18:23 19:1
  23:4,5,6
**senior** 7:17
**sense** 33:9,16
**sent** 16:6 29:15,18
  29:21
**serve** 9:5
**service** 6:23 7:14
  7:20,21 8:5
**set** 25:11
**sex** 26:3,18
**shannon** 1:24 3:4
  4:16 39:5,23
**she'd** 11:20
**shop** 11:13 17:13
  22:22
**shorthand** 39:10
**show** 14:25
**siblings** 6:5
**sick** 37:19

**side** 23:15,20
**sign** 24:3
**signature** 38:6
  39:18,19,22
**signed** 19:23 20:2
  24:5,11
**silence** 35:11
**silver** 7:20
**sing** 13:16
**sister** 28:1 29:9
**situation** 15:9
  17:10,16,25 19:25
  21:1,6 22:15 24:5
  28:7 31:5 36:6,9
**six** 22:22 34:17
**skeptical** 13:18
**skill** 39:14
**skip** 13:15
**slash** 30:6
**slave** 26:3,18
**sleep** 26:24 31:15
  32:13
**slip** 31:20
**slips** 12:24
**smart** 24:9
**smoking** 29:15
**sold** 18:23
**solitary** 26:15
**somebody** 14:1
  22:21
**song** 27:1 28:11
**sounded** 17:6
**source** 32:21
**sources** 25:4,5,6
  32:19,22 33:12
**space** 10:16
**spanish** 18:11
  30:11
**speak** 8:2 15:9
  21:20 26:4

**speaking** 25:14,21
  34:14
**special** 7:15 16:6
  35:15
**speech** 28:25
**spend** 6:24 7:2
**spoke** 15:24 16:1
  21:10 28:20
**spouse** 6:2
**sprinkled** 29:25
**ss** 39:1
**staged** 29:22
**stall** 19:12 31:5,6
**stare** 35:17
**start** 9:16
**started** 6:16 8:17
  14:14 15:20,21
  19:8
**starting** 4:18
**starved** 26:14
  30:14
**state** 3:5 5:13
  14:21 15:4 39:1,6
**statements** 12:6
**states** 1:1 5:22,24
  6:3,7 24:1
**station** 14:25 15:1
  15:7
**stay** 9:11,12
**staying** 25:20
**step** 18:18 21:23
  22:10,12
**stepped** 33:21,22
**stevenson** 1:24 3:4
  4:16 39:5,23
**stop** 13:13 30:19
**story** 21:3 26:6
  34:7,15 35:21
**straight** 11:6
**strengthened**
  36:21

**stress** 17:15 22:14
  23:12 28:4,6
**stretch** 26:16
**struggle** 36:21,25
**stuck** 31:24
**successor** 1:4,9
**suffering** 6:20
  8:10 12:5
**suite** 3:15
**supply** 34:4
**sure** 5:21 11:20
  18:25 19:21 27:7
  33:15 34:11,12
  36:2
**surroundings**
  13:19
**survived** 26:20
**suv** 12:3
**swear** 4:25
**sworn** 5:4 39:7
**syria** 1:17 8:18
  9:18,23 12:4,7,20
  13:2,5 23:4
**syrian** 1:16 4:10
  9:15,24 12:9

---

**t**

**t** 2:11
**table** 20:22
**take** 7:2 13:2,13
  16:10 18:18 20:18
  22:10 32:20,24,25
  33:4,10,11
**taken** 4:9 9:18
  14:4,7 26:12,18
  36:15 37:4 39:4,9
**talk** 15:6 17:8 19:4
  20:19 25:8,9
  27:10 29:5 32:6
**talking** 9:16 14:5
  20:25 21:21 34:18

tape 20:19
teddy 27:24
tell 6:13 9:13
  11:17,18 18:19
  20:3 21:15 24:22
  26:7,9 34:7,8,15
  35:7,10,11,13,14
  35:19,20 36:7
telling 23:25
tells 17:6
tendency 16:23
terms 27:15
terrible 30:6
terrorist 14:11
  29:21 32:24 33:1
  33:5,10
terrorists 30:19
  31:9
testified 5:5
testify 39:7
testifying 39:7
thank 4:24 6:12
  37:21
thereto 39:9
thing 11:4,24
  12:13,14 14:8
  17:14 35:17
things 10:15 11:17
  11:23 12:3 13:8
  15:20 16:24 17:2
  26:8 31:19 33:23
  33:24
think 7:25 8:2,4,8
  9:22 11:10 12:22
  14:19,21 17:18
  18:8 19:8,15,19
  23:15 25:12 26:4
  26:5,10,22,25 27:3
  27:5,15 30:9,25
  31:3,3,23 32:14

thinking 24:12,15
third 21:13 30:7
thought 14:1
  16:16 23:1 24:18
  33:18
thoughts 17:10
three 25:12,20
  29:22 32:23 33:12
threw 21:22
time 4:6,18 6:24
  7:2 9:3,19,22
  10:15 12:17 13:21
  14:7,13 15:3,24
  16:1,10,25 18:7,9
  19:12,23 20:6,12
  21:7 22:13,25
  24:15 26:17 27:6
  27:9,16,18,22
  28:10,20,24 31:18
  32:16 33:17 36:14
  36:18 37:3,7,24
timeline 17:2
times 12:17 18:1
  19:8,21 23:13
  25:11 31:21 33:10
today 18:17
told 11:5,24 12:11
  13:7 14:7 15:10
  15:16,18 17:8
  18:19 20:8,9,25
  21:18 22:4,10,11
  24:19,21 25:24
  26:7 27:13,13
  29:14 31:7 32:16
  33:3,7,8,9,13 35:5
  36:4,6,7
tom 3:20 4:14
torture 23:10,19
  25:1
tortured 24:1,17
  24:23 26:13 30:13

tough 29:4
tourist 32:3
town 11:22 23:12
  32:1,3
tracy 3:20 4:14
transcript 39:12
transcription
  39:11
transfer 23:3
traveled 19:3
treated 21:6
trial 37:17
tried 21:5 23:4
trip 22:3,5,6 28:11
trips 10:4 23:12
  26:5
trivial 12:4
truck 17:8,8
true 21:7 33:1,5
  35:20 39:12
truly 22:15
trump 28:21
trust 13:7 24:10
truth 39:8
try 10:23
trying 17:1 18:2
  19:15 22:24 24:13
  28:16
turkey 11:20
  12:16,23 14:2
turn 8:10 14:20
turned 9:22 15:10
turns 9:12
tv 28:23 32:11
  33:7
two 14:19 20:2
  22:5,8 32:22
  33:12

| u | |
| --- | --- |

u.s. 14:16 21:9
  22:1
understand 11:7
unfortunately
  10:9
united 1:1 5:22,24
  6:3,7 7:12 24:1
upset 18:21 21:25
  28:2,2 31:8,9
upsetting 28:21
use 16:13
usually 11:14
  23:22 33:12

| v | |
| --- | --- |

v 1:15
veritext 4:14,16
versus 4:10
victory 36:9
videoconference
  1:19 3:1
videographer 3:20
  4:5,15,24 36:13,17
  37:2,6,23
videotaped 1:19
  3:1 4:8
view 11:3
visible 30:1
visit 11:19 21:8
  27:15
visits 11:18
vivid 31:21
volunteered 10:5
  10:16 11:1
volunteering 10:7
  10:20

| w | |
| --- | --- |

wait 8:23
waited 15:7

**[waiting - zoom]**

**waiting**  20:1
**wake**  31:22
**walk**  6:20 22:17
**wall**  19:24
**want**  34:7 35:10
**wanted**  8:23 9:7
 29:20
**war**  9:19,22 12:5
**washington**  3:15
 8:1 16:11 34:22
**watch**  24:10 28:23
 28:23
**watching**  8:6,6
**way**  12:11 14:24
 21:23 23:17 26:11
 27:12 39:15,16
**ways**  27:14
**we've**  28:1 33:19
 33:21,22 34:23
 37:20
**weapon**  13:22
**weekend**  14:14
**weeks**  25:21 31:21
**weird**  35:17
**went**  11:22 16:21
 16:25 17:7,12
 21:5 24:8 25:23
 25:24,25 33:6
 34:25 35:2
**whining**  19:1
**white**  15:10 31:1,4
**willing**  17:9
**witness**  2:2 4:13
 4:25 5:4 39:7,9,9
**women**  21:1,4
 25:1,19 26:14
**wonderful**  13:16
**word**  29:20
**words**  16:15 18:22
**work**  6:23 10:2,20
 13:1 14:24 16:3

 17:3 18:1 20:21
 23:17 34:13
**worked**  8:25 10:17
 16:5 35:16
**working**  8:21 10:1
 11:12,14,21 12:16
 16:9 35:22
**works**  7:18 33:14
**world**  24:1 30:13
 33:7 37:10
**worried**  17:22
**worry**  13:2 28:6
**worth**  37:20
**write**  16:12
**writing**  16:14,17
 31:3
**wrong**  8:19 9:11
 12:20
**wrote**  25:18 30:23

| x |
|---|
| **x**  2:1,11
**xxx**  39:19 |

| y |
|---|

**yazidi**  24:25 25:21
**yeah**  7:8,16 12:21
 18:6,14 25:3
 26:23 29:2 30:14
 31:16 32:10 33:17
 37:12,12
**year**  7:17 8:23 9:1
 10:11,13 28:17,19
 29:3,9
**years**  8:11 26:23
**yelled**  24:19
**yellow**  13:14,18,24
 27:12
**young**  8:14 9:1,8
 9:20 28:5
**youth**  7:22,24 8:1
 8:3

**youtube**  28:23

| z |
|---|

**zero**  36:3
**zone**  27:12
**zoom**  1:19 3:1

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.