# EXHIBIT 4



Deposition of:

# Eric Mueller

*March 31, 2021*

In the Matter of:

# Mueller Vs. Syrian Arab Republic, Et Al

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

```
 1                    UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF COLUMBIA
 3
        Richard Carl Mueller II,        )
 4      Individually and as Successor in)
        Interest and Co-Personal        )
 5      Representative of the Estate of )
        Kayla Jean Mueller,             )
 6                                      )
        and                            )
 7                                      )
        Marsha Jean Mueller             )
 8      Individually and as Successor in)
        Interest and Co-Personal        )
 9      Representative of the Estate of )
        Kayla Jean Mueller             )
10                                      )
        and                            )
11                                      )
        Eric Robert Mueller             )
12                                      )
                         Plaintiffs,    )
13                                      )
                v                       )
14                                      )
        SYRIAN ARAB REPUBLIC            )
15                                      )
        Damascus, SYRIA,                )
16      _____)
17
18           VIDEOTAPED REMOTE DEPOSITION OF ERIC MUELLER
19                         March 31, 2021
                             4:52 p.m.
20
21      Prepared by:
        Vicki L. O'Ceallaigh Champion, CR
22      Certificate No. 50534
23
24      Prepared for:
25      (Certified copy)
```

Page 2

1                       I N D E X

2

3    WITNESS:

4    ERIC MUELLER                              PAGE

5        Examination by Mr. Perles ..............   4

6

7

8                    E X H I B I T S

9    NO.                DESCRIPTION             PAGE

10                      (None marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1      THE REMOTE VIDEOTAPED DEPOSITION OF ERIC MUELLER

2   commenced at 4:52 p.m. on March 31, 2021, before

3   VICKI L. O'CEALLAIGH CHAMPION, a Certified Reporter,

4   CR No. 50534, for the State of Arizona.

5

6                           * * *

7                   A P P E A R A N C E S

8

9      For the Plaintiffs:

10     PERLES LAW FIRM, P.C.

       By:        Joshua K. Perles, Esq.

11                1050 Connecticut Avenue, NW

                  Suite 500

12                Washington, DC 20036

                  (202) 955-9055

13                jperles@perleslaw.com

14

15

16   Also Present:

17                Mr. Tom Tracy, Legal Videographer

18

19

20

21

22

23

24

25

Page 4

1                                    REMOTE
                                     March 31, 2020
2                                    4:52 p.m.

3

4               P R O C E E D I N G S

5          THE VIDEOGRAPHER:  Good afternoon.  We are

6    now on the record.  The time is approximately

7    4:52 p.m. on March 31, 2021.  This is the videotaped

8    deposition of Eric Mueller taken by the Plaintiff in

9    the matter of Mueller versus Syrian Arab Republic,

10   et al.

11          This is being filed in the District Court,

12   District of Columbia.  The deposition is being held

13   remotely.  The Witness is located in Prescott,

14   Arizona.

15          My name is Tom Tracy from the firm of

16   VeriText MidAtlantic.  I'm your Videographer.  The

17   Court Reporter is Vicki Champion, also with VeriText

18   MidAtlantic.

19          Counsel, will you please identify yourself

20   and whom you represent for the record at this time.

21          MR. PERLES:  Joshua K. Perles, Counsel for

22   the Plaintiffs.

23          THE VIDEOGRAPHER:  Thank you, Counsel.

24          The Court Reporter will now swear in the

25   Witness, and we can proceed.

```
 1                     ERIC MUELLER,
 2    called as a witness herein, having been duly sworn,
 3    was examined and testified via videoconference as
 4    follows:
 5
 6                       *   *   *
 7
 8                     EXAMINATION
 9    BY MR. PERLES:
10       Q.   Can you please state your full name.
11       A.   Eric Robert Mueller.
12       Q.   And how are you related to Kayla Mueller?
13       A.   Kayla was my sister.
14       Q.   Are you her older or younger brother?
15       A.   Older brother.
16       Q.   How much older are you than Kayla?
17       A.   Approximately, three and a half years.
18       Q.   Are you a U.S. National?
19       A.   Yes, sir.
20       Q.   Do you know if Kayla was a U.S. National?
21       A.   Yes, sir.  She was.
22       Q.   Thank you.  So you and Kayla were pretty
23    close in age.  Were you close as children?
24       A.   Yeah.  We were very close as children.  She
25    was my best friend, my confidant.  We lived a little
```

Page 6

1   bit rural -- actually, quite a bit rural -- when we

2   grew up.  We were probably a 20-minute drive to

3   town, so there weren't a lot of kids around, so it

4   was pretty much just her and I for the majority of

5   our childhood.

6        Q.   What kinds of things did you do together?

7        A.   We did everything together.  We did -- we

8   played outside.  We would build forts.  We'd build

9   treehouses.  We'd dig in the dirt, dig in the

10  sandbox, ride bicycles.  Pretty much everything we'd

11  do as -- everything a kid would do, we did

12  together.

13       Q.   And, as you said, there weren't a lot of

14  other kids to play with?

15            THE WITNESS:  Right.  There was maybe two or

16  three other kids on our street, but even they were

17  quarter to a half mile away, so we didn't play with

18  them very often.

19       Q.   So when you weren't in school, you were just

20  with each other mostly?

21       A.   Yeah.  Pretty much.  Just the family, her

22  and I and my parents.

23       Q.   Did you ever take any family trips

24  together?

25       A.   Oh, yeah.  Yeah.  We -- seems like we were

Page 7

1   always doing something, going to the lake, going

2   four-wheeling.  We really liked going camping.  We

3   would go -- I mean, some of the trips I remember, we

4   went to Utah and did the Flaming Gorge and did all

5   the dinosaur museums up there and the Sequoia

6   National Forest, we did one time -- Route 1 all the

7   way up through California to the Sequoia National

8   Forest.  We went to Alaska together -- lots of

9   things.

10       Q.   What were those trips like?  Are they fond

11   memories for you?

12       A.   They are.  Yeah.  They are all a lot of fond

13   memories, being in the back of Dad's Bronco, and

14   again, just her and I doing whatever it was that

15   kids do at that point, counting license plates,

16   seeing how many states we would find or playing some

17   kind of a travel game.  Spent a lot of time in the

18   vehicle on those trips, you know, because we drove

19   pretty much everywhere short of Alaska.

20            We went back to Illinois a few times and

21   visited family.  All of our extended family is in

22   Illinois, so I can remember a couple times we drove

23   all the way back there and went to Mexico a few

24   times.

25       Q.   It sounds like you may have known Kayla

Page 8

1  better than anyone.  What was she like as a little

2  girl let's say younger than middle school,

3  elementary school?

4      A.    She was always -- always worried about

5  everybody else, you know, always trying to make sure

6  if we did have friends over everybody was playing

7  together, playing nice, and never really got into

8  much trouble.

9           She was always kind of the golden child, I

10  guess you could say, even at a young age.  I was

11  always the one getting in trouble, it seemed like,

12  you know, but yeah.  I would say I knew her better

13  than anybody.

14      Q.    You said she was the golden child.  Did

15  she -- and you didn't always behave, as well.

16           Did she try to make you behave better?

17      A.    Oh, yeah.  Yeah.  Didn't matter -- didn't

18  matter what I did.  If it directly affected her or

19  not, you know.  I remember one time I threw a water

20  balloon, and it hit kind of near her feet, and I got

21  told on.  She told on me, because I threw a water

22  balloon at her.  Of course, I got in trouble for

23  that, you know, picking on your little sister type

24  of thing, so...

25      Q.    So at a young age, she had a strong sense of

Page 9

1    justice?

2        A.   Oh, yeah.  Yeah.  That's for sure.

3        Q.   How did -- how did she change as she got

4    older through middle school and high school?

5        A.   Nothing -- nothing changed a whole lot.  I

6    mean, she was still compassionate towards any- --

7    anybody and everybody.  Middle school, grade school

8    and middle school she kind of latched onto the

9    people that didn't really have anybody, you know,

10   the kids at school that didn't have friends, and she

11   would kind of take them under her wing, so to speak,

12   and make sure they felt like they mattered to

13   somebody, you know, that nobody was alone.

14            And even in junior high, she -- she started

15   doing kind of community-service-type projects and

16   helping, you know -- helping around our community

17   here in Prescott.

18       Q.   So you and Kayla lived in the same household

19   until you moved out; is that correct?

20       A.   Yeah.  Same household, yeah.  Two different

21   houses, but same household.

22       Q.   What age were you when you moved at?

23       A.   I was right at 18, I think.

24       Q.   Did you move far?

25       A.   No.  I moved actually to where I currently

Page 10

1    am, Prescott Valley, and it's about 15 minutes,

2    maybe 20 minutes from my parents' house.

3        Q.   So Kayla would have been -- you were 18 --

4    13, 14-and-some-change?

5        A.   Yeah.

6        Q.   Did you keep seeing each other frequently

7    after you moved?

8        A.   Uh-huh.  Oh, yeah.  Before she could drive,

9    we would go pick her up, and you know, she would

10   come to our place and hang out and have dinner and

11   play video games or board games or whatever it was

12   we were doing at the time.  We'd pick her up

13   sometimes and go to, you know, a haunted house if it

14   was around or go to the Christmas lighting or any

15   number of things around town.

16        We were -- even after that point, you know,

17   I obviously didn't see her as much, you know,

18   because I wasn't living in the house, but I would

19   say we definitely -- definitely stayed close and

20   still hung out quite a bit considering.

21        Q.   Are you married?

22        A.   I am.

23        Q.   Did Kayla meet your wife?

24        A.   Yeah.  Yeah.  My wife and I have been

25   together since I was probably -- I think I was 19,

Page 11

1    so we have been together quite awhile, so she knew

2    Kayla very well.  She was -- my wife came into the

3    family and immediately just kind of was part of the

4    family, and my wife and Kayla got along great like

5    they were sisters, you know, like long lost

6    sisters.

7         Q.   What sort of things would they do

8    together?

9         A.   They'd do girls' days and makeup and all

10   sorts of stuff.  I can't answer that 100 percent,

11   but they would go do stuff on their own, go to

12   breakfast sometimes, or you know, if I was working,

13   Alex would go pick her up before I got home, and you

14   know -- so she would be here to have dinner, stay

15   over, whatever the case might have been.

16        Q.   Did you ever think they were planning behind

17   your back?

18        A.   All the time.  Yeah.  And they were.

19        Q.   Do you have a daughter also?

20        A.   I do.

21        Q.   Did she ever get to meet Kayla?

22        A.   She met Kayla in person, I want to say, on

23   two or three occasions.  By the time my daughter was

24   born, Kayla had already started doing a lot of her

25   service projects and kind of living abroad or going

Page 12

1    hiking.  You know, she did a backpacking trip across

2    Europe at one point.  I believe my daughter only met

3    her a handful of times, between two and three, and

4    you know, it was -- it was her only niece, you know.

5    Not much you can say about that other than she loved

6    her.

7        Q.    As Kayla and your daughter both got older,

8    did they -- when they weren't in person, did they

9    ever have phone calls?  Did they ever do video chat?

10       A.    Yeah.  Primarily video chat.  Kayla, because

11   she was abroad, phone calls were a little bit harder

12   than video calls, which is ironic, but wonderful at

13   the same time.  So my daughter would be in the room

14   when we would be Skyping -- or I think it was Skype

15   at the time with Kayla.

16           And there were a few times that I can

17   remember that my daughter asked her when she was

18   going to be coming home to visit on multiple

19   occasions, which blew me away, because my daughter

20   was so young at the time.  I didn't really know that

21   she even understood that, you know.  We -- we

22   assumed that our daughter believed that Kayla was

23   the aunt in the computer, you know.  So that was

24   interesting when she was -- when she started asking

25   questions like that.

Page 13

1      Q.   Has she asked any questions since?  Have you

2   talked to her about what happened to Kayla?

3      A.   She asks questions quite a bit about Kayla,

4   about you know -- in the beginning, she's -- she's

5   smart.  She's super, super smart for her age, and

6   she was able to tell that something wasn't right,

7   because obviously, I didn't have anybody to watch

8   her while all the stuff was happening in the

9   beginning with Kayla.  So she had to be around, and

10  we just tried our best to keep her distracted, or

11  you know, playing in her room or something like that

12  when we had to do something that we didn't want her

13  to hear or see, for that matter.

14          So even to this day, she still asks -- now

15  she knows Kayla is in heaven, and she won't be

16  coming back, and she understands that.  She knows

17  why in the sense that I have told her Kayla was with

18  bad people, and bad things happened, but I can't --

19  I can't soundly talk to my nine-year-old about

20  everything that happened, because I know how -- how

21  it affected me and my folks and my wife, and it's --

22  I don't want her to lose that innocence and be

23  afraid of the world, so to speak, by knowing what

24  happened.  She will know, at some point, but she

25  needs to be old enough to know that that's not how

Page 14

1   the world is.  That's how those people were.  Right?

2        Q.   You mentioned that Kayla had been traveling

3   extensively abroad.  Can you talk to a little bit

4   about what she was doing before she was taken.

5        A.   She -- she started traveling abroad.  I

6   don't know exactly how old she was, but I know one

7   of her first trips was a backpacking trip through

8   Europe.  She went through all different countries.

9   She went through Germany and stayed in hostels and

10  just, you know, had fun.  Her -- it was her and one

11  of her close friends at the time.

12            And that -- after that trip, she came home

13  and finished college, and then decided that she

14  wanted to do something else, so she went back over

15  there.  And, at one point, she was an au pair, a

16  French -- I think a French family, something like

17  that.

18            And then she started working on -- man, she

19  went to an orphanage somewhere abroad like in India

20  or somewhere -- somewhere around there and worked

21  with orphans over there.  And that, of course,

22  transitioned into more and more overseas

23  humanitarian work, even though it kind of started

24  with being the au pair for the French family, and

25  then it just progressed from there.

Page 15

1    Q.    Did you know she was doing work like that in

2   Turkey?

3    A.    Yeah.  We knew that she was working with a

4   group in Turkey on the border.  It was a refugee

5   camp for Syrian refugees.  That wasn't the first one

6   that she had done, but obviously, the last.

7    Q.    Where were you when you learned that she had

8   crossed the border into Syria and something had gone

9   wrong?

10    A.    Well, I knew nothing of her crossing the

11   border.  As far as I had known up to that point that

12   I found out, my assumption was that she was in

13   Turkey working at this refugee camp.

14         When I found out, I was at work, and my

15   parents called and said something had happened and

16   that we needed to talk.  And so they came up to my

17   work, and I met them outside, and we had the

18   conversation about her being -- her being taken, and

19   at that point, I don't think they knew -- it was a

20   few days after she had actually been taken, I

21   believe, somewhere in the neighborhood of two to

22   four days, and they didn't know exactly who it was.

23   They just knew what had happened, because one of the

24   people in the group that got taken was released

25   almost immediately and then came back over to the

Page 16

1    refugee camp and told everybody what happened.

2        Q.    So you found out from your parents?

3        A.    Uh-huh.

4        Q.    Right?

5        A.    Correct.

6        Q.    And what was the next step for your family?

7    What did you do when you found out?

8        A.    I didn't really have much of a choice.  I

9    had to go back to work.  We knew the severity of the

10   situation, because we knew the groups that were in

11   Syria.  So, obviously, we had our suspicions as to

12   who it may have been, but for me, I had no choice

13   but to go back to business as usual, because I had

14   to provide for my family.  I couldn't let it affect

15   that, and we didn't know enough information at that

16   time to really do anything.  It was just we know

17   she's been taken.  We don't know who.  We don't know

18   where.  We just know that she is not here, so...

19       Q.    So we will get to the ransom note later,

20   which I know you were aware of.  Until that note

21   arrived, did you or your family know if Kayla was

22   even alive?

23       A.    No.  We didn't.

24       Q.    And did you know anything about the

25   condition she was being held in or any information

Page 17

1  like that?

2      A.   Not -- not that I'm aware of.  My parents

3  may or may not have known, because they -- they

4  would find things out, and then, you know,

5  there never -- there never was a good time to talk

6  about it, so they would find stuff out and then, you

7  know, not tell me or forget to tell me, so they may

8  have known, but I didn't.

9      Q.   How did you deal with those months and

10  months of not knowing?

11      A.   I went to work every day and just pretended

12  like I didn't -- pretended like nothing was wrong.

13  I mean, I didn't -- I didn't have a choice.  I

14  didn't know where she was, who she was with, you

15  know.  We were just hoping and waiting that

16  something would happen and that they would find her

17  or somebody would say that they had her or -- I

18  mean, my day-to-day, you know -- I think at that

19  point, the FBI may have been involved, and they were

20  telling us to not discuss it with anybody, and you

21  know, it was kind of -- because it was a high level

22  issue, I guess, they didn't want anybody talking

23  about it.

24          So I had to -- I had to just go day to day

25  just like I would as if nothing was wrong and not

Page 18

1    show or not let anybody see it.

2        Q.    So outside of your family, you had to

3    pretend everything was okay?

4        A.    Uh-huh.  Worst times of my life.

5        Q.    At that point, did you have hope that Kayla

6    would be released?

7        A.    At that point, yes.  I did.  I hoped -- I

8    knew the circumstances, and you know, kind of the

9    situation, and I knew that the chances were slim,

10   but you always kind of hold on to that one little

11   bit of faith.

12       Q.    Let's turn to the ransom note for a minute.

13       A.    Uh-huh.

14       Q.    When did you -- how did you learn that ISIS

15   had sent your parents a ransom note?

16       A.    They had told me that they got an e-mail.

17       Q.    Did you ever see it?  Do you know what ISIS

18   was asking for?

19       A.    Yes.  It varied.  The first one was an

20   exorbitant amount of money, something that no -- no

21   person in the United States would have been able to

22   pay, and I think they did that because they were

23   looking for the government to step in and pay.  I

24   can't even remember what it was -- $100 million or

25   $200 million.  It was crazy.  It was absolutely

Page 19

1    crazy.

2        Q.    Did they ever ask for anything besides

3    money?

4        A.    They did.  Well, every -- every e-mail that

5    came through showed it was a dollar value or you'll

6    never see her again type of e-mail, and then it

7    slowly started to change, and the dollar value

8    started to come down, and then at that time, the

9    current president, President Obama, was running

10   bombing raids in Syria, and the notes had changed to

11   an even less amount of money, which it was still a

12   huge, you know -- huge amount of money that no one

13   could afford, but they also added in the demand of,

14   "You need to make our" -- "you need to make your

15   president stop bombing our people," which you know,

16   you couldn't -- you couldn't come up with the sum of

17   money nor could you walk over to the White House and

18   ask the President to stop bombing people, so it was

19   no different than $200 million, you know.

20       Q.    When you saw those demands, did it change

21   the hope you had for Kayla's safe return?

22       A.    Eventually, it did.  At first, it didn't,

23   because at first they kind of seemed -- and I

24   believe the FBI was telling us, too, that they were,

25   you know -- it was a shoot for the moon and land in

Page 20

1   the stars type thing.  Let's say we want "X"

2   billions of dollars, and then when you come back and

3   say you can't pay that, they barter, so to speak,

4   which didn't ever really happen too much, but as

5   the -- as the demands kept coming in and the letters

6   or e-mails kept showing up, I had less and less

7   hope, because I knew that they saw her as nothing

8   more than a dollar sign, a white, you know, American

9   woman.  All she's worth to them was the money.

10      Q.   How did you find out that Kayla had been

11  killed?

12      A.   They put a social media message out that

13  said a Jordanian air strike -- that Kayla was in

14  a building that had been hit by a Jordanian air

15  strike, and that's what killed her.  And they put it

16  out on some form of social media, Twitter, or

17  something like that.  And then, in addition to that,

18  they put my parents' full names, their address and

19  their phone number, which was very strange.  At that

20  point, they were just taunting, you know.

21      Q.   Did Kayla's abduction and her murder, this

22  ordeal that you went through, affect the

23  relationship with your family -- your relationship

24  with your family?

25      A.   Yes.  In many ways.

Page 21

1    Q.    Could you elaborate a little bit.

2    A.    Starting on my parents' side, I -- I became

3    distant.  They became more distant.  I think a big

4    part of that was we were being told constantly by

5    the FBI not to talk about it with anybody, so we

6    didn't have anybody to discuss it with.  We just had

7    to keep it bottled inside.

8         I was dealing with work still, you know,

9    full-time job working every day and a daughter and

10   wife, my own family, and they had no focus on --

11   their sole focus was on Kayla and her issues, so I

12   wasn't getting any help there, which made me

13   withdraw from that side of things.

14        Then, within my family, if my wife wasn't as

15   strong as she was, she wouldn't be here with me

16   still.  I had anger issues and outbursts, and I had

17   to keep everything so close and so tight knit, and I

18   couldn't have that emotional relief of being able to

19   just talk to a close friend about it, somebody that

20   was unrelated to the situation and could just talk

21   as opposed to, you know, being involved in it, you

22   know.

23        It took a big toll on my -- my family

24   relationships across the board, my parents and my

25   wife and daughter.

Page 22

1      Q.   How did you make it through this difficult

2   period with your wife?

3      A.   I don't know.  I really honestly don't know.

4   Like I said, if she wasn't as strong as she was, she

5   wouldn't be here.  I don't think most women would

6   have stuck around, honestly.  It got really bad.

7   You know, I would just go sit by myself for hours on

8   end and just not know what to do with myself.

9           I wasn't sleeping, you know.  I couldn't

10  sleep, because I would have nightmares about her,

11  and then on top of it all, I still had to be at work

12  at 7:00 in the morning.  So working all day in a

13  high stress job and coming home to an even higher

14  stressed home, I don't know how I made it through

15  it.  And I'm still working on it.  You know, I will

16  be completely honest.  It's a daily struggle that

17  gets better with time, but seems to be taking an

18  awful lot of time.

19     Q.   Were you ever treated for depression or

20  anxiety?

21     A.   Yeah.  Yeah.  Probably a year and a half

22  into her death, so that would have been two to two

23  and a half years after we found out that she had

24  been captured.  I finally reached out to a family

25  doctor that we had known, you know.  He was a family

Page 23

1   friend.  He was my dad's doctor.  He was my

2   doctor -- and just started talking to him about it.

3   What can we do?  What can we try?

4        I went through probably six, seven, eight

5   different antidepressants.  None of them worked to

6   the extent that I thought they should.  Some of them

7   worked too good to where it didn't matter what

8   happened.  I was just kind of a shell of a person,

9   just didn't care.  Some of them made me feel like I

10  was on drugs or something.

11       So I ended up pretty much going away from

12  all the antidepressants.  He prescribed me Xanax for

13  panic attacks, which I took any time that I would

14  have one, which was during that timeframe, pretty

15  often, multiple times a week where I felt like I was

16  going to have a heart attack, and my heart was

17  beating through my chest and missing beats, and I

18  was having heart palpitations, and it ended up

19  ultimately being due to stress.

20       Q.  Did you ever have to take heart medication

21  to deal with the heart rhythm and speed issues?

22       A.  Yeah.  So that doctor retired, and I was

23  pretty much -- it forced my hand to find a new

24  doctor, which I did and sat down with him, talked to

25  him about what happened and how long I had been

Page 24

1    dealing with what I had been dealing with, and he

2    tried me on a couple, maybe two or three more

3    antidepressants to try to fix the issue, and again,

4    they just -- they didn't work.  I don't know if it's

5    just the chemical composition in my brain, but I got

6    the exact same results, either hyper or completely

7    zombie, you know, there was no in between with any

8    of them.

9         So his conversation then turned to PTSD

10   issues, because he treats a lot of soldiers that

11   come back from war, and he had prescribed me a

12   heart medication for heart rate strictly.  So I had

13   the Xanax for when I would have a panic attack, and

14   I could also take this other pill that when my heart

15   was over 140 beats per minute would bring it back

16   down to a normal -- you know, between 70 and 90.

17        Q.   So your heart would be at 140 beats per

18   minute while you were resting?

19        A.   Or more.  There were several times where I'd

20   drive to the grocery store, and I'd get halfway

21   there, and for know reason whatsoever, my heart rate

22   would spike, you know.  At the time, I had an iWatch

23   so I could monitor my heart rate, and it was over

24   140 beats per minute.

25        I would just have to recline back in a chair

Page 25

1    or lay on the floor, depending on where I was and

2    just reground almost, you know, just take some deep

3    breaths and -- it's the weirdest thing having a

4    panic attack and knowing that you are having a panic

5    attack, because you are telling your body to control

6    itself, and it's just out of control, you know.

7            Your breathing gets heavy.  Your heartrate

8    goes up, and you know -- at the time, anyways, I

9    knew what was going on, and I would try to control

10   it, you know.  "Everything is fine.  You are going

11   to be just fine, just literally talking to myself,

12   telling myself everything is going to be okay.

13           Eventually, I got to a point where that

14   started to work, but in the meantime, I was taking

15   the medicine to help.

16      Q.   Did any of your doctors ever send you for

17   counseling for PTSD?

18      A.   The current doctor that I'm seeing now,

19   which is the newer one, he never -- he never really

20   said specifically PTSD, but he did send me to a

21   counselor -- or he talked to me about it first and

22   asked me if I had ever been, which I hadn't.

23           And he ended up sending me to a counselor

24   here in town that specializes in PTSD and traumatic

25   family loss, which was perfect, perfect for what I

Page 26

```
 1   needed, I guess.  And I went and saw her and had
 2   several sessions with her over the course of maybe
 3   nine months, something like that.
 4          And it was -- it was weird for me, I guess,
 5   is the best way to put it, you know, and again, it
 6   was because it was engrained into my mind, "Do not
 7   talk about this."  So even after she had been
 8   killed, and it was in the media and everybody knew
 9   about it, it was still engrained into my brain that
10   you couldn't talk about it.
11          When I spent 18 months, plus or minus, going
12   to work every day talking to friends every day and
13   never saying anything about it.  They would ask me,
14   "How's your sister doing?"  What the hell do you
15   say?  You know, you can't -- you can't talk about
16   it, and people are asking how she's doing, and all
17   you can say is, "I haven't heard from her in awhile,
18   but I think she's doing fine," or "Yeah, we talked
19   to her a little while ago, and everything seems
20   okay."  You got to lie to your closest friends about
21   your sister being taken.  It's awful.  It's awful.
22      Q.   You mentioned that you had trouble sleeping,
23   and that you had nightmares.  Do you still have
24   nightmares?
25      A.   Not as often.  They are very sporadic.
```

1  There are nightmares that I have still, but I think

2  I'm past that point now finally, mentally, through

3  the counseling and through finally being able to

4  talk to people about it and knowing that I can open

5  up and have the discussions with people has helped

6  with those.

7          But for a long time, I would work off of

8  three, four, five hours a night maximum, and there

9  were some nights where I might get one or two hours

10  of sleep, because I could feel -- it was just

11  something in me that I knew that there was going to

12  be a nightmare.  It was almost like they were timed.

13  I could just sense that if I had a really bad day or

14  she was really on my mind or another news article

15  had come out or something came on the TV about her

16  and what she went through that it would trigger

17  those -- those nightmares again.

18          There were nights that I would physically

19  try not to sleep to avoid it, because they were so

20  vivid.  I mean, it was like I was there when

21  everything was going on with her.  It was -- to try

22  to not go to sleep to avoid having a nightmare, I

23  have never had that problem.  In fact, I don't

24  really dream at all, so to even have a dream like

25  that and still consistently for so long.  You know,

1    it was like I'd read a news article, I'd read a news

2    story, and my dream would be exactly what that news

3    article said in vivid detail like I was watching it,

4    watching her get everything done.  It was awful.

5         Q.    I know this is difficult to discuss, but do

6    your best to describe what these nightmares were

7    about.

8         A.    They varied.  Again, it would kind of --

9    kind of depend on when something would happen, and

10   we would find out new details about her captivity,

11   or when we would find a new news article that

12   somebody had written or a new piece on TV, you know,

13   on whatever news channel.

14           They varied, but I can remember, at one

15   point, somebody had said that they had ripped all of

16   her fingernails out from the nailbeds, which come to

17   find out was not true, but it was in a news article,

18   and I had had dreams about that, just hearing her --

19   hearing her scream while they ripped her fingernails

20   out.

21           When the article came out about how Baghdadi

22   using her as his sex slave, I had vivid dreams about

23   that man doing those things to her.  I would wake up

24   and not be able to go back to sleep, and it would

25   set my whole day off on -- on that note, which then

Page 29

1   made my whole day bad on top of already being

2   stressed, and I mean, his wife beating her, the

3   photos, the proof of life video, the cell that they

4   would hold her in.

5         I mean, it's all -- I don't know anything

6   about it.  I don't know if any of it actually

7   happened or not, because we don't have -- it's not

8   like somebody has come forward and told us what

9   happened in detail, but my mind would take it and

10  just run with it to the point where I would see it.

11  I mean, like I was there, the blood, the -- just

12  everything, everything.

13       Q.   You mentioned -- you mentioned earlier that

14  ISIS had released your parents' personal

15  information.

16       A.   Yeah.

17       Q.   Were you ever concerned -- are you still

18  concerned that ISIS or people sympathetic to ISIS

19  might retaliate against your family, your wife, your

20  daughter?

21       A.   I was at one point when all the information

22  was being released and the United States is bombing

23  them, and you know, we are going in there trying to

24  eradicate them, which is exactly what we should have

25  been doing, but then I knew that they had all my

Page 30

1    information, too, because they had my sister's

2    laptop.  So they had my e-mail.  They had pictures

3    of me and my family.  They had my phone number and

4    my address.  They had all of my information, as

5    well, because it was all within my sister's computer

6    along with my parents' stuff.

7            So there was definitely that fear that they

8    would show up, which is an irrational fear, but

9    anxiety gets the best of you, and there is no way

10   that they are going to fly all the way over here to

11   take my daughter, but that irrational fear was too

12   much to overcome some days, and it absolutely

13   would -- would freak me out.

14           I put security cameras up at my house.  I

15   bought an alarm system.  I mean, there is every --

16   every entrance to my house has a camera on it now,

17   and that was partly due to that insecure feeling

18   of -- of not knowing if something would happen.

19           At that point, they had -- they had whatever

20   they would call them -- they are not soldiers -- the

21   cowards -- they had them here in the United States,

22   and we knew they had little caliphates through the

23   United States.  So I knew that they were here, and I

24   guess maybe that drove it.

25           I mean, they found them as close as Phoenix,

1   if I'm not mistaken, at one point, somebody that was

2   an ISIS sympathizer, so that added to my anxiety,

3   you know, my panic attacks.

4          I didn't want to leave the house.  Part of

5   my job is traveling.  I traveled all over the

6   country to do different things for work, and there

7   would be mornings I would get up to go to the

8   airport, and I couldn't help but start crying,

9   because I was so afraid that if I wasn't here to

10  protect my family, like I couldn't be there to

11  protect my sister, that I wouldn't be able to live

12  with myself.

13         That's a really crappy feeling, you know.

14  Thank God nothing happened, but it was definitely to

15  the point where I would ask some of my friends

16  within the police department if they wouldn't mind

17  watching the house, and they all agreed that they

18  would.  I never had them do it, but it got to the

19  point where I actually made that inquiry to them.

20  Q.    Based on our previous conversations and what

21  you said now, I know you are aware of the extent of

22  torture that Kayla experienced.

23         Do you ever wonder about whether Kayla, if

24  she had been released, would have been able to

25  recover from her treatment by ISIS, her torture, her

Page 32

1    sexual slavery?

2        A.    Yeah.  As much as I wanted to see her again

3    and as much as I wanted her to be here as my

4    daughter's aunt, when we finally got the

5    confirmation that she was passed, that she had

6    passed away, I don't want to say there was a sigh of

7    relief, because that makes it sound cold, but there

8    was a sigh of relief that she doesn't have to suffer

9    anymore at the hands of these people.

10            And as far as if she would have ever been

11   released and come home, would she have been able to

12   have recovered mentally and physically from the

13   abuse, I can't answer that question, because it's --

14   each person is going to handle that differently.

15   Everybody is strong mentally, everybody is strong

16   physically in different ways.  Some people can

17   survive beatings and be fine with it; some people

18   can't, you know, and so that's a tough question.

19            Was I relieved to find out that was she

20   gone?  No.  Was I relieved that she didn't have to

21   suffer at the hands of these savages anymore?  Yes.

22   I knew she wasn't suffering.  I knew she was in a

23   better place, and I knew that I didn't have to worry

24   about being the older brother that could do nothing

25   to do -- that could do nothing to protect his

Page 33

1   sister.

2       Q.   I can't even imagine what this is like, and

3   I doubt the Court can either.  You do your best to

4   put into words what being that older brother is

5   like, what knowing that your younger sister was

6   subjected to feels like, if you can put it into

7   words.

8       A.   I don't know.  It's one of the most awful

9   feelings I have ever had in my life.  It's one of

10  the most awful feelings I could ever imagine

11  feeling.  Your job as an older brother to your

12  little sister is to be the protector starting from a

13  young age.  You know, you just kind of have that

14  mentality, or I did anyways, of wanting to protect.

15          You know, I could be there when Mom and Dad

16  weren't, and she would come to me with issues that

17  she didn't want to come to Mom and Dad with, you

18  want, and you want to protect her from boyfriends

19  and -- well, that protection gets put on a whole

20  other level when she is on the other side of the

21  world with a bunch of people that are known to

22  literally cut the heads off of people with dull

23  swords on camera, so that they can terrorize people,

24  and there is not a single thing you can do about it,

25  not a single damned thing.

Page 34

1          You can try to your heart's content.  You

2    can talk to people.  You can go to the government,

3    go to the FBI, go to your friends.  No one can do

4    anything.  There is nothing that anyone would do.

5    The government wasn't willing.  They didn't really

6    want anything to do with it.  I fully believe that

7    they used Kayla's situation to dig up intel on ISIS

8    more than get Kayla home.  They wanted to tailor the

9    e-mails and modify the e-mails and tell us what to

10   say and how to say it.  And even in that instance, I

11   couldn't say what I wanted to say.

12          It was just -- I wouldn't wish it on my

13   worst enemy to have that kind of feeling of complete

14   and utter helplessness for someone you care so much

15   about.  I don't know if that explains it or not, but

16   I'm not a helpless person.  I have never been a

17   helpless person.  I have always done a lot of things

18   for myself, and to be put in a situation where you

19   have no other option other than to be completely

20   helpless is excruciatingly painful mentally.

21        Q.   Thank you.  Are you proud of what Kayla

22   managed to accomplish in her lifetime before it was

23   tragically cut short?

24        A.   Yeah.  Yes, I am.  Absolutely.

25        Q.   In what way are you proud?

Page 35

1    A.   She has been compared to Mother Teresa by

2    people that I know.  The compassion that she had for

3    other people that she didn't even know was beyond

4    measure.  I don't have that kind of compassion.  Not

5    very many people -- in fact, I don't know if I know

6    anybody else with that kind of compassion.  Humans

7    are naturally somewhat selfish to their own needs,

8    because we have kind of been raised that way.  The

9    only way you get somewhere in life is if you work

10   your butt off, so if you want to have something, you

11   got to do it, right?

12        Well, she didn't care about any of that.

13   She didn't care about getting a job or having money.

14   She cared about people and spent the majority of her

15   life -- I mean, I guess I can't say the majority,

16   because she was so young when she died, but the

17   majority of her adult life helping people.  You

18   know, being an au pair in France for a little girl

19   that her mom was always at work and didn't really

20   want to be home and helping out in an orphanage in

21   India -- I think it was India -- in just awful

22   conditions.  The conditions didn't matter to her,

23   you know, hardly any food, no bathroom, no bed.  It

24   didn't matter.  She wanted to help people, and she

25   did.

Page 36

1           And, ultimately, she went into Syria to try

2     to get a hospital up and running so that they could

3     help people, and so it's kind of ironic that all she

4     wanted to do was help.  She was one of the kindest

5     and most caring people I have ever met, and she got

6     taken by the most uncaring, savage, screwed up

7     people that were around at the time, and I'm very

8     proud of what she did.

9           I guess to get back to the question and

10    answer it, I'm very proud of what she did in her

11    short lifespan.  There is not many people that can

12    say they did that in 50 years much less less than

13    30.

14      Q.   I heard you compare yourself now a couple

15    times to Kayla.  Do you ever think about her memory

16    and try to be more like her?

17      A.   Uh-huh.  All the time.  I have always -- I

18    have always been somewhat caring about people.  You

19    know, I would hold doors open to people.  I was

20    always nice.  I tried to never be rude unless it was

21    absolutely necessary, and after that point, you

22    know, it was -- you see somebody struggling, talk to

23    them.  Ask them what's wrong.  Give them a hug, if

24    nothing more.

25           You see a homeless person outside of the

Page 37

```
 1   grocery store when you are going in to get your
 2   groceries.  Buy a loaf of butter -- excuse me -- a
 3   loaf of bread and like some peanut butter, and as
 4   you are walking out, give them that food for
 5   their -- you know, for their dinners -- and so
 6   definitely have changed things like that to an
 7   extent.  I did it a lot anyways, but I would say I
 8   definitely do it more in Kayla's honor.
 9       Q.   We have covered a lot of ground, but if
10   there is anything you would like to share with the
11   Court before we close the record, I invite you to do
12   it now, and "no" is an acceptable answer, no
13   pressure, but if I missed anything and there is
14   anything else you would like to say, please less us
15   know.
16       A.   I don't know.  I don't really know if there
17   is anything else.
18            MR. PERLES:  That's fine.  I think we can go
19   off the record there and close.  Thank you.
20            THE VIDEOGRAPHER:  We are going off the
21   record.  The time is approximately 5:48 p.m.
22            (WHEREUPON, the deposition was concluded at
23   5:48 p.m.)
24                    *   *   *   *   *
25
```

Page 38

1  STATE OF ARIZONA              )

                                 ) ss

2  COUNTY OF MARICOPA            )

3            BE IT KNOWN that the foregoing deposition

4  was taken by me, VICKI L. O'CEALLAIGH CHAMPION, CR

5  No. 50534, a Certified Reporter for the State of

6  Arizona; that prior to being examined, the witness

7  named was duly sworn to testify to the whole truth;

8  that the questions propounded and the answers of the

9  witness thereto were taken down by me and thereafter

10 reduced to computerized transcription under my

11 direction and supervision; that the foregoing is a

12 true and correct transcript of all proceedings had

13 upon the taking of said deposition, all done to the

14 best of my skill and ability.

15           I further certify that I am in no way

16 related to any party to said action nor in any way

17 interested in the outcome thereof.

18           I CERTIFY that I have complied with the ethical

19 obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206

20 J(1)(g)(1) and (2).

21           DATED at Phoenix, Arizona, this 14th day of

22 April, 2021.

23

                 /s/ Vicki L. O'Ceallaigh Champion

24           _____

                 VICKI L. O'CEALLAIGH CHAMPION

25                  CR No. 50534

**1**

**1**  7:6 38:20,20
**100**  11:10 18:24
**1050**  3:11
**13**  10:4
**14**  10:4
**140**  24:15,17,24
**14th**  38:21
**15**  10:1
**18**  9:23 10:3 26:11
**19**  10:25

**2**

**2**  38:20
**20**  6:2 10:2
**200**  18:25 19:19
**20036**  3:12
**202**  3:12
**2020**  4:1
**2021**  1:19 3:2 4:7
  38:22

**3**

**3**  38:19
**30**  36:13
**31**  1:19 3:2 4:1,7

**4**

**4**  2:5
**4:52**  1:19 3:2 4:2,7

**5**

**50**  36:12
**500**  3:11
**50534**  1:22 3:4
  38:5,25
**5:48**  37:21,23

**7**

**7-206**  38:19,19
**70**  24:16
**7:00**  22:12

**9**

**90**  24:16
**955-9055**  3:12

**a**

**abduction**  20:21
**ability**  38:14
**able**  13:6 18:21
  21:18 27:3 28:24
  31:11,24 32:11
**abroad**  11:25
  12:11 14:3,5,19
**absolutely**  18:25
  30:12 34:24 36:21
**abuse**  32:13
**acceptable**  37:12
**accomplish**  34:22
**acja**  38:19,19
**action**  38:16
**added**  19:13 31:2
**addition**  20:17
**address**  20:18
  30:4
**adult**  35:17
**affect**  16:14 20:22
**afford**  19:13
**afraid**  13:23 31:9
**afternoon**  4:5
**age**  5:23 8:10,25
  9:22 13:5 33:13
**ago**  26:19
**agreed**  31:17
**air**  20:13,14
**airport**  31:8
**al**  4:10
**alarm**  30:15
**alaska**  7:8,19
**alex**  11:13
**alive**  16:22
**american**  20:8

**amount**  18:20
  19:11,12
**anger**  21:16
**answer**  11:10
  32:13 36:10 37:12
**answers**  38:8
**antidepressants**
  23:5,12 24:3
**anxiety**  22:20 30:9
  31:2
**anybody**  8:13 9:7
  9:9 13:7 17:20,22
  18:1 21:5,6 35:6
**anymore**  32:9,21
**anyways**  25:8
  33:14 37:7
**approximately**  4:6
  5:17 37:21
**april**  38:22
**arab**  1:14 4:9
**arizona**  3:4 4:14
  38:1,6,21
**arrived**  16:21
**article**  27:14 28:1
  28:3,11,17,21
**asked**  12:17 13:1
  25:22
**asking**  12:24
  18:18 26:16
**asks**  13:3,14
**assumed**  12:22
**assumption**  15:12
**attack**  23:16 24:13
  25:4,5
**attacks**  23:13 31:3
**au**  14:15,24 35:18
**aunt**  12:23 32:4
**avenue**  3:11
**avoid**  27:19,22
**aware**  16:20 17:2
  31:21

**awful**  22:18 26:21
  26:21 28:4 33:8
  33:10 35:21
**awhile**  11:1 26:17

**b**

**b**  2:8
**back**  7:13,20,23
  11:17 13:16 14:14
  15:25 16:9,13
  20:2 24:11,15,25
  28:24 36:9
**backpacking**  12:1
  14:7
**bad**  13:18,18 22:6
  27:13 29:1
**baghdadi**  28:21
**balloon**  8:20,22
**barter**  20:3
**based**  31:20
**bathroom**  35:23
**beating**  23:17 29:2
**beatings**  32:17
**beats**  23:17 24:15
  24:17,24
**bed**  35:23
**beginning**  13:4,9
**behave**  8:15,16
**believe**  12:2 15:21
  19:24 34:6
**believed**  12:22
**best**  5:25 13:10
  26:5 28:6 30:9
  33:3 38:14
**better**  8:1,12,16
  22:17 32:23
**beyond**  35:3
**bicycles**  6:10
**big**  21:3,23
**billions**  20:2
**bit**  6:1,1 10:20
  12:11 13:3 14:3

18:11 21:1
**blew** 12:19
**blood** 29:11
**board** 10:11 21:24
**body** 25:5
**bombing** 19:10,15
   19:18 29:22
**border** 15:4,8,11
**born** 11:24
**bottled** 21:7
**bought** 30:15
**boyfriends** 33:18
**brain** 24:5 26:9
**bread** 37:3
**breakfast** 11:12
**breathing** 25:7
**breaths** 25:3
**bring** 24:15
**bronco** 7:13
**brother** 5:14,15
   32:24 33:4,11
**build** 6:8,8
**building** 20:14
**bunch** 33:21
**business** 16:13
**butt** 35:10
**butter** 37:2,3
**buy** 37:2

**c**

**c** 3:7 4:4
**california** 7:7
**caliphates** 30:22
**call** 30:20
**called** 5:2 15:15
**calls** 12:9,11,12
**camera** 30:16
   33:23
**cameras** 30:14
**camp** 15:5,13 16:1
**camping** 7:2

**captivity** 28:10
**captured** 22:24
**care** 23:9 34:14
   35:12,13
**cared** 35:14
**caring** 36:5,18
**carl** 1:3
**case** 11:15
**cell** 29:3
**certificate** 1:22
**certified** 1:25 3:3
   38:5
**certify** 38:15,18
**chair** 24:25
**champion** 1:21 3:3
   4:17 38:4,23,24
**chances** 18:9
**change** 9:3 10:4
   19:7,20
**changed** 9:5 19:10
   37:6
**channel** 28:13
**chat** 12:9,10
**chemical** 24:5
**chest** 23:17
**child** 8:9,14
**childhood** 6:5
**children** 5:23,24
**choice** 16:8,12
   17:13
**christmas** 10:14
**circumstances**
   18:8
**close** 5:23,23,24
   10:19 14:11 21:17
   21:19 30:25 37:11
   37:19
**closest** 26:20
**cold** 32:7
**college** 14:13

**columbia** 1:2 4:12
**come** 10:10 19:8
   19:16 20:2 24:11
   27:15 28:16 29:8
   32:11 33:16,17
**coming** 12:18
   13:16 20:5 22:13
**commenced** 3:2
**community** 9:15
   9:16
**compare** 36:14
**compared** 35:1
**compassion** 35:2,4
   35:6
**compassionate** 9:6
**complete** 34:13
**completely** 22:16
   24:6 34:19
**complied** 38:18
**composition** 24:5
**computer** 12:23
   30:5
**computerized**
   38:10
**concerned** 29:17
   29:18
**concluded** 37:22
**condition** 16:25
**conditions** 35:22
   35:22
**confidant** 5:25
**confirmation** 32:5
**connecticut** 3:11
**considering** 10:20
**consistently** 27:25
**constantly** 21:4
**content** 34:1
**control** 25:5,6,9
**conversation**
   15:18 24:9

**conversations**
   31:20
**copy** 1:25
**correct** 9:19 16:5
   38:12
**counsel** 4:19,21,23
**counseling** 25:17
   27:3
**counselor** 25:21
   25:23
**counting** 7:15
**countries** 14:8
**country** 31:6
**county** 38:2
**couple** 7:22 24:2
   36:14
**course** 8:22 14:21
   26:2
**court** 1:1 4:11,17
   4:24 33:3 37:11
**covered** 37:9
**cowards** 30:21
**cr** 1:21 3:4 38:4,25
**crappy** 31:13
**crazy** 18:25 19:1
**crossed** 15:8
**crossing** 15:10
**crying** 31:8
**current** 19:9 25:18
**currently** 9:25
**cut** 33:22 34:23

**d**

**d** 2:1 4:4
**dad** 33:15,17
**dad's** 7:13 23:1
**daily** 22:16
**damascus** 1:15
**damned** 33:25
**dated** 38:21
**daughter** 11:19,23
   12:2,7,13,17,19,22

21:9,25 29:20
30:11
**daughter's** 32:4
**day** 13:14 17:11
17:18,18,24,24
21:9 22:12 26:12
26:12 27:13 28:25
29:1 38:21
**days** 11:9 15:20,22
30:12
**dc** 3:12
**deal** 17:9 23:21
**dealing** 21:8 24:1
24:1
**death** 22:22
**decided** 14:13
**deep** 25:2
**definitely** 10:19,19
30:7 31:14 37:6,8
**demand** 19:13
**demands** 19:20
20:5
**department** 31:16
**depend** 28:9
**depending** 25:1
**deposition** 1:18
3:1 4:8,12 37:22
38:3,13
**depression** 22:19
**describe** 28:6
**description** 2:9
**detail** 28:3 29:9
**details** 28:10
**died** 35:16
**different** 9:20 14:8
19:19 23:5 31:6
32:16
**differently** 32:14
**difficult** 22:1 28:5
**dig** 6:9,9 34:7

**dinner** 10:10
11:14
**dinners** 37:5
**dinosaur** 7:5
**direction** 38:11
**directly** 8:18
**dirt** 6:9
**discuss** 17:20 21:6
28:5
**discussions** 27:5
**distant** 21:3,3
**distracted** 13:10
**district** 1:1,2 4:11
4:12
**doctor** 22:25 23:1
23:2,22,24 25:18
**doctors** 25:16
**doing** 7:1,14 9:15
10:12 11:24 14:4
15:1 26:14,16,18
28:23 29:25
**dollar** 19:5,7 20:8
**dollars** 20:2
**doors** 36:19
**doubt** 33:3
**dream** 27:24,24
28:2
**dreams** 28:18,22
**drive** 6:2 10:8
24:20
**drove** 7:18,22
30:24
**drugs** 23:10
**due** 23:19 30:17
**dull** 33:22
**duly** 5:2 38:7

**e**

**e** 2:1,8 3:7,7 4:4,4
18:16 19:4,6 20:6
30:2 34:9,9

**earlier** 29:13
**eight** 23:4
**either** 24:6 33:3
**elaborate** 21:1
**elementary** 8:3
**emotional** 21:18
**ended** 23:11,18
25:23
**enemy** 34:13
**engrained** 26:6,9
**entrance** 30:16
**eradicate** 29:24
**eric** 1:11,18 2:4
3:1 4:8 5:1,11
**esq** 3:10
**estate** 1:5,9
**et** 4:10
**ethical** 38:18
**europe** 12:2 14:8
**eventually** 19:22
25:13
**everybody** 8:5,6
9:7 16:1 26:8
32:15,15
**exact** 24:6
**exactly** 14:6 15:22
28:2 29:24
**examination** 2:5
5:8
**examined** 5:3 38:6
**excruciatingly**
34:20
**excuse** 37:2
**exorbitant** 18:20
**experienced** 31:22
**explains** 34:15
**extended** 7:21
**extensively** 14:3
**extent** 23:6 31:21
37:7

**f**

**f** 38:19
**fact** 27:23 35:5
**faith** 18:11
**family** 6:21,23
7:21,21 11:3,4
14:16,24 16:6,14
16:21 18:2 20:23
20:24 21:10,14,23
22:24,25 25:25
29:19 30:3 31:10
**far** 9:24 15:11
32:10
**fbi** 17:19 19:24
21:5 34:3
**fear** 30:7,8,11
**feel** 23:9 27:10
**feeling** 30:17
31:13 33:11 34:13
**feelings** 33:9,10
**feels** 33:6
**feet** 8:20
**felt** 9:12 23:15
**filed** 4:11
**finally** 22:24 27:2
27:3 32:4
**find** 7:16 17:4,6,16
20:10 23:23 28:10
28:11,17 32:19
**fine** 25:10,11
26:18 32:17 37:18
**fingernails** 28:16
28:19
**finished** 14:13
**firm** 3:10 4:15
**first** 14:7 15:5
18:19 19:22,23
25:21
**five** 27:8
**fix** 24:3

**flaming** 7:4
**floor** 25:1
**fly** 30:10
**focus** 21:10,11
**folks** 13:21
**follows** 5:4
**fond** 7:10,12
**food** 35:23 37:4
**forced** 23:23
**foregoing** 38:3,11
**forest** 7:6,8
**forget** 17:7
**form** 20:16
**forth** 38:19
**forts** 6:8
**forward** 29:8
**found** 15:12,14
  16:2,7 22:23
  30:25
**four** 7:2 15:22
  27:8
**france** 35:18
**freak** 30:13
**french** 14:16,16,24
**frequently** 10:6
**friend** 5:25 21:19
  23:1
**friends** 8:6 9:10
  14:11 26:12,20
  31:15 34:3
**full** 5:10 20:18
  21:9
**fully** 34:6
**fun** 14:10
**further** 38:15

**g**

**g** 4:4 38:20
**game** 7:17
**games** 10:11,11
**germany** 14:9

**getting** 8:11 21:12
  35:13
**girl** 8:2 35:18
**girls** 11:9
**give** 36:23 37:4
**go** 7:3 10:9,13,14
  11:11,11,13 16:9
  16:13 17:24 22:7
  27:22 28:24 31:7
  34:2,3,3 37:18
**god** 31:14
**goes** 25:8
**going** 7:1,1,2
  11:25 12:18 23:11
  23:16 25:9,10,12
  26:11 27:11,21
  29:23 30:10 32:14
  37:1,20
**golden** 8:9,14
**good** 4:5 17:5 23:7
**gorge** 7:4
**government** 18:23
  34:2,5
**grade** 9:7
**great** 11:4
**grew** 6:2
**groceries** 37:2
**grocery** 24:20
  37:1
**ground** 37:9
**group** 15:4,24
**groups** 16:10
**guess** 8:10 17:22
  26:1,4 30:24
  35:15 36:9

**h**

**h** 2:8
**half** 5:17 6:17
  22:21,23
**halfway** 24:20

**hand** 23:23
**handful** 12:3
**handle** 32:14
**hands** 32:9,21
**hang** 10:10
**happen** 17:16 20:4
  28:9 30:18
**happened** 13:2,18
  13:20,24 15:15,23
  16:1 23:8,25 29:7
  29:9 31:14
**happening** 13:8
**harder** 12:11
**haunted** 10:13
**heads** 33:22
**hear** 13:13
**heard** 26:17 36:14
**hearing** 28:18,19
**heart** 23:16,16,18
  23:20,21 24:12,12
  24:14,17,21,23
**heart's** 34:1
**heartrate** 25:7
**heaven** 13:15
**heavy** 25:7
**held** 4:12 16:25
**hell** 26:14
**help** 21:12 25:15
  31:8 35:24 36:3,4
**helped** 27:5
**helping** 9:16,16
  35:17,20
**helpless** 34:16,17
  34:20
**helplessness** 34:14
**high** 9:4,14 17:21
  22:13
**higher** 22:13
**hiking** 12:1
**hit** 8:20 20:14

**hold** 18:10 29:4
  36:19
**home** 11:13 12:18
  14:12 22:13,14
  32:11 34:8 35:20
**homeless** 36:25
**honest** 22:16
**honestly** 22:3,6
**honor** 37:8
**hope** 18:5 19:21
  20:7
**hoped** 18:7
**hoping** 17:15
**hospital** 36:2
**hostels** 14:9
**hours** 22:7 27:8,9
**house** 10:2,13,18
  19:17 30:14,16
  31:4,17
**household** 9:18,20
  9:21
**houses** 9:21
**how's** 26:14
**hug** 36:23
**huge** 19:12,12
**huh** 10:8 16:3 18:4
  18:13 36:17
**humanitarian**
  14:23
**humans** 35:6
**hung** 10:20
**hyper** 24:6

**i**

**identify** 4:19
**ii** 1:3
**illinois** 7:20,22
**imagine** 33:2,10
**immediately** 11:3
  15:25
**india** 14:19 35:21
  35:21

**individually** 1:4,8
**information** 16:15
  16:25 29:15,21
  30:1,4
**innocence** 13:22
**inquiry** 31:19
**insecure** 30:17
**inside** 21:7
**instance** 34:10
**intel** 34:7
**interest** 1:4,8
**interested** 38:17
**interesting** 12:24
**invite** 37:11
**involved** 17:19
  21:21
**ironic** 12:12 36:3
**irrational** 30:8,11
**isis** 18:14,17 29:14
  29:18,18 31:2,25
  34:7
**issue** 17:22 24:3
**issues** 21:11,16
  23:21 24:10 33:16
**iwatch** 24:22

**j**

**j** 38:20
**jean** 1:5,7,9
**job** 21:9 22:13
  31:5 33:11 35:13
**jordanian** 20:13
  20:14
**joshua** 3:10 4:21
**jperles** 3:13
**junior** 9:14
**justice** 9:1

**k**

**k** 3:10 4:21
**kayla** 1:5,9 5:12
  5:13,16,20,22 7:25

9:18 10:3,23 11:2
  11:4,21,22,24 12:7
  12:10,15,22 13:2,3
  13:9,15,17 14:2
  16:21 18:5 20:10
  20:13 21:11 31:22
  31:23 34:8,21
  36:15
**kayla's** 19:21
  20:21 34:7 37:8
**keep** 10:6 13:10
  21:7,17
**kept** 20:5,6
**kid** 6:11
**kids** 6:3,14,16
  7:15 9:10
**killed** 20:11,15
  26:8
**kind** 7:17 8:9,20
  9:8,11,15 11:3,25
  14:23 17:21 18:8
  18:10 19:23 23:8
  28:8,9 33:13
  34:13 35:4,6,8
  36:3
**kindest** 36:4
**kinds** 6:6
**knew** 8:12 11:1
  15:3,10,19,23 16:9
  16:10 18:8,9 20:7
  25:9 26:8 27:11
  29:25 30:22,23
  32:22,22,23
**knit** 21:17
**know** 5:20 7:18
  8:5,12,19,23 9:9
  9:13,16 10:9,13,16
  10:17 11:5,12,14
  12:1,4,4,20,21,23
  13:4,11,20,24,25
  14:6,6,10 15:1,22

16:15,16,17,18
  16:20,21,24 17:4,7
  17:14,15,18,21
  18:8,17 19:12,15
  19:19,25 20:8,20
  21:8,21,22 22:3,3
  22:7,8,9,14,15,25
  24:4,7,16,21,22
  25:2,6,8,10 26:5
  26:15 27:25 28:5
  28:12 29:5,6,23
  31:3,13,21 32:18
  33:8,13,15 34:15
  35:2,3,5,5,18,23
  36:19,22 37:5,15
  37:16,16
**knowing** 13:23
  17:10 25:4 27:4
  30:18 33:5
**known** 7:25 15:11
  17:3,8 22:25
  33:21 38:3
**knows** 13:15,16

**l**

**l** 1:21 3:3 38:4,23
  38:24
**lake** 7:1
**land** 19:25
**laptop** 30:2
**latched** 9:8
**law** 3:10
**lay** 25:1
**learn** 18:14
**learned** 15:7
**leave** 31:4
**legal** 3:17
**letters** 20:5
**level** 17:21 33:20
**license** 7:15
**lie** 26:20

**life** 18:4 29:3 33:9
  35:9,15,17
**lifespan** 36:11
**lifetime** 34:22
**lighting** 10:14
**liked** 7:2
**literally** 25:11
  33:22
**little** 5:25 8:1,23
  12:11 14:3 18:10
  21:1 26:19 30:22
  33:12 35:18
**live** 31:11
**lived** 5:25 9:18
**living** 10:18 11:25
**loaf** 37:2,3
**located** 4:13
**long** 11:5 23:25
  27:7,25
**looking** 18:23
**lose** 13:22
**loss** 25:25
**lost** 11:5
**lot** 6:3,13 7:12,17
  9:5 11:24 22:18
  24:10 34:17 37:7
  37:9
**lots** 7:8
**loved** 12:5

**m**

**mail** 18:16 19:4,6
  30:2
**mails** 20:6 34:9,9
**majority** 6:4 35:14
  35:15,17
**makeup** 11:9
**man** 14:18 28:23
**managed** 34:22
**march** 1:19 3:2
  4:1,7

maricopa  38:2
marked  2:10
married  10:21
marsha  1:7
matter  4:9 8:17,18
  13:13 23:7 35:22
  35:24
mattered  9:12
maximum  27:8
mean  7:3 9:6
  17:13,18 27:20
  29:2,5,11 30:15,25
  35:15
measure  35:4
media  20:12,16
  26:8
medication  23:20
  24:12
medicine  25:15
meet  10:23 11:21
memories  7:11,13
memory  36:15
mentality  33:14
mentally  27:2
  32:12,15 34:20
mentioned  14:2
  26:22 29:13,13
message  20:12
met  11:22 12:2
  15:17 36:5
mexico  7:23
midatlantic  4:16
  4:18
middle  8:2 9:4,7,8
mile  6:17
million  18:24,25
  19:19
mind  26:6 27:14
  29:9 31:16
minus  26:11

minute  6:2 18:12
  24:15,18,24
minutes  10:1,2
missed  37:13
missing  23:17
mistaken  31:1
modify  34:9
mom  33:15,17
  35:19
money  18:20 19:3
  19:11,12,17 20:9
  35:13
monitor  24:23
months  17:9,10
  26:3,11
moon  19:25
morning  22:12
mornings  31:7
mother  35:1
move  9:24
moved  9:19,22,25
  10:7
mueller  1:3,5,7,9
  1:11,18 2:4 3:1
  4:8,9 5:1,11,12
multiple  12:18
  23:15
murder  20:21
museums  7:5

**n**

n  2:1 3:7 4:4
nailbeds  28:16
name  4:15 5:10
named  38:7
names  20:18
national  5:18,20
  7:6,7
naturally  35:7
near  8:20
necessary  36:21

need  19:14,14
needed  15:16 26:1
needs  13:25 35:7
neighborhood
  15:21
never  8:7 17:5,5
  19:6 25:19,19
  26:13 27:23 31:18
  34:16 36:20
new  23:23 28:10
  28:11,12
newer  25:19
news  27:14 28:1,1
  28:2,11,13,17
nice  8:7 36:20
niece  12:4
night  27:8
nightmare  27:12
  27:22
nightmares  22:10
  26:23,24 27:1,17
  28:6
nights  27:9,18
nine  13:19 26:3
normal  24:16
note  16:19,20
  18:12,15 28:25
notes  19:10
number  10:15
  20:19 30:3
nw  3:11

**o**

o  4:4
o'ceallaigh  1:21
  3:3 38:4,23,24
obama  19:9
obligations  38:19
obviously  10:17
  13:7 15:6 16:11
occasions  11:23
  12:19

oh  6:25 8:17 9:2
  10:8
okay  18:3 25:12
  26:20
old  13:19,25 14:6
older  5:14,15,16
  9:4 12:7 32:24
  33:4,11
open  27:4 36:19
opposed  21:21
option  34:19
ordeal  20:22
orphanage  14:19
  35:20
orphans  14:21
outbursts  21:16
outcome  38:17
outside  6:8 15:17
  18:2 36:25
overcome  30:12
overseas  14:22

**p**

p  3:7,7 4:4
p.c.  3:10
p.m.  1:19 3:2 4:2,7
  37:21,23
page  2:4,9
painful  34:20
pair  14:15,24
  35:18
palpitations  23:18
panic  23:13 24:13
  25:4,4 31:3
parents  6:22 10:2
  15:15 16:2 17:2
  18:15 20:18 21:2
  21:24 29:14 30:6
part  11:3 21:4
  31:4
partly  30:17

**party** 38:16
**passed** 32:5,6
**pay** 18:22,23 20:3
**peanut** 37:3
**people** 9:9 13:18
  14:1 15:24 19:15
  19:18 26:16 27:4
  27:5 29:18 32:9
  32:16,17 33:21,22
  33:23 34:2 35:2,3
  35:5,14,17,24 36:3
  36:5,7,11,18,19
**percent** 11:10
**perfect** 25:25,25
**period** 22:2
**perles** 2:5 3:10,10
  4:21,21 5:9 37:18
**perleslaw.com**
  3:13
**person** 11:22 12:8
  18:21 23:8 32:14
  34:16,17 36:25
**personal** 1:4,8
  29:14
**phoenix** 30:25
  38:21
**phone** 12:9,11
  20:19 30:3
**photos** 29:3
**physically** 27:18
  32:12,16
**pick** 10:9,12 11:13
**picking** 8:23
**pictures** 30:2
**piece** 28:12
**pill** 24:14
**place** 10:10 32:23
**plaintiff** 4:8
**plaintiffs** 1:12 3:9
  4:22

**planning** 11:16
**plates** 7:15
**play** 6:14,17 10:11
**played** 6:8
**playing** 7:16 8:6,7
  13:11
**please** 4:19 5:10
  37:14
**plus** 26:11
**point** 7:15 10:16
  12:2 13:24 14:15
  15:11,19 17:19
  18:5,7 20:20
  25:13 27:2 28:15
  29:10,21 30:19
  31:1,15,19 36:21
**police** 31:16
**prepared** 1:21,24
**prescott** 4:13 9:17
  10:1
**prescribed** 23:12
  24:11
**present** 3:16
**president** 19:9,9
  19:15,18
**pressure** 37:13
**pretend** 18:3
**pretended** 17:11
  17:12
**pretty** 5:22 6:4,10
  6:21 7:19 23:11
  23:14,23
**previous** 31:20
**primarily** 12:10
**prior** 38:6
**probably** 6:2
  10:25 22:21 23:4
**problem** 27:23
**proceed** 4:25
**proceedings** 38:12

**progressed** 14:25
**projects** 9:15
  11:25
**proof** 29:3
**propounded** 38:8
**protect** 31:10,11
  32:25 33:14,18
**protection** 33:19
**protector** 33:12
**proud** 34:21,25
  36:8,10
**provide** 16:14
**ptsd** 24:9 25:17,20
  25:24
**put** 20:12,15,18
  26:5 30:14 33:4,6
  33:19 34:18

**q**

**quarter** 6:17
**question** 32:13,18
  36:9
**questions** 12:25
  13:1,3 38:8
**quite** 6:1 10:20
  11:1 13:3

**r**

**r** 3:7 4:4
**raids** 19:10
**raised** 35:8
**ransom** 16:19
  18:12,15
**rate** 24:12,21,23
**reached** 22:24
**read** 28:1,1
**really** 7:2 8:7 9:9
  12:20 16:8,16
  20:4 22:3,6 25:19
  27:13,14,24 31:13
  34:5 35:19 37:16

**reason** 24:21
**recline** 24:25
**record** 4:6,20
  37:11,19,21
**recover** 31:25
**recovered** 32:12
**reduced** 38:10
**refugee** 15:4,13
  16:1
**refugees** 15:5
**reground** 25:2
**related** 5:12 38:16
**relationship** 20:23
  20:23
**relationships**
  21:24
**released** 15:24
  18:6 29:14,22
  31:24 32:11
**relief** 21:18 32:7,8
**relieved** 32:19,20
**remember** 7:3,22
  8:19 12:17 18:24
  28:14
**remote** 1:18 3:1
  4:1
**remotely** 4:13
**reporter** 3:3 4:17
  4:24 38:5
**represent** 4:20
**representative** 1:5
  1:9
**republic** 1:14 4:9
**resting** 24:18
**results** 24:6
**retaliate** 29:19
**retired** 23:22
**return** 19:21
**rhythm** 23:21
**richard** 1:3

ride  6:10
right  6:15 9:23
  13:6 14:1 16:4
  35:11
ripped  28:15,19
robert  1:11 5:11
room  12:13 13:11
route  7:6
rude  36:20
run  29:10
running  19:9 36:2
rural  6:1,1

**s**

s  2:8 3:7 4:4 38:23
safe  19:21
sandbox  6:10
sat  23:24
savage  36:6
savages  32:21
saw  19:20 20:7
  26:1
saying  26:13
school  6:19 8:2,3
  9:4,4,7,7,8,10
scream  28:19
screwed  36:6
security  30:14
see  10:17 13:13
  18:1,17 19:6
  29:10 32:2 36:22
  36:25
seeing  7:16 10:6
  25:18
selfish  35:7
send  25:16,20
sending  25:23
sense  8:25 13:17
  27:13
sent  18:15
sequoia  7:5,7

service  9:15 11:25
sessions  26:2
set  28:25 38:19
seven  23:4
severity  16:9
sex  28:22
sexual  32:1
share  37:10
shell  23:8
shoot  19:25
short  7:19 34:23
  36:11
show  18:1 30:8
showed  19:5
showing  20:6
side  21:2,13 33:20
sigh  32:6,8
sign  20:8
single  33:24,25
sir  5:19,21
sister  5:13 8:23
  26:14,21 31:11
  33:1,5,12
sister's  30:1,5
sisters  11:5,6
sit  22:7
situation  16:10
  18:9 21:20 34:7
  34:18
six  23:4
skill  38:14
skype  12:14
skyping  12:14
slave  28:22
slavery  32:1
sleep  22:10 27:10
  27:19,22 28:24
sleeping  22:9
  26:22
slim  18:9

slowly  19:7
smart  13:5,5
social  20:12,16
soldiers  24:10
  30:20
sole  21:11
somebody  9:13
  17:17 21:19 28:12
  28:15 29:8 31:1
  36:22
somewhat  35:7
  36:18
sort  11:7
sorts  11:10
sound  32:7
soundly  13:19
sounds  7:25
speak  9:11 13:23
  20:3
specializes  25:24
specifically  25:20
speed  23:21
spent  7:17 26:11
  35:14
spike  24:22
sporadic  26:25
ss  38:1
stars  20:1
start  31:8
started  9:14 11:24
  12:24 14:5,18,23
  19:7,8 23:2 25:14
starting  21:2
  33:12
state  3:4 5:10 38:1
  38:5
states  1:1 7:16
  18:21 29:22 30:21
  30:23
stay  11:14

stayed  10:19 14:9
step  16:6 18:23
stop  19:15,18
store  24:20 37:1
story  28:2
strange  20:19
street  6:16
stress  22:13 23:19
stressed  22:14
  29:2
strictly  24:12
strike  20:13,15
strong  8:25 21:15
  22:4 32:15,15
struggle  22:16
struggling  36:22
stuck  22:6
stuff  11:10,11 13:8
  17:6 30:6
subjected  33:6
successor  1:4,8
suffer  32:8,21
suffering  32:22
suite  3:11
sum  19:16
super  13:5,5
supervision  38:11
sure  8:5 9:2,12
survive  32:17
suspicions  16:11
swear  4:24
swords  33:23
sworn  5:2 38:7
sympathetic  29:18
sympathizer  31:2
syria  1:15 15:8
  16:11 19:10 36:1
syrian  1:14 4:9
  15:5
system  30:15

**t**

**t** 2:8
**tailor** 34:8
**take** 6:23 9:11
23:20 24:14 25:2
29:9 30:11
**taken** 4:8 14:4
15:18,20,24 16:17
26:21 36:6 38:4,9
**talk** 13:19 14:3
15:16 17:5 21:5
21:19,20 26:7,10
26:15 27:4 34:2
36:22
**talked** 13:2 23:24
25:21 26:18
**talking** 17:22 23:2
25:11 26:12
**taunting** 20:20
**tell** 13:6 17:7,7
34:9
**telling** 17:20 19:24
25:5,12
**teresa** 35:1
**terrorize** 33:23
**testified** 5:3
**testify** 38:7
**thank** 4:23 5:22
31:14 34:21 37:19
**thereof** 38:17
**thereto** 38:9
**thing** 8:24 20:1
25:3 33:24,25
**things** 6:6 7:9
10:15 11:7 13:18
17:4 21:13 28:23
31:6 34:17 37:6
**think** 9:23 10:25
11:16 12:14 14:16
15:19 17:18 18:22
21:3 22:5 26:18

27:1 35:21 36:15
37:18
**thought** 23:6
**three** 5:17 6:16
11:23 12:3 24:2
27:8
**threw** 8:19,21
**tight** 21:17
**time** 4:6,20 7:6,17
8:19 10:12 11:18
11:23 12:13,15,20
14:11 16:16 17:5
19:8 21:9 22:17
22:18 23:13 24:22
25:8 27:7 36:7,17
37:21
**timed** 27:12
**timeframe** 23:14
**times** 7:20,22,24
12:3,16 18:4
23:15 24:19 36:15
**told** 8:21,21 13:17
16:1 18:16 21:4
29:8
**toll** 21:23
**tom** 3:17 4:15
**top** 22:11 29:1
**torture** 31:22,25
**tough** 32:18
**town** 6:3 10:15
25:24
**tracy** 3:17 4:15
**tragically** 34:23
**transcript** 38:12
**transcription**
38:10
**transitioned** 14:22
**traumatic** 25:24
**travel** 7:17
**traveled** 31:5

**traveling** 14:2,5
31:5
**treated** 22:19
**treatment** 31:25
**treats** 24:10
**treehouses** 6:9
**tried** 13:10 24:2
36:20
**trigger** 27:16
**trip** 12:1 14:7,12
**trips** 6:23 7:3,10
7:18 14:7
**trouble** 8:8,11,22
26:22
**true** 28:17 38:12
**truth** 38:7
**try** 8:16 23:3 24:3
25:9 27:19,21
34:1 36:1,16
**trying** 8:5 29:23
**turkey** 15:2,4,13
**turn** 18:12
**turned** 24:9
**tv** 27:15 28:12
**twitter** 20:16
**two** 6:15 9:20
11:23 12:3 15:21
22:22,22 24:2
27:9
**type** 8:23 9:15
19:6 20:1

**u**

**u.s.** 5:18,20
**uh** 10:8 16:3 18:4
18:13 36:17
**ultimately** 23:19
36:1
**uncaring** 36:6
**understands** 13:16
**understood** 12:21

**united** 1:1 18:21
29:22 30:21,23
**unrelated** 21:20
**usual** 16:13
**utah** 7:4
**utter** 34:14

**v**

**v** 1:13
**valley** 10:1
**value** 19:5,7
**varied** 18:19 28:8
28:14
**vehicle** 7:18
**veritext** 4:16,17
**versus** 4:9
**vicki** 1:21 3:3 4:17
38:4,23,24
**video** 10:11 12:9
12:10,12 29:3
**videoconference**
5:3
**videographer** 3:17
4:5,16,23 37:20
**videotaped** 1:18
3:1 4:7
**visit** 12:18
**visited** 7:21
**vivid** 27:20 28:3
28:22

**w**

**waiting** 17:15
**wake** 28:23
**walk** 19:17
**walking** 37:4
**want** 11:22 13:12
13:22 17:22 20:1
31:4 32:6 33:17
33:18,18 34:6
35:10,20

| | | z |
|---|---|---|
| **wanted** 14:14 32:2 | **work** 14:23 15:1 | |
| 32:3 34:8,11 | 15:14,17 16:9 | **zombie** 24:7 |
| 35:24 36:4 | 17:11 21:8 22:11 | |
| **wanting** 33:14 | 24:4 25:14 26:12 | |
| **war** 24:11 | 27:7 31:6 35:9,19 | |
| **washington** 3:12 | **worked** 14:20 23:5 | |
| **watch** 13:7 | 23:7 | |
| **watching** 28:3,4 | **working** 11:12 | |
| 31:17 | 14:18 15:3,13 | |
| **water** 8:19,21 | 21:9 22:12,15 | |
| **way** 7:7,23 26:5 | **world** 13:23 14:1 | |
| 30:9,10 34:25 | 33:21 | |
| 35:8,9 38:15,16 | **worried** 8:4 | |
| **ways** 20:25 32:16 | **worry** 32:23 | |
| **week** 23:15 | **worst** 18:4 34:13 | |
| **weird** 26:4 | **worth** 20:9 | |
| **weirdest** 25:3 | **written** 28:12 | |
| **went** 7:4,8,20,23 | **wrong** 15:9 17:12 | |
| 14:8,9,14,19 17:11 | 17:25 36:23 | |
| 20:22 23:4 26:1 | **x** | |
| 27:16 36:1 | | |
| **whatsoever** 24:21 | **x** 2:1,8 20:1 | |
| **wheeling** 7:2 | **xanax** 23:12 24:13 | |
| **white** 19:17 20:8 | **y** | |
| **wife** 10:23,24 11:2 | | |
| 11:4 13:21 21:10 | **yeah** 5:24 6:21,25 | |
| 21:14,25 22:2 | 6:25 7:12 8:12,17 | |
| 29:2,19 | 8:17 9:2,2,20,20 | |
| **willing** 34:5 | 10:5,8,24,24 11:18 | |
| **wing** 9:11 | 12:10 15:3 22:21 | |
| **wish** 34:12 | 22:21 23:22 26:18 | |
| **withdraw** 21:13 | 29:16 32:2 34:24 | |
| **witness** 2:3 4:13 | **year** 13:19 22:21 | |
| 4:25 5:2 6:15 38:6 | **years** 5:17 22:23 | |
| 38:9 | 36:12 | |
| **woman** 20:9 | **young** 8:10,25 | |
| **women** 22:5 | 12:20 33:13 35:16 | |
| **wonder** 31:23 | **younger** 5:14 8:2 | |
| **wonderful** 12:12 | 33:5 | |
| **words** 33:4,7 | | |

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.