# EXHIBIT 5



# THE CENTER FOR
# FORENCIC ECONOMIC STUDIES

Economic & Statistical Analysis

CFES@CFES.COM    WWW.CFES.COM

EXPERT ANALYSIS AND TESTIMONY SINCE 1980

**Reply to Philadelphia Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

May 21, 2021

Josh Perles, Esquire
Perles Law Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, D.C. 20036

Re:    *The Estate of Kayla Mueller v. Syrian Arab Republic*

Dear Mr. Perles:

At your request, we assess the economic loss as a result of the death of Kayla Mueller on February 6, 2015. We reserve the right to amend this report upon receipt of any additional relevant information.

## I.    DOCUMENTS RELIED UPON

- Complaint
- Biographical Data Sheet of Kayla Mueller

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

## II.  BACKGROUND

Kayla Mueller was born on August 14, 1988.[1]  At the time of her death, she was 26.5 years of age and an Aid Worker for the organization, Support to Life in Turkey.[2]  Prior to Ms. Mueller's kidnapping on August 4, 2013; she previously worked for the International Solidarity Movement, the African Refugees Development Center, and Vridavan Food for Life.[3]

Ms. Mueller completed a Bachelor's degree from Northern Arizona University.[4]  Ms. Mueller was single at the time of her death and was a citizen of the United States of America.[5]

## III.  WORKLIFE AND LIFE EXPECTANCY

We offer two worklife estimates.  In our first estimate we adjust earnings to account for statistical worklife data.  Ms. Mueller's statistical worklife expectancy was 36.7 additional years, equivalent to continuous worklife to age 63.2, based on her age and level of education on the date of her death.[6]  In our second estimate, we assume continuous worklife of 40.5 additional years to age 67.0, Ms. Mueller's Social Security retirement age.[7]

Ms. Mueller's statistical life expectancy, calculated from her age on the date of her death, was to age 81.7 in the year 2070.[8]

## IV.  LOST EARNINGS

Many studies show that there is a strong functional relationship between educational attainment and earnings.  Earnings projections in this report are based on U.S. Census data which estimate average earnings in 2019 by age group for different levels of educational attainment.[9]

We assume through December 31, 2014 Ms. Mueller would have continued to work as an Aid Worker.  It is assumed through her continued employment as an Aid Worker her earnings would have been totally consumed by her own personal maintenance expenditures and taxes. Thereafter, as of January 1, 2015, we assume she would have secured earnings consistent with the average entry-level Bachelor's degree holder.  We further assume Ms. Mueller would lag behind her statistical age and educational cohorts throughout the duration of her worklife.

---

[1] Biographical Data Sheet of Kayla Mueller
[2] Biographical Data Sheet of Kayla Mueller
[3] Biographical Data Sheet of Kayla Mueller
[4] Biographical Data Sheet of Kayla Mueller
[5] Biographical Data Sheet of Kayla Mueller
[6] Skoog, Ciecka and Krueger.  *The Markov Process Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape Percentile Points, and Bootstrap Standard Errors*.  Journal of Forensic Economics 28(1), 2019, pp. 15-108.
[7] http://www.ssa.gov/pubs/ageincrease.htm.
[8] Arias E, Xu, JQ. *United States Life Tables, 2017. National vital statistics reports; vol 68 no 7*.  Hyattsville, MD: National Center for Health Statistics, 2019.
[9] U.S. Census Bureau, https://www.census.gov/data/tables/time-series/demo/income-poverty/cps-pinc/pinc-04.html

## V.   EARNINGS GROWTH

### 1. Past Growth

To update the data from 2019 to current dollars, we rely on the annual changes in average hourly earnings for workers in the private, non-farm sector of the economy.[10]

### 2. Future Growth

Future earnings growth is estimated to be 2.87% per year.  This rate represents the average annual rate of change in average hourly earnings for workers in the private, non-farm sector of the economy from 2000 to 2020.[11]

## VI.   TAXES

Federal and state taxes are calculated and deducted using Federal and average state tax rates across the United States.  In calculating Ms. Mueller's income taxes, we assume that she would file as single through 2055.  The tax rate applied to Ms. Mueller's earnings is equal to 17.7%.[12]

## VII.   PERSONAL MAINTENANCE EXPENDITURES

In our analysis, we reduce our estimate of lost earnings in order to reflect the expenditures which Ms. Mueller would have incurred for her personal maintenance.  Studies of personal consumption show that the percentage of income allocated to such expenditures depends on household size and income level.  Using data from the *2017-18 Consumer Expenditure Survey* (CEX), we deduct between approximately 56.0% and 72.6% from annual earnings to account for these expenditures.[13]

## VIII.  FRINGE BENEFITS

According to a study conducted by the U.S. Department of Labor, workers in the U.S. economy receive retirement benefits equal, on average, to 5.0% of annual earnings.[14]  We employ this rate in projecting lost fringe benefits.

---

[10] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008 2012-13: 2.03%, 2013-14: 2.38%, 2014-15: 2.04%, 2015-16: 2.43%, 2016-17: 2.41%, 2017-18: 2.95%, 2018-19: 3.52%, 2019-20: 4.93%

[11] U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/data, Series ID: CEU0500000008

[12] http://www.taxformcalculator.com/

[13] U.S. Department of Labor, Bureau of Labor Statistics.  http://www.bls.gov/cex/

[14] *Employer Costs for Employee Compensation,* December 2019, U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov/news.release/ecec.toc.htm

## IX.  PRESENT VALUE

Future values are discounted to their present value in recognition that a lump sum will be awarded in the present year and the recipient will be able to invest this principal amount received. We also recognize that in addition to the principal amount received, a substantial portion of the interest received in the years following the award will be reinvested.

In calculating present value, a distinction is made between the rate of return on the principal and that received on the reinvested interest. The average yield on high-grade Municipal Bonds between May 2020 and April 2021, 1.97%, was used to estimate the return on the principal investment.[15] The average yield on these bonds from 2001 to 2020, 4.04% per year, was used to estimate the return on the reinvested interest.[16]

## X.  TABLES

Tables 1 and 2 show lost earnings and fringe benefits net of personal maintenance and taxes assuming average Bachelor's degree earnings by January 1, 2015, and worklife to age 63.2 and 67.0, respectively.

---

[15] *Economic Indicators,* April 2021; https://www.govinfo.gov/app/collection/econi
[16] *Economic Report of the President,* January 2021, Table B-42:
https://www.govinfo.gov/content/pkg/ERP-2021/pdf/ERP-2021.pdf

## XI.  SUMMARY

As outlined in the attached Summary Table, the total economic loss ranges from $981,788 to $1,125,200.  It should be noted that our estimates of economic loss do not include the value of Ms. Mueller's pain and suffering, or any additional elements of non-economic damages.

Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

Stephen M. Dripps, M.Fin., CVA

| Summary Table Kayla Mueller Economic Loss | | |
|---|---|---|
| **Worklife** | **63.2** | **67.0** |
| Lost Earnings | 3,566,313 | 4,025,904 |
| Lost Retirement Benefits | 178,316 | 201,295 |
| Less: | | |
| Personal Maintenance | (2,131,045) | (2,388,784) |
| Taxes | (631,795) | (713,215) |
| **Net Economic Loss** | **981,788** | **1,125,200** |

| Table 1: Mueller Lost Earning Capacity Net of Personal Maintenance and Taxes Assuming Annual Earnings Equivalent to Average Bachelor's Degree Holder by January 1, 2015, and Worklife to Age 63.2 | | | | | | |
|---|---|---|---|---|---|---|
| Year | Age | Lost Earnings | Lost Retirement Benefits | Personal Maintenance | Taxes | Net Annual Loss |
| 2013 | 25 | - | - | - | - | - |
| 2014 | 26 | - | - | - | | |
| 2015 | 27 | 48,211 | 2,411 | (31,509) | (8,541) | 10,572 |
| 2016 | 28 | 50,975 | 2,549 | (36,513) | (9,030) | 7,980 |
| 2017 | 29 | 53,863 | 2,693 | (38,073) | (9,542) | 8,941 |
| 2018 | 30 | 57,177 | 2,859 | (39,899) | (10,129) | 10,008 |
| 2019 | 31 | 60,955 | 3,048 | (42,007) | (10,799) | 11,197 |
| 2020 | 32 | 65,811 | 3,291 | (44,807) | (11,659) | 12,636 |
| 2021 | 33 | 70,998 | 3,550 | (47,771) | (12,578) | 14,199 |
| 2022 | 34 | 73,585 | 3,679 | (48,947) | (13,036) | 15,281 |
| 2023 | 35 | 76,181 | 3,809 | (50,110) | (13,496) | 16,384 |
| 2024 | 36 | 79,291 | 3,965 | (51,451) | (14,047) | 17,758 |
| 2025 | 37 | 82,413 | 4,121 | (52,776) | (14,600) | 19,158 |
| 2026 | 38 | 85,546 | 4,277 | (54,086) | (15,155) | 20,582 |
| 2027 | 39 | 88,684 | 4,434 | (55,378) | (15,711) | 22,029 |
| 2028 | 40 | 91,826 | 4,591 | (56,653) | (16,268) | 23,497 |
| 2029 | 41 | 94,968 | 4,748 | (57,908) | (16,824) | 24,985 |
| 2030 | 42 | 98,107 | 4,905 | (59,143) | (17,380) | 26,490 |
| 2031 | 43 | 101,240 | 5,062 | (60,356) | (17,935) | 28,010 |
| 2032 | 44 | 104,364 | 5,218 | (61,548) | (18,489) | 29,545 |
| 2033 | 45 | 107,475 | 5,374 | (62,717) | (19,040) | 31,092 |
| 2034 | 46 | 108,764 | 5,438 | (63,260) | (19,268) | 31,674 |
| 2035 | 47 | 110,022 | 5,501 | (63,782) | (19,491) | 32,251 |
| 2036 | 48 | 111,246 | 5,562 | (64,282) | (19,708) | 32,819 |
| 2037 | 49 | 112,438 | 5,622 | (64,760) | (19,919) | 33,380 |
| 2038 | 50 | 113,593 | 5,680 | (65,217) | (20,124) | 33,932 |
| 2039 | 51 | 114,713 | 5,736 | (65,651) | (20,322) | 34,476 |
| 2040 | 52 | 115,798 | 5,790 | (66,062) | (20,514) | 35,011 |
| 2041 | 53 | 116,845 | 5,842 | (66,451) | (20,700) | 35,536 |
| 2042 | 54 | 117,856 | 5,893 | (66,818) | (20,879) | 36,052 |
| 2043 | 55 | 118,828 | 5,941 | (67,161) | (21,051) | 36,557 |
| 2044 | 56 | 119,174 | 5,959 | (67,291) | (21,112) | 36,729 |
| 2045 | 57 | 119,480 | 5,974 | (67,399) | (21,167) | 36,889 |
| 2046 | 58 | 119,748 | 5,987 | (67,485) | (21,214) | 37,037 |
| 2047 | 59 | 119,978 | 5,999 | (67,549) | (21,255) | 37,173 |
| 2048 | 60 | 120,171 | 6,009 | (67,593) | (21,289) | 37,298 |
| 2049 | 61 | 120,325 | 6,016 | (67,615) | (21,316) | 37,410 |
| 2050 | 62 | 120,444 | 6,022 | (67,617) | (21,337) | 37,512 |
| 2051 | 63 | 95,217 | 4,761 | (53,403) | (16,868) | 29,706 |
| Summary - Table 1 | | | | | | |
| Past Loss (2013-2021) | | 407,990 | 20,399 | (280,578) | (72,278) | 75,533 |
| Future Loss (2022-2051) | | 3,158,323 | 157,916 | (1,850,467) | (559,517) | 906,255 |
| Total Loss | | 3,566,313 | 178,316 | (2,131,045) | (631,795) | **981,788** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Table 2: Mueller Lost Earning Capacity Net of Personal Maintenance and Taxes Assuming Annual Earnings Equivalent to Average Bachelor's Degree Holder by January 1, 2015, and Worklife to Age 67.0** | | | | | | |
| Year | Age | Lost Earnings | Lost Retirement Benefits | Personal Maintenance | Taxes | Net Annual Loss |
| 2013 | 25 | - | - | - | - | - |
| 2014 | 26 | - | - | - | - | - |
| 2015 | 27 | 48,211 | 2,411 | (31,509) | (8,541) | 10,572 |
| 2016 | 28 | 50,975 | 2,549 | (36,513) | (9,030) | 7,980 |
| 2017 | 29 | 53,863 | 2,693 | (38,073) | (9,542) | 8,941 |
| 2018 | 30 | 57,177 | 2,859 | (39,899) | (10,129) | 10,008 |
| 2019 | 31 | 60,955 | 3,048 | (42,007) | (10,799) | 11,197 |
| 2020 | 32 | 65,811 | 3,291 | (44,807) | (11,659) | 12,636 |
| 2021 | 33 | 70,998 | 3,550 | (47,771) | (12,578) | 14,199 |
| 2022 | 34 | 73,585 | 3,679 | (48,947) | (13,036) | 15,281 |
| 2023 | 35 | 76,181 | 3,809 | (50,110) | (13,496) | 16,384 |
| 2024 | 36 | 79,291 | 3,965 | (51,451) | (14,047) | 17,758 |
| 2025 | 37 | 82,413 | 4,121 | (52,776) | (14,600) | 19,158 |
| 2026 | 38 | 85,546 | 4,277 | (54,086) | (15,155) | 20,582 |
| 2027 | 39 | 88,684 | 4,434 | (55,378) | (15,711) | 22,029 |
| 2028 | 40 | 91,826 | 4,591 | (56,653) | (16,268) | 23,497 |
| 2029 | 41 | 94,968 | 4,748 | (57,908) | (16,824) | 24,985 |
| 2030 | 42 | 98,107 | 4,905 | (59,143) | (17,380) | 26,490 |
| 2031 | 43 | 101,240 | 5,062 | (60,356) | (17,935) | 28,010 |
| 2032 | 44 | 104,364 | 5,218 | (61,548) | (18,489) | 29,545 |
| 2033 | 45 | 107,475 | 5,374 | (62,717) | (19,040) | 31,092 |
| 2034 | 46 | 108,764 | 5,438 | (63,260) | (19,268) | 31,674 |
| 2035 | 47 | 110,022 | 5,501 | (63,782) | (19,491) | 32,251 |
| 2036 | 48 | 111,246 | 5,562 | (64,282) | (19,708) | 32,819 |
| 2037 | 49 | 112,438 | 5,622 | (64,760) | (19,919) | 33,380 |
| 2038 | 50 | 113,593 | 5,680 | (65,217) | (20,124) | 33,932 |
| 2039 | 51 | 114,713 | 5,736 | (65,651) | (20,322) | 34,476 |
| 2040 | 52 | 115,798 | 5,790 | (66,062) | (20,514) | 35,011 |
| 2041 | 53 | 116,845 | 5,842 | (66,451) | (20,700) | 35,536 |
| 2042 | 54 | 117,856 | 5,893 | (66,818) | (20,879) | 36,052 |
| 2043 | 55 | 118,828 | 5,941 | (67,161) | (21,051) | 36,557 |
| 2044 | 56 | 119,174 | 5,959 | (67,291) | (21,112) | 36,729 |
| 2045 | 57 | 119,480 | 5,974 | (67,399) | (21,167) | 36,889 |
| 2046 | 58 | 119,748 | 5,987 | (67,485) | (21,214) | 37,037 |
| 2047 | 59 | 119,978 | 5,999 | (67,549) | (21,255) | 37,173 |
| 2048 | 60 | 120,171 | 6,009 | (67,593) | (21,289) | 37,298 |
| 2049 | 61 | 120,325 | 6,016 | (67,615) | (21,316) | 37,410 |
| 2050 | 62 | 120,444 | 6,022 | (67,617) | (21,337) | 37,512 |
| 2051 | 63 | 120,527 | 6,026 | (67,599) | (21,352) | 37,603 |
| 2052 | 64 | 120,575 | 6,029 | (67,561) | (21,361) | 37,682 |
| 2053 | 65 | 120,588 | 6,029 | (67,504) | (21,363) | 37,750 |
| 2054 | 66 | 119,598 | 5,980 | (67,116) | (21,187) | 37,274 |
| 2055 | 67 | 73,520 | 3,676 | (41,361) | (13,025) | 22,810 |
| **Summary - Table 2** | | | | | | |
| **Past Loss (2013-2021)** | | 407,990 | 20,399 | (280,578) | (72,278) | 75,533 |
| **Future Loss (2022-2055)** | | 3,617,914 | 180,896 | (2,108,206) | (640,937) | 1,049,667 |
| **Total Loss** | | 4,025,904 | 201,295 | (2,388,784) | (713,215) | **1,125,200** |

# APPENDIX A

THE CENTER FOR
# FORENSIC ECONOMIC STUDIES
Research ■ Analysis ■ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034





## Chad Staller, J.D., M.B.A., M.A.C., C.V.A
### President, Senior Economist

800.966.6099 | 215.546.5600 | fax 215.732.8158
cstaller@cfes.com

**Chad L. Staller** is president of the Center for Forensic Economic Studies. He has extensive experience working with both plaintiff and defense counsel in a wide variety of civil matters, quantifying loss sustained by many types of plaintiffs, including union members, state and federal employees, business owners and injured children. He regularly analyzes claims brought in employment-discrimination matters, quantifying back-pay damages, front-pay damages and lost benefits, and also frequently consults on commercial matters, analyzing lost-profit and business-interruption claims. In addition to Mr. Staller's litigation practice, Mr. Staller consults with clients in non-litigation matters related to labor-union negotiations, business valuations, and cost-benefit assessments.

He serves on the faculty of Temple University's Beasley School of Law LL.M. in Trial Advocacy program and lectures regularly at Villanova University School of Law and Drexel University's Thomas R. Kline School of Law. Mr. Staller is a certified instructor through the National Institute of Trial Advocacy where he lectures to practicing lawyers in the area of forensic economics. He frequently presents seminars and speaks on forensic-economic topics at law firms, accounting continuing education seminars, and before professional organizations.

He received his Master of Business Administration, *with honors*, from the Fox School of Business and Management at Temple University. Mr. Staller also received his Juris Doctorate, *with honors*, from the Beasley School of Law at Temple University and his Master of Accountancy from Villanova University. He holds a C.V.A. through the National Association of Certified Valuation Analysts.

## Professional Organizations & Affiliations

- American Economic Association
- National Association of Forensic Economics
- American Bar Association
- American Academy of Economic and Financial Experts

## Awards and Honors

- 2014 Honoree as a "Top 40 Under 40" for work as an Economic Damages Expert by NACVA and CTI.
- Winner of The Legal Intelligencer's "Best Of" Survey 2010-2023 Forensic Economist.

### Accreditation

Certified Valuation Analyst (C.V.A.) by the National Association of Certified Valuation Analysts, 2007.

Certified Instructor by the National Institute of Trial Advocacy (NITA), 2013.

### Education

Villanova University, Master of Accountancy, 2006.

Temple University, Fox School of Business & Management, Master of Business Administration, Certificate of Academic Excellence, Concentration in Business Administration, 2005.

Temple University's James E. Beasley School of Law, Juris Doctorate, Cum Laude, 2001.

Lehigh University, Bachelor of Science in Business and Economics, 1998.



THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research ■ Analysis ■ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

## Professional Background

President and Senior Economist, the Center for Forensic Economic Studies, Philadelphia, Pennsylvania, concentrating on the analysis of, and testimony on, commercial damages (lost profits), personal-injury and wrongful-death damages and damages and liability in labor and employment matters (including FINRA arbitrations). July 2005 - present.

Law practice representing a wide range of clients, including major trucking companies and insurance firms. Served as lead attorney in many types of civil matters, including personal injury, product liability, premises liability, breach of contract, contract interpretation and trademark filings before the United States Trademark Office.

Law Clerk to Judge S. Michael Pincus, Circuit Court for Montgomery County, Maryland.

Research Assistant, Lehigh Valley Economic Development Corporation, Allentown, Pennsylvania. Developed a wage-analysis study showing which industries would be best suited to the Lehigh Valley region.

## Selected Engagements

### Commercial Disputes

- Evaluated economic loss relating to an alleged breach of contract involving a startup UPS franchise.
- Evaluated economic loss to a limousine company resulting from the destruction of a portion of its fleet.
- Evaluated economic loss relating to crop damage sustained by a commercial farm as a result of a housing developer's conduct.
- Evaluated economic loss sustained by real property owner as a result of a property manager's conduct.
- Evaluated economic loss stemming from an alleged breach of an employment contract with a medical practice.
- Evaluated economic loss sustained by a commercial property owner as a result of an alleged breach of contract.
- Evaluated economic loss sustained by an airline services company as a result an alleged breach of contract with the prior owner.
- Evaluated economic loss resulting from a disputed business acquisition of an emergency-response firm.
- Performed a valuation of a controlling interest in an insurance-claims processor.
- Performed a valuation of a controlling interest in a coin-operated laundry.
- Evaluated economic loss to many other types of businesses, including:
  - Photo finishers
  - Information technologists
  - Funeral homes
  - Dry cleaners
  - Grocers
  - Medical practices
  - Cable TV services
  - Interpreters



THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research ■ Analysis ■ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

## Personal Injury and Wrongful Death Matters

Calculated economic loss to individuals in a variety of occupations, including but not limited to:

- Accountants
- Children with projected lost future earnings
- Construction workers
- Doctors, nurses and other medical professionals
- Financial advisors (including FINRA Arbitrations)
- Homemakers
- Information technologists
- Lawyers

- Mechanics
- Pilots
- Police officers
- Retirees
- Sales representatives
- Teachers
- Union members
  (ironworkers, carpenters, steamfitters, electrical workers,
  laborers and painters)

## Employment Discrimination

Calculate back-pay/front-pay damages for employees terminated from employment. Additionally, routinely conduct labor market surveys of available positions in the relevant labor market.  Illustrative industries include but are not limited to:

- Federal and state employees
- Protective services
- Healthcare
- Financial services
- Transportation
- Education

- Construction
- Production and manufacturing
- Insurance
- Maritime
- Legal
- Information Technolog

## Publications

- "What's It Worth? Best Practices in Defending Economic Damages in the Catastrophic Accident." (with Matthew Keris), Litigation Management Magazine, Fall 2012.
- "Without a Floor There is Only a Ceiling." Counter Point, Pennsylvania Defense Institute, August 2012.
- "PA Courts Make the Case for Detailed Damages Arguments," New Jersey Law Journal, May 23, 2012.
- "PA Courts Make the Case for Detailed Damages Arguments," Pennsylvania Law Weekly, May 8, 2012.
- "Personal Injury Damages Road Map," US Law Magazine Spring/Summer 2012.
- "Is It Finally Time to Challenge Kaczkowski," Counterpoint (the Pennsylvania Defense Institute), October 2011.
- "Goodbye Kaczkowski? A Recent Ruling Reopens the Door to Debate," The Pennsylvania Law Weekly, May 20, 2011.
- "Practice Tip: Lost Earning Capacity of Undocumented Workers," Product Liability Law & Strategy, May 2011.
- "The Basics of Pension Damages," Product Liability Law & Strategy, October 2010.
- "Hedonic Damages Update," Product Liability Law & Strategy, February 2010.
- "A Tax Break for Plaintiffs Raises Interesting Issues," Employment Law Strategist, November 2009 (With Stephen M. Dripps).
- "An Economist Defends Against Punitive Damages," Product Liability Law & Strategy, December 2008.
- "Determining Damages in the Keystone State," At Issue, Young Lawyers Division of the Pennsylvania Bar Association, Winter 2008.
- "Determining Damages to Entrepreneurs," Product Liability Law & Strategy, February 2008.
- "The Earning Capacity of Business Owners," Product Liability Law & Strategy, November 2007.
- "Economic Damages 101," The Sidebar: The New Lawyers Division Newsletter, American Association for Justice, Fall 2007.
- "Sixth Circuit Rules on Privilege in Two Cases," Product Liability Law & Strategy, April 2007.



THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research ■ Analysis ■ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

## Faculty/Lectures

- Temple University's Beasley School of Law LL.M. in Trial Advocacy program, 2007 – present
- Rutgers Institute for Professional Education, 2011– present
- Villanova University School of Law, 2005 – present
- Drexel University's Thomas R. Kline School of Law Trial Advocacy Program, 2012 – present
- University of Pennsylvania, Organizational Dynamics Exchange Network, Graduate Division of Arts & Sciences, November 2011
- University of Baltimore School of Law, October 2013, November 2010
- Mid Atlantic Council Institute of Management Accountants, November 2015, Exton, Pennsylvania
- Main Line Association for Continuing Education, "MACE" Accounting, Malvern, PA March 2014
- American Association of Nurse Life Care Planners, Philadelphia PA, November 2013
- American Rehabilitation Economics Association, June 2016
- Pennsylvania Defense Institute, Annual Conference, July 2013
- Philadelphia Bar Association, Medical Legal Committee Meeting, February 2013
- National Business Institute, Philadelphia, Pennsylvania, December 2007, 2008 & 2010
- National Business Institute, Philadelphia, Pennsylvania, November 2013
- National Business Institute, Philadelphia, Pennsylvania, February 2015
- Council on Litigation Management:  Orlando, FL, March 2019, Orlando, FL, April 2016, Boca Raton, FL, April 2014, Boston, MA, July 2013, San Antonio, TX, April 2013, Nashville, TN, November 2012, Washington, DC, May 2012, Philadelphia, PA, October 2011, Milwaukee, WI, June 2011, New Orleans, LA, March 2011, Jacksonville, FL, March 2010
- Defense Research Institute (DRI), Civil Rights and Governmental Tort Liability Seminar, Miami Beach, February 2012
- Ballard Spahr, Philadelphia, Pennsylvania, May 2010, May 2012, May 2014
- Cozen O'Connor Trial Academy (COTA), Philadelphia, Pennsylvania, June 2009, June 2011, June 2013, June 2015, June 2019 and June 2022
- PIAA, November 2015, New Orleans, Louisianna
- US Attorney's Office, Newark, New Jersey, December 2010
- Sunoco, Philadelphia, December 2010
- Middlesex Community College paralegal program, Middlesex, New Jersey, November 2008
- New York City Law Department, New York, New York, 2008
- Defense  Research Institute (DRI), Defending Trucking Litigation, A Primer for Young Lawyers, Chicago Illinois, June 2015
- "The Art and Science of Economic Damages" ALM Litigation Summit, Philadelphia Pennsylvania September 2016
- Defense Trial Counsel of Indiana, "Economic Damages in the Catastrophic Injury Case"French Lick Indiana, November 2017
- Main Line Accounting Association for Continuing Education, "10 Commandments of an Accounting Expert Witness" Malvern, PA December 2017
- Pennsylvania Bar Institute, Employment Law Institute, "Getting Real on Economic Damages", April 2018
- Golkow Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Philadelphia, PA November 2017
- Golkow Continuing Education Program, "Economic Damages In the Catastrophic Injury Case",  Cherry Hill, NJ March 2018
- Markel Insurance Continuing Education Program, "Economic Damages In the Catastrophic Injury Case", Red Bank, NJ April 2018
- Cozen O'Connor Deposition Training Academy, Philadelphia, PA, June 2018.
- PASHRM, "Economic Damages In the Catastrophic Injury Case", Blue Bell, PA September 2018
- Joint North–South Jersey Inn of Court Meeting, "Economic Experts in Employment Cases", Kenilworth, NJ, January 2019
- Southern Economic Association 89th Annual Conference, National Association of Forensic Economics division, Tax Gross-Ups in Employment Litigation: A NJ Case Study, Ft. Lauderdale FL, November 2019
- National Business Institute, Philadelphia, PA, April 2020
- The Expert and the Daubert/Frye Hearing, The American Academy of Economic and Financial Experts Annual Meeting, April 2021.



THE CENTER FOR
## FORENSIC ECONOMIC STUDIES
Research ■ Analysis ■ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

## Testimony

**Federal Court:**
Central District of California, District of Columbia, District of New Jersey, Eastern District of Pennsylvania, Middle District of Pennsylvania, Southern District of New York, District of Delaware, Eastern District of New York, District of Maryland, Western District of Louisiana

**State Court:**
Delaware, District of Columbia, Florida, Illinois, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, Ohio, Pennsylvania, Virginia, West Virginia

## State Bar Memberships

- Maryland
- Pennsylvania
- New Jersey

## Community Service

POVAT, Project One Vet @ A Time

## Contact Information

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

Toll Free: 800.966.6099
Telephone: 215.546.5600
Fax: 215.732.8158
www.cfes.com

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Dec-23 | Rose Kochka v. Allegheny Health Network | Pittsburgh, PA | Trial |
| Dec-23 | John A. Abraham, M.D. v. Thomas Jefferson University, et al. | Philadelphia, PA | Trial |
| Dec-23 | Victoria Pennetti v. Sonya K. Zeigler, Esquire, et al. | Mt. Holly, NJ | Trial |
| Dec-23 | Markeya Burton v. Werner Enterprises, Inc. | Philadelphia, PA | Trial |
| Nov-23 | Kimberly S. Wills v. Brett S. Blemle, PA-C, et al. | Haddonfield, NJ | Deposition |
| Nov-23 | Reshma Abell v. Pacira Pharmaceuticals, Inc. | Newark, NJ | Trial |
| Oct-23 | Matthew Gallagher v. 1760 Market Partners, LP, et al. | Philadelphia, PA | Trial |
| Oct-23 | Charles Talian v. Dr. Gregory Peck, et al. | Haddonfield, NJ | Deposition |
| Oct-23 | Gary Nelson v. Spark Therapeutics, Inc., et al. | Haddonfield, NJ | Deposition |
| Oct-23 | Estate of Raymond Jackson v. UM BWM Pasadena Primary Care, et al. | Haddonfield, NJ | Deposition |
| Oct-23 | Charles Bennett v. REMCO, Inc., et al. | Haddonfield, NJ | Deposition |
| Oct-23 | Gabriel Dwyer, PPA Charity Dwyer v. Littleton Regional Healthcare | Haddonfield, NJ | Deposition |
| Oct-23 | Call Delivery Systems, LLC v. Daryl Morgan et al. | Los Angeles, CA | Trial |
| Oct-23 | Barbara Hecht v. BT Lincoln Wood, LP, et al. | Philadelphia, PA | Trial |
| Sep-23 | Call Delivery Systems, LLC v. Daryl Morgan et al | Haddonfield, NJ | Deposition |
| Sep-23 | Kathleen Ford, et al. v. Edmondson Village Shopping Center Holdings, LLC | Baltimore, MD | Trial |
| Sep-23 | John Benjamin, et al. v. Spencer Monaco, DPM, et al. | West Chester, PA | Trial |
| Sep-23 | Cheryl Staubs v. The Johns Hopkins Hospital | Haddonfield, NJ | Deposition |
| Sep-23 | Kenneth Rooks, et al. v. Medstar Georgetown | Haddonfield, NJ | Deposition |
| Sep-23 | William Douglass v. Greater Baltimore Medical Center, Inc. | Haddonfield, NJ | Deposition |
| Sep-23 | Audrey Donato, et al. v. Adam Lipson, M.D., et al. | Haddonfield, NJ | Deposition |
| Sep-23 | Estate of Nicole Mesidor v. Constance Amuzu, R.N., et al. | Woburn, MA | Trial |
| Sep-23 | Estate of Audrey B. Williams v. Herve Boucard, M.D., et al. | Haddonfield, NJ | Deposition |
| Aug-23 | Estate of Johnny Ortiz v. Pulmonary Medical Associates | Haddonfield, NJ | Deposition |
| Aug-23 | Charles Trott v. Bayhealth Medical Center, Inc., et al. | Cherry Hill, NJ | Deposition |
| Aug-23 | Alexandra Jany-Silliman, et al. v. Lehigh Valley Health Network | Allentown, PA | Trial |
| Aug-23 | Jennifer Burnside, et al. v. Christiana Care Health Services, Inc., et al. | Haddonfield, NJ | Deposition |
| Aug-23 | Daniel Anderson v. Monsanto Company | Haddonfield, NJ | Deposition |
| Aug-23 | Jimmy Draeger, et al. v. Monsanto Company | Haddonfield, NJ | Deposition |
| Aug-23 | Valorie Gunther v. Monsanto Company | Haddonfield, NJ | Deposition |
| Aug-23 | Anthony Cloud, et al. v. Monsanto Company | Haddonfield, NJ | Deposition |
| Aug-23 | Frank Racitano, et al. v. Monsanto Company | Haddonfield, NJ | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Aug-23 | Barry Syra, et al. v. Monsanto Company | Haddonfield, NJ | Deposition |
| Aug-23 | Henick-Lane, Inc. v. Hudson Meridian Construction, et al. | Haddonfield, NJ | Deposition |
| Jul-23 | Ismail Mohammed, et al. v. Northside Hospital, Inc., et al. | Haddonfield, NJ | Deposition |
| Jul-23 | Henick-Lane, Inc. v. Hudson Meridian Construction, et al. | Haddonfield, NJ | Deposition |
| Jul-23 | James Kurpick, et al. v. Overlook Medical Center, et al. | Haddonfield, NJ | Deposition |
| Jul-23 | Rakese Darling, et al., on behalf of Carson Pitts v. Katherine Elizabeth Webb, M.D., et al. | Haddonfield, NJ | Deposition |
| Jul-23 | Jose Ramos v. Daniel A. Caba-Abreau | New Brunswick, NJ | Trial |
| Jul-23 | Mark Lucier, et al. v. 3M Company, et al. | Linwood, NJ | Deposition |
| Jun-23 | Veronica Doe v. Rutgers University, et al. | Haddonfield, NJ | Deposition |
| Jun-23 | David Rowan, et al. v. Penn Medicine Princeton Health | Haddonfield, NJ | Deposition |
| Jun-23 | Jan O'Connor, et al. v. The Johns Hopkins Health System Corporation, et al. | Haddonfield, NJ | Deposition |
| Jun-23 | Tri-County Hospitalists, LLC v. Prime Healthcare Services-Roxborough, LLC | Haddonfield, NJ | Trial |
| Jun-23 | Estate of Paul Mannina v. District of Columbia, et al. | Haddonfield, NJ | Deposition |
| Jun-23 | Matthew McGeady, et al. v. Corman Marine Construction, Inc. | Baltimore, MD | Trial |
| May-23 | Rose Kochka v. Allegheny Health Network | Haddonfield, NJ | Deposition |
| May-23 | Trevor Herman v. Gundersen Lutheran Medical Center, Inc. | Cherry Hill, NJ | Deposition |
| May-23 | Andrea Armato v. Mark O. Covington, M.D.,  et al. | Haddonfield, NJ | Deposition |
| May-23 | Demetrius Beaty v. David Lin, D.P.M., et al | Haddonfield, NJ | Deposition |
| May-23 | Estate of Erika Stoleru v. Maternal Fetal Medicine Associates | Rockville, MD | Trial |
| May-23 | Alexander Korenfeld v. Emory Healthcare, Inc., et al. | Haddonfield, NJ | Deposition |
| May-23 | Tri-County Hospitalists, LLC v. Prime Healthcare Services-Roxborough, LLC | Haddonfield, NJ | Deposition |
| May-23 | Sherri Lewis v. University of Pennsylvia Health System, et al. | Philadelphia, PA | Trial |
| May-23 | Herman Mullins v. St. Francis Health, LLC | Haddonfield, NJ | Deposition |
| May-23 | Lori Gardner-Alfred, et al. v. Federal Reserve Bank of New York | Haddonfield, NJ | Deposition |
| May-23 | Vipa Gupta, et al. v. Robyn Meglio, M.D., et al. | Haddonfield, NJ | Deposition |
| May-23 | Cathy Mantua v. The Johns Hopkins University, et al. | Haddonfield, NJ | Deposition |
| Apr-23 | Betty Fulmore-Thomas v. Paul S. Park, M.D., et al. | Haddonfield, NJ | Deposition |
| Apr-23 | Manuel Rosa v. Claudia Reiser, R.N., et al. | Norristown, PA | Trial |
| Apr-23 | Robert Quigley, et al. v. Charles Sacks, DMD, et al. | Philadelphia, PA | Trial |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Apr-23 | Estate of Jon S. Grala, et al. v. Christiana Care Health Services, Inc., et al. | Haddonfield, NJ | Deposition |
| Apr-23 | Paris Chian Johnson and Ronnie Darden, et al. v. Seton Medical Group, Inc., et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Damilare Sonoiki v. Harvard University, et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Jennifer Lee Adams, Friend of AA, a minor v. Medical Faculty Associates, et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Dina Devincenzo-Gambone, et al. v. Erie Insurance Exchange | Norristown, PA | Trial |
| Mar-23 | Frederick Moore v. Tricia Keville, APRN, et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Dina Meeker v. Dr. David Boarini, et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Arthur O'Brien, et al. v. University of Maryland Community Medical Group, Inc., et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Jeffrey Davis v. Washington Hospital Center | Haddonfield, NJ | Deposition |
| Mar-23 | Sonia Arago, et al. v. Naples Community Hospital, et al. | Haddonfield, NJ | Deposition |
| Mar-23 | Cornelius Kilgore, et al. v. Monsanto Company, et al. | Cherry Hill, NJ | Deposition |
| Mar-23 | Phillip Altine v. Suraj Menacherty, M.D., et al. | Cherry Hill, NJ | Deposition |
| Feb-23 | Jones, et al. v. District of Columbia | Haddonfield, NJ | Deposition |
| Feb-23 | Michael Hanna v. Al Jazeera International (USA), LLC | Cherry Hill, NJ | Deposition |
| Feb-23 | Jacob Haygood v. JWC Environmental, Inc. | Haddonfield, NJ | Deposition |
| Feb-23 | G.M. McCrossin Inc. v. Walsh/Granite UV, et al. | Harrisburg, PA | Trial |
| Feb-23 | Albert Dejewski v. National Beverage Corp., et al. | Haddonfield, NJ | Deposition |
| Feb-23 | Estate of Gerald Jones v. Alexander Aurora, M.D. | Bel Air, MD | Trial |
| Feb-23 | Jeanine Tansey v. Andrea Vamburas, M.D., etal. | Mineola, NY | Trial |
| Feb-23 | Shelly Solano v. Sarah Maria Sampson, CRNP, et al. | Baltimore, MD | Trial |
| Jan-23 | Thomas William Hitt v. Dimensions Healthcare Corporation | Upper Marlboro, MD | Trial |
| Jan-23 | Mark Lenzi v. US Department of State, et al. | Haddonfield, NJ | Deposition |
| Jan-23 | Edna M. Neal v. Johns Hopkins Community Physicians, et al. | Haddonfield, NJ | Deposition |
| Jan-23 | Carlos Smith, et al. v. Missale Solomon, M.D., et al. | Haddonfield, NJ | Deposition |
| Dec-22 | Estate of Patty Ann Bauer, et al. v. Barry Greene, M.D., et al. | Haddonfield, NJ | Deposition |
| Dec-22 | Carla Ortiz, on behalf of J.L., a minor v. Ben Strong Trucking, Inc., et al. | Haddonfield, NJ | Deposition |
| Dec-22 | Estate of Wilvina A. Lasite-Luke v. Adedeji Olatunji Karunwi, M.D., et al. | Haddonfield, NJ | Deposition |
| Dec-22 | Heather Shallis, et al. v. Main Line Health, Inc., et al. | Norristown, PA | Trial |
| Dec-22 | Hooshang Amirahmadi v. Rutgers, The State University of New Jersey, et al. | Haddonfield, NJ | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Dec-22 | Estate of Maciej Dryja v. Cindy Sturt, M.D., et al. | Haddonfield, NJ | Deposition |
| Nov-22 | Estate of Arya Butler v. Fisher Price, Inc. | Haddonfield, NJ | Deposition |
| Nov-22 | Estate of Edward Reponte v. United States of America | Haddonfield, NJ | Deposition |
| Nov-22 | Estate of Catherine Gouzoule v. David Berger, M.D., et al. | Boston, MA | Trial |
| Nov-22 | Darius Hrychroczuk v. 1677 43rd St., LLC, et al. | Brooklyn, NY | Trial |
| Nov-22 | Damon Jefferson v. City of Trenton, et al. | Trenton, NJ | Trial |
| Nov-22 | Dylan John Michalski v. Elaine Khatod, M.D., et al. | Haddonfield, NJ | Deposition |
| Nov-22 | Kevin Lewis v. Allied Barton Security Services, LLC, et al. | Philadelphia, PA | Trial |
| Nov-22 | Michele Easley v. Gerrit Schipper, M.D., et al. | Haddonfield, NJ | Deposition |
| Nov-22 | Mario Tapia Meza, et al. v. Oak Contracting | Haddonfield, NJ | Deposition |
| Nov-22 | Estate of Margarito Lopez v. Oak Contracting | Haddonfield, NJ | Deposition |
| Oct-22 | Timothy Yeager v. Unified Door and Hardware Group, LLC | Philadelphia, PA | Trial |
| Oct-22 | Ojinika Ikedilo, M.D., v. Mindy Slatter, M.D., et al. | Haddonfield, NJ | Deposition |
| Oct-22 | John Abraham, M.D. v. Thomas Jefferson University | Haddonfield, NJ | Deposition |
| Oct-22 | Estate of Michael Wisto v. United States of America | Haddonfield, NJ | Deposition |
| Oct-22 | Todd White v. Acell, Inc. | Baltimore, MD | Trial |
| Oct-22 | Gary Zipay, et al. v. Jack Henzes, M.D., et al. | Scranton, PA | Trial |
| Oct-22 | Martin D. Griswold v. Monsanto Company | Haddonfield, NJ | Deposition |
| Oct-22 | Christopher Barbarevech, M.D. v. Nicole Tomlinson, et al. | Kingston, PA | Trial |
| Sep-22 | Estate of Michael Hars v. Gerard Ventrella, M.D., et al. | Haddonfield, NJ | Deposition |
| Sep-22 | Healthy Beverages, LLC v. Caribbean Distillers LLC | Haddonfield, NJ | Deposition |
| Sep-22 | Robert Stonesifer, et al. v. The Johns Hopkins University | Haddonfield, NJ | Deposition |
| Sep-22 | Steven Levine, et al. v. Gabrielle Jasper, M.D., et al | Haddonfield, NJ | Deposition |
| Sep-22 | Jelani T. Cooper v. Pennsylvania Human Relations Commission | Harrisburg, PA | Trial |
| Sep-22 | Sharmila Jaipersaud v. Lamar Hansard | Haddonfield, NJ | Deposition |
| Sep-22 | Katoyia Charles v. Prime Healthcare Services et al. | Haddonfield, NJ | Deposition |
| Sep-22 | Peyman Farzinpour v. Berklee College of Music | Haddonfield, NJ | Deposition |
| Sep-22 | Victor P. Losanno v. 3M Company, et al. | Haddonfield, NJ | Deposition |
| Sep-22 | Estate of Richard J. Dunn v. Sun Miao, M.D. | Haddonfield, NJ | Deposition |
| Sep-22 | Pamela Steinbruck v. Travelers Indemnity Company | Hartford, CT | Trial |
| Aug-22 | Vikki Vreeland v. Raymond Vreeland | Danville, PA | Trial |
| Aug-22 | Debora Lockwood v. James Gasho, M.D. et al | Fairfax, VA | Trial |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Aug-22 | Estate of Daniel R. Englert v. Saint Luke's Health System, Inc. et al. | Haddonfield, NJ | Deposition |
| Aug-22 | Estate of Noah Burke v. Butler County, Missouri, et al. | Haddonfield, NJ | Deposition |
| Aug-22 | Estate of Matthew McSherry v. Venkata Satyam, M.D., et al | Lowell, MA | Trial |
| Aug-22 | Estate of Janice Hence v. Louis Balsama, D.O., et al. | Haddonfield, NJ | Deposition |
| Aug-22 | Cassie Defoor v. Wellstar Health System, Inc. | Haddonfield, NJ | Deposition |
| Jul-22 | Tim Davis v. The Rumsey Hall School, Inc. | Haddonfield, NJ | Deposition |
| Jul-22 | Harold Moore v. The Hunter Safety System, Inc. et al. | Linwood, NJ | Deposition |
| Jun-22 | Ryan Muller v. Bethesda Chevy Chase Orthopaedic | Haddonfield, NJ | Deposition |
| Jun-22 | Estate of Bradley v. Apple, Inc. | Haddonfield, NJ | Deposition |
| Jun-22 | Asher Louis Collins v. Birhane Gragne Oljira, M.D.,et al. | Haddonfield, NJ | Deposition |
| Jun-22 | Estate of Destiny Lopez-DeVictoria v. The Good Samaritan Hospital of Lebanon Pennsylvania, et al. | Lebanon, PA | Trial |
| Jun-22 | Christie L. Gayda v. Rosedale Baptist Church of Hammonton, Inc. | Haddonfield, NJ | Deposition |
| Jun-22 | Betty JoMackert v. Sazdr Abed, M.D., et al. | Haddonfield, NJ | Deposition |
| Jun-22 | Michael A. Wood, Jr., et al. v. City of Bismark, et al. | Haddonfield, NJ | Deposition |
| Jun-22 | Gianna Chakeres v. Mark Seigel, M.D., et al. | Haddonfield, NJ | Deposition |
| May-22 | Erik Blair, on behalf of, himself and similarly situated employees v. Comprehensive Healthcare Management Services, LLC, et al. | Haddonfield, NJ | Deposition |
| May-22 | Estate of Catherine Conte v. Mathew Cholankeril, M.D., et al. | Haddonfield, NJ | Deposition |
| May-22 | Estate of Erika Stoleru v. Maternal Fetal Medicine Associates | Haddonfield, NJ | Deposition |
| May-22 | Todd White v. Acell, Inc. | Haddonfield, NJ | Deposition |
| May-22 | Kyle and Santana Kimball v. Summit Tree Stands, LLC | Alexandria, LA | Trial |
| May-22 | Robert McManus v. Walgreens Co. et al. | Philadelphia, PA | Trial |
| May-22 | Karen Cain v. Mukul Khandelwal, M.D. et al. | Ellicott, MD | Trial |
| Apr-22 | Estate of Kathleen Shortlidge-Toth v. Public Service Electric and Gas | Cherry Hill, NJ | Deposition |
| Apr-22 | Vladimir Bozic, M.D. v. Orthopedic Emergency Services Springdale, LLC | Mount Laurel, NJ | Trial |
| Apr-22 | Estate of Tyrone Grundy v. Saint Barnabas Medical Center et al. | Haddonfield, NJ | Deposition |
| Apr-22 | Gary Hamilton v. Carlos Del Toro, Secretary, Department of The Navy | Haddonfield, NJ | Deposition |
| Apr-22 | William and Mary Cochrane v. Kiran Rao, M.D., et al. | Haddonfield, NJ | Deposition |
| Apr-22 | Scott Fahley v. Coach USA, LLC | Philadelphia, PA | Trial |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/ Year | Case Name | Location | Type |
|---|---|---|---|
| Apr-22 | James Nader as father of Brian Nader v. Maryland Neighborly Networks, Inc. | Haddonfield, NJ | Deposition |
| Apr-22 | Zamari Reese v. United States of America | Greenbelt, MD | Trial |
| Apr-22 | Call Delivery Systems, LLC v. Daryl Morgan et al | Los Angeles, CA | Trial |
| Mar-22 | Joseph J. Pedicone, III v. Thompson/Center Arms, LLC et al | Wilmington, DE | Trial |
| Mar-22 | Estate of Michael Angelo Musto v. First Colonies Anesthesia Associates, LLC | Haddonfield, NJ | Deposition |
| Mar-22 | Xavier Ingram v. County of Camden, et al. | Camden, NJ | Trial |
| Mar-22 | Kaleb Umama v. The Fulton-Dekalb Hospital Authority (FDHA) d/b/a Grady Health System, et al. | Haddonfield, NJ | Deposition |
| Mar-22 | Leon Stone v. City of Philadelphia, et al. | Philadelphia, PA | Trial |
| Mar-22 | Edward Hastings, et al. v. Henry Ford Health System, et al. | Haddonfield, NJ | Deposition |
| Mar-22 | Estate of Vincent Montroy v. David A. August, M.D., et al. | Haddonfield, NJ | Deposition |
| Mar-22 | Kurt K. Trabold, et al. v. Dale R. Heitzig, M.D., et al | Haddonfield, NJ | Deposition |
| Mar-22 | Amilcar Cunha and Dulce Cunha v. Stanley Goral, et al. | Haddonfield, NJ | Deposition |
| Feb-22 | Imen and Hattab Gharbi v. The United States of America | Scranton, PA | Trial |
| Feb-22 | Denise Collins v. Houston Healthcare System | Haddonfield, NJ | Deposition |
| Feb-22 | Z&R Cab, LLC et al v. Philadelphia Parking Authority | Philadelphia, PA | Trial |
| Jan-22 | American Layout & Land Surverying, LLC v. Remchuk Surverying, Inc. et al | Haddonfield, NJ | Deposition |
| Jan-22 | Delena Elias, a minor v. Vibhakar Jagmohandas Mody, M.D. et al | Haddonfield, NJ | Deposition |
| Jan-22 | Estate of Winston Robinson v. Laurence Chaise, M.D. | Haddonfield, NJ | Deposition |
| Dec-21 | Estate of William Soper v. Jonathan Lowenthal, M.D. | Prince Frederick, MD | Trial |
| Dec-21 | Ahmad Abouchabab and Inchad Alaouie v. Henry Ford Health System et al | Haddonfield, NJ | Deposition |
| Dec-21 | Estate of Gabriel Amoss v. University of Maryland Physicians, PA | Haddonfield, NJ | Deposition |
| Dec-21 | Dennis and Jennifer Scannapieco v. Priscilla Stokes | Trenton, NJ | Trial |
| Nov-21 | Robert Bird v. Monsanto Company | Haddonfield, NJ | Deposition |
| Nov-21 | Thomas William Hitt v. Dimensions Healthcare Corporation | Haddonfield, NJ | Deposition |
| Nov-21 | Tracey White v. Elizabeth Lowe, M.D. | Haddonfield, NJ | Deposition |
| Oct-21 | Jonathan Young v. University of Maryland Medical System | Baltimore, MD | Trial |
| Oct-21 | Romana Bowman v. Richard Perolizzi, Jr., M.D. et al | Arlington, VA | Trial |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Oct-21 | Tish Nalls-Castillo v. Anthony Viso et al | Haddonfield, NJ | Deposition |
| Oct-21 | Estate of Robert Hollenbeck, Jr. v. Daniel Clattenburg | Haddonfield, NJ | Deposition |
| Sep-21 | Estate of Smith Cukierski v. John Fernandes, M.D. | Haddonfield, NJ | Deposition |
| Sep-21 | Caroline and Joseph Andrews v. Hsaio-Hui Lin, M.D. et al | Haddonfield, NJ | Deposition |
| Sep-21 | Estate of Vickie Ramsey Stock v. Keri Ingrassia Squire, D.O. | Haddonfield, NJ | Deposition |
| Sep-21 | Mary Lanzillotta v. GECIO | Haddonfield, NJ | Deposition |
| Sep-21 | Robert Kortenhaus v. The Prudential Insurance Company of America | Haddonfield, NJ | Deposition |
| Sep-21 | Lillian and Samuel Himbrick v. Donald Shields, II, M.D. et al | Haddonfield, NJ | Deposition |
| Sep-21 | Tocci Building Corporation v. Connell | Berkley Heights, NJ | Trial |
| Aug-21 | Catherine Hodges, a minor v. United States of America | Haddonfield, NJ | Deposition |
| Aug-21 | Rosa Urena Acosta v. Gregg Zimmerman, M.D. | Haddonfield, NJ | Deposition |
| Aug-21 | Ramona Bowman v. Richard Pergolizzi, Jr., M.D. | Haddonfield, NJ | Deposition |
| Aug-21 | Beth and Chuck Spector v. Monsanto Company | Haddonfield, NJ | Deposition |
| Aug-21 | Jordan Biggs, a minor v. Harbor Hospital, Inc. et al | Baltimore, MD | Trial |
| Aug-21 | Michael Gardner v. Cantor Fitzgerald Investment Advisors, LP | New York, NY | Trial |
| Jul-21 | Jennifer Fischman v. Mitsubishi Chemical Holdings America | Haddonfield, NJ | Deposition |
| Jul-21 | Patricia Kropf, M.D. v. Temple University Health System | Philadelphia, PA | Trial |
| Jul-21 | Estate of Brenda Lee Rozek v. Box Hill Surgery Center, LLC et al | Bel Air, MD | Trial |
| Jul-21 | Michael and Lori Vance v. Joan Scerbo et al | Linwood, NJ | Deposition |
| Jul-21 | Robert Manz v. Brenntag North America et al | Haddonfield, NJ | Deposition |
| Jul-21 | Estate of Michael Hageman v. Jersey Shore University Medical Center et al | Haddonfield, NJ | Deposition |
| Jul-21 | Estate of Emily Dao v. Mark Birns, M.D. et al | Haddonfield, NJ | Deposition |
| Jul-21 | Jakob Scottoline, a minor v. Woman First, LLC | Haddonfield, NJ | Deposition |
| Jul-21 | Eugen Schenfeld v. International Business Machines et al | Haddonfield, NJ | Deposition |
| Jul-21 | Estate of Tyrone Francis v. Mikel Daniels, DPM et al | Haddonfield, NJ | Deposition |
| Jun-21 | Qing Qin v. Vertex, Inc. | Haddonfield, NJ | Deposition |
| Jun-21 | Call Delivery Systems, LLC v. Daryl Morgan et al | Haddonfield, NJ | Deposition |
| Jun-21 | Joseph and Kaylee Gorman v. Midwest Division-RBH, LLC | Haddonfield, NJ | Deposition |
| Jun-21 | Cassidy Plunkard v. Charles Marks, D.O. | Harrisburg, PA | Trial |
| May-21 | Shaun Armes v. Bilal Qureshi, M.D. et al | Haddonfield, NJ | Deposition |
| May-21 | Aubrie Hysell, a minor v. Raleigh General Hospital | Beckley, WV | Trial |
| Apr-21 | Denise Pine v. Anne Arundel Medical Center, Inc. | Haddonfield, NJ | Deposition |
| Apr-21 | Landon Day-Frazier, a minor v. Physicians Clinic, Inc. et al | Haddonfield, NJ | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Apr-21 | Estate of Veronica Ann Gates v. Scott Katzman, M.D. | Haddonfield, NJ | Deposition |
| Apr-21 | Estate of Philip Marzetti v. Thomas Fassuliotis, M.D. et al | Haddonfield, NJ | Deposition |
| Apr-21 | Linda Green v. H. Richard Alexander, Jr., M.D. | Haddonfield, NJ | Deposition |
| Apr-21 | Susan and Robert Gallion v. The Johns Hopkins Hospital et al | Haddonfield, NJ | Deposition |
| Apr-21 | Reshma Abell v. Pacira Pharmaceuticals, Inc. | Haddonfield, NJ | Deposition |
| Mar-21 | Estate of Ryan Newton v. Anthony Yang, M.D. | Haddonfield, NJ | Deposition |
| Mar-21 | Cynthia and Norman Cowger v. Cooper Industries, LLC | Haddonfield, NJ | Deposition |
| Mar-21 | Jennifer and Alpha Diawara v. United States of America | Philadelphia, PA | Trial |
| Mar-21 | Roy Rust v. Stephen Cooper, M.D. et al | Haddonfield, NJ | Deposition |
| Mar-21 | Joseph and Hilma Pedicone v. Thompson/Center Arms Company, LLC | Haddonfield, NJ | Deposition |
| Mar-21 | Dennis and Dawn Bergeron v. Timothy Strohmer | Haddonfield, NJ | Deposition |
| Mar-21 | Dennis Comer v. Wells Fargo Bank, N.A. | Haddonfield, NJ | Deposition |
| Feb-21 | Danielle Markou Lenzi v. Systemax, Inc. et al | Haddonfield, NJ | Deposition |
| Feb-21 | Tiffany Brown, an incapacitated adult v. Blue Ridge Georgia Hospital Company et al | Haddonfield, NJ | Deposition |
| Feb-21 | Estate of John Couls v. Triumph Motorcycles, Limited | Haddonfield, NJ | Deposition |
| Feb-21 | Christopher Pechock v. Robert Ritter, Esquire | Haddonfield, NJ | Deposition |
| Jan-21 | Estate of Felicia Parker v. Whitney Matz, M.D. | Haddonfield, NJ | Deposition |
| Jan-21 | William Richardson, a minor v. FCA US, LLC et al | Haddonfield, NJ | Deposition |
| Jan-21 | John Doe v. Loyola University Chicago | Haddonfield, NJ | Deposition |
| Jan-21 | Frederick and Sylvia Ablorh v. Liquidity Services, Inc. | Haddonfield, NJ | Deposition |
| Dec-20 | Sarah Coulter v. Dr. Charles Weaver | Haddonfield, NJ | Deposition |
| Dec-20 | Vanette Miller and Marquis Hardy v. Midwest Radiology | Haddonfield, NJ | Deposition |
| Dec-20 | Estate of Susan Niler v. Essex County | Haddonfield, NJ | Deposition |
| Dec-20 | Keith Booth, II v. Baltimore City Board of Commissioners | Haddonfield, NJ | Deposition |
| Nov-20 | Patricia Asbury et al v. EQT Corporation et al | Haddonfield, NJ | Deposition |
| Nov-20 | Emma Smith, a minor v. Thomas E. Aliff | Haddonfield, NJ | Deposition |
| Nov-20 | Estate of George James v. Plastics Machinery Group, Inc. et al | Scranton, PA | Trial |
| Oct-20 | Estate of Michelle Roberts v. Carlton Scroggins, M.D. | Haddonfield, NJ | Deposition |
| Oct-20 | Berkovitch & Bouskila, PLLC v. ABF Serviving, LLC | Hawthorne, NY | Trial |
| Oct-20 | Deborah Bolyard v. Hugo Benalcazar, M.D. et al | Towson, MD | Trial |
| Oct-20 | Miguel Rivera et al v. Sigma Plastics Group et al | Haddonfield, NJ | Deposition |
| Oct-20 | Estate of Joseph Corey v. Wilkes-Barre General Hospital | Wilkes Barre, PA | Trial |
| Oct-20 | Joseph Greco v. NGIA, Inc. et al | Haddonfield, NJ | Deposition |
| Sep-20 | Nadine Pellegrino v. United States of America | Haddonfield, NJ | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Sep-20 | Lynn Lobe v. National Rehabilitation Hospital, LLC | Haddonfield, NJ | Deposition |
| Sep-20 | Estate of Robert Magarino v. Premier Health Associates, LLC | Haddonfield, NJ | Deposition |
| Sep-20 | Estate of Johnny Cheung v. Valley Health System | Haddonfield, NJ | Deposition |
| Aug-20 | Jordan Biggs, a minor v. Harbor Hospital, Inc. et al | Haddonfield, NJ | Deposition |
| Aug-20 | Harper Hasson, a minor et al v. Karen Y. Perkins, M.D. et al | Haddonfield, NJ | Deposition |
| Jul-20 | Estate of Gerald Jones v. Alexander Aurora, M.D. | Haddonfield, NJ | Deposition |
| Jul-20 | Estate of Michelle Zabriskie v. Eric Knight, M.D. et al | Haddonfield, NJ | Deposition |
| Jul-20 | Estate of Angella Downer v. Louis Turano, III | Haddonfield, NJ | Deposition |
| Jun-20 | Leora and Gabriel Haller v. Mukhtar Husain et al | Haddonfield, NJ | Deposition |
| Jun-20 | Estate of Hobart Goins v. Joseph Robinson, M.D. | Annapolis, MD | Deposition |
| Jun-20 | Rulla Schroll v. Southern Ocean Medical Center et al | Haddonfield, NJ | Deposition |
| May-20 | Estate of Jonathan Riley v. Patient Firt | Haddonfield, NJ | Deposition |
| May-20 | Walter and Margaret Maronski v. Kennedy Health System, Inc. et al | Haddonfield, NJ | Deposition |
| Apr-20 | Shivanya Pandya, a minor v. Richard Jones, M.D. et al | Haddonfield, NJ | Deposition |
| Apr-20 | Brock Hamlet, a infant v. Mitra Foroogh-Nassiraee, M.D. | Baltimore, MD | Deposition |
| Apr-20 | Debora Lockwood v. James Gasho, M.D. et al | Fairfax, VA | Deposition |
| Mar-20 | Juliet Johansson v. Ryder System, Inc. | Fort Lauderdale, FL | Trial |
| Mar-20 | Douglas Gelber, DMD v. New Jersey Transit | Patterson, NJ | Trial |
| Feb-20 | James Bonds v. Rocheleau Tool and Die Co., Inc. | Philadelphia, PA | Trial |
| Feb-20 | Lynn Lazzaro v. Cyrus Hamidi, M.D. et al | Philadelphia, PA | Deposition |
| Feb-20 | Fernando Rodriguez v. The Johns Hopkins Hospital, Inc. | Philadelphia, PA | Deposition |
| Feb-20 | Cynthia Brooks-Holt v. The JohnsHopkins Hospital et al | Philadelphia, PA | Deposition |
| Feb-20 | Jeff and Cynthia Kirby v. Emerson Climate Technologies, Inc. | Philadelphia, PA | Deposition |
| Feb-20 | Salim Black v. Paul Sensenig et al | Philadelphia, PA | Trial |
| Feb-20 | Lucas Sandel, a minor v. Mofolusho Sodeke, M.D. et al | Philadelphia, PA | Deposition |
| Feb-20 | John Carr v. SRA International, Inc. et al | Philadelphia, PA | Deposition |
| Feb-20 | Lynn Lazzaro v. Cyrus Hamidi, M.D. et al | Baltimore, MD | Deposition |
| Feb-20 | Mario Cannon v. Monsanto Company | Philadelphia, PA | Deposition |
| Feb-20 | Leroy Seitz v. Monsanto Company | Philadelphia, PA | Deposition |
| Jan-20 | Carla Peters v. Patrick Mahon, M.D. et al | Philadelphia, PA | Deposition |
| Jan-20 | In Re Altenex Valuation | Boston, MA | Trial |
| Jan-20 | Ryan and Crystal Hysell et al v. Raleigh General Hospital et al | Philadelphia, PA | Deposition |
| Jan-20 | Silvi Concrete Products, Inc. et al v. Thomas P. Carney, Inc. et al | Philadelphia, PA | Trial |
| Dec-19 | Zeakieal Walraven v. Modern Electrical Technology, Inc. et al | Philadelphia, PA | Deposition |

# Testimony List for Chad L. Staller, Esq., M.B.A., M.A.C.

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| Dec-19 | Grayson Hundt, a minor v. Margaret Cyzeski, M.D. et al | Philadelphia, PA | Deposition |



### THE CENTER FOR
## FORENSIC ECONOMIC STUDIES
Research ▪ Analysis ▪ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034



## **Stephen M. Dripps, M.Fin., CVA**
### Senior Economist / Statistician

800.966.6099 | 215.546.5600 | fax 215.732.8158
sdripps@cfes.com

Stephen M. Dripps is a Senior Economist at the Center for Forensic Economic Studies. He concentrates on the analysis of economic damages in personal injury, wrongful death, employment discrimination and commercial matters. Since 1997, he has worked closely with Center clients on discovery, damages analysis, deposition strategy, cross examination strategy and the scope of direct testimony.

Mr. Dripps also manages the analyst staff at the Center. He serves as an expert witness at mock trials conducted at Temple University's Beasley School of Law LLM Trial Advocacy Program.

Mr. Dripps received his Bachelor's Degree in Statistics and his Master's Degree in Finance from Pennsylvania State University. Mr. Dripps is a member of Beta Gamma Sigma, the international business honor society. Mr. Dripps is certified as a Certified Valuation Analyst by the National Association of Certified Valuation Analysts.

## Professional Background

Senior Economist/Manager, The Center for Forensic Economic Studies, Philadelphia, Pennsylvania, concentrating on the analysis of personal injury, wrongful death, employment discrimination, commercial damages, and business valuation, August 2008 to present.

Senior Analyst, The Center for Forensic Economic Studies, Philadelphia, Pennsylvania, July 2003 to August 2008.

Analyst, The Center for Forensic Economic Studies, Philadelphia, Pennsylvania, October 1997 to July 2003.

## Awards and Honors

- Dean's List, Pennsylvania State University
- Beta Gamma Sigma

### Accreditation

Certified Valuation Analyst ("CVA") by the National Association of Certified Valuation Analysts ("NACVA"), 2015.

### Education

Pennsylvania State University, Master of Finance, 2013.

Pennsylvania State University, Bachelor of Science in Statistics, Minor in Business Administration and Economics, 1997.



THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research  ■  Analysis  ■  Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

## Selected Engagements

### Commercial Disputes

- Performed valuation of partner interests in a specialty computer software company.
- Performed valuation of intangible assets of an agricultural communications company.
- Performed valuation of majority interest in a plumbing sales supply company.
- Performed valuation of profit sharing interest in a hospitality management company.
- Evaluated economic loss to a municipality resulting from alleged breach of contract to timely provide a tax collection computer software system.
- Evaluated economic loss to an architectural design firm resulting from business interruption due to a fire on the premises.
- Evaluated economic loss involving many other types of businesses, including:
- Evaluated economic loss to many other types of businesses, including:
    - Automotive repair
    - Financial services
    - Home construction
    - Medical practice

### Employment Matters

Calculated lost back and front pay in employment claims involving salary, bonus payments, employee stock options, defined benefit pensions, defined contribution pensions, performance based profit-sharing plans, insurance benefits and other types of compensation.

Economic-damages analysis in claims brought under the Age Discrimination in Employment Act, Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act and other civil rights laws.

### Personal Injury and Wrongful Death Matters

Calculated economic loss to individuals in a variety of occupations, including but not limited to:

- Accountants
- Artists (including actors, painters, musicians)
- Construction workers
- Doctors, nurses, dentists, other medical professionals
- Financial professionals
- Homemakers
- Information technologists
- Lawyers
- Mechanics
- Minor children (projected lost future earnings)
- Pilots
- Police officers
- Professional Athletes
- Railroad Workers
- Retirees
- Sales representatives
- Teachers
- Trade and Labor union members (including carpenters, electricians, ironworkers, laborers, painters, steamfitters, truck drivers)



THE CENTER FOR
**FORENSIC ECONOMIC STUDIES**
Research ■ Analysis ■ Litigation Support

20 Brace Road, Suite 425
Cherry Hill, NJ 08034

## Publications

- "A Tax Break for Plaintiffs Raises Interesting Issues," Employment Law Strategist, November 2009 (With Chad L. Staller).

## Faculty/Lectures

- Temple University Beasley School of Law Guest Lecturer, 2004 to present
- Temple University Beasley School of Law LLM in Trial Advocacy program, 2007 to present
- Cozen O'Connor Trial Academy, 2009, 2011, 2013, 2015, 2017, 2019
- Stevens & Lee Trial Advocacy Workshop, 2010, 2014
- Ballard Spahr Deposition Training Program, 2011, 2013, 2014
- Mintzer Sarowitz Trial Advocacy Workshop, 2012
- Marshall Dennehey Trial Advocacy Workshop, 2013
- Margolis Edelstein Trial Advocacy Workshop, 2014
- Sweeney & Sheehan Trial Advocacy Workshop, 2015
- Drexel University School of Law Guest Lecturer, 2015, 2018
- Cozen O'Connor Deposition Training Academy, Philadelphia, PA, 2018, 2019
- Southern Economic Association 89th Annual Conference, National Association of Forensic Economics division, Tax Gross-Ups in Employment Litigation: A NJ Case Study, Ft. Lauderdale FL, November 2019
- The Expert and the Daubert/Frye Hearing, The American Academy of Economic and Financial Experts Annual Meeting, April 2021.

## Contact Information

20 Brace Road #425
Cherry Hill, NJ 08034

Toll Free: 800.966.6099
Telephone: 215.546.5600
Fax: 215.732.8158
www.cfes.com

# Testimony List for Stephen M. Dripps, M.Fin., CVA

| Month/Year | Case Name | Location | Type |
|---|---|---|---|
| May-23 | Frankino v. Frankino | Carbon County, PA | Trial |
| Feb-23 | Jones, et al. v. District of Columbia | Cherry Hill, NJ | Deposition |
| Sep-22 | Estate of Re'Asia Washington v. Southside Emergency Transport, Inc. | Media, PA | Deposition |
| Jul-22 | Stephen Lehmann v. Louisville Ladder, Inc. | Philadelphia, PA | Trial |
| Oct-21 | Estate of Robert Hollenbeck, Jr. v. Daniel Clattenburg | Media, PA | Deposition |
| Sep-21 | Robert Kortenhaus v. The Prudential Insurance Company of America | Media, PA | Deposition |
| Aug-21 | Mary Lanzillotta v. GECIO | Media, PA | Deposition |
| Jun-21 | Tony Carson v. Tom Graddy Enterprises | Media, PA | Deposition |
| Oct-20 | Nadine Pellegrino v. United States of America | Media, PA | Deposition |
| Aug-20 | Chad and Teresa Hudleson v. Nathan Ekkens | Easton, PA | Trial |