UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD CARL MUELLER, *et al.*,

    *Plaintiffs*,

v.

SYRIAN ARAB REPUBLIC,

    *Defendant*.

Civil Action No. 1:18-cv-01229 (CJN)

## FINAL JUDGMENT

This matter is before the Court on Plaintiffs' Emergency Motion for Entry of Final Judgment, ECF No. 39. Upon consideration of the Motion, as well as the Special Master's Report, ECF No. 38, it is hereby,

**ORDERED** that final judgment is entered in favor of all plaintiffs named below and against defendant; it is,

**FURTHER ORDERED** that plaintiffs below are awarded, with prejudgment interest as calculated by the Special Master, $138,085,520.62 in compensatory damages and $276,171,041.24 in punitive damages, for a total award of $414,256,561.86 to be distributed as follows:

| Plaintiff | Pain and Suffering | Solatium | Economic | Punitive |
|---|---|---|---|---|
| Estate of Kayla Mueller | $107,244,767.89 | | $1,173,301.30 | $216,836,138.38 |
| Marsha Mueller | | $12,276,186.80 | | $24,552,373.60 |
| Carl Mueller | | $12,276,186.80 | | $24,552,373.60 |
| Eric Mueller | | $5,115,077.83 | | $10,230,155.66 |

1

It is

**FURTHER ORDERED** that defendant shall be liable for the entire $414,256,561.86; it is,

**FURTHER ORDERED** that plaintiffs shall forthwith, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order and Judgment this date to defendant.

This is a final appealable order.

DATE:  June 25, 2024

_____
CARL J. NICHOLS
United States District Judge